# EXHIBIT B

**Infringement Claim Chart – U.S. Patent No. 12,578,159**

The below infringement claim chart is based on information that is reasonably available to me at the present time. For example, Defendant has not yet produced technical documents regarding the Accused Products, including but not limited to component drawings, assembly drawings, or CAD models for the Accused Products.

I reserve the right to supplement this infringement chart, including to add or remove asserted claims, identify additional accused products, or provide further evidence, as discovery in this case warrants.

| ’159 Patent Claim 1 | Super Safety |
|---|---|
| 1[pre]: A firearm trigger mechanism for a firearm having a fire control mechanism pocket and a reciprocating bolt means, the trigger mechanism operable in a first, standard semi-automatic mode and in a second, forced reset semi-automatic mode, the mechanism comprising: | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>The Accused Products are described as “3D Printed Active Trigger System[s]” in public documentation. |


Super Safety
3D Printed Active Trigger System
Hoffman Tactical
7/19/23
V4.4

| ’159 Patent Claim 1 | Super Safety |
|---|---|
| | Super Safety Guide at Cover.<br><br>The Accused Products are “mechanisms that actively reset[] the trigger of a firearm” and are “designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.”<br><br>**1 INTRODUCTION**<br><br>The Super Safety is a mechanism that actively resets the trigger of a firearm to allow the operator to fire again, quickly, and efficiently.<br><br>The Super Safety has been designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.<br><br>Two versions of the cam are included, the single mode cam and the dual mode cam. The single mode cam has two positions, safe and active reset. The dual mode cam has three positions, safe, active reset, and passive reset. Each has its own advantages, which will be explained.<br><br>When 3D printed in PA12-CF the Super Safety can last several hundred rounds. Optimally it is manufactured from a wear resistant steel.<br><br>This document contains the information needed to manufacture the Super Safety, as well as understand it’s function.<br><br>Super Safety Guide at 1. |
| 1[A]: a hammer having a sear surface and a hook for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver to pivot on a transverse hammer pivot axis between set and released positions, the hammer adapted to be pivoted rearward by rearward movement of a bolt means, | The Accused Products are configured for use with a hammer having a sear surface and a hook for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver.<br><br>The Accused Products are “designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.” Super Safety Guide at 1.<br><br>The Accused Products (shown below in yellow) are configured to be installed in a fire control mechanism pocket of a receiver along with a hammer (shown below in red) having a sear surface and a hook for engaging a disconnector (shown below in orange). |

<table>
<tr><th>’159 Patent Claim 1</th><th>Super Safety</th></tr>
<tr><td></td><td>

The Accused Products are configured for use with a hammer which pivots on a transverse hammer pivot axis between set and released positions, said hammer adapted to be pivoted rearward by rearward movement of a bolt means.
The hammer (red) is shown below in the hammer set position. The hammer is adapted to be pivotable about the transverse hammer pivot axis. </td></tr>
</table>

| ’159 Patent Claim 1 | Super Safety |
|---|---|
| | <br><br>Below, the hammer (red) is shown in the hammer released position. The hammer is adapted to be pivotable about the transverse hammer pivot axis. |

<table>
<tr><th>’159 Patent Claim 1</th><th>Super Safety</th></tr>
<tr><td></td><td>

As shown below, the hammer is pivoted rearward by the rearward movement of a bolt means.</td></tr>
</table>

| ’159 Patent Claim 1 | Super Safety |
|---|---|
| |  |
| 1[B]: a trigger member having a trigger sear surface and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions, | The Accused Products are configured for use with a trigger member having a sear and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions.<br><br>The Accused Products (yellow) are configured for use with a trigger member (brown), shown in the set position, adapted to be mounted in the fire control mechanism pocket. The forward portion of the trigger member comprises a trigger sear surface. The trigger member pivots on a transverse trigger member pivot axis between a trigger set position and a trigger released position. |

| ’159 Patent Claim 1 | Super Safety |
|---|---|
| |   Below, the trigger member is shown in the trigger released position. |

