# EXHIBIT D

**Infringement Claim Chart – U.S. Patent No. 12,038,247**

The below infringement claim chart is based on information that is reasonably available to me at the present time. For example, Defendant has not yet produced technical documents regarding the Accused Products, including but not limited to component drawings, assembly drawings, or CAD models for the Accused Products.

I reserve the right to supplement this infringement chart, including to add or remove asserted claims, identify additional accused products, or provide further evidence, as discovery in this case warrants.

| ’247 Patent Claim 15 | ARC-Fire |
|---|---|
| 15: A firearm trigger mechanism comprising: | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>The Accused Products comprise a firearm trigger mechanism when assembled and used as intended.<br><br> |

| | |
|---|---|
| | https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026)<br><br>https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026)<br><br>When installed and used as directed, the Accused Products are part of a firearm trigger mechanism that uses a bolt means as will be shown below. With the Accused Products installed, the trigger mechanism operates in Safe, Semi, and a forced reset semi-automatic mode "ARC." |



FREE SHIPPING ON ALL ORDERS!

AS DESIGNS
ACTIVE SAFETY SYSTEMS

**BUILT FOR SPEED. DESIGNED FOR CONTROL.**

*Multi-Platform Compatibility:* Engineered to support over 10 of the most widely used firearm platforms, with more on the horizon. (AR15, JAKL, MP5, MCX, MPX, SCAR, BRN-180, G3, AP53, UMP, STRIBOG, DISSENT, and more to be added soon)

*Ambidextrous Selector:* Fully ambi design provides fast, intuitive access for both right- and left-handed shooters.

*Three-Position Control:* Selector positions include Safe, Semi, and ARC, putting enhanced speed and performance at your fingertips.

**RELIABLE. TACTILE. RESPONSIVE.**

The ARC-Fire is built for shooters who demand performance and dependability. Our patent-pending design maximizes durability and reliability under sustained use. The selector switch is engineered for positive tactile feedback and effortless transitions - even under stress.



https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026)

| | |
|---|---|
| |  |

| | |
|---|---|
| | ARC Lever<br>Selector Lever<br>Ambi Selector<br>Screw<br>ARC Cam<br>Detent Bar<br>Screw<br> |

| | |
|---|---|
| a hammer having a sear catch and a hook for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver | The Accused Products are configured for use with a hammer having a sear catch and a hook for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver.<br><br>The Accused Products are configured for compatibility with Mil-Spec Fire Control Groups.<br><br>FREE SHIPPING ON ALL ORDERS!<br>AS DESIGNS<br>ACTIVE SAFETY SYSTEMS<br>**BUILT FOR SPEED. DESIGNED FOR CONTROL.**<br>*Multi-Platform Compatibility:* Engineered to support over 10 of the most widely used firearm platforms, with more on the horizon. (AR15, JAKL, MP5, MCX, MPX, SCAR, BRN-180, G3, AP53, UMP, STRIBOG, DISSENT, and more to be added soon)<br>*Ambidextrous Selector:* Fully ambi design provides fast, intuitive access for both right- and left-handed shooters.<br>*Three-Position Control:* Selector positions include Safe, Semi, and ARC, putting enhanced speed and performance at your fingertips.<br>**RELIABLE. TACTILE. RESPONSIVE.**<br>The ARC-Fire is built for shooters who demand performance and dependability. Our patent-pending design maximizes durability and reliability under sustained use. The selector switch is engineered for positive tactile feedback and effortless transitions - even under stress.<br>VIKINGCLOUD ASSURANCE CARD<br>https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026) |

<table>
<tr><td></td><td>The AR-15 mil-spec fire control group includes a hammer having a sear catch and a hook for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver.<br><br>The Accused Products are configured to be installed in a fire control mechanism pocket of a receiver along with a hammer (shown below in red) having a sear catch and a hook for engaging a disconnector (shown below in orange).<br><br></td></tr>
<tr><td>to pivot on a transverse hammer pivot axis between set and released positions, said hammer adapted to</td><td>The Accused Products are configured for use with a hammer which pivots on a transverse hammer pivot axis between set and released positions, said hammer adapted to be pivoted rearward by rearward movement of a bolt carrier.</td></tr>
</table>

<table>
<tr>
<td>be pivoted rearward by rearward movement of a bolt carrier,</td>
<td>The hammer (red) is shown below in the hammer set position. The hammer is adapted to be pivotable about the transverse hammer pivot axis.<br><br><br>Below, the hammer (red) is shown in the hammer released position. The hammer is adapted to be pivotable about the transverse hammer pivot axis.</td>
</tr>
</table>




As shown below, the hammer is pivoted rearward by the rearward movement of a bolt carrier.

| | |
|---|---|
| |  |
| a trigger member having a sear and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions, | The Accused Products are configured for use with a trigger member having a sear and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions.<br><br>The Accused Products are configured for use with a trigger member (brown), shown in the set position, adapted to be mounted in the fire control mechanism pocket. The forward portion of the trigger member comprises a sear. The trigger member pivots on a transverse trigger member pivot axis between a trigger set position and a trigger released position. |

| | |
|---|---|
| | <br>Below, the trigger member is shown in the trigger released position. |

| | |
|---|---|
| |  |
| wherein said sear and sear catch are in engagement in said set positions of said hammer and trigger member | The Accused Products are configured for use with a trigger comprising a sear and hammer comprising a sear catch wherein said sear and sear catch are in engagement in said set positions of said hammer and trigger member. |

| | |
|---|---|
| | As shown below, when the trigger is in the trigger set position, and the hammer is in the hammer set position, the trigger's sear and the hammer's sear catch are engaged.   |

