# EXHIBIT G

**Infringement Claim Chart – U.S. Patent No. 12,529,538**

The below infringement claim chart is based on information that is reasonably available to me at the present time. For example, Defendant has not yet produced technical documents regarding the Accused Products, including but not limited to component drawings, assembly drawings, or CAD models for the Accused Products.

I reserve the right to supplement this infringement chart, including to add or remove asserted claims, identify additional accused products, or provide further evidence, as discovery in this case warrants.

| ’538 Patent Claim 1 | Super Safety |
| --- | --- |
| 1. A safety mechanism for a firearm comprising: | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>The Accused Products include a safety mechanism for a firearm.<br><br>The Accused Products are described as “3D Printed Active Trigger System[s]” in public documentation. |



# Super Safety

3D Printed Active Trigger System

Hoffman Tactical 7/19/23 V4.4

| ’538 Patent Claim 1 | Super Safety |
|---|---|
| | Super Safety Guide at Cover.<br><br>The Accused Products are “mechanisms that actively reset[] the trigger of a firearm” and are “designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.”<br><br>**1 INTRODUCTION**<br><br>The Super Safety is a mechanism that actively resets the trigger of a firearm to allow the operator to fire again, quickly, and efficiently.<br><br>The Super Safety has been designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.<br><br>Two versions of the cam are included, the single mode cam and the dual mode cam. The single mode cam has two positions, safe and active reset. The dual mode cam has three positions, safe, active reset, and passive reset. Each has its own advantages, which will be explained.<br><br>When 3D printed in PA12-CF the Super Safety can last several hundred rounds. Optimally it is manufactured from a wear resistant steel.<br><br>This document contains the information needed to manufacture the Super Safety, as well as understand it’s function.<br><br>Super Safety Guide at 1.<br><br>The Accused Products are part of a forced reset trigger mechanism installed into a firearm receiver in place of a standard safety. |

| ’538 Patent Claim 1 | Super Safety |
|---|---|
| |  Super Safety Guide at 12.  |
| a cam selector; | The Accused Products include a cam selector. |

| ’538 Patent Claim 1 | Super Safety |
|---|---|
| | The Accused Products include a cam selector that allows for selection of safe, active reset, and passive reset modes, as shown below.<br><br><br>Super Safety Guide at 1<br><br><br> |
| a lever; | The Accused Products include a lever.<br><br>The Accused Products have a lever **(Pink)** extending upward from the cam selector, as shown below. |

<table>
<tr><th>’538 Patent Claim 1</th><th>Super Safety</th></tr>
<tr><td></td><td><br></td></tr>
<tr><td>a trigger;</td><td>The Accused Products, when assembled and used as directed, are configured for use with a trigger.<br><br>The Accused Products include a cam selector (Yellow) that is configured for use with a trigger. (Brown), as shown below.<br>1.<br></td></tr>
</table>

| ’538 Patent Claim 1 | Super Safety |
|---|---|
| the cam selector comprising a first end, a second end, a top side, and a bottom side; | The Accused Products include a cam selector comprising a first end, a second end, a top side, and a bottom side.<br><br>The Accused Products include a cam selector **(Yellow)** that has a first end, a second end, a top side, and a bottom side as shown below.<br> |
| the cam selector comprising a longitudinal slot positioned on the top side of the cam selector; | The Accused Products include a cam selector comprising a longitudinal slot positioned on the top side of the cam selector.<br><br>The Accused Products include a cam selector **(Yellow)** that comprises a longitudinal slot that is positioned on the top side of the cam selector and extends along the cam selector, as shown below. |

| ’538 Patent Claim 1 | Super Safety |
|---|---|
| |  |
| the lever comprising a proximal end and a distal end; | The Accused Products include a lever comprising a proximal end and a distal end.<br><br>The Accused Products include a lever **(Pink)** which comprises a proximal end and a distal end, as shown below.<br> |

