# EXHIBIT I

**Infringement Claim Chart – U.S. Patent No. 12,031,784**

The below infringement claim chart is based on information that is reasonably available to me at the present time. For example, Defendant has not yet produced technical documents regarding the Accused Products, including but not limited to component drawings, assembly drawings, or CAD models for the Accused Products.

I reserve the right to supplement this infringement chart, including to add or remove asserted claims, identify additional accused products, or provide further evidence, as discovery in this case warrants.

| ’784 Patent Claim 1 | Super Safety |
| --- | --- |
| 1. In a forced reset trigger mechanism, an extended trigger member locking device, comprising: | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>The Accused Products include an extended trigger member locking device configured for use in a forced reset trigger mechanism when assembled and used as intended.<br><br>The Accused Products are described as “3D Printed Active Trigger System[s]” in public documentation. |



# Super Safety

3D Printed Active Trigger System

Hoffman Tactical 7/19/23 V4.4

| ’784 Patent Claim 1 | Super Safety |
|---|---|
| | Super Safety Guide at Cover.<br><br>The Accused Products are “mechanisms that actively reset[] the trigger of a firearm” and are “designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.”<br><br>**1 Introduction**<br><br>The Super Safety is a mechanism that actively resets the trigger of a firearm to allow the operator to fire again, quickly, and efficiently.<br><br>The Super Safety has been designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.<br><br>Two versions of the cam are included, the single mode cam and the dual mode cam. The single mode cam has two positions, safe and active reset. The dual mode cam has three positions, safe, active reset, and passive reset. Each has its own advantages, which will be explained.<br><br>When 3D printed in PA12-CF the Super Safety can last several hundred rounds. Optimally it is manufactured from a wear resistant steel.<br><br>This document contains the information needed to manufacture the Super Safety, as well as understand it’s function.<br><br>Super Safety Guide at 1. |

| ’784 Patent Claim 1 | Super Safety |
|---|---|
| |  |
| a locking member that is movable between a first position in which it locks a trigger against pulling movement | The Accused Products include a locking member that is movable between a first position in which it locks a trigger against pulling movement.<br><br>As shown below, the Accused Products operate include a locking member. The locking member is movable between, among others, two positions: a first position in which it locks a trigger against pulling movement and a second position where it does not restrict movement of the trigger member. As shown below, in the first position, the locking member locks a trigger member against pulling movement. |

| ’784 Patent Claim 1 | Super Safety |
| --- | --- |
| |  |
| and a second position where it does not restrict movement of the trigger member, | The Accused Products include a locking member that is movable between a second position where it does not restrict movement of the trigger member.<br><br>The Accused Products operate include a locking member. The locking member is movable between, among others, two positions: a first position in which it locks a trigger against pulling movement and a second position where it does not restrict movement of the trigger member. As shown below, in the second position, the locking member does not contact or otherwise restrict the movement of the trigger member. |

| ’784 Patent Claim 1 | Super Safety |
|---|---|
| |  |
| the locking member configured to be movably supported by a frame | The Accused Products include a locking member configured to be movably supported by a frame.<br><br>As shown below, the Accused Products include a locking member pivotally fixed about an axis supported by the frame (the lower receiver).<br><br> |

| ’784 Patent Claim 1 | Super Safety |
|---|---|
| |  |
| and including a generally upward extension portion configured to make actuating contact with a surface of the bolt carrier, | The Accused Products include a locking member including a generally upward extension portion configured to make actuating contact with a surface of the bolt carrier.<br><br>The Accused Products include a locking member which comprises two portions: a generally upward extension portion and a body portion. The generally upward extension portion is configured to make actuating contact with a surface of a bolt carrier, as shown below. |

| ’784 Patent Claim 1 | Super Safety |
| --- | --- |
| |  |
| such actuating contact causing the locking member to move from the first position to the second position, | The Accused Products include a locking member that includes a generally upward extension portion that makes actuating contact with the bolt carrier such that said actuating contact causes the locking member to move from the fist position to the second position.<br><br>The Accused Products include a locking member that includes a generally upward extension portion. As shown discussed and shown above, the generally upward extension portion makes actuating contact with the bolt carrier. As shown below, the actuating contact causes the locking member to move from the first position to the second position. Below, on the left, the locking member is in the first position, in which it locks a trigger member against pulling movement. Below, on the right, the locking member has been actuated by contact from the |

