# EXHIBIT J

**Infringement Claim Chart – U.S. Patent No. 12,031,784**

The below infringement claim chart is based on information that is reasonably available to me at the present time. For example, Defendants have not yet produced technical documents regarding the Accused Products, including but not limited to component drawings, assembly drawings, or CAD models for the Accused Products.

I reserve the right to supplement this infringement chart, including to add or remove asserted claims, identify additional accused products, or provide further evidence, as discovery in this case warrants.

| ’784 Patent Claim 1 | Atrius Super Selector |
|---|---|
| 1. In a forced reset trigger mechanism, an extended trigger member locking device, comprising: | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>The Accused Products include an extended trigger member locking device configured for use in a forced reset trigger mechanism when assembled and used as intended.<br><br><br><br>https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026) |

<table>
<tr><th>’784 Patent Claim 1</th><th>Atrius Super Selector</th></tr>
<tr><td></td><td><br>https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026)<br><br>https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026)</td></tr>
</table>

| ’784 Patent Claim 1 | Atrius Super Selector |
| --- | --- |
| |  https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026)  https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026) |

| ’784 Patent Claim 1 | Atrius Super Selector |
|---|---|
| | <br>https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026) |

| ’784 Patent Claim 1 | Atrius Super Selector |
|---|---|
| | Products Merch Support Contact ATRIUS What can we help you find today?<br>Product Details Reviews<br>Product Details<br>*Orders are now being fulfilled within the next business day!<br>The most robust solution on the market that enables the user to have 3 positions; SAFE, SEMI (Traditional) and FULL-SEMI. This Forced Reset Selector (FRS) is compatible with mil-spec AR15 (chambered in .223/5.56/.300 BLK) fire control groups and no modifications required. The Atrius FORCED RESET SELECTOR isn't just a safety, it's an advantage.<br>**For all notes on Compatibility GO to our Compatibility Page here.**<br>PRODUCT FEATURES<br>• **Drop-In Installation** – Swap out your factory safety in minutes and experience the next level of firearm manipulation (some fitment may be required).<br>• **Runs with Mil-Spec Fire Control Groups** – Seamlessly integrates with standard AR fire control groups, ensuring flawless function and longevity without modification.<br>• **Hardcore Durability** – Crafted from heat-treated, 4140 steel and coated in a corrosion-resistant finish, the Atrius FRS laughs in the face of wear and tear. Rain, mud, sweat—it eats it all for breakfast.<br>• **Mechanically Leveraged Design** – Our Forced Reset Selector (FRS) reduces wear on your rifle, preserving your weapon's longevity – unlike forced-reset triggers (FRTs) that accelerate internal component degradation.<br>• **Ultra-Smooth Engagement** – Crisp, tactile clicks with no mushy nonsense. Designed for 90-degree throw engagement.<br>• **Positive Positioning Without Slippage** – Engineered for rock-solid engagement, eliminating the risk of unintentional movement mid-fire, keeping you in full control at all times.<br>• **Aggressive Ergonomics** – Textured, chamfered, and purpose-built for speed. Your thumb finds the selector instantly, even under stress, with no fumbling, no hesitation—just pure control.<br>• **MADE IN THE USA** – Proudly manufactured by Americans for Americans.<br>*Upgrade your firepower. Own your control. Rule the game.*<br>https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026) |

<table>
<tr><th>’784 Patent Claim 1</th><th>Atrius Super Selector</th></tr>
<tr><td></td><td>

Welcome to Atrius Development Group.<br>
Products Merch Support Contact ATRIUS What can we help you find today?<br>
Home / Support<br>
Support<br>
Compatibility Troubleshooting<br>
Firearm Minimum Requirements<br>
Double check your compatibility. Below are the minimum firearm requirements:<br>
1. Low shelf or Full Profile Trigger Pocket lower receiver<br>
2. Full Profile BCG<br>
3. H2 or H3 buffer<br>
4. Trigger from our compatibility list here<br>
Installation Instructions<br>
Before you begin installation, ensure that the firearm is safe and clear. Please also check to ensure you are using compatible parts.<br>
1. Remove the pistol grip and selector spring and detent.<br>
2. Remove the original selector.<br>
3. Insert Atrius Detent Shaft through the right side of the receiver about halfway into the receiver.<br>
4. Install the Spring and Cam-Lever before pushing the Detent Shaft all the way through the receiver. Ensure that both the left side switch and the right-side indicator/switch are both in the same firing position.<br>
5. Reinstall your safety detent, spring and pistol grip and check for function.<br>
<br>
https://atrius.dev/support/ (captured 3/24/2026)<br>
<br>
When installed and used as directed, the Accused Products include an extended trigger member locking device configured for use in a forced reset trigger mechanism, as shown below.
</td></tr>
</table>

| ’784 Patent Claim 1 | Atrius Super Selector |
|---|---|
| |  |
| a locking member that is movable between a first position in which it locks a trigger against pulling movement | The Accused Products include a locking member that is movable between a first position in which it locks a trigger against pulling movement.<br><br>The Accused Products operate include a locking member (as shown below in yellow and purple). The locking member is movable between, among others, two positions: a first position in which it locks a trigger against pulling movement and a second position where it does not restrict movement of the trigger member. As shown below, in the first position, the locking member includes an upwardly extending deflectable portion (yellow), the bottom of which locks a trigger member (brown) against pulling movement when in a first position, as shown. |

