# EXHIBIT K

**Infringement Claim Chart – U.S. Patent No. 12,636,403**

The below infringement claim chart is based on information that is reasonably available to me at the present time. For example, Defendants have not yet produced technical documents regarding the Accused Products, including but not limited to component drawings, assembly drawings, or CAD models for the Accused Products.

I reserve the right to supplement this infringement chart, including to add or remove asserted claims, identify additional accused products, or provide further evidence, as discovery in this case warrants.

| ’403 Patent Claim 14 | ARC-Fire |
|---|---|
| 14[pre]: A trigger mechanism for a firearm operable in at least a standard semi-automatic mode and a forced reset semi-automatic mode, comprising: | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[pre]. |
| 14[A]: a hammer having a hammer sear catch and a hammer hook and adapted to pivot on a transverse hammer pivot axis between a set position and a released position, the hammer adapted to be pivoted rearward by rearward movement of a bolt means; | The Accused Products are configured for use with a hammer having a hammer sear catch and a hammer hook and adapted to pivot on a transverse hammer pivot axis between a set position and a released position, the hammer adapted to be pivoted rearward by rearward movement of a bolt means.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[A].<br><br>The AR-15 mil-spec fire control group includes a hammer having a hammer sear catch and a hammer hook and adapted to pivot on a transverse hammer pivot axis between a set position and a released position. https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026). The Accused Products are configured to be installed in a fire control mechanism pocket of a receiver along with a hammer (shown below in red) having a hammer sear catch and a hammer hook, as shown below. |

<table>
<tr><th>’403 Patent Claim 14</th><th>ARC-Fire</th></tr>
<tr><td></td><td>

The hammer is adapted to be pivotable about the transverse hammer pivot axis between a set position and a released position.</td></tr>
</table>

| '403 Patent Claim 14 | ARC-Fire |
|---|---|
| |   The hammer (red) is shown below in the hammer set position. |

| ’403 Patent Claim 14 | ARC-Fire |
|---|---|
| |  Below, the hammer (red) is shown in the hammer released position. |

<table>
<tr><th>’403 Patent Claim 14</th><th>ARC-Fire</th></tr>
<tr><td></td><td>

As shown below, the hammer (red) is adapted to be pivoted rearward by rearward movement of a bolt means.</td></tr>
</table>

| ’403 Patent Claim 14 | ARC-Fire |
|---|---|
| |  |
| 14[B]: a trigger member having a trigger member sear and adapted to move between a set position and a released position, the trigger member being forced to the set position as a result of cycling action of the bolt means, such that the trigger member sear and the hammer sear catch are in engagement in the set position of the hammer and the set position of | The Accused Products are configured for use with a trigger member having a trigger member sear and adapted to move between a set position and a released position, the trigger member being forced to the set position as a result of cycling action of the bolt means, such that the trigger member sear and the hammer sear catch are in engagement in the set position of the hammer and the set position of the trigger member and are out of engagement in the released position of the hammer and the released position of the trigger member.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[C].<br><br>The Accused Products are configured for use with a trigger member (shown below in brown) having a trigger member sear. The trigger member sear is located on the forward portion of the |

| ’403 Patent Claim 14 | ARC-Fire |
|---|---|
| the trigger member and are out of engagement in the released position of the hammer and the released position of the trigger member; | trigger member. The trigger member is adapted to move between a set position and a released position. The trigger member is shown below in the trigger set position.<br><br><br>The trigger member (brown) is shown below in the trigger released position. |

<table>
<tr><th>’403 Patent Claim 14</th><th>ARC-Fire</th></tr>
<tr><td></td><td>

The Accused Products are set to forced reset semi-automatic mode when the safety selector is set to the active reset position. In that mode, the tigger member is forced to the set position as a result of cycling the action of the bolt means.</td></tr>
</table>

| ’403 Patent Claim 14 | ARC-Fire |
| --- | --- |
| |    |

<table>
<tr><th>’403 Patent Claim 14</th><th>ARC-Fire</th></tr>
<tr><td></td><td>



Below, on the left, the trigger member is in the released position; on the right, the cam lobe rotates and forces the trigger member (brown) to the trigger set position.



