# EXHIBIT L

**Infringement Claim Chart – U.S. Patent No. 12,636,403**

The below infringement claim chart is based on information that is reasonably available to me at the present time. For example, Defendants have not yet produced technical documents regarding the Accused Products, including but not limited to component drawings, assembly drawings, or CAD models for the Accused Products.

I reserve the right to supplement this infringement chart, including to add or remove asserted claims, identify additional accused products, or provide further evidence, as discovery in this case warrants.

| ’403 Patent Claim 14 | Super Safety |
|---|---|
| 14[pre]: A trigger mechanism for a firearm operable in at least a standard semi-automatic mode and a forced reset semi-automatic mode, comprising: | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38. |
| 14[A]: a hammer having a hammer sear catch and a hammer hook and adapted to pivot on a transverse hammer pivot axis between a set position and a released position, the hammer adapted to be pivoted rearward by rearward movement of a bolt means; | The Accused Products are configured for use with a hammer having a hammer sear catch and a hammer hook and adapted to pivot on a transverse hammer pivot axis between a set position and a released position, the hammer adapted to be pivoted rearward by rearward movement of a bolt means.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[A].<br><br>The Accused Products (shown below in yellow) are configured to be installed in a fire control mechanism pocket of a receiver along with a hammer (shown below in red) having a sear catch and a hook for engaging a disconnector (shown below in orange). |

| ’403 Patent Claim 14 | Super Safety |
| --- | --- |
| |   The hammer (red) is adapted to pivot on a transverse hammer pivot axis between a set position and a released position. Below, the hammer is shown in the hammer set position. |

| ’403 Patent Claim 14 | Super Safety |
|---|---|
| |   Below, the hammer (red) is shown in the hammer released position. |

<table>
<tr><th>’403 Patent Claim 14</th><th>Super Safety</th></tr>
<tr><td></td><td>

The hammer is adapted to be pivoted rearward by rearward movement of a bolt means, as shown below.</td></tr>
</table>

| ’403 Patent Claim 14 | Super Safety |
|---|---|
| |  |
| 14[B]: a trigger member having a trigger member sear and adapted to move between a set position and a released position, the trigger member being forced to the set position as a result of cycling action of the bolt means, such that the trigger member sear and the hammer sear catch are in engagement in the set position of the hammer and the set position of | The Accused Products are configured for use with a trigger member having a trigger member sear and adapted to move between a set position and a released position, the trigger member being forced to the set position as a result of cycling action of the bolt means, such that the trigger member sear and the hammer sear catch are in engagement in the set position of the hammer and the set position of the trigger member and are out of engagement in the released position of the hammer and the released position of the trigger member.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[C].<br><br>The Accused Products (yellow) are configured for use with a trigger member (brown) having a trigger member sear, adapted to be mounted in the fire control mechanism pocket. The forward |

| ’403 Patent Claim 14 | Super Safety |
|---|---|
| the trigger member and are out of engagement in the released position of the hammer and the released position of the trigger member; | portion of the trigger member comprises a trigger sear surface. The trigger member pivots on a transverse trigger member pivot axis between a trigger set position and a trigger released position. Below, the trigger member is shown in the trigger set position.<br><br><br>Below, the trigger member is shown in the trigger released position. |

| ’403 Patent Claim 14 | Super Safety |
|---|---|
| |   The trigger member is forced to the trigger set position as a result of cycling action of the bolt means. As shown below, the cam of the Accused Products (yellow) is movable between a first position (left) and a second position (right). In the second position, the cam forces the trigger member to the trigger set position during cycling. |

| ’403 Patent Claim 14 | Super Safety |
|---|---|
| | <br>As shown below, when the trigger member is in the trigger set position and the hammer is in the hammer set position, the trigger member sear and the hammer sear catch are in engagement. |

| ’403 Patent Claim 14 | Super Safety |
|---|---|
| |   As shown below, when the trigger member is in the trigger released position and the hammer is in the hammer released position, the trigger member sear and the hammer sear catch are out of engagement. |

| ’403 Patent Claim 14 | Super Safety |
|---|---|
| |   |
| 14[C]: wherein the trigger member sear and the hammer sear catch are in engagement in the set position of the hammer and the set position of the trigger member and are out of engagement in the released position of the hammer and the released position of the trigger member, | The Accused Products are configured such that the trigger member sear and the hammer sear catch are in engagement in the set position of the hammer and the set position of the trigger member and are out of engagement in the released position of the hammer and the released position of the trigger member.<br><br>As shown below, when the trigger member is in the trigger set position and the hammer is in the hammer set position, the trigger member sear and the hammer sear catch are in engagement. |

