# EXHIBIT M

# Infringement Claim Chart – U.S. Patent No. 12,636,403

The below infringement claim chart is based on information that is reasonably available to me at the present time. For example, Defendants have not yet produced technical documents regarding the Accused Products, including but not limited to component drawings, assembly drawings, or CAD models for the Accused Products.

I reserve the right to supplement this infringement chart, including to add or remove asserted claims, identify additional accused products, or provide further evidence, as discovery in this case warrants.

| ’403 Patent Claim 14 | Atrius Super Selector |
|---|---|
| 14[pre]: A trigger mechanism for a firearm operable in at least a standard semi-automatic mode and a forced reset semi-automatic mode, comprising: | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38. |
| 14[A]: a hammer having a hammer sear catch and a hammer hook and adapted to pivot on a transverse hammer pivot axis between a set position and a released position, the hammer adapted to be pivoted rearward by rearward movement of a bolt means; | The Accused Products are configured for use with a hammer having a hammer sear catch and a hammer hook and adapted to pivot on a transverse hammer pivot axis between a set position and a released position, the hammer adapted to be pivoted rearward by rearward movement of a bolt means.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[A].<br><br>The AR-15 mil-spec fire control group includes a hammer. https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026). The Accused Products (shown below in yellow and green) are configured to be installed in a fire control mechanism pocket of a receiver along with a hammer (shown below in red) adapted to be pivotable about the transverse hammer pivot axis between a set position and a released position. |

<table>
<tr><th>’403 Patent Claim 14</th><th>Atrius Super Selector</th></tr>
<tr><td></td><td>

The hammer (red) is shown below in the hammer set position. The hammer is adapted to be pivotable about the transverse hammer pivot axis.</td></tr>
</table>

| ’403 Patent Claim 14 | Atrius Super Selector |
|---|---|
| |  Below, the hammer (red) is shown in the hammer released position. The hammer is adapted to be pivotable about the transverse hammer pivot axis. |

| ’403 Patent Claim 14 | Atrius Super Selector |
| --- | --- |
| |   |
| 14[B]: a trigger member having a trigger member sear and adapted to move between a set position and a released position, the trigger member being forced to the set position as a result of cycling action of the bolt means, such that the trigger member sear and the hammer sear catch are in engagement in the set position of the hammer and the set position of the trigger member and are out of engagement in the released position of the hammer and the released position of the trigger member; | The Accused Products are configured for use with a trigger member having a trigger member sear and adapted to move between a set position and a released position, the trigger member being forced to the set position as a result of cycling action of the bolt means, such that the trigger member sear and the hammer sear catch are in engagement in the set position of the hammer and the set position of the trigger member and are out of engagement in the released position of the hammer and the released position of the trigger member.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[C].<br><br>The Accused Products (shown below in yellow and green) are configured for use with a trigger member (brown), shown in the set position, having a trigger member sear. The trigger member sear is located on the forward portion of the trigger member. The trigger member is adapted to move between a set position and a released position. |

| ’403 Patent Claim 14 | Atrius Super Selector |
|---|---|
| | <br><br>The trigger member (brown) is shown below in the trigger released position. |

| ’403 Patent Claim 14 | Atrius Super Selector |
| --- | --- |
| |   The trigger member is forced to the set position as a result of cycling action of the bolt means. As shown below, the cam lobe (yellow) of the Accused Products is movable between a first position (left) and a second position (right), and in the second position the cam lobe forces the trigger member to the set position. |

| ’403 Patent Claim 14 | Atrius Super Selector |
| --- | --- |
| | <br>Below, on the left, the trigger member is in the released position; on the right, the cam lobe (yellow) rotates and forces the trigger member to the trigger set position.<br> |

| ’403 Patent Claim 14 | Atrius Super Selector |
|---|---|
| | As shown below, when the trigger member is in the set position and the hammer is in the set position, the trigger member sear and the hammer sear catch are in engagement.<br><br><br>As shown below, when the trigger member is in the released position and the hammer is in the released position, the trigger member sear and the hammer sear catch are out of engagement. |

