**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>80MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, and PEARSON GARDNER,<br><br>Defendants. | Civil Action No. 4:26-cv-00380-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER COPE,<br><br>Defendant. | Civil Action No. 2:26-cv-00033-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DNT LLC, d/b/a DEEZ NUTZ TACTICAL, and ZACH MORROW,<br><br>Defendants. | Civil Action No. 4:26-cv-00377-ALM |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HANES TACTICAL, LLC, and DAMION TERRELL BENNETT,<br><br>Defendants. | Civil Action No. 4:26-cv-00369-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HARRISON GUNWORKS LLC, and TYLER HARRISON,<br><br>Defendants. | Civil Action No. 4:26-cv-00379-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MARS TRIGGER, LLC, and PETER BRENNEN,<br><br>Defendants. | Civil Action No. 2:26-cv-00030-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MISTER GUNS, LLC, THOMAS CARTER II, | Civil Action No. 2:26-cv-00056-ALM |

| | |
|---|---|
| and BRANDI CARTER,<br><br>Defendants. | |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN THANH NGUYEN, d/b/a POLYMER PEW,<br><br>Defendant. | Civil Action No. 4:26-cv-00425-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OPTICS PLANET, INC., d/b/a ECENTRIA,<br><br>Defendant. | Civil Action No. 4:26-cv-00521-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS, and MORDEKHAI HARROCH,<br><br>Defendants. | Civil Action No. 2:26-cv-00053-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., | Civil Action No. 2:26-cv-00055-ALM |

| | |
|---|---|
| Plaintiffs,<br><br>v.<br><br>PROSOURCE FIREARMS, LLC,<br><br>Defendant. | |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERIOR FIREARMS OF TEXAS, LLC, d/b/a SUPERIOR OUTFITTERS,<br><br>Defendant. | Civil Action No. 2:26-cv-00058-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>Z3 PRODUCTIONS, LLC, d/b/a Z3PRO,<br><br>Defendant. | Civil Action No. 4:26-cv-00367-ALM |

**DECLARATION OF MATTHEW A. COLVIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Matthew A. Colvin, declare as follows:

1. My name is Matthew A. Colvin. I am a Principal at Fish & Richardson P.C.

2. I make this declaration based on my personal, first-hand knowledge and on information I receive in the ordinary course of my work.

3. Attached hereto as Exhibit A is a true and correct copy of the "About Us" page of Plaintiff Rare Breed Triggers, Inc.'s website, available at https://rarebreedtriggers.com/about-us/.

4. Attached hereto as Exhibit B is a true and correct copy of the "Patents" page of Plaintiff Rare Breed Triggers, Inc.'s website, available at https://rarebreedtriggers.com/patents/.

5. Attached hereto as Exhibit C is a true and correct copy of 80Mills LLC's Articles of Organization, as filed with the Wyoming Secretary of State.

6. Attached hereto as Exhibit D are true and correct screen captures of Internet Archive's website. These screen captures show archived copies of Tactical Titan Supply's website, which lists 80Mills products for sale. The top left corner of each page of Exhibit D lists the URL from which the content was captured.

7. A search of public records did not surface any information about 80Mills LLC's revenue or assets.

8. A search of public records did not surface any information about Kristopher Cope's revenue or assets.

9. Attached hereto as Exhibit E is a true and correct copy of DNT LLC's Certificate of Organization, as filed with the Idaho Secretary of State.

10. Attached hereto as Exhibit F are true and correct screen captures of the DNT LLC website (deeznutztactical.com). The top left corner of each page of Exhibit F lists the URL from which the content was captured.

11. A search of public records did not reveal information regarding DNT LLC's revenue or assets.

12. Attached hereto as Exhibit G is a true and correct copy of Hanes Tactical LLC's Certificate of Formation, as filed with the Texas Secretary of State.

13. Attached hereto as Exhibit H are true and correct screen captures of Facebook.com posts by Hanes Tactical.

14. A search of public records did not surface any information about Hanes Tactical LLC's revenue or assets.

15. Attached hereto as Exhibit I is a true and correct copy of Harrison Gunworks LLC's Certificate of Organization, as filed with the Idaho Secretary of State.

16. Attached hereto as Exhibit J are true and correct screen captures of the Harrison Gunworks website (harrisongunworks.com). The top left corner of each page of Exhibit J lists the URL from which the content was captured.

17. A search of public records did not surface any information about Harrison Gunworks LLC's revenue or assets.

18. Attached hereto as Exhibit K is a true and correct copy of MaRs Trigger LLC's Certificate of Formation, as filed with the Texas Secretary of State.

19. Attached hereto as Exhibit L are true and correct screen captures of Mars Trigger LLC's website (marstrigger.com). The top left corner of each page of Exhibit L lists the URL from which the content was captured.

20. A search of public records did not surface any information about MaRs Trigger LLC's revenue or assets.

21. Attached hereto as Exhibit M is a true and correct copy of Mister Guns, LLC's Certificate of Formation, as filed with the Texas Secretary of State.

22. Attached hereto as Exhibit N is a true and correct screen capture from Mister Guns, LLC's website (shop.misterguns.com). The screen capture shows an Atrius Forced Reset Selector Drop In 3 Position product available for sale on the Mister Guns, LLC website. The top left corner of Exhibit N lists the URL from which the content was captured.

23. Attached hereto as Exhibit O is a true and correct screen capture from Mister Guns, LLC's website (shop.misterguns.com). The screen capture shows various categories of products listed for sale on Mister Guns, LLC's website, including new and used guns, silencers, ammunition, optics, etc. The top left corner of Exhibit O lists the URL from which the content was captured.

