# EXHIBIT A

# About Us

**OUR MISSION**

At Rare Breed Triggers, our mission is to advance the science and performance of modern firearms through uncompromising innovation and engineering excellence. We believe responsible, law-abiding gun owners should have access to the most advanced, lawful technology available—grounded in the freedoms guaranteed by the Constitution.

We stand unapologetically in defense of lawful firearm innovation. In an industry too often shaped by political pressure and regulatory overreach, we remain committed to delivering superior products that elevate performance and protect the rights of American gun owners.

**WHO WE ARE**

Rare Breed Triggers is an American firearms technology company headquartered in Texas. We are the exclusive licensee of a comprehensive portfolio of U.S. patents covering Forced Reset Trigger (FRT®) technology.

Rare Breed pioneered the modern Forced Reset Trigger market with the launch of the FRT-15®. This first-generation design brought groundbreaking performance to American shooters. Since then, we have continued to lead the field—driving new levels of performance, reliability, and innovation.

We remain focused on a singular mission: to design, engineer, and deliver superior Forced Reset Triggers that stand at the forefront of performance and compliance. Through continuous innovation and unrelenting resolve, Rare Breed Triggers has earned its place as the leader in forced reset technology.

**INNOVATION THROUGH ENGINEERING**

Engineering excellence is at the core of Rare Breed Triggers. Our patented Forced Reset Trigger (FRT®) technology reflects years of dedicated research, advanced design, and rigorous testing to achieve superior mechanical performance.

Our engineering team integrates cutting-edge design, state-of-the-art manufacturing, and strict quality control at every stage of production. The FRT-15® set a new benchmark for speed, reliability, and ingenuity. Successive designs continue to build on that legacy—offering enhanced performance while remaining firmly within the boundaries of federal law.

At Rare Breed Triggers, we innovate with purpose. Our goal is simple: to provide law-abiding gun owners with best-in-class Forced Reset Triggers that deliver an exceptional shooting experience with absolute confidence in both performance and legality.

**LAWFULLY ENGINEERED. UNLAWFULLY CHALLENGED.**

Rare Breed Triggers has faced intense legal and regulatory challenges—driven by agencies seeking to restrict innovation through questionable interpretations of existing law. From the moment the FRT-15® was introduced, our products have been scrutinized and targeted—not because they break the law, but because they threaten the status quo.

We've met these challenges head-on. In courtrooms across the country, Rare Breed Triggers has secured decisive victories that uphold the lawfulness of our products and affirm our right to innovate within the law.

We do not seek conflict, but we will never yield to unlawful attempts to erode the rights of our company or our customers. These legal victories are not merely about a single product—they represent a principled defense of the Second Amendment, intellectual property rights, and the freedom to innovate.

Rare Breed Triggers remains vigilant. We will continue to defend our intellectual property, protect our customers, and stand as a bulwark against regulatory overreach and government abuse.

**MANUFACTURED IN AMERICA**

Rare Breed Triggers proudly designs and manufactures its products in the United States. We collaborate with trusted American manufacturing partners to ensure that every product we deliver meets the highest standards of quality, precision, and performance.

By maintaining strict oversight from design through final assembly, we produce Forced Reset Triggers that reflect the values of American craftsmanship and engineering excellence. Our commitment to U.S.-based manufacturing is not just a matter of principle—it's fundamental to ensuring our products remain second to none.

**OUR VISION FOR THE FUTURE**

Rare Breed Triggers will continue to lead the industry in forced reset technology through relentless innovation, precision engineering, and an unwavering commitment to legal integrity. We will expand our product offerings, invest in advanced research and development, and deliver new solutions that enhance the performance of modern firearms.

As we move forward, we will remain steadfast in defending our intellectual property and our customers' rights, while holding government agencies accountable to the rule of law. Our vision is clear: to set the standard for lawful firearm innovation, safeguard constitutional freedoms, and ensure Rare Breed remains the trusted leader in firearm technology.

**As always, Rare Breed Triggers encourages the safe and responsible use of our products.**

RARE BREED TRIGGERS

2710 Central Freeway
Ste 150 - 151
Wichita Falls, TX 76306

940-477-9199

CustomerService@RareBreedTriggers.com

About Us
Installation Videos
Patents
Press Releases
FAQs

Terms And Conditions
Privacy Policy
Legal Status
Waiver & Release

Subscribe to our Newsletter

Enter your email address

Subscribe