# EXHIBIT B

# Patents

The following Rare Breed Triggers products are protected by one or more patents in the United States. This notice is provided to satisfy the virtual patent marking requirements under 35 U.S.C. § 287(a). The list below may not be exhaustive, and other Rare Breed Triggers products not listed here may also be protected by one or more U.S. patents.

All patents listed below are owned by ABC IP, LLC, a Delaware limited liability company. These patents are exclusively licensed to Rare Breed Triggers. Rare Breed Triggers holds the exclusive right to manufacture, sell, and enforce the rights associated with the patented technology.

- FRT-15L3™ (Curved or Flat):
  - U.S. Patent No. 10,514,223
  - U.S. Patent No. 11,724,003
  - U.S. Patent No. 12,036,336
  - U.S. Patent No. 12,274,807
  - Other patents pending
- FRT-MR3™ (Curved or Flat):
  - U.S. Patent No. 10,514,223
  - U.S. Patent No. 11,724,003
  - U.S. Patent No. 12,036,336
  - U.S. Patent No. 12,274,807
  - Other patents pending
- FRT-15C3™ (Curved or Flat):
  - U.S. Patent No. 12,038,247
  - U.S. Patent No. 12,578,159
  - Other patents pending
- FRT-RD3™:
  - U.S. Patent No. 10,514,223
  - U.S. Patent No. 11,724,003
  - U.S. Patent No. 12,036,336
  - U.S. Patent No. 12,274,807
  - Other patents pending

**As always, Rare Breed Triggers encourages the safe and responsible use of our products.**



Captured by FireShot Pro: 15 April 2026, 02:50:00 PM
https://getfireshot.com