# EXHIBIT D

Tactical Titan Supply https://web.archive.org/web/20250402210619/https://tacticaltitansupply.com/

INTERNET ARCHIVE WaybackMachine https://tacticaltitansupply.com/ Go
41 captures
22 Apr 2024 - 5 Oct 2025
FEB JAN JUL
02
2024 2019 2026
About this capture

SEARCH SIGN IN or REGISTER CART

TACTICAL TITAN SUPPLY

ACCESSORIES ⌄ AMMUNITION & RELOADING ⌄ ARCHERY ⌄ CLOTHING ⌄ HUNTING & OUTDOOR ⌄ KNIVES ⌄ MAINTENANCE ⌄
OPTICS & ELECTRONICS ⌄ PARTS & COMPONENTS ⌄ SAFETY & PROTECTION ⌄ STORAGE & TRANSPORT ⌄ TACTICAL GEAR



## Cases and Bags Built For The Mission

Discover our curated selection of premium tactical bags from top manufacturers, designed to withstand the toughest conditions while keeping your gear organized and accessible. We've tested and chosen only the most reliable options to support your mission, whatever it may be.

Shop now

## Featured Products



HOLOSUN
Holosun Area Illumination Device 1000 Lumens RAID
$169.99



Eberlestock
Eberlestock Bang-Bang Compact Range Bag With Polycarbonate Base Black - RIMB
$199.99




HOLOSUN
Holosun Digital Multi-Reticle 7075 Aluminum Reflex Thermal Red Dot Sight DRS-TH
MSRP: ~~$1,882.34~~
$1,599.99



HOLOSUN
Holosun Competition Multi-Reticle Green Reflex Circle Dot Sight - HE507COMP-GR
$399.99

## Most Popular Products



80Mills
Super Safety Cam Kit - 4140 Steel
Was: ~~$75.00~~
Now: $60.00



80Mills
Super Safety Kit Builder
$60.00



80Mills
Curved Super Safety Cut Trigger
MSRP: ~~$30.00~~
$25.00



80Mills
Super Safety Extra Lever
$10.00

## New Products

Captured by FireShot Pro: 19 May 2026, 09:48:24 AM
https://getfireshot.com




HOLOSUN
Holosun HE507K-GR X2 Elite Open Reflex Multi-Reticle Green Dot Sight
$319.99



HOLOSUN
Holosun Area Illumination Device 1000 Lumens RAID
$169.99



80Mills
Super Safety Extra Lever
$10.00

Image Coming Soon

80Mills
Super Safety Cam Kit - D2 Steel
$90.00

Connect With Us

Navigate
- Shipping & Returns
- Contact Us
- Blog
- Sitemap

Categories
- Accessories
- Ammunition & Reloading
- Archery
- Clothing
- Hunting & Outdoor
- Knives
- Maintenance
- Optics & Electronics
- Parts & Components
- Safety & Protection
- Storage & Transport
- Tactical Gear

Popular Brands
- Trijicon
- Streamlight
- TRUGLO
- Spyderco
- Magpul Industries
- Crimson Trace Corporation
- XS Sights
- Surefire
- Browning
- AmeriGlo
- View All

Info

*1603 Capitol Ave*
*Ste 415 557441*
*Cheyenne, Wyoming*
*82001*

Subscribe to our newsletter

Get the latest updates on new products and upcoming sales

Your email address | Subscribe

AMERICAN EXPRESS DISCOVER MasterCard PayPal VISA

© 2025 Tactical Titan Supply

INTERNET ARCHIVE WaybackMachine https://tacticaltitansupply.com/ Go JUL OCT NOV 05 2024 2025 2026
41 captures
22 Apr 2024 - 5 Oct 2025
About this capture



TACTICAL TITAN SUPPLY






## Featured Products



HOLOSUN
Holosun Digital Multi-Reticle 7075 Aluminum Reflex Thermal Red Dot Sight DRS-TH
MSRP: ~~$1,882.34~~
Was: ~~$1,882.34~~
Now: $1,599.99



HOLOSUN
Holosun Competition Multi-Reticle Green Reflex Circle Dot Sight - HE507COMP-GR
Was: ~~$470.58~~
Now: $351.19



80Mills
Super Safety Kit Builder
$60.00

## Most Popular Products

80Mills
Super Safety Cam Kit - 4140 Steel
Was: ~~$75.00~~
Now: $55.00



80Mills
Super Safety Kit Builder
$60.00



80Mills
Curved Super Safety Cut Trigger
Was: ~~$30.00~~
Now: $25.00



80Mills
Super Safety Cam Kit - CPM10V / A2
Was: ~~$70.00~~
Now: $60.00

Captured by FireShot Pro: 19 May 2026, 09:42:21 AM
https://getfireshot.com

## New Products



80Mills
Super Safety Cam Kit - CPM10V / A2
Was: ~~$70.00~~
Now: $60.00




80Mills
FCG Completion Kit - Proline
$20.00



80Mills
Flat Super Safety Cut Trigger
$32.00



Super Safe Shirt
$31.00 - $34.00



HOLOSUN
Holosun HE508T-GR-X2 Elite Multi Reticle Green Dot Sight Solar Failsafe
Was: ~~$470.58~~
Now: $399.99

Connect With Us

**Navigate**
- Shipping & Returns
- Contact Us
- Blog
- Sitemap

**Categories**
- Accessories
- Ammunition & Reloading
- Archery
- Clothing
- Hunting & Outdoor
- Knives
- Maintenance
- Optics & Electronics
- Parts & Components
- Safety & Protection
- Storage & Transport
- Tactical Gear

**Popular Brands**
- Trijicon
- Streamlight
- TRUGLO
- Spyderco
- Magpul Industries
- Crimson Trace Corporation
- XS Sights
- Surefire
- Browning
- AmeriGlo
- View All

**Info**

*1603 Capitol Ave*
*Ste 415 557441*
*Cheyenne, Wyoming*
*82001*

**Subscribe to our newsletter**

Get the latest updates on new products and upcoming sales

Your email address

Subscribe

© 2025 Tactical Titan Supply

Captured by FireShot Pro: 19 May 2026, 09:42:21 AM
https://getfireshot.com