# EXHIBIT E

0005778659



# STATE OF IDAHO

*Office of the secretary of state, Phil McGrane*

**CERTIFICATE OF ORGANIZATION LIMITED LIABILITY COMPANY**

Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee: $100.00

*For Office Use Only*

**-FILED-**

File #: 0005778659

Date Filed: 6/12/2024 12:08:44 PM

Certificate of Organization Limited Liability Company

| | |
|---|---|
| Select one: Standard, Expedited or Same Day Service (see descriptions below) | Expedited (+$40; filing fee $140) |

1. Limited Liability Company Name

| | |
|---|---|
| Type of Limited Liability Company | Limited Liability Company |
| Entity name | DNT LLC |

2. The complete street address of the principal office is:

| | |
|---|---|
| Principal Office Address | 354 CHATEAU DRIVE<br>IDAHO FALLS, ID 83404 |

3. The mailing address of the principal office is:

| | |
|---|---|
| Mailing Address | 354 CHATEAU DR<br>IDAHO FALLS, ID 83404-7819 |

4. Registered Agent Name and Address

| | |
|---|---|
| Registered Agent | Registered Agent<br>Zach Morrow<br>Physical Address:<br>354 CHATEAU DRIVE<br>IDAHO FALLS, ID 83404<br>Mailing Address:<br>354 CHATEAU DR<br>IDAHO FALLS, ID 83404-7819 |

☒ I affirm that the registered agent appointed has consented to serve as registered agent for this entity.

5. Governors

| Name | Address |
|---|---|
| Zach Morrow | 354 CHATEAU DRIVE<br>IDAHO FALLS, ID 83401 |

Signature of Organizer:

*Zachary Morrow* — Sign Here

*06/12/2024* — Date