| ’159 Patent Claim 1 | Super Safety |
|---|---|
| |  |
| 1[C]: wherein the trigger member sear surface and hammer sear surface are in engagement in the set positions of the hammer and trigger member and are out of engagement in the released positions of the hammer and trigger member, | The Accused Products are configured for use with a trigger member sear surface and hammer sear surface are in engagement in the set positions of the hammer and trigger member.<br><br>As shown below, when the trigger is in the trigger set position, and the hammer is in the hammer set position, the trigger member sear and the hammer sear surface are engaged. |

| '159 Patent Claim 1 | Super Safety |
|---|---|
| | <br><br>The Accused Products are configured for use with a trigger and hammer wherein said sear and sear catch are out of engagement in said released positions of said hammer and trigger member.<br><br>As shown below, when the trigger is in the trigger released position, and the hammer is in the hammer released position, the trigger member sear and the hammer sear surface are out of engagement. |

| ’159 Patent Claim 1 | Super Safety |
|---|---|
| |  |
| 1[D]: the disconnector having a hook for engaging the hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis, and | The Accused Products are configured for use with a disconnector having a hook for engaging the hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis.<br><br>The Accused Products are configured for use with a disconnector (shown below in orange) that is adapted to be mounted in the fire control mechanism pocket. The disconnector pivots on a transverse disconnector pivot axis. The disconnector has a hook for engaging the hammer (shown below in red). |

| ’159 Patent Claim 1 | Super Safety |
| --- | --- |
| |  |
| 1[E]: a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position and a second position, in the second position the cam lobe forces the trigger member toward the set position, | The Accused Products include a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket.<br><br>The Accused Products include a cam having cam lobes, as shown below. |

| ’159 Patent Claim 1 | Super Safety |
|---|---|
| | <br>The cam (shown below in yellow) is adapted to be movably mounted in a fire control mechanism pocket. For example, below, the cam is shown in two positions: on the left, a first position (pivoted forward); on the right, a second position (pivoted backward). |

| '159 Patent Claim 1 | Super Safety |
|---|---|
| | <br>The Accused Products include a cam being movable between a first position and a second position, in said second position said cam lobe forces said trigger member towards said set position.<br><br>The cam (shown below in yellow) is movable between a first position (below, left) and a second position (below, right). In the second position (right), the cam of the Accused Products (yellow) forces the trigger member toward the set position. On the left below, the trigger member is in the released position. On the right below, the cam rotates counterclockwise, forcing the trigger member towards the trigger set position. |

| ’159 Patent Claim 1 | Super Safety |
|---|---|
| |  |
| 1[F]: whereupon in the first mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook catches the hammer hook, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and trigger member to pivot to the set positions so that the user can pull the trigger member to fire the firearm, and | The Accused Products include a cam whereupon in the first mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook catches the hammer hook.<br><br>As shown below, the selector (green) is set to standard semi-automatic mode, and the cam is in the first mode. |

| ’159 Patent Claim 1 | Super Safety |
| --- | --- |
| | <br>During the rearward movement of the bolt means, the hammer (red) is pivoted rearward to a position such that it will be caught by the disconnector hook (orange). |

| ’159 Patent Claim 1 | Super Safety |
|---|---|
| |  |

<table>
<tr><th>’159 Patent Claim 1</th><th>Super Safety</th></tr>
<tr><td></td><td><br>The Accused Products are configured for use with a fire control group whereupon after rearward movement of the bolt means, the bolt means moves forward into battery.<br><br>After the rearward movement of the bolt means causes rearward pivoting of the hammer, the bolt means moves forward into battery.</td></tr>
</table>

| '159 Patent Claim 1 | Super Safety |
| --- | --- |
| | <br><br>The Accused Products are configured for use with a fire control group whereupon, in a standard semi-automatic mode, after the bolt means moves forward into battery, a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and trigger member to pivot to the set positions so that the user can pull the trigger member to fire the firearm.<br><br>When the bolt means moves forward into battery, the hammer (red) remains caught by the hook of the disconnector (orange), as shown below, preventing it from pivoting forward to the hammer released position. |

| ’159 Patent Claim 1 | Super Safety |
|---|---|
| |  To disengage the hammer (red) from the disconnector (orange), a user must manually release rearward pressure on said trigger member. In doing so, the hammer and trigger members are permitted to pivot to said hammer set position and trigger set positions so that the user can pull said trigger member to fire the firearm, as shown below. |