| | |
|---|---|
| and are out of engagement in said released positions of said hammer and trigger member, | The Accused Products are configured for use with a trigger and hammer wherein said sear and sear catch are out of engagement in said released positions of said hammer and trigger member.<br><br>As shown below, when the trigger is in the trigger released position, and the hammer is in the hammer released position, the trigger's sear and the hammer's sear catch are out of engagement. |

| | |
|---|---|
| |  |
| said disconnector having a hook for engaging said hammer and adapted to be mounted in the fire control mechanism pocket to pivot | The Accused Products are configured for use with a disconnector having a hook for engaging said hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis. |

| | |
|---|---|
| on a transverse disconnector pivot axis, | The Accused Products are configured for use with a disconnector (shown below in orange) that is adapted to be mounted in the fire control mechanism pocket. The disconnector pivots on a transverse disconnector pivot axis. The disconnector has a hook for engaging the hammer (shown below in red).<br><br> |
| and a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, | The Accused Products include a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket.<br><br>The Accused Products include a cam having a cam lobe. |

| | |
|---|---|
| |   The cam is adapted to be movably mounted in a fire control mechanism pocket. For example, below, the cam is shown on the left, pivoted forward; and on the right, pivoted backward. |

| | |
|---|---|
| |  |
| said cam being movable between a first position and a second position, in said second position said cam lobe forces said trigger member towards said set position, | The Accused Products include a cam being movable between a first position and a second position, in said second position said cam lobe forces said trigger member towards said set position.<br><br>The cam is movable between a first position (below, left) and a second position (below, right). In the second position (right), the cam lobe forces the trigger member towards the set position.<br><br><br> |

| | |
|---|---|
| | When the cam is in the second position, it forces said trigger member towards said trigger set position as it is rotated. On the left below, the trigger member is in the released position. On the right below, the cam rotates counterclockwise, forcing the trigger member towards the trigger set position.  |

| | |
|---|---|
| |   As the bolt carrier comes rearward it pushes the ARC Lever and Cam into the locked position resetting and preventing the trigger from being pulled. |

| | |
|---|---|
| whereupon in a standard semi-automatic mode, said cam is in said first position, | The Accused Products include a cam whereupon in a standard semi-automatic mode, said cam is in said first position.<br><br>As shown below, the selector is set to standard semi-automatic mode, and the cam is in the first position.<br><br><br> |

| | |
|---|---|
| rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook catches said hammer hook, | The Accused Products are configured for use with a hammer whereupon in a standard semi-automatic mode, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook catches said hammer hook.<br><br>During the rearward movement of the bolt carrier, the hammer (red) is pivoted rearward to a position such that it will be caught by the disconnector hook (orange).<br><br> |

| | |
|---|---|
| |  |
| and thereafter the bolt carrier moves forward into battery, | The Accused Products are configured for use with a fire control group whereupon after rearward movement of the bolt carrier, the bolt carrier moves forward into battery.<br><br>After the rearward movement of the bolt carrier causes rearward pivoting of the hammer, the bolt carrier moves forward into battery. |

| | |
|---|---|
| |  |
| at which time a user must manually release said trigger member to free said hammer from said disconnector to permit said hammer and trigger member to pivot to said set positions so that the user can pull said trigger member to fire the firearm, and | The Accused Products are configured for use with a fire control group whereupon, in a standard semi-automatic mode, after the bolt carrier group moves forward into battery, a user must manually release said trigger member to free said hammer from said disconnector to permit said hammer and trigger member to pivot to said set positions so that the user can pull said trigger member to fire the firearm.<br><br>When the bolt carrier moves forward into battery, the hammer (red) remains caught by the hook of the disconnector (orange), as shown below, preventing it from pivoting forward to the hammer released position. |

| | |
|---|---|
| |   To disengage the hammer (red) from the disconnector (orange), a user must manually release rearward pressure on said trigger member. In doing so, the hammer and trigger members are permitted to pivot to said hammer set position and trigger set positions so that the user can pull said trigger member to fire the firearm, as shown below. |

| | |
|---|---|
| |  |
| whereupon in a forced reset semi-automatic mode, | The Accused Products are configured to be set to forced reset semi-automatic mode.<br><br>The Accused Products are set to forced reset semi-automatic mode when the cam is in the second position. |

| | |
|---|---|
| |   |
| said cam is in said second position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said | The Accused Products include a cam, which when in forced reset semi-automatic mode and said cam is in said second position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook is prevented from catching said hammer hook |

| | |
|---|---|
| disconnector hook is prevented from catching said hammer hook, | As shown below, when the selector is set to forced reset semi-automatic mode, the cam is in the second position.<br><br><br><br>When the cam is set to the second position, rearward movement of the bolt carrier causes rearward pivoting of the hammer (red), as shown below. In forced reset semi-automatic mode, |

| | |
|---|---|
| | the disconnector hook is prevented from catching said hammer hook, as shown below, because the cam lobe has forced the trigger and disconnector assembly to pivot about the trigger pivot axis.   |
| and thereafter the bolt carrier moves forward into battery, | The Accused Products are configured such that the bolt carrier moves forward into battery. |

| | |
|---|---|
| | When the Accused Products are set to forced reset semi-automatic mode, after the bolt carrier moves rearward, the bolt carrier moves forward into battery.   |
| at which time the user can pull said trigger member to fire the firearm. | The Accused Products are configured such that the user can pull said trigger member to fire the firearm.<br><br>When the Accused Products are set to forced reset semi-automatic mode, when the bolt carrier has moved forward into battery, the cam is pivoted forward, disengaging the cam lobe from the trigger. At this time, the user can pull said trigger member to fire the firearm. |


Forward movement of bolt carrier

| | |
|---|---|
| | As the lever is pulled fully forward to the tripped position the cam is unlocked and the trigger can be pulled again. |