| ’538 Patent Claim 1 | Super Safety |
|---|---|
| the longitudinal slot being configured to receive the proximal end of the lever; | The Accused Products include a cam selector with a longitudinal slot that is configured to receive the proximal end of the lever.<br><br>The Accused Products include a cam selector **(Yellow)** with a longitudinal slot, as discussed above. The longitudinal slot is configured to receive the proximal end of the lever, as shown below.<br><br> |

| ’538 Patent Claim 1 | Super Safety |
|---|---|
| |  |
| the cam selector further comprising a first recess and a second recess on the bottom side of the cam selector; | The Accused Products include a cam selector further comprising a first recess and a second recess on the bottom side of the cam selector.<br><br>The Accused Products include a cam selector **(Yellow)** that has a first recess and a second recess on the bottom side of the cam selector, as shown below.<br> |
| the trigger comprising a first trigger tail portion; | The Accused Products include a trigger comprising a first trigger tail portion.<br><br>The Accused Products include, and are adapted to work with, a trigger that has a first trigger tail portion, shown in the red box below. |

| ’538 Patent Claim 1 | Super Safety |
|---|---|
| | <br>Super Safety Guide at 10.<br><br>The Accused Products include a trigger **(Brown)** that has a first trigger tail portion, shown in the red box below. |

| ’538 Patent Claim 1 | Super Safety |
|---|---|
| |  |
| the cam selector being configured to operate between a first mode, a second mode, and a third mode; | The Accused Products include a cam selector being configured to operate between a first mode, a second mode, and a third mode.<br><br>The Accused Products include a “cam [that] has three positions, safe, active reset, and passive reset.” In the “passive reset” position, the cam selector is configured to operate in a first mode. In the “active reset” position, the cam selector is configured to operate in a second mode. In the “safe” position, cam selector is configured to operate in a third mode. |

| ’538 Patent Claim 1 | Super Safety |
| --- | --- |
| | **1 INTRODUCTION**<br>The Super Safety is a mechanism that actively resets the trigger of a firearm to allow the operator to fire again, quickly, and efficiently.<br>The Super Safety has been designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.<br>Two versions of the cam are included, the single mode cam and the dual mode cam. The single mode cam has two positions, safe and active reset. The dual mode cam has three positions, safe, active reset, and passive reset. Each has its own advantages, which will be explained.<br>When 3D printed in PA12-CF the Super Safety can last several hundred rounds. Optimally it is manufactured from a wear resistant steel.<br>This document contains the information needed to manufacture the Super Safety, as well as understand it’s function.<br>Super Safety Guide at 1. |
| wherein the first mode of the cam selector is configured to allow the first trigger tail portion to be movable within the first recess, | The Accused Products include a cam selector wherein the first mode of the cam selector is configured to allow the first trigger tail portion to be movable within the first recess.<br><br>The Accused Products include a cam selector **(Yellow)** that is configured to operate in a first mode: “passive reset” mode. Super Safety Guide at 1. In the first mode, the cam selector is configured to allow the first trigger tail portion to be movable within the first recess. Below, on the left, the cam selector is configured to operate in the first mode and the trigger is in the trigger set position. Below, on the right, the cam selector is configured to operate in the first mode and the trigger is in the trigger released position. In the trigger released position, the first trigger tail portion is movable within the first recess. |

| ’538 Patent Claim 1 | Super Safety |
| --- | --- |
| | <br><br><br>Below, on the left, the cam selector is configured to operate in the first mode and the trigger is in the trigger set position. Below, on the right, the cam selector is configured to operate in the first mode and the trigger is in the trigger released position. In the trigger released position, the first trigger tail portion is movable within the first recess.<br><br> |
| wherein the second mode of the cam selector is configured to allow the first trigger tail portion to engage the second recess and be | The Accused Products include a cam selector wherein the second mode of the cam selector is configured to allow the first trigger tail portion to engage the second recess and be moved down by a cam portion of the second recess when the cam selector rotates. |