| ’784 Patent Claim 1 | Super Safety |
|---|---|
| | bolt carrier into the second position, where it does not restrict movement of the trigger member.   |

| ’784 Patent Claim 1 | Super Safety |
|---|---|
| the locking member having a body portion that is movably supported | The Accused Products include a locking member having a body portion that is movably supported.<br><br>The Accused Products include a locking member which comprises two portions: a generally upward extension portion and a body portion, as shown below.<br><br><br>The body portion that is axially supported by the lower receiver, as discussed above and shown below. |

| ’784 Patent Claim 1 | Super Safety |
|---|---|
| |   |
| and an upwardly extending deflectable portion that is separately movable relative to the body portion between an extended position and a deflected position. | The Accused Products include a locking member having an upwardly extending deflectable portion that is separately movable relative to the body portion between an extended position and a deflected position.<br><br>As shown below, the Accused Products include a locking member comprising an upwardly extending deflectable portion and a body portion. |

| ’784 Patent Claim 1 | Super Safety |
| --- | --- |
| | <br><br>The Accused Products have an upwardly extending deflectable portion (lever arm). The dovetail connection is designed to allow separate movement of the lever arm relative to the body portion between one position (depicted in red) where it is extended and another position where it is deflected (depicted in green). |

| ’784 Patent Claim 1 | Super Safety |
|---|---|
| | <br>Below illustrates the upward extending deflectable portion’s (lever arm) total separate travel with an overlay of the lever in both positions without the body portion moving. |

| ’784 Patent Claim 1 | Super Safety |
|---|---|
| | <br>“The dovetail joint does not immediately transfer torque from the lever to the cam. The lever pivots in the cam until the void is filled. Once the void is filled the hammer can transfer torque to the cam via the upper and lower contact surfaces and. Note that the void, the lower contact surface, and the upper contact surface, are shown on arbitrary sides of the dovetail, these features may be on either side of the dovetail depending on which direction the lever is moving. The amount that the lever rotates in the dovetail before transferring torque to the cam is such that as the bolt carrier completes its forward movement, the cam rotates the neutral surface away from the cam follower and to a point where the cam follower begins to slide against the cam surface.” (referenced numerals removed for clarity).<br>Super Safety Guide at 4. https://www.scribd.com/document/843484122/Super-Safety-Documentation<br><br>The lever is now shown deflected independent of the body. |

| ’784 Patent Claim 1 | Super Safety |
|---|---|
| |  |

| ’748 Patent Claim 3 | Super Safety |
|---|---|
| 3. The device of claim 1, wherein the locking member body portion pivots between the first and second positions. | The Accused Products include device of claim 1, wherein the locking member body portion pivots between the first and second positions.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1.<br><br>The Accused Products include a locking member body portion that pivots between the first and second positions, as shown below. |

| | |
|---|---|
| |  |

| ’748 Patent Claim 4 | Super Safety |
|---|---|
| 4. The device of claim 1, wherein the locking member deflectable portion pivots relative to the body portion. | The Accused Products include the device of claim 1, wherein the locking member deflectable portion pivots relative to the body portion.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1.<br><br>The Accused Products have an upwardly extending deflectable portion (lever arm). The dovetail connection is designed to allow separate movement of the lever arm relative to the body portion between one position (depicted in red) where it is extended and another position where it is deflected (depicted in green). |

<table>
<tr><td></td><td><br>Below illustrates the upward extending deflectable portion’s (lever arm) total separate travel with an overlay of the lever in both positions without the body portion moving.</td></tr>
</table>

| | |
|---|---|
| | <br>"The dovetail joint does not immediately transfer torque from the lever to the cam. The lever pivots in the cam until the void is filled. Once the void is filled the hammer can transfer torque to the cam via the upper and lower contact surfaces and. Note that the void, the lower contact surface, and the upper contact surface, are shown on arbitrary sides of the dovetail, these features may be on either side of the dovetail depending on which direction the lever is moving. The amount that the lever rotates in the dovetail before transferring torque to the cam is such that as the bolt carrier completes its forward movement, the cam rotates the neutral surface away from the cam follower and to a point where the cam follower begins to slide against the cam surface." (referenced numerals removed for clarity).<br>Super Safety Guide at 4. https://www.scribd.com/document/843484122/Super-Safety-Documentation<br><br>The lever is now shown deflected independent of the body. |

| | |
|---|---|
| |  |