| ’784 Patent Claim 1 | Atrius Super Selector |
|---|---|
| |  |
| and a second position where it does not restrict movement of the trigger member, | The Accused Products include a locking member that is movable between a second position where it does not restrict movement of the trigger member.<br><br>The Accused Products operate include a locking member (as shown below in yellow and purple). The locking member is movable between, among others, two positions: a first position in which it locks a trigger against pulling movement and a second position where it does not restrict movement of the trigger member. As shown below, in the second position, the locking member includes an upwardly extending deflectable portion (yellow), the bottom of which does not restrict the movement of the trigger member (brown), as shown. |

| '784 Patent Claim 1 | Atrius Super Selector |
|---|---|
| |  |
| the locking member configured to be movably supported by a frame | The Accused Products include a locking member configured to be movably supported by a frame.<br><br>As shown below, the Accused Products include a locking member (yellow and purple) pivotally fixed about an axis supported by the frame (grey) (the lower receiver).<br><br> |

| ’784 Patent Claim 1 | Atrius Super Selector |
| --- | --- |
| |  |
| and including a generally upward extension portion configured to make actuating contact with a surface of the bolt carrier, | The Accused Products include a locking member including a generally upward extension portion configured to make actuating contact with a surface of the bolt carrier.<br><br>The Accused Products include a locking member (shown below in yellow and purple) which comprises two portions: a generally upward extension portion (yellow) and a body portion (purple). The generally upward extension portion (yellow) is configured to make actuating contact with a surface of a bolt carrier (grey), as shown below. |

| ’784 Patent Claim 1 | Atrius Super Selector |
|---|---|
| |  |
| such actuating contact causing the locking member to move from the first position to the second position, | The Accused Products include a locking member that includes a generally upward extension portion that makes actuating contact with the bolt carrier such that said actuating contact causes the locking member to move from the fist position to the second position.<br><br>The Accused Products include a locking member (yellow, purple) that includes a generally upward extension portion (yellow). As shown discussed and shown above, the generally upward extension portion (yellow) makes actuating contact with the bolt carrier. As shown below, the actuating contact causes the locking member to move from the first position to the second position. Below, on the left, the locking member is in the first position, in which it locks a trigger member against pulling movement. Below, on the right, the locking member has been actuated by contact from the bolt carrier into the second position, where it does not restrict movement of the trigger member. |

| ’784 Patent Claim 1 | Atrius Super Selector |
| --- | --- |
| |  |

| ’784 Patent Claim 1 | Atrius Super Selector |
|---|---|
| the locking member having a body portion that is movably supported | The Accused Products include a locking member having a body portion that is movably supported.<br><br>The Accused Products include a locking member (shown below in yellow and purple) which comprises two portions: a generally upward extension portion (yellow) and a body portion (purple), as shown below.<br><br>The body portion (purple) that is axially supported by the lower receiver (grey), as discussed above and shown below. |

| ’784 Patent Claim 1 | Atrius Super Selector |
| --- | --- |
| |   The body portion is “movably” supported because it can pivot about the axial support to select between three modes of fire: Safe, Standard Semi-Automatic, Forced Reset Semi-Automatic. The Accused Products include a detent (blue) which aligns with detent recesses in the body portion (purple). Each detent recess corresponds to a one of the three modes of fire. |

| ’784 Patent Claim 1 | Atrius Super Selector |
|---|---|
| |   |

| ’784 Patent Claim 1 | Atrius Super Selector |
| --- | --- |
| |  |
| and an upwardly extending deflectable portion that is separately movable relative to the body portion between an extended position and a deflected position. | The Accused Products include a locking member having an upwardly extending deflectable portion that is separately movable relative to the body portion between an extended position and a deflected position.<br><br>As shown below, the Accused Products include a locking member (yellow, purple) comprising an upwardly extending deflectable portion (yellow) and a body portion (purple). |

| ’784 Patent Claim 1 | Atrius Super Selector |
|---|---|
| | <br>The connection between the upwardly extending deflectable portion (yellow) and the body portion (purple) allows separate movement of the upwardly extending deflectable portion (yellow) relative to the body portion (purple). For example, as illustrated below on the left, the upwardly extended deflectable portion (yellow) is in the extended position while the body portion (purple) is pointed directly forward, forming an obtuse angle between the two components. Below and on the right, the upwardly extending deflectable portion (yellow) is in the deflected position while the body portion (purple) has not moved and continues to point directly forward, forming an acute angle between the two components, and showing that the upwardly extending deflectable portion is separately moveable relative to the body portion. |

| ’784 Patent Claim 1 | Atrius Super Selector |
|---|---|
| |  |

| ’748 Patent Claim 4 | Atrius Super Selector |
|---|---|
| 4. The device of claim 1, wherein the locking member deflectable portion pivots relative to the body portion. | The Accused Products include the device of claim 1, wherein the locking member deflectable portion pivots relative to the body portion.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 1.<br><br>As shown below, the locking member deflectable portion pivots relative to the body portion. The connection between the upwardly extending deflectable portion (yellow) and the body portion (purple) allows separate movement of the upwardly extending deflectable portion (yellow) relative to the body portion (purple). For example, as illustrated below on the left, the upwardly extended deflectable portion (yellow) is in the extended position while the body portion (purple) is pointed directly forward, forming an obtuse angle between the two components. Below and on the right, the upwardly extending deflectable portion (yellow) is in the deflected position while the body portion (purple) has not moved and continues to point directly forward, forming an acute angle between the two components, and showing that the upwardly extending deflectable portion is separately moveable relative to the body portion. |

| | |
|---|---|
| |  |