</td></tr>
</table>

| ’403 Patent Claim 14 | ARC-Fire |
|---|---|
| | As shown below, when the trigger member is in the set position and the hammer is in the set position, the trigger member sear and the hammer sear catch are in engagement.<br><br><br>As shown below, when the trigger member is in the released position and the hammer is in the released position, the trigger member sear and the hammer sear catch are out of engagement. |

| ’403 Patent Claim 14 | ARC-Fire |
|---|---|
| |   |
| 14[C]: wherein the trigger member sear and the hammer sear catch are in engagement in the set position of the hammer and the set position of the trigger member and are out of engagement in the released position of the hammer and the released position of the trigger member, | The Accused Products are configured such that the trigger member sear and the hammer sear catch are in engagement in the set position of the hammer and the set position of the trigger member and are out of engagement in the released position of the hammer and the released position of the trigger member.<br><br>The Accused Products are configured for use with a trigger member (brown) having a trigger member sear and a hammer (red) having a hammer sear catch. As shown below, when the trigger member is in the trigger set position and the hammer is in the hammer set position, the trigger member sear and the hammer sear catch are in engagement. |

<table>
<tr><th>’403 Patent Claim 14</th><th>ARC-Fire</th></tr>
<tr><td></td><td>


Conversely, as shown below, when the trigger member is in the trigger released position and the hammer is in the hammer released position, the trigger member sear and the hammer sear catch are out of engagement.</td></tr>
</table>

| ’403 Patent Claim 14 | ARC-Fire |
|---|---|
| |  |
| 14[D]: a disconnector having a disconnector hook for engaging the hammer hook and adapted to pivot on a transverse disconnector pivot axis; and | The Accused Products are configured with a disconnector having a disconnector hook for engaging the hammer hook and adapted to pivot on a transverse disconnector pivot axis.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[B].<br><br>The Accused Products are configured for use with a disconnector (shown below in orange) that is adapted to be mounted in the fire control mechanism pocket. The disconnector pivots on a transverse disconnector pivot axis. The disconnector has a disconnector hook for engaging the hammer (shown below in red), as shown below. |

| ’403 Patent Claim 14 | ARC-Fire |
| --- | --- |
| |  |
| 14[E]: a locking member adapted to be movably mounted, the locking member being movable between a first position at which the locking member mechanically blocks the trigger member from moving to the released position and a second position at which the locking member does not mechanically block the trigger member allowing the trigger member to be moved to the | The Accused Products are configured with a locking member adapted to be movably mounted, the locking member being movable between a first position at which the locking member mechanically blocks the trigger member from moving to the released position and a second position at which the locking member does not mechanically block the trigger member allowing the trigger member to be moved to the released position and adapted to be moved to the second position by forward movement of the bolt means.<br><br>The Accused Products include a locking member, namely a cam lobe, adapted to be movably mounted in the fire control mechanism pocket. |

| ’403 Patent Claim 14 | ARC-Fire |
|---|---|
| released position and adapted to be moved to the second position by forward movement of the bolt means, |   As shown below, the cam lobe of the Accused Products is movable between a first position (below, left) and a second position (below, right). In the first position, the cam lobe does not mechanically block the trigger member; in the second position, the cam lobe forces the trigger member (brown) to the set position, mechanically blocking the trigger member from moving to the released position. |

<table>
<tr><th>’403 Patent Claim 14</th><th>ARC-Fire</th></tr>
<tr><td></td><td><br>Below, the cam lobe is shown in the first position, in which it does not mechanically block the trigger member.<br><br>Below, the cam lobe is shown in the second position, in which it forces the trigger member to the set position. As further shown by the manufacturer's annotated illustration in claim 14[G] below, the bolt carrier's rearward movement pushes the ARC Lever and cam lobe into the</td></tr>
</table>

| '403 Patent Claim 14 | ARC-Fire |
|---|---|
| | locked position, and forward movement of the bolt means returns the locking member to the position in which it does not block the trigger member.<br> |
| 14[F]: wherein in the standard semi-automatic mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook holds the hammer hook, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and the trigger member to pivot to the set positions so that the user can pull the trigger member to fire the firearm again; and | The Accused Products are configured such that in the standard semi-automatic mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook holds the hammer hook, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and the trigger member to pivot to the set positions so that the user can pull the trigger member to fire the firearm again.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[E].<br><br>As shown below, the safety selector is set to the standard semi-automatic position ("Semi"). |