<table>
<tr><th>’403 Patent Claim 14</th><th>Super Safety</th></tr>
<tr><td></td><td>

As shown below, when the trigger member is in the trigger released position and the hammer is in the hammer released position, the trigger member sear and the hammer sear catch are out of engagement.</td></tr>
</table>

| ’403 Patent Claim 14 | Super Safety |
|---|---|
| |   |
| 14[D]: a disconnector having a disconnector hook for engaging the hammer hook and adapted to pivot on a transverse disconnector pivot axis; and | The Accused Products are configured with a disconnector having a disconnector hook for engaging the hammer hook and adapted to pivot on a transverse disconnector pivot axis.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[B].<br><br>The Accused Products are configured for use with a disconnector (shown below in orange) that is adapted to be mounted in the fire control mechanism pocket. The disconnector pivots on a transverse disconnector pivot axis. The disconnector has a hook for engaging the hammer hook (shown below in red). |

<table>
<tr><th>’403 Patent Claim 14</th><th>Super Safety</th></tr>
<tr><td></td><td>
</td></tr>
<tr><td>14[E]: a locking member adapted to be movably mounted, the locking member being movable between a first position at which the locking member mechanically blocks the trigger member from moving to the released position and a second position at which the locking member does not mechanically block the trigger</td><td>The Accused Products are configured with a locking member adapted to be movably mounted, the locking member being movable between a first position at which the locking member mechanically blocks the trigger member from moving to the released position and a second position at which the locking member does not mechanically block the trigger member allowing the trigger member to be moved to the released position and adapted to be moved to the second position by forward movement of the bolt means.<br><br>The Accused Products include a locking member (the cam lobes, shown below in yellow) that is adapted to be movably mounted in a fire control mechanism pocket.</td></tr>
</table>

| ’403 Patent Claim 14 | Super Safety |
|---|---|
| member allowing the trigger member to be moved to the released position and adapted to be moved to the second position by forward movement of the bolt means, | <br>The locking member is movable between a first position at which it mechanically blocks the trigger member from moving to the released position, and a second position at which it does not mechanically block the trigger member, allowing the trigger member to be moved to the released position. Below, the locking member is shown in two positions: on the left, the first (blocking) position; on the right, the second (non-blocking) position. |

| ’403 Patent Claim 14 | Super Safety |
|---|---|
| |  The locking member is adapted to be moved to the second position by forward movement of the bolt means, as shown below.  |
| 14[F]: wherein in the standard semi-automatic mode, rearward movement of the bolt means causes rearward pivoting of the | The Accused Products are configured such that in the standard semi-automatic mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook holds the hammer hook, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the |

| ’403 Patent Claim 14 | Super Safety |
|---|---|
| hammer such that the disconnector hook holds the hammer hook, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and the trigger member to pivot to the set positions so that the user can pull the trigger member to fire the firearm again; and | hammer and the trigger member to pivot to the set positions so that the user can pull the trigger member to fire the firearm again.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[E].<br><br>In the standard semi-automatic mode, the selector (green) is set as shown below, and the locking member is in the first position.<br><br>During rearward movement of the bolt means, the hammer (red) pivots rearward to a position such that it will be caught by the disconnector hook (orange), as shown below. |

| ’403 Patent Claim 14 | Super Safety |
|---|---|
| |  After the rearward movement of the bolt means, the bolt means moves forward into battery. When the bolt means moves forward into battery, the hammer (red) remains caught by the hook of the disconnector (orange), as shown below, such that the disconnector hook holds the hammer hook. |