| ’403 Patent Claim 14 | Atrius Super Selector |
| --- | --- |
| |   |
| 14[C]: wherein the trigger member sear and the hammer sear catch are in engagement in the set position of the hammer and the set position of the trigger member and are out of engagement in the released position of the hammer and the released position of the trigger member, | The Accused Products are configured such that the trigger member sear and the hammer sear catch are in engagement in the set position of the hammer and the set position of the trigger member and are out of engagement in the released position of the hammer and the released position of the trigger member.<br><br>The Accused Products are configured for use with a trigger member (brown) having a trigger member sear and a hammer (red) having a hammer sear catch. As shown below, when the trigger member is in the trigger set position and the hammer is in the hammer set position, the trigger member sear and the hammer sear catch are in engagement. |

| ’403 Patent Claim 14 | Atrius Super Selector |
| --- | --- |
| | <br><br>Conversely, as shown below, when the trigger member is in the trigger released position and the hammer is in the hammer released position, the trigger member sear and the hammer sear catch are out of engagement. |

| ’403 Patent Claim 14 | Atrius Super Selector |
| --- | --- |
| |   |
| 14[D]: a disconnector having a disconnector hook for engaging the hammer hook and adapted to pivot on a transverse disconnector pivot axis; and | The Accused Products are configured with a disconnector having a disconnector hook for engaging the hammer hook and adapted to pivot on a transverse disconnector pivot axis.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[B].<br><br>The Accused Products are configured for use with a disconnector (shown below in orange) that is adapted to be mounted in the fire control mechanism pocket. The disconnector pivots on a transverse disconnector pivot axis. The disconnector has a disconnector hook for engaging the hammer (shown below in red), as shown below. |

| ’403 Patent Claim 14 | Atrius Super Selector |
| --- | --- |
| |  |
| 14[E]: a locking member adapted to be movably mounted, the locking member being movable between a first position at which the locking member mechanically blocks the trigger member from moving to the released position and a second position at which the locking member does not mechanically block the trigger member allowing the trigger member to be moved to the released position and adapted to be moved to the second position by | The Accused Products are configured with a locking member adapted to be movably mounted, the locking member being movable between a first position at which the locking member mechanically blocks the trigger member from moving to the released position and a second position at which the locking member does not mechanically block the trigger member allowing the trigger member to be moved to the released position and adapted to be moved to the second position by forward movement of the bolt means.<br><br>The Accused Products (shown below in yellow and green) include a locking member, namely a cam lobe (shown below in yellow), adapted to be movably mounted in the fire control mechanism pocket. The cam lobe is movable between a first position and a second position. |

| ’403 Patent Claim 14 | Atrius Super Selector |
| --- | --- |
| forward movement of the bolt means, | <br>As shown below, the cam lobe (yellow) of the Accused Products is movable between a first position (below, left) and a second position (below, right). In the first position, the cam lobe (yellow) does not block the trigger member; in the second position, the cam lobe forces the trigger member to the set position, mechanically blocking the trigger member from moving to the released position. |

| ’403 Patent Claim 14 | Atrius Super Selector |
| --- | --- |
| | <br>As shown below, on the left, the trigger member is in the released position (the cam lobe is in the position at which the locking member does not mechanically block the trigger member). On the right, the cam lobe (yellow) has rotated and forces the trigger member to the set position. The locking member is adapted to be moved to the position at which it does not mechanically block the trigger member by forward movement of the bolt means. |

| ’403 Patent Claim 14 | Atrius Super Selector |
|---|---|
| |  |
| 14[F]: wherein in the standard semi-automatic mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook holds the hammer hook, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and the trigger member to pivot to the set positions so that the user can pull the trigger member to fire the firearm again; and | The Accused Products are configured such that in the standard semi-automatic mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook holds the hammer hook, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and the trigger member to pivot to the set positions so that the user can pull the trigger member to fire the firearm again.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[E].<br><br>As shown below, the safety selector (green) is set to standard semi-automatic mode, and the cam lobe (yellow) is in the first position. |