24. A search of public records did not surface any information about Mister Guns, LLC's revenue or assets.

25. Attached hereto as Exhibit P are true and correct screen captures from Steven Thanh Nguyen's website (polymerpew.com). The top left corner of Exhibit P's pages lists the URL from which the content on the page was captured.

26. Attached hereto as Exhibit Q are true and correct screen captures of the Poly Pew page on Facebook.com.

27. A search of public records did not surface any information about Steven Nguyen's nor Polymer Pew's revenue or assets.

28. Attached hereto as Exhibit R is a true and correct copy of OpticsPlanet, Inc.'s 2025 Domestic/Foreign Corporation Annual Report, as filed with the Illinois Secretary of State.

29. Attached hereto as Exhibit S is a true and correct screen capture of OpticsPlanet, Inc.'s website (opticsplanet.com). The screen capture shows various brands of products listed for sale on OpticsPlanet, Inc.'s website, including Trijicon, Leupold, Vortex, etc. The top left corner of Exhibit S lists the URL from which the content was captured.

30. Attached hereto as Exhibit T are true and correct screen captures from OpticsPlanet, Inc.'s website (opticsplanet.com). The screen captures show various Accused Products available for sale on OpticsPlanet, Inc.'s website. The top left corner of Exhibit T's pages lists the URL from which the content on the page was captured.

31. Attached hereto as Exhibit U is a true and correct screen capture from Optics Planet, Inc.'s website (opticsplanet.com). The screen capture shows the "About OpticsPlanet . . ." page on OpticsPlanet, Inc.'s website. The screen capture states that OpticsPlanet was "[f]ounded in 2000." The top left corner of Exhibit U lists the URL from which the content was captured.

32. Attached hereto as Exhibit V is a true and correct copy of PistolCap Limited Company's Certificate of Formation, as filed with the Texas Secretary of State.

33. Attached hereto as Exhibit W are true and correct screen captures of PistolCap Limited Company's website (friscoguns.com).

34. A search of public records did not surface information regarding PistolCap Limited Company's revenue or assets.

35. Attached hereto as Exhibit X is a true and correct copy of ProSource Firearms LLC's Certificate of Formation, as filed with the Texas Secretary of State.

36. A search of public records did not surface any information about ProSource Firearms LLC's revenue or assets.

37. Attached hereto as Exhibit Y is a true and correct copy of Superior Firearms of Texas, LLC's Certificate of Formation, as filed with the Texas Secretary of State.

38. Attached hereto as Exhibit Z is a true and correct copy of the "Privacy Policies" page of Superior Firearms of Texas, LLC's website, superioroutfitters.com, which shows Superior Firearms of Texas, LLC doing business as Superior Outfitters.

39. A search of public records did not surface any information about Superior Firearms of Texas, LLC's revenue or assets.

40. Attached hereto as Exhibit AA is a true and correct copy of Z3 Productions, LLC's Articles of Organization, as filed with the Oklahoma Secretary of State.

41. Attached hereto as Exhibit BB is a true and correct screen capture of the "Privacy Policy" page of Z3 Productions, LLC's website, z3pro.com, which shows Z3 Productions, LLC doing business as Z3Pro.

42. Attached hereto as Exhibit CC are true and correct screen captures of Z3 Productions, LLC's website (z3pro.com). The top left corner of each page of Exhibit CC lists the URL from which the content was captured.

43. Attached hereto as Exhibit DD is a true and correct screen capture of the Ze Pro page on Facebook.com.

44. A search of public records did not surface any information about Z3 Productions, LLC's revenue or assets.

45. Attached hereto as Exhibit EE are true and correct screen captures of Atrius Development Groups' website (atrius.dev). The top left corner of each page of Exhibit EE lists the URL from which the content was captured.

46. Attached hereto as Exhibit FF is a true and correct screen capture of the website blackrifledepot.com, which lists a Cornfire Arsenal MARC Selector for sale. The top left corner of each page of Exhibit FF lists the URL from which the content was captured.

47. Attached hereto as Exhibit GG is a true and correct copy of the Memorandum opinion granting Plaintiffs' Motion for Preliminary Injunction issued in *ABC IP, LLC v. Hoffman*, Case No. 1:25-cv-00389-CLC-CHS (E.D. Tenn. Feb. 11, 2026).

48. Attached hereto as Exhibit HH is a true and correct copy of the Gun Builders Depot webpage "AR-15 Triggers: The Full Guide & Troubleshooting," available at https://www.gunbuilders.com/blog/ar15-triggers-the-full-guide-troubleshooting/.

49. Attached hereto as Exhibit II is a true and correct copy of the Wing Tactical webpage "Parts of an AR-15," available at https://www.wingtactical.com/parts-of-an-ar-15/.

50. Attached hereto as Exhibit JJ is a true and correct copy of the Statement of Interest of the United States of America filed by the U.S. Department of Justice in *ABC IP, LLC v. Hoffman*, Case No. 1:25-cv-00389-CLC-CHS (E.D. Tenn. Jan. 26, 2026).

51. Attached hereto as Exhibit KK is a true and correct copy of U.S. Patent No. 12,038,247.

52. Attached hereto as Exhibit LL is a true and correct copy of U.S. Patent No. 12,578,159.

53. Attached hereto as Exhibit MM is a true and correct copy of U.S. Patent No. 12,529,538.

54. Attached hereto as Exhibit NN is a true and correct copy of U.S. Patent No. 12,031,784.

55. Attached hereto as Exhibit OO is a true and correct copy of U.S. Patent No. 12,636,403.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 28, 2026, in Dallas, Texas.

*/s/ Matthew A. Colvin*
Matthew A. Colvin