| ’159 Patent Claim 1 | Super Safety |
|---|---|
| |  |
| 1[G]: whereupon in a second mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger member to fire the firearm. | The Accused Products are configured to be set to a second mode.<br><br>The Accused Products are set to a second mode, forced reset semi-automatic mode, when the cam is aligned with the trigger as shown below. |

| ’159 Patent Claim 1 | Super Safety |
|---|---|
| | <br><br>The Accused Products are configured such that in a second mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook is prevented from holding the hammer.<br><br>Rearward movement of the bolt means causes rearward pivoting of the hammer **(Red)** and the cam to force the trigger member toward the reset position such that the disconnector **(Orange)** hook is prevented from holding the hammer hook. |

<table>
<tr><th>’159 Patent Claim 1</th><th>Super Safety</th></tr>
<tr><td></td><td>

The Accused Products are configured such that the bolt means moves forward into battery, at which time the user can pull the trigger member to fire the firearm.
When the Accused Products are set to forced reset semi-automatic mode, after the bolt means moves rearward, the bolt means moves forward into battery. </td></tr>
</table>

<table>
<tr><th>’159 Patent Claim 1</th><th>Super Safety</th></tr>
<tr><td></td><td>

When the bolt means moves forward into battery, the user can pull the trigger member to fire the firearm.

</td></tr>
</table>

| ’159 Patent Claim 3 | Super Safety |
|---|---|
| 3. The trigger mechanism of claim 1, further comprising a spring which biases the trigger member toward the set position. | The Accused Products include the trigger mechanism of claim 1, further comprising a spring which biases the trigger member toward the set position.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1.<br><br>The Accused Products are configured for use with a spring which biases the trigger member toward the set position, as shown below.<br><br> |

| ’159 Patent Claim 6 | Super Safety |
|---|---|
| 6[pre]: A firearm trigger mechanism for a firearm having a fire control mechanism pocket and a reciprocating bolt means, the trigger mechanism operable in a first, standard semi-automatic mode and in a second, forced reset | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>The Accused Products comprise a firearm trigger mechanism for a firearm having a fire control mechanism pocket and a reciprocating bolt means, the trigger mechanism operable in a first, standard semi-automatic mode and in a second, forced reset semi-automatic mode. |

| '159 Patent Claim 6 | Super Safety |
|---|---|
| semi-automatic mode, the mechanism comprising: | I repeat and incorporate by reference herein all contentions disclosed in claim 1[pre]. |
| 6[A]: a hammer having a sear surface and a hook for engaging a disconnector and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse hammer pivot axis between set and released positions, the hammer adapted to be pivoted rearward by rearward movement of the bolt means, | The Accused Products are configured for use with a hammer having a sear surface and a hook for engaging a disconnector and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse hammer pivot axis between set and released positions, the hammer adapted to be pivoted rearward by rearward movement of the bolt means.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[A]. |
| 6[B]: a trigger member having a sear surface and adapted to be mounted in the fire control mechanism pocket to move between set and released positions, | The Accused Products are configured for use with a trigger member having a sear surface and adapted to be mounted in the fire control mechanism pocket to move between set and released positions.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[B].<br><br>The Accused Products include a trigger member adapted to move between set and released positions, as shown in claim 1[B]. |
| 6[C]: wherein the hammer sear surface and trigger member sear surface are in engagement in the set positions of the hammer and trigger member and are out of engagement in the released positions of the hammer and trigger member, | The Accused Products are configured for use with a hammer wherein the hammer sear surface and trigger member sear surface are in engagement in the set positions of the hammer and trigger member and are out of engagement in the released positions of the hammer and trigger member.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[C]. |
| 6[D]: the disconnector having a hook for engaging the hammer and adapted to be mounted in the fire control mechanism pocket to pivot | The Accused Products are configured for use with a disconnector having a hook for engaging the hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis. |