<table>
<tr><th>’538 Patent Claim 1</th><th>Super Safety</th></tr>
<tr><td>moved down by a cam portion of the second recess when the cam selector rotates,</td><td>The Accused Products include a cam selector (Yellow) that is configured to operate in a second mode, “active reset” mode. Super Safety Guide at 1. In the second mode, the cam selector is aligned with the first trigger tail portion, as shown below.<br><br><br>In the second mode, the cam selector is configured to allow the first trigger tail portion to engage the second recess and be moved down by a cam portion of the second recess when the cam selector rotates. Below, on the left, the cam selector is configured to operate in the second mode and the trigger is in the trigger released position. Below, on the right, the cam selector is configured to operate in the second mode and the first trigger tail portion is engaged by the second recess and moved down by a cam portion of the second recess when the cam selector rotates.</td></tr>
</table>

| '538 Patent Claim 1 | Super Safety |
|---|---|
| |  |
| and wherein the third mode of the cam selector is configured to prevent the trigger from being pulled. | The Accused Products include a cam selector wherein the third mode of the cam selector is configured to prevent the trigger from being pulled.<br><br>The Accused Products include a cam selector **(Yellow)** that is configured to operate in a third mode, "safe" mode. Super Safety Guide at 1. In the third mode, the cam selector is configured to prevent the trigger from being pulled. The trigger is not movable and therefore the cam selector prevents the trigger from being pulled, as shown below. |

| ’538 Patent Claim 1 | Super Safety |
|---|---|
| |     |

| ’538 Patent Claim 2 | Super Safety |
|---|---|
| 2. The safety mechanism as claimed in claim 1, wherein | The Accused Products include safety mechanism as claimed in claim 1, wherein the cam selector has a substantially cylindrical shape. |

| ’538 Patent Claim 2 | Super Safety |
|---|---|
| the cam selector has a substantially cylindrical shape. | I repeat and incorporate by reference herein all contentions disclosed in claim 1.<br><br>The Accused Products include a cam selector (Yellow) that has a substantially cylindrical shape, as shown below.<br> |

| ’538 Patent Claim 3 | Super Safety |
|---|---|
| 3. The safety mechanism as claimed in claim 1, further comprising: | The Accused Products include a safety mechanism as claimed in claim 1.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1. |
| a detent; | The Accused Products include a detent.<br><br>The Accused Products include a detent **(Blue)**, as shown below. |

| ’538 Patent Claim 3 | Super Safety |
|---|---|
| |  |
| the cam selector further comprising a first detent track, a second detent track and a third detent track; | The Accused Products include a cam selector further comprising a first detent track, a second detent track and a third detent track.<br><br>The Accused Products include a cam selector **(Yellow)** with a first detent track, a second detent track and a third detent track, as shown below. |

| ’538 Patent Claim 3 | Super Safety |
|---|---|
| |  |
| the detent being configured to move between the first detent track, the second detent track and the third detent track to select between the first mode, the second mode, and the third mode of the cam selector. | The Accused Products include a detent being configured to move between the first detent track, the second detent track and the third detent track to select between the first mode, the second mode, and the third mode of the cam selector.<br><br>The Accused Products include a detent **(Blue)** configured to move between the first detent track (below, left), the second detent track (below, middle) and the third detent track (below, right) to select between the first mode, the second mode, and the third mode of the cam selector. |

| ’538 Patent Claim 3 | Super Safety |
| --- | --- |
| |  |

| ’538 Patent Claim 4 | Super Safety |
| --- | --- |
| 4. The safety mechanism as claimed in claim 3, wherein the first detent track, the second detent track, and the third detent track are configured to allow the detent to move along the first detent track, the second detent track, and the third detent track, respectively. | The Accused Products include the safety mechanism as claimed in claim 3, wherein the first detent track, the second detent track, and the third detent track are configured to allow the detent to move along the first detent track, the second detent track, and the third detent track, respectively<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 3.<br><br>As shown below, each of the three detent tracks are elongated such that the detent tracks are configured to allow the detent to move along the respective track. |