| '403 Patent Claim 14 | ARC-Fire |
|---|---|
| | <br>In the standard semi-automatic mode, during the rearward movement of the bolt means, the hammer (red) is pivoted rearward to a position where the hammer hook is past the disconnector hook (orange), as shown below. |

| ’403 Patent Claim 14 | ARC-Fire |
|---|---|
| | <br>As shown below, the hammer (red) is pivoted rearward such that the disconnector hook (orange) holds the hammer hook. |

| ’403 Patent Claim 14 | ARC-Fire |
|---|---|
| |  <br>After the rearward movement of the bolt means, the bolt means moves forward into battery. When the bolt means moves forward into battery, the hammer (red) remains caught by the hook of the disconnector (orange), as shown below, preventing the hammer from pivoting forward to the hammer released position. |

<table>
<tr><th>’403 Patent Claim 14</th><th>ARC-Fire</th></tr>
<tr><td></td><td>

To disengage the hammer (red) from the disconnector (orange), the user must manually reduce rearward pressure on the trigger member. In doing so, the hammer and the trigger member are permitted to pivot to the hammer set position and the trigger set position, respectively, so that the user can again pull the trigger member to fire the firearm, as shown below.</td></tr>
</table>

| ’403 Patent Claim 14 | ARC-Fire |
| --- | --- |
| |  |
| 14[G]: wherein in the forced reset semi-automatic mode, rearward movement of the bolt means causes the trigger member to be forced to the set position, and the disconnector hook is prevented from holding the hammer hook, and thereafter when the bolt means reaches a substantially in-battery position or an in-battery position the user can actuate the trigger member to fire the firearm again. | The Accused Products are configured such that in the forced reset semi-automatic mode, rearward movement of the bolt means causes the trigger member to be forced to the set position, and the disconnector hook is prevented from holding the hammer hook, and thereafter when the bolt means reaches a substantially in-battery position or an in-battery position the user can actuate the trigger member to fire the firearm again.<br><br>The Accused Products are configured to be set to the forced reset semi-automatic mode when the safety selector is set to the "ARC" position. https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026). As shown below by the manufacturer's annotated illustration, when the bolt carrier comes rearward, it pushes the ARC Lever and cam lobe into the locked position. |

| ’403 Patent Claim 14 | ARC-Fire |
|---|---|
| |   In the forced reset semi-automatic mode, rearward movement of the bolt means causes rearward pivoting of the hammer (red), and the cam lobe forces the trigger member (brown) to the set position, such that the disconnector hook (orange) is prevented from holding the hammer hook, as shown below. |

<table>
<tr><th>’403 Patent Claim 14</th><th>ARC-Fire</th></tr>
<tr><td></td><td>

Thereafter, the bolt means moves forward into battery. When the bolt means reaches a substantially in-battery position or an in-battery position, the user can actuate the trigger member to fire the firearm again, as shown below.</td></tr>
</table>

| ’403 Patent Claim 14 | ARC-Fire |
|---|---|
| |  |

| ’403 Patent Claim 15 | ARC-Fire |
|---|---|
| 15: The trigger mechanism of claim 14, further comprising a safety selector, movement of which selects between at least standard semi-automatic mode and forced reset semi-automatic mode. | The Accused Products are configured for use with a safety selector, movement of which selects between at least standard semi-automatic mode and forced reset semi-automatic mode.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 14 and 38[D].<br><br>The Accused Products include a safety selector, namely a cam, movement of which selects between at least standard semi-automatic mode and forced reset semi-automatic mode. |