| ’403 Patent Claim 14 | Super Safety |
|---|---|
| |  To free the hammer (red) from the disconnector (orange), the user must manually reduce rearward pressure on the trigger member. In doing so, the hammer and trigger member are permitted to pivot to the hammer set position and the trigger set position, respectively, so that the user can pull the trigger member to fire the firearm again, as shown below. |

| ’403 Patent Claim 14 | Super Safety |
| --- | --- |
| |   |
| 14[G]: wherein in the forced reset semi-automatic mode, rearward movement of the bolt means causes the trigger member to be forced to the set position, and the disconnector hook is prevented from holding the hammer hook, and thereafter when the bolt means reaches a substantially in-battery position or an in-battery position the user can actuate the trigger member to fire the firearm again. | The Accused Products are configured such that in the forced reset semi-automatic mode, rearward movement of the bolt means causes the trigger member to be forced to the set position, and the disconnector hook is prevented from holding the hammer hook, and thereafter when the bolt means reaches a substantially in-battery position or an in-battery position the user can actuate the trigger member to fire the firearm again.<br><br>The Accused Products are configured to be set to a forced reset semi-automatic mode. The Accused Products are set to the forced reset semi-automatic mode when the cam is aligned with the trigger as shown below. |

| ’403 Patent Claim 14 | Super Safety |
| --- | --- |
| | <br>In the forced reset semi-automatic mode, rearward movement of the bolt means causes rearward pivoting of the hammer (red), and the cam (yellow) forces the trigger member to the set position such that the disconnector (orange) hook is prevented from holding the hammer hook, as shown below. |

| ’403 Patent Claim 14 | Super Safety |
| --- | --- |
| |  After the rearward movement of the bolt means, the bolt means moves forward into battery, as shown below. |

| ’403 Patent Claim 14 | Super Safety |
| --- | --- |
| |   When the bolt means reaches a substantially in-battery position or an in-battery position, the user can actuate the trigger member to fire the firearm again, as shown below. |

| ’403 Patent Claim 14 | Super Safety |
|---|---|
| |  |

| ’403 Patent Claim 15 | Super Safety |
|---|---|
| 15: The trigger mechanism of claim 14, further comprising a safety selector, movement of which selects between at least standard semi-automatic mode and forced reset semi-automatic mode. | The Accused Products are configured for use with a safety selector, movement of which selects between at least standard semi-automatic mode and forced reset semi-automatic mode.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 14 and 38[D].<br><br>The Accused Products further include a safety selector (shown below in yellow), movement of which selects between at least standard semi-automatic mode and forced reset mode. |

| ’403 Patent Claim 15 | Super Safety |
|---|---|
| |  |

| ’403 Patent Claim 17 | Super Safety |
|---|---|
| 17[pre]: A trigger mechanism for a semi-automatic firearm, comprising: | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[pre]. |

| ’403 Patent Claim 17 | Super Safety |
|---|---|
| 17[A]: a hammer comprising a hammer hook; | The Accused Products are configured for use with a hammer comprising a hammer hook.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[A]. |
| 17[B]: a disconnector comprising a disconnector hook for holding the hammer hook; | The Accused Products are configured for use with a disconnector comprising a disconnector hook for holding the hammer hook.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[B]. |
| 17[C]: a trigger member, wherein the trigger member can be forced into a trigger set position responsive to rearward motion of a cyclic semi-automatic action of the semi-automatic firearm; and | The Accused Products are configured for use with a trigger member, wherein the trigger member can be forced into a trigger set position responsive to rearward motion of a cyclic semi-automatic action of the semi-automatic firearm.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 14[B] and 38[C]. |
| 17[D]: a locking member configured to move between a block position and a non-block position, wherein the block position mechanically blocks the trigger member from moving from the trigger set position to a trigger released position, wherein the non-block position permits the trigger member to be moved from the trigger set position to the trigger released position, wherein the locking member is moved into the block position during rearward motion of the cyclic semi-automatic action and moved into the non-block position during | The Accused Products are configured for use with a locking member configured to move between a block position and a non-block position, wherein the block position mechanically blocks the trigger member from moving from the trigger set position to a trigger released position, wherein the non-block position permits the trigger member to be moved from the trigger set position to the trigger released position, wherein the locking member is moved into the block position during rearward motion of the cyclic semi-automatic action and moved into the non-block position during forward motion of the cyclic semi-automatic action.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 14[E]. |