<table>
<tr><th>’403 Patent Claim 14</th><th>Atrius Super Selector</th></tr>
<tr><td></td><td><br>In the standard semi-automatic mode, during the rearward movement of the bolt means, the hammer (red) is pivoted rearward to a position where the hammer hook is past the disconnector hook (orange), as shown below.</td></tr>
</table>

<table>
<tr><th>’403 Patent Claim 14</th><th>Atrius Super Selector</th></tr>
<tr><td></td><td>

As shown below, the hammer (red) is pivoted rearward such that the disconnector hook (orange) holds the hammer hook.</td></tr>
</table>

| ’403 Patent Claim 14 | Atrius Super Selector |
|---|---|
| | <br>After the rearward movement of the bolt means, the bolt means moves forward into battery. When the bolt means moves forward into battery, the hammer (red) remains caught by the hook of the disconnector (orange), as shown below, preventing the hammer from pivoting forward to the hammer released position. |

| ’403 Patent Claim 14 | Atrius Super Selector |
|---|---|
| | <br>To disengage the hammer (red) from the disconnector (orange), the user must manually reduce rearward pressure on the trigger member. In doing so, the hammer and the trigger member are permitted to pivot to the hammer set position and the trigger set position, respectively, so that the user can again pull the trigger member to fire the firearm, as shown below. |

| '403 Patent Claim 14 | Atrius Super Selector |
| --- | --- |
| |   |
| 14[G]: wherein in the forced reset semi-automatic mode, rearward movement of the bolt means causes the trigger member to be forced to the set position, and the disconnector hook is prevented from holding the hammer hook, and thereafter when the bolt means reaches a substantially in-battery position or an in-battery position the user can actuate the trigger member to fire the firearm again. | The Accused Products are configured such that in the forced reset semi-automatic mode, rearward movement of the bolt means causes the trigger member to be forced to the set position, and the disconnector hook is prevented from holding the hammer hook, and thereafter when the bolt means reaches a substantially in-battery position or an in-battery position the user can actuate the trigger member to fire the firearm again.<br><br>The Accused Products are configured to be set to the forced reset semi-automatic mode when the safety selector (green) is set forward. As shown below, in the forced reset semi-automatic mode, the cam lobe (yellow) is aligned for forced reset operation. |

| ’403 Patent Claim 14 | Atrius Super Selector |
| --- | --- |
| |  In the forced reset semi-automatic mode, rearward movement of the bolt means causes rearward pivoting of the hammer (red), and the cam lobe (yellow) forces the trigger member (brown) to the set position, such that the disconnector (orange) hook is prevented from holding the hammer hook, as shown below. |

<table>
<tr><th>’403 Patent Claim 14</th><th>Atrius Super Selector</th></tr>
<tr><td></td><td>

Thereafter, the bolt means moves forward into battery. When the bolt means reaches a substantially in-battery position or an in-battery position, the user can actuate the trigger member to fire the firearm again, without needing to reduce rearward pressure on the trigger member, as shown below.</td></tr>
</table>

| ’403 Patent Claim 14 | Atrius Super Selector |
| --- | --- |
| |  |

| ’403 Patent Claim 15 | Atrius Super Selector |
| --- | --- |
| 15: The trigger mechanism of claim 14, further comprising a safety selector, movement of which selects between at least standard semi-automatic mode and forced reset semi-automatic mode. | The Accused Products are configured for use with a safety selector, movement of which selects between at least standard semi-automatic mode and forced reset semi-automatic mode.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 14 and 38[D].<br><br>The Accused Products (shown below in yellow and green) include a safety selector, namely a cam (shown below in yellow), movement of which selects between at least standard semi-automatic mode and forced reset semi-automatic mode. |

| ’403 Patent Claim 15 | Atrius Super Selector |
|---|---|
| |   |

| ’403 Patent Claim 17 | Atrius Super Selector |
|---|---|
| 17[pre]: A trigger mechanism for a semi-automatic firearm, comprising: | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[pre]. |
| 17[A]: a hammer comprising a hammer hook; | The Accused Products are configured for use with a hammer comprising a hammer hook.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[A]. |
| 17[B]: a disconnector comprising a disconnector hook for holding the hammer hook; | The Accused Products are configured for use with a disconnector comprising a disconnector hook for holding the hammer hook.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[B]. |
| 17[C]: a trigger member, wherein the trigger member can be forced into a trigger set position responsive to rearward motion of a | The Accused Products are configured for use with a trigger member, wherein the trigger member can be forced into a trigger set position responsive to rearward motion of a cyclic semi-automatic action of the semi-automatic firearm. |