| ’159 Patent Claim 6 | Super Safety |
|---|---|
| on a transverse disconnector pivot axis, and | I repeat and incorporate by reference herein all contentions disclosed in claim 1[D]. |
| 6[E]: a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position and a second position, in the second position the cam prevents the trigger member from moving from the set position to the released position, | The Accused Products include a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position and a second position, in the second position the cam prevents the trigger member from moving from the set position to the released position.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[E].<br><br>The Accused Products include a cam having a cam lobe wherein in the second position the cam prevents the trigger member from moving from the set position to the released position, as shown in claim 1[E]. |
| 6[F]: whereupon in the first mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook catches the hammer hook, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and trigger member to move to the set positions so that the user can pull the trigger member to fire the firearm again, and | The Accused Products are configured whereupon in the first mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook catches the hammer hook, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and trigger member to move to the set positions so that the user can pull the trigger member to fire the firearm again.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[F].<br><br>The Accused Products are configured whereupon in the first mode, a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and trigger member to move to the set positions so that the user can pull the trigger member to fire the firearm again, as shown in claim 1[F]. |
| 6[G]: whereupon in the second mode, rearward movement of the bolt means causes rearward pivoting of the hammer, movement | The Accused Products are configured whereupon in the second mode, rearward movement of the bolt means causes rearward pivoting of the hammer, movement of the trigger member to the set position, and the disconnector hook is prevented from holding the hammer, and |

| ’159 Patent Claim 6 | Super Safety |
|---|---|
| of the trigger member to the set position, and the disconnector hook is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the cam is moved to the first position, allowing the user to pull the trigger member to fire the firearm. | thereafter the bolt means moves forward into battery, at which time the cam is moved to the first position, allowing the user to pull the trigger member to fire the firearm.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[G].<br><br>The Accused Products are configured whereupon in the second mode, rearward movement of the bolt means causes movement of the trigger member to the set position, as shown in claim 1[G]. |

| ’159 Patent Claim 7 | Super Safety |
|---|---|
| 7. The trigger mechanism of claim 6, further comprising a spring which biases the trigger member toward the set position. | The Accused Products are configured for use with a trigger mechanism of claim 6, further comprising a spring which biases the trigger member toward the set position.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 3 and 6. |

| ’159 Patent Claim 9 | Super Safety |
|---|---|
| 9. The trigger mechanism of claim 6, wherein the trigger member pivots on a transverse trigger axis between set and released positions. | The Accused Products are configured for use with a trigger mechanism of claim 6, wherein the trigger member pivots on a transverse trigger axis between set and released positions.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 1[B] and 6. |

| ’159 Patent Claim 10 | Super Safety |
|---|---|
| 10[pre]: A firearm trigger mechanism for a firearm having a fire control mechanism pocket and a reciprocating bolt means, the trigger mechanism operable in a first, standard semi-automatic mode and in a second, forced reset semi-automatic mode, the mechanism comprising: | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>The Accused Products are configured for use with a firearm trigger mechanism for a firearm having<br>a fire control mechanism pocket and a reciprocating bolt means, the trigger mechanism operable in a first, standard semi-automatic mode and in a second, forced reset semi-automatic mode. |

| ’159 Patent Claim 10 | Super Safety |
| --- | --- |
| | I repeat and incorporate by reference herein all contentions disclosed in claim 1[pre]. |
| 10[A]: a hammer having a sear surface and a hook for engaging a disconnector and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse hammer pivot axis between set and released positions, the hammer adapted to be pivoted rearward by rearward movement of the bolt means, | The Accused Products are configured for use with a hammer having a sear surface and a hook for engaging a disconnector and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse hammer pivot axis between set and released positions, the hammer adapted to be pivoted rearward by rearward movement of the bolt means.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[A]. |
| 10[B]: a trigger member having a sear surface and adapted to be mounted in the fire control mechanism pocket to move between set and released positions, | The Accused Products are configured for use with a trigger member having a sear surface and adapted to be mounted in the fire control mechanism pocket to move between set and released positions.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[B].<br><br>The Accused Products include a trigger member adapted to move between set and released positions, as shown in claim 1[B]. |
| 10[C]: wherein the hammer sear surface and trigger member sear surface are in engagement in the set positions of the hammer and trigger member and are out of engagement in the released positions of the hammer and trigger member, | The Accused Products are configured wherein the hammer sear surface and trigger member sear surface are in engagement in the set positions of the hammer and trigger member and are out of engagement in the released positions of the hammer and trigger member.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[C]. |
| 10[D]: the disconnector having a hook for engaging the hammer and adapted to be mounted in the fire control mechanism pocket to pivot | The Accused Products are configured for use with a disconnector having a hook for engaging the hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[D]. |