| ’538 Patent Claim 4 | Super Safety |
| --- | --- |
| |   |

| ’538 Patent Claim 5 | Super Safety |
| --- | --- |
| 5. The safety mechanism as claimed in claim 4, wherein the first detent track, the second detent track, and the third detent track are transverse grooves on the bottom side of the cam selector. | The Accused Products include the safety mechanism as claimed in claim 4, wherein the first detent track, the second detent track, and the third detent track are transverse grooves on the bottom side of the cam selector.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 4.<br><br>The Accused Products include a cam selector wherein, along the bottom side of the cam selector, as shown below, the first, second, and third detent tracks are transverse grooves. |

| ’538 Patent Claim 5 | Super Safety |
|---|---|
| | <br> |

| ’538 Patent Claim 8 | Super Safety |
|---|---|
| 8. The safety mechanism as claimed in claim 1, wherein the longitudinal slot extends from the first end of the cam selector. | The Accused Products include a safety mechanism as claimed in claim 1, wherein the longitudinal slot extends from the first end of the cam selector.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1.<br><br>As shown below, the longitudinal slots extend from the first end of the cam selector **(Yellow)**.<br><br><br><br> |

| ’538 Patent Claim 9 | Super Safety |
|---|---|
| 9. The safety mechanism as claimed in claim 8, wherein the longitudinal slot is ovular shaped | The Accused Products include a safety mechanism as claimed in claim 8, wherein the longitudinal slot is ovular shaped. |

| ’538 Patent Claim 9 | Super Safety |
|---|---|
| and comprises an opening to allow the lever to travel trough. | I repeat and incorporate by reference herein all contentions disclosed in claim 8.<br><br>As shown below, the longitudinal slots are ovular shaped and comprise an opening to allow the lever to travel through.<br><br> |

| ’538 Patent Claim 10 | Super Safety |
|---|---|
| 10. The safety mechanism as claimed in claim 9, wherein the lever comprises a dovetail portion at the proximal end. | The Accused Products include a safety mechanism as claimed in claim 9, wherein the lever comprises a dovetail portion at the proximal end.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 9.<br><br>The Accused Products include a safety mechanism as claimed in claim 9, wherein the lever comprises a dovetail portion at the proximal end, as shown below.<br><br><br> |

| ’538 Patent Claim 11 | Super Safety |
|---|---|
| 11. The safety mechanism as claimed in claim 10, wherein the lever further comprises a bent portion adjacent to the distal end. | The Accused Products include the safety mechanism as claimed in claim 10, wherein the lever further comprises a bent portion adjacent to the distal end.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 10.<br><br>The Accused Products include a safety mechanism as claimed in claim 10, wherein the lever further comprises a bent portion adjacent to the distal end, as shown below. |

| ’538 Patent Claim 11 | Super Safety |
|---|---|
| |   |

| ’538 Patent Claim 12 | Super Safety |
|---|---|
| 12. The safety mechanism as claimed in claim 1, wherein the first trigger tail portion of the trigger is rounded. | The Accused Products include the safety mechanism as claimed in claim 1, wherein the first trigger tail portion of the trigger is rounded.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1.<br><br>The Accused Products include a safety mechanism as claimed in claim 1, wherein the first trigger tail portion (brown) is rounded. |

| ’538 Patent Claim 12 | Super Safety |
|---|---|
| |   |

| ’538 Patent Claim 13 | Super Safety |
|---|---|
| 13. The safety mechanism as claimed in claim 12, wherein the trigger further comprises a second trigger tail portion that has a corner cutout. | The Accused Products include the safety mechanism as claimed in claim 12, wherein the trigger further comprises a second trigger tail portion that has a corner cutout.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 12.<br><br>The Accused Products include a safety mechanism as claimed in claim 12, wherein the second trigger tail portion (brown) has a corner cut. |

| ’538 Patent Claim 13 | Super Safety |
|---|---|
| |   |