| ’403 Patent Claim 15 | ARC-Fire |
|---|---|
| |  |

| ’403 Patent Claim 17 | ARC-Fire |
|---|---|
| 17[pre]: A trigger mechanism for a semi-automatic firearm, comprising: | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[pre]. |
| 17[A]: a hammer comprising a hammer hook; | The Accused Products are configured for use with a hammer comprising a hammer hook.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[A]. |
| 17[B]: a disconnector comprising a disconnector hook for holding the hammer hook; | The Accused Products are configured for use with a disconnector comprising a disconnector hook for holding the hammer hook.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[B]. |
| 17[C]: a trigger member, wherein the trigger member can be forced into a trigger set position responsive to rearward motion of a | The Accused Products are configured for use with a trigger member, wherein the trigger member can be forced into a trigger set position responsive to rearward motion of a cyclic semi-automatic action of the semi-automatic firearm. |

| ’403 Patent Claim 17 | ARC-Fire |
|---|---|
| cyclic semi-automatic action of the semi-automatic firearm; and | I repeat and incorporate by reference herein all contentions disclosed in claims 14[B] and 38[C]. |
| 17[D]: a locking member configured to move between a block position and a non-block position, wherein the block position mechanically blocks the trigger member from moving from the trigger set position to a trigger released position, wherein the non-block position permits the trigger member to be moved from the trigger set position to the trigger released position, wherein the locking member is moved into the block position during rearward motion of the cyclic semi-automatic action and moved into the non-block position during forward motion of the cyclic semi-automatic action, and wherein: | The Accused Products are configured for use with a locking member configured to move between a block position and a non-block position, wherein the block position mechanically blocks the trigger member from moving from the trigger set position to a trigger released position, wherein the non-block position permits the trigger member to be moved from the trigger set position to the trigger released position, wherein the locking member is moved into the block position during rearward motion of the cyclic semi-automatic action and moved into the non-block position during forward motion of the cyclic semi-automatic action.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 14[E]. |
| 17[E]: in a standard semi-automatic mode, after cycling of the action and while the trigger member is in the trigger released position, the trigger mechanism is configured such that the disconnector hook holds the hammer hook, at which point, rearward pressure on the trigger member must be reduced before | The Accused Products are configured such that in a standard semi-automatic mode, after cycling of the action and while the trigger member is in the trigger released position, the trigger mechanism is configured such that the disconnector hook holds the hammer hook, at which point, rearward pressure on the trigger member must be reduced before the trigger member can be actuated.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 14[F] and 38[E]. |

| ’403 Patent Claim 17 | ARC-Fire |
|---|---|
| the trigger member can be actuated, and | |
| 17[F]: in a forced reset semi-automatic mode, the disconnector hook is prevented from holding the hammer hook, and the trigger member can be actuated when the cyclic semi-automatic action reaches a substantially in-battery position or an in-battery position. | The Accused Products are configured such that in a forced reset semi-automatic mode, the disconnector hook is prevented from holding the hammer hook, and the trigger member can be actuated when the cyclic semi-automatic action reaches a substantially in-battery position or an in-battery position.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 14[G]. |

| ’403 Patent Claim 29 | ARC-Fire |
|---|---|
| 29: The trigger mechanism of claim 17, comprising a safety selector, wherein the safety selector is selectable between at least the standard semi-automatic mode and the forced reset semi-automatic mode. | The Accused Products are configured for use with a safety selector, wherein the safety selector is selectable between at least the standard semi-automatic mode and the forced reset semi-automatic mode.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 15, 17 and 38[D]. |

| ’403 Patent Claim 30 | ARC-Fire |
|---|---|
| 30: The trigger mechanism of claim 17, comprising a safety selector that is separate from the locking member. | The Accused Products are configured for use with a safety selector that is separate from the locking member.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 15, 17, 14[E], and 38[D]. |

| ’403 Patent Claim 32 | ARC-Fire |
|---|---|
| 32[pre]: A trigger mechanism for a semi-automatic firearm operable in at least a standard semi-automatic | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended. |