| ’403 Patent Claim 17 | Super Safety |
|---|---|
| forward motion of the cyclic semi-automatic action, and wherein: | |
| 17[E]: in a standard semi-automatic mode, after cycling of the action and while the trigger member is in the trigger released position, the trigger mechanism is configured such that the disconnector hook holds the hammer hook, at which point, rearward pressure on the trigger member must be reduced before the trigger member can be actuated, and | The Accused Products are configured such that in a standard semi-automatic mode, after cycling of the action and while the trigger member is in the trigger released position, the trigger mechanism is configured such that the disconnector hook holds the hammer hook, at which point, rearward pressure on the trigger member must be reduced before the trigger member can be actuated.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 14[F] and 38[E]. |
| 17[F]: in a forced reset semi-automatic mode, the disconnector hook is prevented from holding the hammer hook, and the trigger member can be actuated when the cyclic semi-automatic action reaches a substantially in-battery position or an in-battery position. | The Accused Products are configured such that in a forced reset semi-automatic mode, the disconnector hook is prevented from holding the hammer hook, and the trigger member can be actuated when the cyclic semi-automatic action reaches a substantially in-battery position or an in-battery position.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 14[G]. |

| ’403 Patent Claim 29 | Super Safety |
|---|---|
| 29: The trigger mechanism of claim 17, comprising a safety selector, wherein the safety selector is selectable between at least the standard semi-automatic | The Accused Products are configured for use with a safety selector, wherein the safety selector is selectable between at least the standard semi-automatic mode and the forced reset semi-automatic mode.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 15, 17 and 38[D]. |

| ’403 Patent Claim 29 | Super Safety |
|---|---|
| mode and the forced reset semi-automatic mode. | |

| ’403 Patent Claim 30 | Super Safety |
|---|---|
| 30: The trigger mechanism of claim 17, comprising a safety selector that is separate from the locking member. | The Accused Products are configured for use with a safety selector that is separate from the locking member.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 15, 17, 14[E], and 38[D]. |

| ’403 Patent Claim 32 | Super Safety |
|---|---|
| 32[pre]: A trigger mechanism for a semi-automatic firearm operable in at least a standard semi-automatic mode and a forced reset semi-automatic mode, comprising: | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[pre]. |
| 32[A]: a disconnector; | The Accused Products are configured for use with a disconnector.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[B]. |
| 32[B]: a trigger member, wherein the trigger member is forced into a trigger set position responsive to rearward motion of a cyclic semi-automatic action of the semi-automatic firearm; and | The Accused Products are configured for use with a trigger member, wherein the trigger member is forced into a trigger set position responsive to rearward motion of a cyclic semi-automatic action of the semi-automatic firearm.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 14[B] and 38[C]. |
| 32[C]: a locking member configured to move between a block position and a non-block position, wherein the block position mechanically blocks the trigger member from moving from | The Accused Products are configured for use with a locking member configured to move between a block position and a non-block position, wherein the block position mechanically blocks the trigger member from moving from the trigger set position to a trigger released position, wherein the non-block position permits the trigger member to be moved from the trigger set position to the trigger released position, wherein the locking member is moved into |

| ’403 Patent Claim 32 | Super Safety |
|---|---|
| the trigger set position to a trigger released position, wherein the non-block position permits the trigger member to be moved from the trigger set position to the trigger released position, wherein the locking member is moved into the block position during rearward motion of the cyclic semi-automatic action and moved into the non-block position during forward motion of the cyclic semi-automatic action; | the block position during rearward motion of the cyclic semi-automatic action and moved into the non-block position during forward motion of the cyclic semi-automatic action.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 14[E]. |
| 32[D]: a safety selector, wherein the safety selector is selectable between at least the standard semi-automatic mode and the forced reset semi-automatic mode; and wherein: | The Accused Products are configured for use with a safety selector, wherein the safety selector is selectable between at least the standard semi-automatic mode and the forced reset semi-automatic mode.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[D]. |
| 32[E]: in the standard semi-automatic mode, rearward pressure on the trigger member must be reduced to disengage a hammer from the disconnector before the trigger member can again be actuated; and | The Accused Products are configured such that in the standard semi-automatic mode, rearward pressure on the trigger member must be reduced to disengage a hammer from the disconnector before the trigger member can again be actuated.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 14[F] and 38[E]. |
| 32[F]: in the forced reset semi-automatic mode, the trigger member is forced to the trigger set position and can be actuated without reducing pressure on the | The Accused Products are configured such that in the forced reset semi-automatic mode, the trigger member is forced to the trigger set position and can be actuated without reducing pressure on the trigger member to fire another round when the cyclic semi-automatic action reaches a substantially in-battery position or an in-battery position. |