| ’403 Patent Claim 17 | Atrius Super Selector |
|---|---|
| cyclic semi-automatic action of the semi-automatic firearm; and | I repeat and incorporate by reference herein all contentions disclosed in claims 14[B] and 38[C]. |
| 17[D]: a locking member configured to move between a block position and a non-block position, wherein the block position mechanically blocks the trigger member from moving from the trigger set position to a trigger released position, wherein the non-block position permits the trigger member to be moved from the trigger set position to the trigger released position, wherein the locking member is moved into the block position during rearward motion of the cyclic semi-automatic action and moved into the non-block position during forward motion of the cyclic semi-automatic action, and wherein: | The Accused Products are configured for use with a locking member configured to move between a block position and a non-block position, wherein the block position mechanically blocks the trigger member from moving from the trigger set position to a trigger released position, wherein the non-block position permits the trigger member to be moved from the trigger set position to the trigger released position, wherein the locking member is moved into the block position during rearward motion of the cyclic semi-automatic action and moved into the non-block position during forward motion of the cyclic semi-automatic action.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 14[E]. |
| 17[E]: in a standard semi-automatic mode, after cycling of the action and while the trigger member is in the trigger released position, the trigger mechanism is configured such that the disconnector hook holds the hammer hook, at which point, rearward pressure on the trigger member must be reduced before | The Accused Products are configured such that in a standard semi-automatic mode, after cycling of the action and while the trigger member is in the trigger released position, the trigger mechanism is configured such that the disconnector hook holds the hammer hook, at which point, rearward pressure on the trigger member must be reduced before the trigger member can be actuated.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 14[F] and 38[E]. |

| ’403 Patent Claim 17 | Atrius Super Selector |
|---|---|
| the trigger member can be actuated, and | |
| 17[F]: in a forced reset semi-automatic mode, the disconnector hook is prevented from holding the hammer hook, and the trigger member can be actuated when the cyclic semi-automatic action reaches a substantially in-battery position or an in-battery position. | The Accused Products are configured such that in a forced reset semi-automatic mode, the disconnector hook is prevented from holding the hammer hook, and the trigger member can be actuated when the cyclic semi-automatic action reaches a substantially in-battery position or an in-battery position.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 14[G]. |

| ’403 Patent Claim 29 | Atrius Super Selector |
|---|---|
| 29: The trigger mechanism of claim 17, comprising a safety selector, wherein the safety selector is selectable between at least the standard semi-automatic mode and the forced reset semi-automatic mode. | The Accused Products are configured for use with a safety selector, wherein the safety selector is selectable between at least the standard semi-automatic mode and the forced reset semi-automatic mode.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 15, 17 and 38[D]. |

| ’403 Patent Claim 30 | Atrius Super Selector |
|---|---|
| 30: The trigger mechanism of claim 17, comprising a safety selector that is separate from the locking member. | The Accused Products are configured for use with a safety selector that is separate from the locking member.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 15, 17, 14[E], and 38[D]. |

| ’403 Patent Claim 32 | Atrius Super Selector |
|---|---|
| 32[pre]: A trigger mechanism for a semi-automatic firearm operable in at least a standard semi-automatic | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended. |