| ’159 Patent Claim 10 | Super Safety |
|---|---|
| on a transverse disconnector pivot axis, and | |
| 10[E]: a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position and a second position, movement of the cam to the second position causing the trigger member to move from the released position toward the set position, | The Accused Products include a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position and a second position, movement of the cam to the second position causing the trigger member to move from the released position toward the set position.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[E].<br><br>The Accused Products include a cam, movement of the cam to the second position causing the trigger member to move from the released position toward the set position, as shown in claim 1[E]. |
| 10[F]: whereupon in the first mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook catches the hammer hook, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and trigger member to move to the set positions so that the user can pull the trigger member to fire the firearm again, and | The Accused Products are configured whereupon in the first mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook catches the hammer hook, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and trigger member to move to the set positions so that the user can pull the trigger member to fire the firearm again.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[F].<br><br>The Accused Products are configured whereupon in the first mode, a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and trigger member to move to the set positions so that the user can pull the trigger member to fire the firearm again, as shown in claim 1[F]. |
| 10[G]: whereupon in the second mode, rearward movement of the bolt means causes rearward pivoting of the hammer and causes | The Accused Products are configured whereupon in the second mode, rearward movement of the bolt means causes rearward pivoting of the hammer and causes movement of the trigger member to the set position, and wherein the disconnector hook is prevented from holding the |

| ’159 Patent Claim 10 | Super Safety |
| --- | --- |
| movement of the trigger member to the set position, and wherein the disconnector hook is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the cam is moved to the first position and the user can pull the trigger member to fire the firearm again. | hammer, and thereafter the bolt means moves forward into battery, at which time the cam is moved to the first position and the user can pull the trigger member to fire the firearm again.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[G].<br><br>In the second mode, rearward movement of the bolt means causes movement of the trigger member to the set position, as shown in claim 1[G].<br><br>In the second mode, after rearward movement of the bolt means, the bolt means moves forward into battery, at which time the cam is moved to the first position, as shown in claim 1[G]. |

| ’159 Patent Claim 11 | Super Safety |
| --- | --- |
| 11. The trigger mechanism of claim 10, further comprising a spring which biases the trigger member toward the set position. | The Accused Products are configured for use with a trigger mechanism of claim 10, further comprising a spring which biases the trigger member toward the set position.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 3 and 10. |

| ’159 Patent Claim 14 | Super Safety |
| --- | --- |
| 14[pre]: A firearm trigger mechanism comprising: | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>The Accused Products are configured for use with a firearm trigger mechanism.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[pre]. |
| 14[A]: a hammer having a sear surface and a hook for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver to move between set and released positions, the hammer adapted to | The Accused Products are configured for use with a hammer having a sear surface and a hook for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver to move between set and released positions, the hammer adapted to be moved to the set position by rearward movement of a bolt means.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[A]. |

| ’159 Patent Claim 14 | Super Safety |
|---|---|
| be moved to the set position by rearward movement of a bolt means, | The Accused Products are configured for use with a hammer adapted to be moved to the set position by rearward movement of a bolt means, as shown in claim 1[A]. |
| 14[B]: a trigger member having a sear surface and adapted to be mounted in the fire control mechanism pocket to move between set and released positions, | The Accused Products are configured for use with a ger member having a sear surface and adapted to be mounted in the fire control mechanism pocket to move between set and released positions.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[B]. |
| 14[C]: wherein the hammer sear surface and trigger member sear surface are in position to engage in the set positions of the hammer and trigger member and are out of engagement in the released positions of the hammer and trigger member, | The Accused Products are configured wherein the hammer sear surface and trigger member sear surface are in position to engage in the set positions of the hammer and trigger member and are out of engagement in the released positions of the hammer and trigger member.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[C]. |
| 14[D]: the disconnector having a hook for engaging the hammer, and | The Accused Products are configured for use with a disconnector having a hook for engaging the hammer.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[D]. |
| 14[E]: a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position and a second position, in the second position the cam lobe forces the trigger member toward the set position, | The Accused Products include a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, the cam being movable between a first position and a second position, in the second position the cam lobe forces the trigger member toward the set position.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[E]. |
| 14[F]: when in a standard semi-automatic mode, rearward movement of the bolt carrier | The Accused Products are configured such that when in a standard semi-automatic mode, rearward movement of the bolt carrier causes movement of the hammer such that the disconnector hook catches the hammer hook, and thereafter the bolt means moves forward into |