| ’403 Patent Claim 32 | ARC-Fire |
|---|---|
| mode and a forced reset semi-automatic mode, comprising: | I repeat and incorporate by reference herein all contentions disclosed in claim 38[pre]. |
| 32[A]: a disconnector; | The Accused Products are configured for use with a disconnector.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[B]. |
| 32[B]: a trigger member, wherein the trigger member is forced into a trigger set position responsive to rearward motion of a cyclic semi-automatic action of the semi-automatic firearm; and | The Accused Products are configured for use with a trigger member, wherein the trigger member is forced into a trigger set position responsive to rearward motion of a cyclic semi-automatic action of the semi-automatic firearm.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 14[B] and 38[C]. |
| 32[C]: a locking member configured to move between a block position and a non-block position, wherein the block position mechanically blocks the trigger member from moving from the trigger set position to a trigger released position, wherein the non-block position permits the trigger member to be moved from the trigger set position to the trigger released position, wherein the locking member is moved into the block position during rearward motion of the cyclic semi-automatic action and moved into the non-block position during forward motion of the cyclic semi-automatic action; | The Accused Products are configured for use with a locking member configured to move between a block position and a non-block position, wherein the block position mechanically blocks the trigger member from moving from the trigger set position to a trigger released position, wherein the non-block position permits the trigger member to be moved from the trigger set position to the trigger released position, wherein the locking member is moved into the block position during rearward motion of the cyclic semi-automatic action and moved into the non-block position during forward motion of the cyclic semi-automatic action.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 14[E]. |

| ’403 Patent Claim 32 | ARC-Fire |
| --- | --- |
| 32[D]: a safety selector, wherein the safety selector is selectable between at least the standard semi-automatic mode and the forced reset semi-automatic mode; and wherein: | The Accused Products are configured for use with a safety selector, wherein the safety selector is selectable between at least the standard semi-automatic mode and the forced reset semi-automatic mode.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[D]. |
| 32[E]: in the standard semi-automatic mode, rearward pressure on the trigger member must be reduced to disengage a hammer from the disconnector before the trigger member can again be actuated; and | The Accused Products are configured such that in the standard semi-automatic mode, rearward pressure on the trigger member must be reduced to disengage a hammer from the disconnector before the trigger member can again be actuated.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 14[F] and 38[E]. |
| 32[F]: in the forced reset semi-automatic mode, the trigger member is forced to the trigger set position and can be actuated without reducing pressure on the trigger member to fire another round when the cyclic semi-automatic action reaches a substantially in-battery position or an in-battery position. | The Accused Products are configured such that in the forced reset semi-automatic mode, the trigger member is forced to the trigger set position and can be actuated without reducing pressure on the trigger member to fire another round when the cyclic semi-automatic action reaches a substantially in-battery position or an in-battery position.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 14[G] and 38[E]. |

| ’403 Patent Claim 38 | ARC-Fire |
| --- | --- |
| 38[pre]: A forced reset trigger mechanism, comprising: | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>The Accused Products are marketed by the manufacturer as the "ARC-Fire" trigger system and are described as having three selector positions, namely "Safe, Semi, and ARC," in which the "ARC" position provides forced reset semi-automatic operation. |

| ’403 Patent Claim 38 | ARC-Fire |
|---|---|
| | https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026). When installed and used as directed, the Accused Products are part of a firearm trigger mechanism that operates in a standard semi-automatic mode ("Semi") and a forced reset semi-automatic mode ("ARC"). https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026). The Accused Products are designed to be compatible with mil-spec AR-15 fire control groups. https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026).  https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026) |

| ’403 Patent Claim 38 | ARC-Fire |
|---|---|
| | <br>https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026)<br><br>When installed and used as directed, the Accused Products are part of a firearm trigger mechanism that uses a bolt means as will be shown below. With the Accused Products installed, the trigger mechanism operates in Safe, Semi, and a forced reset semi-automatic mode “ARC.” |

| ’403 Patent Claim 38 | ARC-Fire |
|---|---|
| | <br>FREE SHIPPING ON ALL ORDERS!<br>AS DESIGNS<br>ACTIVE SAFETY SYSTEMS<br>BUILT FOR SPEED. DESIGNED FOR CONTROL.<br>*Multi-Platform Compatibility:* Engineered to support over 10 of the most widely used firearm platforms, with more on the horizon. (AR15, JAKL, MP5, MCX, MPX, SCAR, BRN-180, G3, AP53, UMP, STRIBOG, DISSENT, and more to be added soon)<br>*Ambidextrous Selector:* Fully ambi design provides fast, intuitive access for both right- and left-handed shooters.<br>*Three-Position Control:* Selector positions include Safe, Semi, and ARC, putting enhanced speed and performance at your fingertips.<br>VIKINGCLOUD ASSURANCE CARD<br>RELIABLE. TACTILE. RESPONSIVE.<br>The ARC-Fire is built for shooters who demand performance and dependability. Our patent-pending design maximizes durability and reliability under sustained use. The selector switch is engineered for positive tactile feedback and effortless transitions - even under stress.<br>https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026)<br><br>When installed, the Accused Products operate in conjunction with a hammer (shown below in red), a disconnector (shown below in orange), and a trigger member (shown below in brown), as shown below. |