| ’403 Patent Claim 32 | Super Safety |
|---|---|
| trigger member to fire another round when the cyclic semi-automatic action reaches a substantially in-battery position or an in-battery position. | I repeat and incorporate by reference herein all contentions disclosed in claims 14[G] and 38[E]. |

| ’403 Patent Claim 38 | Super Safety |
|---|---|
| 38[pre]: A forced reset trigger mechanism, comprising: | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>The Accused Products are described as “3D Printed Active Trigger System[s]” in public documentation. Super Safety Guide at Cover. |


HT
Super Safety
3D Printed Active Trigger System
Hoffman Tactical
7/19/23
V4.4

| ’403 Patent Claim 38 | Super Safety |
|---|---|
| | The Accused Products are “mechanisms that actively reset[] the trigger of a firearm” and are “designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.” Super Safety Guide at 1.<br>**1 INTRODUCTION**<br>The Super Safety is a mechanism that actively resets the trigger of a firearm to allow the operator to fire again, quickly, and efficiently.<br>The Super Safety has been designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.<br>Two versions of the cam are included, the single mode cam and the dual mode cam. The single mode cam has two positions, safe and active reset. The dual mode cam has three positions, safe, active reset, and passive reset. Each has its own advantages, which will be explained.<br>When 3D printed in PA12-CF the Super Safety can last several hundred rounds. Optimally it is manufactured from a wear resistant steel.<br>This document contains the information needed to manufacture the Super Safety, as well as understand it’s function. |
| 38[A]: a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis; | The Accused Products are configured for use with a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis.<br><br>The Accused Products are “designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group.” Super Safety Guide at 1. The Accused Products (shown below in yellow) are configured to be installed in a fire control mechanism pocket of a receiver along with a hammer (shown below in red) having a hook. |

| ’403 Patent Claim 38 | Super Safety |
|---|---|
| |   The hammer (red) is adapted to pivot on a transverse hammer pivot axis, as shown below. |

| ’403 Patent Claim 38 | Super Safety |
|---|---|
| |   |
| 38[B]: a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis; | The Accused Products are configured for use with a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis.<br><br>The Accused Products are configured for use with a disconnector (shown below in orange) having a disconnector hook. The disconnector pivots on a transverse disconnector pivot axis, as shown below. |

| ’403 Patent Claim 38 | Super Safety |
|---|---|
| |   |
| 38[C]: a trigger member; and | The Accused Products are configured for use with a trigger member.<br><br>The Accused Products (shown below in yellow) are configured for use with a trigger member (shown below in brown). |

| ’403 Patent Claim 38 | Super Safety |
| --- | --- |
| |   |
| 38[D]: a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position, | The Accused Products are configured for use with a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position.<br><br>The Accused Products include a safety selector that is operable by the user to select between at least two modes of operation. Below, left, the selector is shown in one mode of operation (standard semi-automatic). Below, right, the selector is shown in another mode of operation (forced reset semi-automatic). |

| ’403 Patent Claim 38 | Super Safety |
| --- | --- |
| |  |
| 38[E]: wherein when the safety selector is in the standard semi-automatic position and the trigger member is rearwardly actuated, and after the hammer pivots rearward to a position where the hammer hook is past the disconnector hook, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm. | The Accused Products are configured such that when the safety selector is in the standard semi-automatic position and the trigger member is rearwardly actuated, and after the hammer pivots rearward to a position where the hammer hook is past the disconnector hook, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm.<br><br>When the safety selector is set to the standard semi-automatic position, as shown below, and the trigger member is rearwardly actuated, the trigger mechanism is configured to operate as follows. |