| ’403 Patent Claim 32 | Atrius Super Selector |
|---|---|
| mode and a forced reset semi-automatic mode, comprising: | I repeat and incorporate by reference herein all contentions disclosed in claim 38[pre]. |
| 32[A]: a disconnector; | The Accused Products are configured for use with a disconnector.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[B]. |
| 32[B]: a trigger member, wherein the trigger member is forced into a trigger set position responsive to rearward motion of a cyclic semi-automatic action of the semi-automatic firearm; and | The Accused Products are configured for use with a trigger member, wherein the trigger member is forced into a trigger set position responsive to rearward motion of a cyclic semi-automatic action of the semi-automatic firearm.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 14[B] and 38[C]. |
| 32[C]: a locking member configured to move between a block position and a non-block position, wherein the block position mechanically blocks the trigger member from moving from the trigger set position to a trigger released position, wherein the non-block position permits the trigger member to be moved from the trigger set position to the trigger released position, wherein the locking member is moved into the block position during rearward motion of the cyclic semi-automatic action and moved into the non-block position during forward motion of the cyclic semi-automatic action; | The Accused Products are configured for use with a locking member configured to move between a block position and a non-block position, wherein the block position mechanically blocks the trigger member from moving from the trigger set position to a trigger released position, wherein the non-block position permits the trigger member to be moved from the trigger set position to the trigger released position, wherein the locking member is moved into the block position during rearward motion of the cyclic semi-automatic action and moved into the non-block position during forward motion of the cyclic semi-automatic action.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 14[E]. |

| ’403 Patent Claim 32 | Atrius Super Selector |
|---|---|
| 32[D]: a safety selector, wherein the safety selector is selectable between at least the standard semi-automatic mode and the forced reset semi-automatic mode; and wherein: | The Accused Products are configured for use with a safety selector, wherein the safety selector is selectable between at least the standard semi-automatic mode and the forced reset semi-automatic mode.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[D]. |
| 32[E]: in the standard semi-automatic mode, rearward pressure on the trigger member must be reduced to disengage a hammer from the disconnector before the trigger member can again be actuated; and | The Accused Products are configured such that in the standard semi-automatic mode, rearward pressure on the trigger member must be reduced to disengage a hammer from the disconnector before the trigger member can again be actuated.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 14[F] and 38[E]. |
| 32[F]: in the forced reset semi-automatic mode, the trigger member is forced to the trigger set position and can be actuated without reducing pressure on the trigger member to fire another round when the cyclic semi-automatic action reaches a substantially in-battery position or an in-battery position. | The Accused Products are configured such that in the forced reset semi-automatic mode, the trigger member is forced to the trigger set position and can be actuated without reducing pressure on the trigger member to fire another round when the cyclic semi-automatic action reaches a substantially in-battery position or an in-battery position.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claims 14[G] and 38[E]. |

| ’403 Patent Claim 38 | Atrius Super Selector |
|---|---|
| 38[pre]: A forced reset trigger mechanism, comprising: | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>The Accused Products are described as a “Forced Reset Selector (FRS)” in public documentation and are compatible with mil-spec AR-15 fire control groups. https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026). |

| ’403 Patent Claim 38 | Atrius Super Selector |
|---|---|
| |  |

Products Merch Support Contact

ATRIUS

What can we help you find today?

Product Details Reviews

Product Details

*Orders are now being fulfilled within the next business day!

The most robust solution on the market that enables the user to have 3 positions; SAFE, SEMI (Traditional) and FULL-SEMI. This Forced Reset Selector (FRS) is compatible with mil-spec AR15 (chambered in .223/5.56/.300 BLK) fire control groups and no modifications required. The Atrius FORCED RESET SELECTOR isn’t just a safety, it’s an advantage.

**For all notes on Compatibility GO to our Compatibility Page here.**

PRODUCT FEATURES

- **Drop-In Installation** – Swap out your factory safety in minutes and experience the next level of firearm manipulation (some fitment may be required).
- **Runs with Mil-Spec Fire Control Groups** – Seamlessly integrates with standard AR fire control groups, ensuring flawless function and longevity without modification.
- **Hardcore Durability** – Crafted from heat-treated, 4140 steel and coated in a corrosion-resistant finish, the Atrius FRS laughs in the face of wear and tear. Rain, mud, sweat—it eats it all for breakfast.
- **Mechanically Leveraged Design** – Our Forced Reset Selector (FRS) reduces wear on your rifle, preserving your weapon’s longevity — unlike forced-reset triggers (FRTs) that accelerate internal component degradation.
- **Ultra-Smooth Engagement** – Crisp, tactile clicks with no mushy nonsense. Designed for 90-degree throw engagement.
- **Positive Positioning Without Slippage** – Engineered for rock-solid engagement, eliminating the risk of unintentional movement mid-fire, keeping you in full control at all times.
- **Aggressive Ergonomics** – Textured, chamfered, and purpose-built for speed. Your thumb finds the selector instantly, even under stress, with no fumbling, no hesitation—just pure control.
- **MADE IN THE USA** – Proudly manufactured by Americans for Americans.