| ’159 Patent Claim 14 | Super Safety |
|---|---|
| causes movement of the hammer such that the disconnector hook catches the hammer hook, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer sear surface and trigger member sear surface to move into engagement so that the user can pull the trigger member to fire the firearm, and | battery, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer sear surface and trigger member sear surface to move into engagement so that the user can pull the trigger member to fire the firearm.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[F].<br><br>When in standard semi-automatic mode, the user must manually reduce pressure on the trigger to permit the hammer sear surface and trigger member sear surface to move into engagement, as shown in claim 1[F]. |
| 14[G]: when in a forced reset semi-automatic mode, rearward movement of the bolt means causes movement of the hammer and the disconnector hook is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger member to fire the firearm. | The Accused Products are configured such that when in a forced reset semi-automatic mode, rearward movement of the bolt means causes movement of the hammer and the disconnector hook is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger member to fire the firearm.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[G]. |

| ’159 Patent Claim 15 | Super Safety |
|---|---|
| 15[pre]: A firearm trigger mechanism comprising: | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>The Accused Products are configured for use with a firearm trigger mechanism.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[pre]. |

| ’159 Patent Claim 15 | Super Safety |
| --- | --- |
| 15[A]: a hammer having a sear surface and a hook means for engaging a disconnector and adapted to move between set and released positions, the hammer adapted to be moved to the set position by rearward movement of a bolt means, | The Accused Products are configured for use with a hammer having a sear surface and a hook means for engaging a disconnector and adapted to move between set and released positions, the hammer adapted to be moved to the set position by rearward movement of a bolt means.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[A]. |
| 15[B]: a trigger means having a sear surface and adapted to move between set and released positions, | The Accused Products are configured for use with a trigger means having a sear surface and adapted to move between set and released positions.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[B]. |
| 15[C]: wherein the hammer sear surface and trigger means sear surface are positioned to engage when the hammer and trigger means are in their set positions and are out of engagement in the hammer and trigger means are in their released positions, | The Accused Products are configured wherein the hammer sear surface and trigger means sear surface are positioned to engage when the hammer and trigger means are in their set positions and are out of engagement in the hammer and trigger means are in their released positions.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[C]. |
| 15[D]: the disconnector having a disconnector hook means for engaging the hammer hook means, | The Accused Products are configured for use with a disconnector having a disconnector hook means for engaging the hammer hook means.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[D]. |
| 15[E]: a cam adapted to be movable between a first position at which the cam does not force the trigger member into the set position and a second position at which the cam does force the trigger member toward the set position, and a means for selecting | The Accused Products include a cam adapted to be movable between a first position at which the cam does not force the trigger member into the set position and a second position at which the cam does force the trigger member toward the set position, and a means for selecting between at least standard semi-automatic and forced reset semi-automatic modes.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[E]. |

| ’159 Patent Claim 15 | Super Safety |
|---|---|
| between at least standard semi-automatic and forced reset semi-automatic modes, | |
| 15[F]: when in the standard semi-automatic position, rearward movement of the bolt means causes movement of the hammer such that the disconnector hook means catches the hammer hook means, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger means to free the hammer from the disconnector to permit the hammer and trigger means to move to the set positions so that the user can pull the trigger means to fire the firearm, and | The Accused Products are configured that when in the standard semi-automatic position, rearward movement of the bolt means causes movement of the hammer such that the disconnector hook means catches the hammer hook means, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger means to free the hammer from the disconnector to permit the hammer and trigger means to move to the set positions so that the user can pull the trigger means to fire the firearm.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[F]. |
| 15[G]: when in the forced reset semi-automatic position, rearward movement of the bolt means causes movement of the hammer, the disconnector is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger means to fire the firearm. | The Accused Products are configured that when in the forced reset semi-automatic position, rearward movement of the bolt means causes movement of the hammer, the disconnector is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger means to fire the firearm.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[G]. |