| ’403 Patent Claim 38 | ARC-Fire |
|---|---|
| |    |

| ’403 Patent Claim 38 | ARC-Fire |
| --- | --- |
| |  |
| 38[A]: a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis; | The Accused Products are configured for use with a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis.<br><br>The Accused Products are configured for compatibility with mil-spec fire control groups. https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026). The Accused Products are configured to be installed in a fire control mechanism pocket of a receiver along with a hammer (shown below in red) having a hammer hook, as shown below. |

| '403 Patent Claim 38 | ARC-Fire |
|---|---|
| |   The hammer (red) is adapted to pivot on a transverse hammer pivot axis, as shown below. |

| ’403 Patent Claim 38 | ARC-Fire |
|---|---|
| |   |
| 38[B]: a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis; | The Accused Products are configured for use with a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis.<br><br>The Accused Products are configured for use with a disconnector (shown below in orange) having a disconnector hook. The disconnector pivots on a transverse disconnector pivot axis, as shown below. |

| ’403 Patent Claim 38 | ARC-Fire |
| --- | --- |
| |   |
| 38[C]: a trigger member; and | The Accused Products are configured for use with a trigger member.<br><br>The Accused Products are configured for use with a trigger member (shown below in brown), as shown below. |

| ’403 Patent Claim 38 | ARC-Fire |
|---|---|
| |   |
| 38[D]: a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position, | The Accused Products are configured for use with a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position.<br><br>The Accused Products include a safety selector that is operable by the user to select between at least two modes of operation. https://activesafetydesigns.com/ar15/arc-fire-trigger-v1-ambi-kit/ (captured 4/8/2026). Below, the selector is shown in one mode of operation (standard semi-automatic, "Semi"). |

| ’403 Patent Claim 38 | ARC-Fire |
| --- | --- |
| |  |

| ’403 Patent Claim 38 | ARC-Fire |
|---|---|
| |  |

| ’403 Patent Claim 38 | ARC-Fire |
|---|---|
| |  Below, the selector is shown in another mode of operation (forced reset semi-automatic, "ARC"). |

| ’403 Patent Claim 38 | ARC-Fire |
| --- | --- |
| |  |

| ’403 Patent Claim 38 | ARC-Fire |
|---|---|
| |    |

| ’403 Patent Claim 38 | ARC-Fire |
|---|---|
| |   |
| 38[E]: wherein when the safety selector is in the standard semi-automatic position and the trigger member is rearwardly actuated, and after the hammer pivots rearward to a position where the hammer hook is past the disconnector hook, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm. | The Accused Products are configured such that when the safety selector is in the standard semi-automatic position and the trigger member is rearwardly actuated, and after the hammer pivots rearward to a position where the hammer hook is past the disconnector hook, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm.<br><br>When the safety selector is set to the standard semi-automatic position, as shown below, and the trigger member is rearwardly actuated, the trigger mechanism is configured to operate as follows. |

<table>
<tr><th>’403 Patent Claim 38</th><th>ARC-Fire</th></tr>
<tr><td></td><td>