| ’403 Patent Claim 38 | Super Safety |
| --- | --- |
| |  During rearward movement of the bolt means, the hammer (red) pivots rearward to a position where the hammer hook is past the disconnector hook (orange), as shown below. |

| ’403 Patent Claim 38 | Super Safety |
|---|---|
| |  After the rearward movement of the bolt means, the bolt means moves forward into battery. When the bolt means moves forward into battery, the hammer (red) remains caught by the hook of the disconnector (orange), as shown below, preventing the hammer from pivoting forward to the hammer released position. |

<table>
<tr><th>’403 Patent Claim 38</th><th>Super Safety</th></tr>
<tr><td></td><td>


To disengage the hammer (red) from the disconnector (orange), the user must manually reduce rearward pressure on the trigger member. In doing so, the hammer and trigger member are permitted to pivot to the hammer set position and the trigger set position, respectively, so that the user can again actuate the trigger member to fire the firearm, as shown below.</td></tr>
</table>

| ’403 Patent Claim 38 | Super Safety |
|---|---|
| |  |

| ’403 Patent Claim 39 | Super Safety |
|---|---|
| 39[pre]: A forced reset trigger mechanism, comprising: | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[pre]. |
| 39[A]: a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis; | The Accused Products are configured for use with a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[A]. |
| 39[B]: a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis; | The Accused Products are configured for use with a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[B]. |
| 39[C]: a trigger member; and | The Accused Products are configured for use with a trigger member. |

| ’403 Patent Claim 39 | Super Safety |
|---|---|
| | I repeat and incorporate by reference herein all contentions disclosed in claim 38[C]. |
| 39[D]: a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position, | The Accused Products are configured for use with a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[D]. |
| 39[E]: wherein, when in either position, when the trigger member is pulled rearward, cycling of a firearm action rearwardly pivots the hammer to a position where the hammer hook is past the disconnector hook, | The Accused Products are configured such that when in either position, when the trigger member is pulled rearward, cycling of a firearm action rearwardly pivots the hammer to a position where the hammer hook is past the disconnector hook.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[E].<br><br>The above contentions for claim 38[E] address the standard semi-automatic position. The same hammer-rearward mechanic also occurs in the forced reset semi-automatic position. As shown below in the forced reset semi-automatic position, rearward movement of the bolt means (right) rearwardly pivots the hammer (red) to a position where the hammer hook is past the disconnector hook (orange). |

| ’403 Patent Claim 39 | Super Safety |
|---|---|
| |  |
| 39[F]: wherein if the safety selector is in the standard semi-automatic position, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm, and | The Accused Products are configured such that if the safety selector is in the standard semi-automatic position, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[E]. |
| 39[G]: wherein, if the safety selector is in the forced reset semi-automatic position, the trigger member is forced to move to a full reset position against rearward pressure on the trigger member and the rearward pressure on the trigger member does not need to | The Accused Products are configured such that if the safety selector is in the forced reset semi-automatic position, the trigger member is forced to move to a full reset position against rearward pressure on the trigger member and the rearward pressure on the trigger member does not need to be reduced to actuate the trigger to fire the firearm.<br><br>The Accused Products are configured to be set to a forced reset semi-automatic position. The Accused Products are set to the forced reset semi-automatic position when the cam is aligned with the trigger as shown below. |

| ’403 Patent Claim 39 | Super Safety |
|---|---|
| be reduced to actuate the trigger to fire the firearm. | <br>In the forced reset semi-automatic position, rearward movement of the bolt means causes the cam (yellow) to force the trigger member (brown) to a full reset position against rearward pressure on the trigger member, as shown below. |

| ’403 Patent Claim 39 | Super Safety |
|---|---|
| |   After the bolt means moves forward into battery, the user can actuate the trigger member to fire the firearm again without needing to reduce rearward pressure on the trigger member, as shown below. |

| ’403 Patent Claim 39 | Super Safety |
|---|---|
| |  |