*Upgrade your firepower. Own your control. Rule the game.*

| ’403 Patent Claim 38 | Atrius Super Selector |
| --- | --- |
| |  https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026)  https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026) |

| ’403 Patent Claim 38 | Atrius Super Selector |
|---|---|
| | <br>https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026)<br><br>https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026) |

| '403 Patent Claim 38 | Atrius Super Selector |
| --- | --- |
| | <br>https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026)<br> |

| ’403 Patent Claim 38 | Atrius Super Selector |
|---|---|
| | https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026)<br><br>When installed and used as directed, the Accused Products are part of a firearm trigger mechanism that operates in a standard semi-automatic mode (“SEMI”) and a forced reset semi-automatic mode (“FULL-SEMI”). https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026). The Accused Products (shown below in yellow and green) are configured to operate in conjunction with a hammer (red), disconnector (orange), and trigger member (brown), as shown below.<br> |
| 38[A]: a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis; | The Accused Products are configured for use with a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis.<br><br>The Accused Products are configured for compatibility with mil-spec fire control groups. https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026). The Accused Products (shown below in yellow and green) are configured to be installed in a fire control mechanism pocket of a receiver along with a hammer (shown below in red) having a hook. |

| ’403 Patent Claim 38 | Atrius Super Selector |
|---|---|
| |   The hammer (red) is adapted to pivot on a transverse hammer pivot axis, as shown below.   |

| ’403 Patent Claim 38 | Atrius Super Selector |
|---|---|
| 38[B]: a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis; | The Accused Products are configured for use with a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis.<br><br>The Accused Products are configured for use with a disconnector (shown below in orange) having a disconnector hook. The disconnector pivots on a transverse disconnector pivot axis, as shown below.<br> |
| 38[C]: a trigger member; and | The Accused Products are configured for use with a trigger member.<br><br>The Accused Products (shown below in yellow and green) are configured for use with a trigger member (shown below in brown). |

| ’403 Patent Claim 38 | Atrius Super Selector |
|---|---|
| |   |
| 38[D]: a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position, | The Accused Products are configured for use with a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position.<br><br>The Accused Products include a safety selector that is operable by the user to select between at least two modes of operation. Below, the selector (green) is shown in one mode of operation (standard semi-automatic, “SEMI”).<br> |

| ’403 Patent Claim 38 | Atrius Super Selector |
| --- | --- |
| | Below, the selector (green) is shown in another mode of operation (forced reset semi-automatic, “FULL-SEMI”).<br> |
| 38[E]: wherein when the safety selector is in the standard semi-automatic position and the trigger member is rearwardly actuated, and after the hammer pivots rearward to a position where the hammer hook is past the disconnector hook, rearward pressure on the trigger member must be reduced to permit the | The Accused Products are configured such that when the safety selector is in the standard semi-automatic position and the trigger member is rearwardly actuated, and after the hammer pivots rearward to a position where the hammer hook is past the disconnector hook, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm.<br><br>When the safety selector is set to the standard semi-automatic position, as shown below, and the trigger member is rearwardly actuated, the trigger mechanism is configured to operate as follows. |

| ’403 Patent Claim 38 | Atrius Super Selector |
|---|---|
| trigger member to then be actuated to fire a firearm. |  |

| ’403 Patent Claim 38 | Atrius Super Selector |
|---|---|
| |  During rearward movement of the bolt means, the hammer (red) pivots rearward to a position where the hammer hook is past the disconnector hook (orange), as shown below. |

| ’403 Patent Claim 38 | Atrius Super Selector |
| --- | --- |
| |   After the rearward movement of the bolt means, the bolt means moves forward into battery. When the bolt means moves forward into battery, the hammer (red) remains caught by the hook of the disconnector (orange), as shown below, preventing the hammer from pivoting forward to the hammer released position. |