| ’159 Patent Claim 16 | Super Safety |
| --- | --- |
| 16[pre]: A firearm trigger mechanism comprising: | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>The Accused Products are configured for use with a firearm trigger mechanism.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[pre]. |
| 16[A]: a hammer having a sear engagement surface and a hook means for engaging a disconnector and adapted to move between set and released positions, the hammer adapted to be moved to the set position by rearward movement of a bolt means, | The Accused Products are configured for use with a hammer having a sear engagement surface and a hook means for engaging a disconnector and adapted to move between set and released positions, the hammer adapted to be moved to the set position by rearward movement of a bolt means.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[A]. |
| 16[B]: a trigger means having a sear engagement surface and adapted to move between set and released positions, | The Accused Products are configured for use with a trigger means having a sear engagement surface and adapted to move between set and released positions.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[B]. |
| 16[C]: wherein the trigger means and hammer sear engagement surfaces are in position to engage in the set positions of the hammer and trigger means and will not engage in the released positions of the hammer and trigger means, | The Accused Products are configured wherein the trigger means and hammer sear engagement surfaces are in position to engage in the set positions of the hammer and trigger means and will not engage in the released positions of the hammer and trigger means.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[C]. |
| 16[D]: the disconnector having a hook means for engaging the hammer hook means, and | The Accused Products are configured for use with a disconnector having a hook means for engaging the hammer hook means.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[D]. |
| 16[E]: a cam movable between a first position and a second position, in the second position the | The Accused Products include a cam movable between a first position and a second position, in the second position the cam forces the trigger member toward the set position. |

| ’159 Patent Claim 16 | Super Safety |
|---|---|
| cam forces the trigger member toward the set position, | I repeat and incorporate by reference herein all contentions disclosed in claim 1[E]. |
| 16[F]: when in a standard semi-automatic mode, rearward movement of the bolt means causes movement of the hammer and the disconnector hook means catches the hammer hook means, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger means to free the hammer from the disconnector to permit the hammer and trigger means to move to their set positions so that the user can pull the trigger means to fire the firearm, and | The Accused Products are configured such that when in a standard semi-automatic mode, rearward movement of the bolt means causes movement of the hammer and the disconnector hook means catches the hammer hook means, and thereafter the bolt means moves forward into battery, at which time a user must manually reduce pressure on the trigger means to free the hammer from the disconnector to permit the hammer and trigger means to move to their set positions so that the user can pull the trigger means to fire the firearm<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[F]. |
| 16[G]: when in a forced reset semi-automatic mode, upon rearward movement of the bolt means, the disconnector is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger means to fire the firearm. | The Accused Products are configured for use with a when in a forced reset semi-automatic mode, upon rearward movement of the bolt means, the disconnector is prevented from holding the hammer, and thereafter the bolt means moves forward into battery, at which time the user can pull the trigger means to fire the firearm.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[G]. |

| ’159 Patent Claim 17 | Super Safety |
|---|---|
| 17[pre]: A firearm trigger mechanism comprising: | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended. |

| ’159 Patent Claim 17 | Super Safety |
|---|---|
| | The Accused Products are configured for use with a firearm trigger mechanism.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[pre]. |
| 17[A]: a hammer movable between a set position and a released position, and having a sear engagement surface; | The Accused Products are configured for use with a hammer movable between a set position and a released position, and having a sear engagement surface.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[A]. |
| 17[B]: a trigger member having a sear engagement surface, the trigger member being movable between a set position and a released position; | The Accused Products are configured for use with a trigger member having a sear engagement surface, the trigger member being movable between a set position and a released position.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[B]. |
| 17[C]: a cam configured to move during cycling of the firearm's action and to contact the trigger member to bias it toward the set position; | The Accused Products include a cam configured to move during cycling of the firearm’s action and to contact the trigger member to bias it toward the set position.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[E].<br><br>The Accused Products include a cam configured to move during cycling of the firearm’s action and to contact the trigger member to bias it toward the set position, as shown in claim 1[E]. |
| 17[D]: a movable blocking means configured to selectively prevent the hammer sear catch surface from engaging with the sear in the set position; | The Accused Products include a movable blocking means configured to selectively prevent the hammer sear catch surface from engaging with the sear in the set position.<br><br>The Accused Products include a movable blocking means **(Orange)** configured to selective prevent the hammer **(Red)** sear catch surface from engaging with the sear in the set position. Below, the movable blocking means is selected to prevent the hammer sear catch surface from engaging with the sear in the set position. |