During rearward movement of the bolt means, the hammer (red) pivots rearward to a position where the hammer hook is past the disconnector hook (orange), as shown below.</td></tr>
</table>

| ’403 Patent Claim 38 | ARC-Fire |
| --- | --- |
| |   After the rearward movement of the bolt means, the bolt means moves forward into battery. When the bolt means moves forward into battery, the hammer (red) remains caught by the hook of the disconnector (orange), as shown below, preventing the hammer from pivoting forward to the hammer released position. |

| ’403 Patent Claim 38 | ARC-Fire |
|---|---|
| |   To disengage the hammer (red) from the disconnector (orange), the user must manually reduce rearward pressure on the trigger member. In doing so, the hammer and trigger member are permitted to pivot to the hammer set position and the trigger set position, respectively, so that the user can again actuate the trigger member to fire the firearm, as shown below. |

| ’403 Patent Claim 38 | ARC-Fire |
|---|---|
| |  |

| ’403 Patent Claim 39 | ARC-Fire |
|---|---|
| 39[pre]: A forced reset trigger mechanism, comprising: | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[pre]. |
| 39[A]: a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis; | The Accused Products are configured for use with a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[A]. |
| 39[B]: a disconnector having a disconnector hook and adapted to | The Accused Products are configured for use with a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis. |

| '403 Patent Claim 39 | ARC-Fire |
|---|---|
| pivot on a transverse disconnector pivot axis; | I repeat and incorporate by reference herein all contentions disclosed in claim 38[B]. |
| 39[C]: a trigger member; and | The Accused Products are configured for use with a trigger member.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[C]. |
| 39[D]: a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position, | The Accused Products are configured for use with a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[D]. |
| 39[E]: wherein, when in either position, when the trigger member is pulled rearward, cycling of a firearm action rearwardly pivots the hammer to a position where the hammer hook is past the disconnector hook, | The Accused Products are configured such that when in either position, when the trigger member is pulled rearward, cycling of a firearm action rearwardly pivots the hammer to a position where the hammer hook is past the disconnector hook.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[E].<br><br>In addition, when the safety selector is in the forced reset semi-automatic position ("ARC"), when the trigger member is pulled rearward, cycling of the firearm action rearwardly pivots the hammer (red) to a position where the hammer hook is past the disconnector hook. As shown below, in the forced reset semi-automatic mode, rearward movement of the bolt means causes the hammer (red) to be pivoted rearward, while the cam simultaneously forces the trigger member (brown) to the set position. |

| ’403 Patent Claim 39 | ARC-Fire |
|---|---|
| |  |

| ’403 Patent Claim 39 | ARC-Fire |
|---|---|
| |  |
| 39[F]: wherein if the safety selector is in the standard semi-automatic position, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm, and | The Accused Products are configured such that if the safety selector is in the standard semi-automatic position, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[E]. |
| 39[G]: wherein, if the safety selector is in the forced reset semi-automatic position, the trigger member is forced to move to a full reset position against rearward pressure on the trigger member and the rearward pressure on the | The Accused Products are configured such that if the safety selector is in the forced reset semi-automatic position, the trigger member is forced to move to a full reset position against rearward pressure on the trigger member and the rearward pressure on the trigger member does not need to be reduced to actuate the trigger to fire the firearm.<br><br>The Accused Products are configured to be set to the forced reset semi-automatic position when the safety selector is set to the "ARC" position. https://activesafetydesigns.com/ar15/arc- |

<table>
<tr><th>’403 Patent Claim 39</th><th>ARC-Fire</th></tr>
<tr><td>trigger member does not need to be reduced to actuate the trigger to fire the firearm.</td><td>fire-trigger-v1-ambi-kit/ (captured 4/8/2026). As shown below, when the safety selector is in the forced reset semi-automatic position, the cam of the Accused Products is aligned for forced reset operation.


</td></tr>
</table>

| ’403 Patent Claim 39 | ARC-Fire |
|---|---|
| | When the safety selector is in the forced reset semi-automatic position, rearward movement of the bolt means causes rearward pivoting of the hammer (red), and the cam forces the trigger member (brown) to move to a full reset position against rearward pressure on the trigger member. The disconnector (orange) is prevented from holding the hammer, as shown below.  |

| ’403 Patent Claim 39 | ARC-Fire |
|---|---|
| |   Thereafter, the bolt means moves forward into battery. When the bolt means is in battery, the rearward pressure on the trigger member does not need to be reduced; the user can actuate the trigger member to fire the firearm again, as shown below. |

| ’403 Patent Claim 39 | ARC-Fire |
|---|---|
| |   |