<table>
<tr><th>’403 Patent Claim 38</th><th>Atrius Super Selector</th></tr>
<tr><td></td><td>

To disengage the hammer (red) from the disconnector (orange), the user must manually reduce rearward pressure on the trigger member. In doing so, the hammer and trigger member are permitted to pivot to the hammer set position and the trigger set position, respectively, so that the user can again actuate the trigger member to fire the firearm, as shown below.</td></tr>
</table>

| ’403 Patent Claim 38 | Atrius Super Selector |
|---|---|
| |  |

| ’403 Patent Claim 39 | Atrius Super Selector |
|---|---|
| 39[pre]: A forced reset trigger mechanism, comprising: | To the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[pre]. |
| 39[A]: a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis; | The Accused Products are configured for use with a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[A]. |
| 39[B]: a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis; | The Accused Products are configured for use with a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[B]. |
| 39[C]: a trigger member; and | The Accused Products are configured for use with a trigger member. |

| ’403 Patent Claim 39 | Atrius Super Selector |
|---|---|
| | I repeat and incorporate by reference herein all contentions disclosed in claim 38[C]. |
| 39[D]: a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position, | The Accused Products are configured for use with a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[D]. |
| 39[E]: wherein, when in either position, when the trigger member is pulled rearward, cycling of a firearm action rearwardly pivots the hammer to a position where the hammer hook is past the disconnector hook, | The Accused Products are configured such that when in either position, when the trigger member is pulled rearward, cycling of a firearm action rearwardly pivots the hammer to a position where the hammer hook is past the disconnector hook.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[E].<br><br>In addition, when the safety selector (green) is in the forced reset semi-automatic position, when the trigger member is pulled rearward, cycling of the firearm action rearwardly pivots the hammer (red) to a position where the hammer hook is past the disconnector hook. As shown below, in the forced reset semi-automatic mode, rearward movement of the bolt means causes the hammer (red) to be pivoted rearward to a position where the hammer hook is past the disconnector hook (orange), while the cam (yellow) simultaneously forces the trigger member (brown) to the set position. |

| ’403 Patent Claim 39 | Atrius Super Selector |
|---|---|
| |  |
| 39[F]: wherein if the safety selector is in the standard semi-automatic position, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm, and | The Accused Products are configured such that if the safety selector is in the standard semi-automatic position, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm.<br><br>I repeat and incorporate by reference herein all contentions disclosed in claim 38[E]. |
| 39[G]: wherein, if the safety selector is in the forced reset semi-automatic position, the trigger member is forced to move to a full reset position against rearward pressure on the trigger member and the rearward pressure on the | The Accused Products are configured such that if the safety selector is in the forced reset semi-automatic position, the trigger member is forced to move to a full reset position against rearward pressure on the trigger member and the rearward pressure on the trigger member does not need to be reduced to actuate the trigger to fire the firearm. |

| ’403 Patent Claim 39 | Atrius Super Selector |
|---|---|
| trigger member does not need to be reduced to actuate the trigger to fire the firearm. | The Accused Products are configured to be set to the forced reset semi-automatic position when the safety selector (green) is set forward. In the forced reset semi-automatic position, the cam (yellow) of the Accused Products is aligned for forced reset operation, as shown below.   |

<table>
<tr><th>’403 Patent Claim 39</th><th>Atrius Super Selector</th></tr>
<tr><td></td><td>When the safety selector is in the forced reset semi-automatic position, rearward movement of the bolt means causes rearward pivoting of the hammer (red), and the cam (yellow) forces the trigger member (brown) to move to a full reset position against rearward pressure on the trigger member. The disconnector (orange) is prevented from holding the hammer, as shown below.<br><br><br>Thereafter, the bolt means moves forward into battery. When the bolt means is in battery, the rearward pressure on the trigger member does not need to be reduced; the user can actuate the trigger member to fire the firearm again, as shown below.</td></tr>
</table>

| ’403 Patent Claim 39 | Atrius Super Selector |
|---|---|
| |  |