<table>
<tr><th>’159 Patent Claim 17</th><th>Super Safety</th></tr>
<tr><td></td><td><br>Below, the movable blocking means is selected not to prevent the hammer sear catch surface from engaging with the sear in the set position.</td></tr>
</table>

| ’159 Patent Claim 17 | Super Safety |
|---|---|
| |  |
| 17[E]: a mode selector operable by the user to select between at least two modes of operation of the trigger mechanism, including: | The Accused Products include a mode selector operable by the user to select between at least two modes of operation of the trigger mechanism.<br><br>The Accused Products include a mode selector operable by the user to select between at least two modes of operation of the trigger mechanism. Below, left, the mode selector is shown in one mode of operation (semi-automatic mode). Below, right, the mode selector is shown in another mode of operation (forced reset mode). |

| ’159 Patent Claim 17 | Super Safety |
|---|---|
| |  |
| 17[F]: a semi-automatic mode, in which the hammer and trigger member sear engagement surfaces are not able engage in the set position during cycling of the firearm's action until the user manually reduces pressure from the trigger member to disengage the blocking means before firing again, regardless of whether the cam moves the trigger member to the set position; and | The Accused Products include a semi-automatic mode, in which the hammer and trigger member sear engagement surfaces are not able engage in the set position during cycling of the firearm's action until the user manually reduces pressure from the trigger member to disengage the blocking means before firing again, regardless of whether the cam moves the trigger member to the set position.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[F].<br><br>The Accused Products include a semi-automatic mode, in which the hammer and trigger member sear engagement surfaces are not able engage in the set position during cycling of the firearm's action until the user manually reduces pressure from the trigger member to disengage the blocking means before firing again, regardless of whether the cam moves the trigger member to the set position, as shown in claim 1[F]. |
| 17[G]: a forced reset mode, in which the cam moves during cycling and forcibly biases the | The Accused Products include a forced reset mode, in which the cam moves during cycling and forcibly biases the trigger member into the set position with the hammer and trigger |

| ’159 Patent Claim 17 | Super Safety |
|---|---|
| trigger member into the set position with the hammer and trigger member sear engagement surfaces engaged, permitting the user to immediately fire again without the user manually releasing pressure on the trigger member; | member sear engagement surfaces engaged, permitting the user to immediately fire again without the user manually releasing pressure on the trigger member.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1[G].<br><br>The Accused Products include a forced reset mode, in which the cam moves during cycling and forcibly biases the trigger member into the set position with the hammer and trigger member sear engagement surfaces engaged, permitting the user to immediately fire again without the user manually releasing pressure on the trigger member, as shown in claim 1[G]. |
| 17[H]: wherein if the cam moves in both modes, the difference in operation between modes is determined by movable selection of the blocking means, thereby selectively either permitting or preventing the hammer and trigger member sear engagement surfaces from engaging when the trigger member is biased by the cam. | The Accused Products are configured wherein if the cam moves in both modes, the difference in operation between modes is determined by movable selection of the blocking means, thereby selectively either permitting or preventing the hammer and trigger member sear engagement surfaces from engaging when the trigger member is biased by the cam.<br><br>The Accused Products include a cam **(Yellow)** operable to move in semi-automatic mode.<br><br><br><br>The Accused Products include a cam (Yellow) operable to move in forced reset mode. |

| ’159 Patent Claim 17 | Super Safety |
|---|---|
| | <br>The difference in operation between modes is determined by a movable selection of the blocking means (Orange), which prevents hammer and trigger sear engagement in semiautomatic mode and permits engagement in forced reset mode, as shown above. The prevention or permission of sear engagement is caused by the trigger member being biased by the cam, as shown above. |