# EXHIBIT F





# V2 ARC-FIRE AMBI 0-45-180 KIT

$249.99

IN STOCK

1 BUY NOW

**CATEGORIES:** AR Products, MP5 Products, Parts

**PRODUCT ID:** 86300

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

We're proud to unveil the ARC-Fire, the latest innovation from AS Designs – a cutting-edge ambidextrous selector trigger system featuring our patent-pending Active Reset Clutch (ARC) technology. Designed to dramatically increase your firearm's rate of fire without compromising control or compliance, the ARC-Fire forces the trigger to reset immediately after each shot, enabling rapid, precise follow-up shots – with one round per action of the trigger, every time.

**V2 DIFFERENCES**

**– DIFFERENT SELECTOR ORIENTATIONS AVAILABLE**

**– SMOOTHER DETENT TRACK**

**– LARGER CAM SURFACES**

**– COMES STOCK WITH MILSPEC SELECTORS (PICTURED)**

## BUILT FOR SPEED. DESIGNED FOR CONTROL.

*Multi-Platform Compatibility:* Engineered to support over 10 of the most widely used firearm platforms, with more on the horizon. (AR15, JAKL, MP5, MCX, MPX, SCAR, BRN-180, G3, AP53, UMP, STRIBOG, DISSENT, and more to be added soon)

*Ambidextrous Selector:* Fully ambi design provides fast, intuitive access for both right- and left-handed shooters.

*Three-Position Control:* Selector positions include Safe, Semi, and ARC, putting enhanced speed and performance at your fingertips.

## RELIABLE. TACTILE. RESPONSIVE.

The ARC-Fire is built for shooters who demand performance and dependability. Our patent-pending design maximizes durability and reliability under sustained use. The selector switch is engineered for positive tactile feedback and effortless transitions – even under stress.

## GO FASTER. STAY IN CONTROL.

Whether you're running drills, competing, or simply pushing your platform to its limits, the ARC-Fire delivers an unmatched blend of speed, precision, and durability – giving you the edge every time you pull the trigger.

AS Designs ARC-Fire – Reset Redefined.

Includes:

- **0-90-180 Selector**
- **M2 tool steel ARC V2 Cam**
- **M2 tool steel ARC V2 Lever**
- **M2 tool steel ARC V2 Detent Bar**
- **4140 steel ARC V2 Primary Selector**
- **4140 steel ARC V2 Ambi Selector**
- **Cam, Lever, and Detent Bar feature DLC coating. Selector Levers feature Black Oxide coating.**
- **Includes pre-cut trigger and KNS safety detent.**

## RELATED PRODUCTS



GRAPHITE BLACK SUPER SAFETY

$105.00



FDE CURVED TRIGGER

$45.00



FDE SUPER SAFETY

$105.00

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.





# V2 ARC-FIRE AMBI 0-90-180 KIT

$249.99

1 BUY NOW

**CATEGORIES:** AR Products, MP5 Products, Parts

**PRODUCT ID:** 85561

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

Captured by FireShot Pro: 14 May 2026, 06:19:50 PM
https://getfireshot.com

We're proud to unveil the ARC-Fire, the latest innovation from AS Designs – a cutting-edge ambidextrous selector trigger system featuring our patent-pending Active Reset Clutch (ARC) technology. Designed to dramatically increase your firearm's rate of fire without compromising control or compliance, the ARC-Fire forces the trigger to reset immediately after each shot, enabling rapid, precise follow-up shots – with one round per action of the trigger, every time.

**V2 DIFFERENCES**

**– DIFFERENT SELECTOR ORIENTATIONS AVAILABLE**

**– SMOOTHER DETENT TRACK**

**– LARGER CAM SURFACES**

**– COMES STOCK WITH MILSPEC SELECTORS (PICTURED)**

## BUILT FOR SPEED. DESIGNED FOR CONTROL.

*Multi-Platform Compatibility:* Engineered to support over 10 of the most widely used firearm platforms, with more on the horizon. (AR15, JAKL, MP5, MCX, MPX, SCAR, BRN-180, G3, AP53, UMP, STRIBOG, DISSENT, and more to be added soon)

*Ambidextrous Selector:* Fully ambi design provides fast, intuitive access for both right- and left-handed shooters.

*Three-Position Control:* Selector positions include Safe, Semi, and ARC, putting enhanced speed and performance at your fingertips.

## RELIABLE. TACTILE. RESPONSIVE.

The ARC-Fire is built for shooters who demand performance and dependability. Our patent-pending design maximizes durability and reliability under sustained use. The selector switch is engineered for positive tactile feedback and effortless transitions – even under stress.

## GO FASTER. STAY IN CONTROL.

Whether you're running drills, competing, or simply pushing your platform to its limits, the ARC-Fire delivers an unmatched blend of speed, precision, and durability – giving you the edge every time you pull the trigger.

AS Designs ARC-Fire – Reset Redefined.

Includes:

- **0-90-180 Selector**
- **M2 tool steel ARC V2 Cam**
- **M2 tool steel ARC V2 Lever**
- **M2 tool steel ARC V2 Detent Bar**
- **4140 steel ARC V2 Primary Selector**
- **4140 steel ARC V2 Ambi Selector**
- **Cam, Lever, and Detent Bar feature DLC coating. Selector Levers feature Black Oxide coating.**
- **Includes pre-cut trigger and KNS safety detent.**

## RELATED PRODUCTS



GRAPHITE BLACK SUPER SAFETY

$105.00



GOLD CURVED TRIGGER

$45.00



PINK SUPER SAFETY

$105.00

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.

HOME PLATFORM PARTS APPAREL ACCESSORIES CLEARANCE ITEMS CONTACT US MONTANA





Home / AR Products / V2 Arc-fire 45/90 Geissele SSA-E Kit

# V2 ARC-FIRE 45/90 GEISSELE SSA-E KIT

$470.00

IN STOCK

1 BUY NOW

**CATEGORIES:** AR Products, Clearance Items, MP5 Products

**PRODUCT ID:** 86066

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

Ambidextrous V2 arc-fire kit with our precut geissele SSA-E. Lever blocker is included with this kit.

## YOU MAY ALSO LIKE...



GEISSELE SUPER 42 H3 COMBO

$140.00



GEISSELE SUPER 42 H2 COMBO

$110.00

## RELATED PRODUCTS



V2 ARC-FIRE 90/180 GEISSELE SSA-E KIT

$470.00



PARTISAN DISRUPTOR FRT

$235.00



V2 ARC-FIRE AMBI 0-45-180 KIT

$249.99

## DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.







# V2 ARC-FIRE 45/180 GEISSELE SSA-E KIT

$470.00

IN STOCK

1 BUY NOW

**CATEGORIES:** AR Products, Clearance Items, MP5 Products

**PRODUCT ID:** 86627

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

Ambidextrous V2 arc-fire kit with our precut geissele SSA-E. Lever blocker is included with this kit.

## YOU MAY ALSO LIKE...



GEISSELE SUPER 42 H3 COMBO

$140.00



GEISSELE SUPER 42 H2 COMBO

$110.00

Captured by FireShot Pro: 15 May 2026, 02:51:53 PM
https://getfireshot.com

# RELATED PRODUCTS



KITCHEN SINK SUPER SAFETIES 5 PACK

$100.00



V2 ARC-FIRE 90-180 GEISSELE SSA-EX

$520.00



D2 CURVED SUPER SAFETY KIT

$125.00

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.







# V2 ARC-FIRE 45-180 GEISSELE SSA-EX

$520.00

IN STOCK

1 BUY NOW

**CATEGORIES:** AR Products, MP5 Products

**PRODUCT ID:** 86626

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

Newest version of the ambidextrous arc-fire kit with our precut geissele SSA-EX. Lever blocker is included with the kit.

## YOU MAY ALSO LIKE...



GEISSELE SUPER 42 H2 COMBO

$110.00



GEISSELE SUPER 42 H3 COMBO

$140.00

## RELATED PRODUCTS



ARC FIRE LEVER BLOCKER
$10.00




GEISSELE MACHINING SERVICES
$40.00



V2 ARC-FIRE AMBI 0-45-90
$249.99

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.






Home / AR Products / V2 Arc-fire 90/180 Geissele SSA-E Kit

# V2 ARC-FIRE 90/180 GEISSELE SSA-E KIT

$470.00

IN STOCK

1 BUY NOW

**CATEGORIES:** AR Products, Clearance Items, MP5 Products

**PRODUCT ID:** 86067

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

Ambidextrous V2 arc-fire kit with our precut geissele SSA-E. Lever blocker is included with this kit.

## YOU MAY ALSO LIKE...



GEISSELE SUPER 42 H2 COMBO

$110.00



GEISSELE SUPER 42 H3 COMBO

$140.00

Captured by FireShot Pro: 15 May 2026, 02:55:42 PM
https://getfireshot.com

## RELATED PRODUCTS



V2 ARC-FIRE AMBI 0-90-180 KIT
$249.99



D2 COMPLETE FCG CURVED SUPER SAFETY KIT
$145.00




AR-22 STANDARD TRIP/WEIGHT CARRIER
$75.00

## DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.

HOME PLATFORM PARTS APPAREL ACCESSORIES CLEARANCE ITEMS CONTACT US MONTANA






Home / AR Products / V2 Arc-fire 90-180 Geissele SSA-EX

# V2 ARC-FIRE 90-180 GEISSELE SSA-EX

$520.00

IN STOCK

1 BUY NOW

**CATEGORIES:** AR Products, MP5 Products
**PRODUCT ID:** 86068

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

Newest version of the ambidextrous arc-fire kit with our precut geissele SSA-EX. Lever blocker is included with the kit.

## YOU MAY ALSO LIKE...



GEISSELE SUPER 42 H3 COMBO
$140.00



GEISSELE SUPER 42 H2 COMBO
$110.00

## RELATED PRODUCTS




V2 ARC-FIRE 45/180 GEISSELE SSA-E KIT
$470.00



D2 FLAT SUPER SAFETY KIT
$135.00




V2 ARC-FIRE 90/180 GEISSELE SSA-E KIT
$470.00

## DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.





# V2 ARC-FIRE AMBI 0-45-90

$249.99

1 BUY NOW

**CATEGORIES:** AR Products, MP5 Products
**PRODUCT ID:** 85559



We're proud to unveil the ARC-Fire, the latest innovation from AS Designs – a cutting-edge ambidextrous selector trigger system featuring our patent-pending Active Reset Clutch (ARC) technology. Designed to dramatically increase your firearm's rate of fire without compromising control or compliance, the ARC-Fire forces the trigger to reset immediately after each shot, enabling rapid, precise follow-up shots – with one round per action of the trigger, every time.

**V2 DIFFERENCES**

**– DIFFERENT SELECTOR ORIENTATIONS AVAILABLE**

**– SMOOTHER DETENT TRACK**

**– LARGER CAM SURFACES**

**– COMES STOCK WITH MILSPEC SELECTORS (PICTURED)**

## BUILT FOR SPEED. DESIGNED FOR CONTROL.

*Multi-Platform Compatibility:* Engineered to support over 10 of the most widely used firearm platforms, with more on the horizon. (AR15, JAKL, MP5, MCX, MPX, SCAR, BRN-180, G3, AP53, UMP, STRIBOG, DISSENT, and more to be added soon)
*Ambidextrous Selector:* Fully ambi design provides fast, intuitive access for both right- and left-handed shooters.
*Three-Position Control:* Selector positions include Safe, Semi, and ARC, putting enhanced speed and performance at your fingertips.

## RELIABLE. TACTILE. RESPONSIVE.

The ARC-Fire is built for shooters who demand performance and dependability. Our patent-pending design maximizes durability and reliability under sustained use. The selector switch is engineered for positive tactile feedback and effortless transitions – even under stress.

## GO FASTER. STAY IN CONTROL.

Whether you're running drills, competing, or simply pushing your platform to its limits, the ARC-Fire delivers an unmatched blend of speed, precision, and durability – giving you the edge every time you pull the trigger.
AS Designs ARC-Fire – Reset Redefined.
Includes:

- **0-45-90 Selector**
- **M2 tool steel ARC V2 Cam**
- **M2 tool steel ARC V2 Lever**
- **M2 tool steel ARC V2 Detent Bar**
- **4140 steel ARC V2 Primary Selector**
- **4140 steel ARC V2 Ambi Selector**
- **Cam, Lever, and Detent Bar feature DLC coating. Selector Levers feature Black Oxide coating.**
- **Includes pre-cut trigger and KNS safety detent.**

# RELATED PRODUCTS



AR-22 LIGHTWEIGHT TRIP/WEIGHT CARRIER
$70.00



V2 ARC-FIRE AMBI 0-90-180 KIT
$249.99



4140 FLAT SS KIT
$110.00

## DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.



Home / AR Products / V2 Arc-fire Geissele 45/90 SSA-EX

# V2 ARC-FIRE GEISSELE 45/90 SSA-EX

$520.00

IN STOCK

1 BUY NOW

**CATEGORIES:** AR Products, MP5 Products

**PRODUCT ID:** 85688

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

Newest version of the ambidextrous arc-fire kit with our precut geissele SSA-EX. Lever blocker is included with the kit.

## YOU MAY ALSO LIKE...



GEISSELE SUPER 42 H2 COMBO

$110.00



GEISSELE SUPER 42 H3 COMBO

$140.00

## RELATED PRODUCTS



KITCHEN SINK SUPER SAFETIES 5 PACK
$100.00



D2 COMPLETE FCG CURVED SUPER SAFETY KIT
$145.00



D2 COMPLETE FCG FLAT SUPER SAFETY KIT
$155.00

## DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.

HOME PLATFORM PARTS APPAREL ACCESSORIES CLEARANCE ITEMS
CONTACT US MICHIGAN



Home / Parts / 5-pack Detents

# 5-PACK DETENTS

$12.00

IN STOCK

1 BUY NOW

**SKU:** detents

**CATEGORY:** Parts

**PRODUCT ID:** 142

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

5 machine rounded detents for use with the super safety

## RELATED PRODUCTS



**4140 SUPER SAFETY**

$75.00



**BURNT BRONZE CURVED TRIGGER3**

$45.00



**BURNT BRONZE SUPER SAFETY**

$105.00

## DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.

HOME PLATFORM PARTS APPAREL ACCESSORIES CLEARANCE ITEMS CONTACT US MONTANA





Home / AR Products / 4140 Flat SS Kit

# 4140 FLAT SS KIT

$110.00

1 BUY NOW

**SKU:** 4140F

**CATEGORY:** AR Products

**PRODUCT ID:** 2375

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

Complete CNC'd 4140 steel Super Safety kit with heat treatment and DLC coating! Flat trigger is precut with machined SS cuts.

***Some fitting may be required for high shelf lowers.*

## RELATED PRODUCTS



V2 ARC-FIRE 45-180 GEISSELE SSA-EX

$520.00




GEISSELE MACHINING SERVICES

$40.00



V2 ARC-FIRE 45/90 GEISSELE SSA-E KIT

$470.00

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.

HOME PLATFORM PARTS APPAREL ACCESSORIES CLEARANCE ITEMS CONTACT US MONTANA





Home / AR Products / 4140 SS Curved Set

# 4140 SS CURVED SET

$100.00

1 BUY NOW

**SKU:** 4140C

**CATEGORY:** AR Products

**PRODUCT ID:** 272

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

Complete CNC'd 4140 steel Super Safety kit with heat treatment and DLC coating! Curved trigger is precut with machined SS cuts.

***Some fitting may be required for high shelf lowers.*

Captured by FireShot Pro: 15 May 2026, 02:02:18 PM
https://getfireshot.com

## RELATED PRODUCTS



GEISSELE SUPER 42 H2 COMBO
$110.00



V2 ARC-FIRE AMBI 0-45-90
$249.99



V2 ARC-FIRE AMBI 0-90-180 KIT
$249.99

## DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.

HOME PLATFORM PARTS APPAREL ACCESSORIES CLEARANCE ITEMS
CONTACT US MICHIGAN









Home / Parts / 4140 Super Safety

# 4140 SUPER SAFETY

$75.00

1 BUY NOW

**SKU:** 4140ss
**CATEGORY:** Parts
**PRODUCT ID:** 89

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

CNC'd 4140 steel Super Safety cam, lever, and detent with heat treatment and DLC coating.

*CUT TRIGGER REQUIRED*

**TRIGGER NOT INCLUDED**

## RELATED PRODUCTS



**ODG CURVED TRIGGER**
$45.00

ODG Super Safety

**ODG SUPER SAFETY**
$105.00



**BURNT BRONZE CURVED TRIGGER3**
$45.00

## DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.







# AR-22 LIGHTWEIGHT TRIP/WEIGHT CARRIER

$70.00

IN STOCK

1 BUY NOW

**CATEGORIES:** AR Products, Parts

**PRODUCT ID:** 67852

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

Short Barreled AR-22 (under 12") Kits developed in conjunction with Mike Hawkins. Trips modified to work with DNT trigger cuts. Weight carrier is 0.5 ounce CNC'd 7075 aluminum with slots for 4mm and 6mm weight rods. Links posted below for tuning weights. Does not include SS or precut trigger. ***TUNING YOUR PERSONAL SETUP IS REQUIRED FOR 22 FUNCTION**

4mm and 6mm steel rod https://www.amazon.com/uxcell-Lathe-Round-Solid-Length/dp/B07SYYDTVZ/ref=sxin_17_pa_sp_search_thematic_sspa?content-id=amzn1.sym.0c23c44b-a15d-4459-8a8b-26f4b0b72963%3Aamzn1.sym.0c23c44b-a15d-4459-8a8b-26f4b0b72963&crid=3KF18BME1UYO1&cv_ct_cx=4mm%2Bsteel%2Brod&keywords=4mm%2Bsteel%2Brod&pd_rd_i=B07SYYDTVZ&pd_rd_r=673cdf71-fdae-4a42-b8b0-3eff0239b7b3&pd_rd_w=9LaA6&pd_rd_wg=xgtNH&pf_rd_p=0c23c44b-a15d-4459-8a8b-26f4b0b72963&pf_rd_r=PRZ18Q7RBXY4QAYZCB6E&qid=1764010367&sbo=RZvfv%2F%2FHxDF%2BO5021pAnSA%3D%3D&sprefix=4mm%2Bsteel%2Brod%2Caps%2C222&sr=1-1-6024b2a3-78e4-4fed-8fed-e1613be3bcce-spons&aref=nz7gCLyfY7&sp_csd=d2lkZ2V0TmFtZT1zcF9zZWFyY2hfdGhlbWF0aWM&th=1

4mm and 6mm tungsten https://www.amazon.com/uxcell-Tungsten-Steel-Lathe-Length/dp/B07TDFNPBQ/ref=sr_1_3?crid=3IU7H5SJYA8K6&dib=eyJ2IjoiMSJ9.iK20vQrWJNiW3RKDoiOF8iDa2y83NdAYTeA2uJ0jay9pwrQOr4Rul1Gy-ji6s4KTNHtCX_mtUOm0NV1WEC8AJahl_OQzFrULJnLupCfXQMa1N_Rna5wuPte13BVKnFw9_C1hZ9t2YCLg-6j4vEnwhFhPm4Y5HCuIQQO5iOjCQeAPNBaARG1Dl9dw6RDSUNgTzRi0UM7QdWiOXipLHVCAluv6blxz_lDXD4SgMB6tFGM.Qwg2oDncP78E_F3-kKQux_LWpKZcml0E3iuEESCvTb8&dib_tag=se&keywords=4mm%2Btungsten%2Brod&qid=1764010455&sprefix=4mm%2Btungsten%2Brod%2Caps%2C202&sr=8-3&th=1

## YOU MAY ALSO LIKE...



**4140 FLAT SS KIT**
$105.00



**4140 SS CURVED SET**
$95.00

## RELATED PRODUCTS



**ODG CURVED TRIGGER**
$40.00



**FDE SUPER SAFETY**
$100.00



**5-PACK DETENTS**
$12.00

## DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.



Home / Parts / AR-22 Standard trip/weight carrier

# AR-22 STANDARD TRIP/WEIGHT CARRIER

$75.00

OUT OF STOCK

**CATEGORIES:** AR Products, Parts
**PRODUCT ID:** 67858

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

Standard AR-22 (12" and up) Kits developed in conjunction with Mike Hawkins. Trips modified to work with DNT trigger cuts. Weight carrier is 1.3 ounce CNC'd 4140 steel with slots for 4mm and 6mm weight rods. Links to rods for tuning are posted below. Does not include SS or trigger. ***TUNING YOUR PERSONAL SETUP IS REQUIRED FOR 22 FUNCTION**

4mm and 6mm steel rod https://www.amazon.com/uxcell-Lathe-Round-Solid-Length/dp/B07SYYDTVZ/ref=sxin_17_pa_sp_search_thematic_sspa?content-id=amzn1.sym.0c23c44b-a15d-4459-8a8b-26f4b0b72963%3Aamzn1.sym.0c23c44b-a15d-4459-8a8b-26f4b0b72963&crid=3KF18BME1UYO1&cv_ct_cx=4mm%2Bsteel%2Brod&keywords=4mm%2Bsteel%2Brod&pd_rd_i=B07SYYDTVZ&pd_rd_r=673cdf71-fdae-4a42-b8b0-3eff0239b7b3&pd_rd_w=9LaA6&pd_rd_wg=xgtNH&pf_rd_p=0c23c44b-a15d-4459-8a8b-26f4b0b72963&pf_rd_r=PRZ18Q7RBXY4QAYZCB6E&qid=1764010367&sbo=RZvfv%2F%2FHxDF%2BO5021pAnSA%3D%3D&sprefix=4mm%2Bsteel%2Brod%2Caps%2C222&sr=1-1-6024b2a3-78e4-4fed-8fed-e1613be3bcce-spons&aref=nz7gCLyfY7&sp_csd=d2lkZ2V0TmFtZT1zcF9zZWFyY2hfdGhlbWF0aWM&th=1

4mm and 6mm tungsten https://www.amazon.com/uxcell-Tungsten-Steel-Lathe-Length/dp/B07TDFNPBQ/ref=sr_1_3?crid=3IU7H5SJYA8K6&dib=eyJ2IjoiMSJ9.iK20vQrWJNiW3RKDoiOF8iDa2y83NdAYTeA2uJ0jay9pwrQOr4Rul1Gy-ji6s4KTNHtCX_mtUOm0NV1WEC8AJahl_OQzFrULJnLupCfXQMa1N_Rna5wuPte13BVKnFw9_C1hZ9t2YCLg-6j4vEnwhFhPm4Y5HCuIQQO5iOjCQeAPNBaARG1Dl9dw6RDSUNgTzRi0UM7QdWiOXipLHVCAluv6blxz_lDXD4SgMB6tFGM.Qwg2oDncP78E_F3-kKQux_LWpKZcml0E3iuEESCvTb8&dib_tag=se&keywords=4mm%2Btungsten%2Brod&qid=1764010455&sprefix=4mm%2Btungsten%2Brod%2Caps%2C202&sr=8-3&th=1

## YOU MAY ALSO LIKE...



4140 FLAT SS KIT

$105.00



4140 SS CURVED SET

$95.00

## RELATED PRODUCTS



GRAPHITE BLACK SUPER SAFETY

$100.00



CURVED TRIGGER

$20.00



GOLD CURVED TRIGGER

$40.00

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.



Home / Parts / AS Designs MCX Slip Trip (V2)

# AS DESIGNS MCX SLIP TRIP (V2)

$174.99

IN STOCK

1 BUY NOW

**CATEGORY:** Parts
**PRODUCT ID:** 90184

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

NOT COMPATIBLE WITH MCX .308/.277 FURY OR MPX!!!

*Rev. 2 Note: The MCX/MPX Trip Kit has been altered to offer better reliability for the MPX with a dedicated version for each MCX and MPX separately. Rev. 1 users do not need to change to Rev. 2.*

To use the super safety in the MCX 5.56/300BO/7.62×39, you will need a super safety or ARC-Fire, standard AR FCG or Geissele MCX FCG, and this slip trip kit. This kit is compatible with Geissele triggers (modified for super safety/ARC-Fire use), **BUT IF YOU USE A SUPER SAFETY** do not use the MCX/MPX specific models from Geissele as the hammer will not work. This kit includes a lever blocker built-in to the trip guide so you do not need to purchase the separate lever blocker.

- **Kit includes slip trip and slip trip guide.**
- **Slip Trip – 4140 Steel (Heat Treated) – Black Oxide**
- **Slip Trip Guide – 7075-T6 Aluminum – Type III Hardcoat Anodized w/ PTFE (Teflon)**
- **Compatible with standard super safeties and ARC-Fire.**
- **Compatible with MCX 5.56, MCX 300BO, and MCX 7.62×39.**
- **Compatible with all generations (safety latch may need to be removed in early gens).**
- **Some fitment/modification to parts may be required like all aftermarket accessories.**

- NOT COMPATIBLE WITH MCX .308, MCX .277 FURY, OR MPX!
- NOT COMPATIBLE WITH ATRIUS SUPER SELEKTOR, FACTORY TIMNEY TRIGGER, OR TRADITIONAL FRTS (RB/DTT/DAIRYLAND)! DO NOT USE ANY CASSETTE TRIGGERS!

## RELATED PRODUCTS



CURVED TRIGGER

$20.00



BURNT BRONZE CURVED TRIGGER

$40.00



D2 SUPER SAFETY

$95.00

## DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.

HOME PLATFORM PARTS APPAREL ACCESSORIES CLEARANCE ITEMS
CONTACT US MICHIGAN



Home / Parts / AS Designs MCX/MPX Trip

# AS DESIGNS MCX/MPX TRIP

$170.00

OUT OF STOCK

**CATEGORY:** Parts
**PRODUCT ID:** 84733

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

NOT COMPATIBLE WITH MCX .308/.277 FURY OR MPX COPPERHEAD!!!

To use the super safety in the MCX 5.56/300BO/7.62×39 or MPX, **you will need a super safety or ARC-Fire**, standard AR FCG (you can utilize the original hammer, but it may need modifications), and this slip trip kit. This kit is compatible with Geissele triggers (modified for super safety/ARC-Fire use), **BUT IF YOU USE A SUPER SAFETY** do not use the MCX/MPX specific models from Geissele as the hammer will not work. This kit includes a lever blocker built-in to the trip guide so you do not need to purchase the separate lever blocker.

- **Kit includes slip trip and slip trip guide.**
- **Slip Trip – 4140 Steel (Heat Treated) – Black Oxide**
- **Slip Trip Guide – 7075-T6 Aluminum – Type III Hardcoat Anodized w/ PTFE (Teflon)**
- **Compatible with standard super safeties and ARC-Fire.**
- **Compatible with MCX 5.56, MCX 300BO, MCX 7.62×39 MPX, and MPX-K.**
- **Compatible with all generations (safety latch may need to be removed in early gens).**
- **Some fitment/modification to parts may be required like all aftermarket accessories.**

- NOT COMPATIBLE WITH MCX .308, MCX .277 FURY, OR MPX COPPERHEAD!
- NOT COMPATIBLE WITH ATRIUS SUPER SELEKTOR, FACTORY TIMNEY TRIGGER, OR TRADITIONAL FRTS (RB/DTT/DAIRYLAND)! DO NOT USE ANY CASSETTE TRIGGERS!

## RELATED PRODUCTS



**GRAPHITE BLACK SUPER SAFETY**

$105.00



**CURVED TRIGGER**

$25.00



**ODG CURVED TRIGGER**

$45.00

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.





# AS DESIGNS MPX SLIP TRIP (V2)

$174.99

**IN STOCK**

1 BUY NOW

**CATEGORY:** Parts

**PRODUCT ID:** 90187

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

NOT COMPATIBLE WITH MCX OR MPX COPPERHEAD!!!

*Rev. 2 Note: The MCX/MPX Trip Kit has been altered to offer better reliability for the MPX with a dedicated version for each MCX and MPX separately. Rev. 1 users do not need to change to Rev. 2, anyone with significant issues with Rev. 1 (primarily MPX users) should reach out to support and we'll resolve them.*

To use the super safety/ARC-Fire in the MPX, you will need a super safety or ARC-Fire, standard AR FCG, and this slip trip kit. This kit includes a lever blocker built-in to the trip guide so you do not need to purchase the separate lever blocker. While the MPX is compatible with super safety cut Geissele triggers, we **STRONGLY RECOMMEND** using a generic milspec AR FCG. The MPX is commonly known to damage FCG components. Using a generic milspec FCG will allow for reasonably priced parts replacement when/if needed whereas the Geissele trigger will not.

- **Kit includes slip trip and slip trip guide.**
- **Slip Trip – 4140 Steel (Heat Treated) – Black Oxide**
- **Slip Trip Guide – 7075-T6 Aluminum – Type III Hardcoat Anodized w/ PTFE (Teflon)**
- **Compatible with standard super safeties and ARC-Fire.**
- **Compatible with MPX and MPX-K.**
- **Compatible with all generations (safety latch may need to be removed in early gens).**
- **Some fitment/modification to parts may be required like all aftermarket accessories.**

- NOT COMPATIBLE WITH MCX OR MPX COPPERHEAD!

- NOT COMPATIBLE WITH ATRIUS SUPER SELEKTOR, FACTORY TIMNEY TRIGGER, OR TRADITIONAL FRTS (RB/DTT/DAIRYLAND)! DO NOT USE ANY CASSETTE TRIGGERS!

## RELATED PRODUCTS



ODG CURVED TRIGGER
$40.00



JIG
$5.00



D2 SUPER SAFETY
$95.00

## DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.

Captured by FireShot Pro: 19 May 2026, 09:37:30 PM
https://getfireshot.com

HOME PLATFORM PARTS APPAREL ACCESSORIES CLEARANCE ITEMS
CONTACT US MICHIGAN





Home / Parts / Burnt Bronze Super Safety

# BURNT BRONZE SUPER SAFETY

$105.00

**IN STOCK**

1 BUY NOW

**SKU:** bronzess
**CATEGORY:** Parts
**PRODUCT ID:** 1306

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

Cerakoted S7

*CUT TRIGGER REQUIRED*

**TRIGGER NOT INCLUDED**

Shipping times may be longer depending on availability

## RELATED PRODUCTS



### GO / NO GO GAUGE

$15.00




### STORMTROOPER WHITE CURVED TRIGGER

$45.00



### FDE CURVED TRIGGER

$45.00

## DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.

HOME PLATFORM PARTS APPAREL ACCESSORIES CLEARANCE ITEMS
CONTACT US MICHIGAN



Home / Parts / Centering Block 10-pack

# CENTERING BLOCK 10-PACK

$10.00

1 BUY NOW

**SKU:** ctrblk
**CATEGORY:** Parts
**PRODUCT ID:** 13103

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

10 3d printed blocks to maintain block/lever alignment

ACTUAL COLOR MAY VARY DUE TO FILAMENT AVAILABILITY

## RELATED PRODUCTS




### GRAPHITE BLACK CURVED TRIGGER

$45.00



### D2 LEVER 3-PACK

$40.00




### PINK SUPER SAFETY

$105.00

## DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.



Home / AR Products / D2 Complete FCG Curved Super Safety Kit

# D2 COMPLETE FCG CURVED SUPER SAFETY KIT

$145.00

1 BUY NOW

**SKU:** fcgcurved
**CATEGORY:** AR Products
**PRODUCT ID:** 6428

Captured by FireShot Pro: 15 May 2026, 02:17:34 PM
https://getfireshot.com

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

Everything you need to swap out your cassette-style trigger for a Super Safe setup. Includes the usual super safety cam, lever, detent, and precut trigger, as well as a complete fire control group including springs, hammer and trigger pins, disconnector, and spring.

***Fitting will be required for high shelf lowers***

# YOU MAY ALSO LIKE...



**GEISSELE SUPER 42 H2 COMBO**

$110.00



**GEISSELE SUPER 42 H3 COMBO**

$140.00

# RELATED PRODUCTS



V2 ARC-FIRE AMBI 0-90-180 KIT

$249.99




GEISSELE MACHINING SERVICES

$40.00



AR-22 LIGHTWEIGHT TRIP/WEIGHT CARRIER

$70.00

## DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

Captured by FireShot Pro: 15 May 2026, 02:17:34 PM
https://getfireshot.com

SHIPPING POLICY

Copyright © 2026. All rights reserved.

HOME PLATFORM PARTS APPAREL ACCESSORIES CLEARANCE ITEMS CONTACT US MONTANA

Home / AR Products / D2 Complete FCG Flat Super Safety Kit



# D2 COMPLETE FCG FLAT SUPER SAFETY KIT

$155.00

1 BUY NOW

**SKU:** fcgflat

**CATEGORY:** AR Products

**PRODUCT ID:** 6430



DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

1. Everything you need to swap out your cassette-style trigger for a Super Safe setup. Includes the usual super safety cam, lever, detent, and precut trigger, as well as a complete fire control group including springs, hammer and trigger pins, disconnector, and spring.

***Some fitting may be required for high shelf lowers.*

## YOU MAY ALSO LIKE...



**GEISSELE SUPER 42 H2 COMBO**

$110.00



**GEISSELE SUPER 42 H3 COMBO**

$140.00

# RELATED PRODUCTS



**4140 SS CURVED SET**

$100.00



**4140 FLAT SS KIT**

$110.00



**V2 ARC-FIRE AMBI 0-45-180 KIT**

$249.99

## DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.

HOME PLATFORM PARTS APPAREL ACCESSORIES CLEARANCE ITEMS CONTACT US MONTANA





Home / AR Products / D2 Curved Super Safety Kit

# D2 CURVED SUPER SAFETY KIT

$125.00

1 BUY NOW

**SKU:** D2C
**CATEGORY:** AR Products
**PRODUCT ID:** 2741

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

Complete CNC'd D2 tool steel Super Safety kit with heat treatment and DLC coating! Curved trigger is precut with machined SS cuts.

***Some fitting may be required for high shelf lowers.*

Captured by FireShot Pro: 15 May 2026, 02:14:31 PM
https://getfireshot.com

## RELATED PRODUCTS




V2 ARC-FIRE GEISSELE 45/90 SSA-EX

$520.00



4140 SS CURVED SET

$100.00




V2 ARC-FIRE 90-180 GEISSELE SSA-EX

$520.00

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.



Home / Parts / D2 Lever 3-pack

# D2 LEVER 3-PACK

$40.00

1 BUY NOW

**SKU:** levers
**CATEGORY:** Parts
**PRODUCT ID:** 990

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

1. Three pack of D2 tool steel levers with heat treatment and DLC coating

## RELATED PRODUCTS



FDE CURVED TRIGGER

$45.00



PINK CURVED TRIGGER

$45.00



LIME GREEN CURVED TRIGGER

$45.00

## DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS | PRIVACY POLICY | REFUND POLICY | SHIPPING POLICY

Copyright © 2026. All rights reserved.

HOME PLATFORM PARTS APPAREL ACCESSORIES CLEARANCE ITEMS
CONTACT US MICHIGAN



Home / Parts / D2 Super Safety

# D2 SUPER SAFETY

$100.00

1 BUY NOW

**SKU:** d2ss
**CATEGORY:** Parts
**PRODUCT ID:** 2738

DESCRIPTION REVIEWS (0) ADDITIONAL INFORMATION MORE OFFERS
STORE POLICIES

CNC'd D2 tool steel Super Safety cam, lever, and detent with heat treatment and DLC coating.

*CUT TRIGGER REQUIRED*

**TRIGGER NOT INCLUDED**

## RELATED PRODUCTS



### STICKER PACK

$2.00



### D2 LEVER 3-PACK

$40.00



### LIME GREEN CURVED TRIGGER

$45.00

## DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.



Home / Parts / DB9 Super Safety Curved Kit

# DB9 SUPER SAFETY CURVED KIT

$130.00

IN STOCK

1 BUY NOW

**SKU:** db9c
**CATEGORY:** Parts
**PRODUCT ID:** 13135

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

This kit includes a Super Safety cam, redesigned db9 lever, pre-bent trip bar, precut curved trigger, and rounded detent. ***NOT INTENDED FOR THE AR15 or AR9***

All instructions can be found at https://odysee.com/@M1ke843:f/DB-9-Alloy-standoff-ss-remix:d

## RELATED PRODUCTS








Captured by FireShot Pro: 18 May 2026, 07:05:15 PM
https://getfireshot.com

ODG CURVED TRIGGER
$45.00

PINK SUPER SAFETY
$105.00

FDE CURVED TRIGGER
$45.00

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.

HOME PLATFORM PARTS APPAREL ACCESSORIES CLEARANCE ITEMS CONTACT US MICHIGAN

AR Products
AK Products
MP5 Products



Home / Parts / DB9 Super Safety Flat Kit

# DB9 SUPER SAFETY FLAT KIT

$140.00

IN STOCK

1 BUY NOW

**SKU:** db9f
**CATEGORY:** Parts
**PRODUCT ID:** 13357

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

This kit includes a Super Safety cam, redesigned db9 lever, pre-bent trip bar, precut flat trigger, and rounded detent. ***NOT INTENDED FOR THE AR15 or AR9***

All instructions can be found at https://odysee.com/@M1ke843:f/DB-9-Alloy-standoff-ss-remix:d

## RELATED PRODUCTS



5-PACK DETENTS
$12.00



PINK CURVED TRIGGER
$45.00



BURNT BRONZE SUPER SAFETY
$105.00

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.

HOME PLATFORM PARTS APPAREL ACCESSORIES CLEARANCE ITEMS CONTACT US MICHIGAN



Home / Parts / DB9 Super Safety Lever

# DB9 SUPER SAFETY LEVER

$25.00

IN STOCK

1 BUY NOW

**SKU:** db9ss
**CATEGORY:** Parts
**PRODUCT ID:** 8388

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

Lever designed specifically to make the DB9 Super Safe! ***Not intended for the AR15***

## RELATED PRODUCTS




GRAPHITE BLACK CURVED TRIGGER
$45.00



FDE SUPER SAFETY
$105.00



GOLD CURVED TRIGGER
$45.00

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.





# DB9 TITANIUM TRIP BAR

$27.00

IN STOCK

1 BUY NOW

**SKU:** db9trip
**CATEGORY:** Parts
**PRODUCT ID:** 12278

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

Trip bar for DB9. Trip has been correctly bent by the developer and is ready to drop in and go!

## RELATED PRODUCTS



GRAPHITE BLACK SUPER SAFETY
$100.00



JIG
$5.00



LIME GREEN SUPER SAFETY
$100.00



Captured by FireShot Pro: 22 May 2026, 11:00:36 AM
https://getfireshot.com

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.



FDE Super Safety - Image 2

FDE Super Safety - Image 3



Home / Parts / FDE Super Safety

# FDE SUPER SAFETY

$105.00

IN STOCK

1

BUY NOW

**SKU:** fdess
**CATEGORY:** Parts
**PRODUCT ID:** 1371

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

## RELATED PRODUCTS



STICKER PACK
$2.00



BURNT BRONZE SUPER SAFETY
$105.00



PINK CURVED TRIGGER
$45.00

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.



Home / Parts / Flat Precut Trigger

# FLAT PRECUT TRIGGER

$35.00

1 BUY NOW

**SKU:** flat
**CATEGORY:** Parts
**PRODUCT ID:** 1261

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

Machined trigger for use with a Super Safety

## RELATED PRODUCTS



GOLD SUPER SAFETY
$105.00



CURVED TRIGGER
$25.00





PINK SUPER SAFETY
$105.00



Captured by FireShot Pro: 19 May 2026, 08:16:17 AM
https://getfireshot.com

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.

HOME PLATFORM PARTS APPAREL ACCESSORIES CLEARANCE ITEMS CONTACT US MICHIGAN



Home / Parts / Geissele Super 42 H2 combo

# GEISSELE SUPER 42 H2 COMBO

$110.00

IN STOCK

1 BUY NOW

**CATEGORIES:** AR Products, Parts
**PRODUCT ID:** 80061

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

Geissele Super 42 braided spring and H2 buffer system for improved reliability and reduction in felt recoil. This all results in faster target reacquisition and faster follow-up shots. Recommended for use with our Super Safety kits in barrels 12"-16"+.

Disclaimer: Function is not guaranteed and additional tuning may be required due to the infinite possible combinations of parts, manufacturers, and ammunition in use

## RELATED PRODUCTS

ODG Super Safety

ODG SUPER SAFETY
$100.00



5-PACK DETENTS
$12.00




GRAPHITE BLACK CURVED TRIGGER
$45.00

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.

HOME PLATFORM PARTS APPAREL ACCESSORIES CLEARANCE ITEMS CONTACT US MICHIGAN




Home / Parts / Go / No Go Gauge

# GO / NO GO GAUGE

$15.00

1 BUY NOW

**SKU:** gonogo
**CATEGORY:** Parts
**PRODUCT ID:** 135

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

A jig to check your trigger cuts.

ACTUAL COLOR MAY VARY DUE TO FILAMENT AVAILABILITY

## RELATED PRODUCTS



STICKER PACK
$2.00





GOLD SUPER SAFETY
$105.00

PINK SUPER SAFETY
$105.00

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.

HOME PLATFORM PARTS APPAREL ACCESSORIES CLEARANCE ITEMS CONTACT US MICHIGAN






Home / Parts / Gold Super Safety

# GOLD SUPER SAFETY

$105.00

IN STOCK

1 BUY NOW

**SKU:** goldss
**CATEGORY:** Parts
**PRODUCT ID:** 1287

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

Cerakoted S7

*CUT TRIGGER REQUIRED*

**TRIGGER NOT INCLUDED**

Shipping times may be longer depending on availability

## RELATED PRODUCTS



GOLD CURVED TRIGGER
$45.00



ODG CURVED TRIGGER
$45.00



STICKER PACK
$2.00

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.

HOME PLATFORM PARTS APPAREL ACCESSORIES CLEARANCE ITEMS CONTACT US MICHIGAN



Home / Parts / Graphite Black Super Safety

# GRAPHITE BLACK SUPER SAFETY

$105.00

IN STOCK

1 BUY NOW

**SKU:** blackss
**CATEGORY:** Parts
**PRODUCT ID:** 1381

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

## RELATED PRODUCTS



CURVED TRIGGER
$25.00



LIME GREEN CURVED TRIGGER
$45.00



JIG
$5.00

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.

HOME PLATFORM PARTS APPAREL ACCESSORIES CLEARANCE ITEMS CONTACT US MICHIGAN



Home / Parts / Jig

# JIG

$5.00

1 BUY NOW

**SKU:** jig
**CATEGORY:** Parts
**PRODUCT ID:** 134

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

Jig to cut your own trigger ***NOT FOR GEISSELE TRIGGERS***

ACTUAL COLOR MAY VARY DUE TO FILAMENT AVAILABILITY

## RELATED PRODUCTS



STICKER PACK
$2.00






GRAPHITE BLACK SUPER SAFETY
$105.00

PINK SUPER SAFETY
$105.00

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.



Home / Parts / Kitchen Sink Super Safeties 5 pack

# KITCHEN SINK SUPER SAFETIES 5 PACK

$100.00

**OUT OF STOCK**

**CATEGORIES:** AR Products, Clearance Items, Parts

**PRODUCT ID:** 44788

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

1. Five complete Super Safety sets. We have renamed our Blem packs to include blems, scratch & dents, returns that function test perfectly, vendor samples, etc etc. This includes 5 cams, 5 levers, 5 centering blocks, and 5 detents. All sales final.

All Sales Final Policy

All Super Safety sets are sold on an "as-is" and "final sale" basis. These products may include items with cosmetic imperfections, including but not limited to blemishes, scratches, dents, prior returns, or vendor sample units. No guarantees are made regarding cosmetic condition or function. Some fitment will be needed.

Due to the discounted nature of these products, all sales are final. No returns, exchanges, or refunds will be accepted under any circumstances.

By completing a purchase, the buyer acknowledges and agrees to these terms and accepts the product in its current condition. It is the buyer's responsibility to review all product details prior to purchase.

## RELATED PRODUCTS




**GO / NO GO GAUGE**

$15.00



**JIG**

$5.00



**CURVED TRIGGER**

$25.00

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.






Home / Parts / Lime Green Super Safety

# LIME GREEN SUPER SAFETY

$105.00

IN STOCK

1 BUY NOW

**SKU:** greenss
**CATEGORY:** Parts
**PRODUCT ID:** 1278

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

Cerakoted S7

*CUT TRIGGER REQUIRED*

**TRIGGER NOT INCLUDED**

Shipping times may be longer depending on availability

## RELATED PRODUCTS



4140 SUPER SAFETY
$75.00




STORMTROOPER WHITE CURVED TRIGGER
$45.00



GO / NO GO GAUGE
$15.00

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.



Home / Parts / Marine Red Super Safety

# MARINE RED SUPER SAFETY

$105.00

IN STOCK

1 BUY NOW

**CATEGORY:** Parts

**PRODUCT ID:** 13130

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

S7 heat treated cam and lever that have been cerakoted in Marine Red. Includes rounded detent.

## RELATED PRODUCTS




GO / NO GO GAUGE

$15.00



5-PACK DETENTS

$12.00



BURNT BRONZE SUPER SAFETY

$105.00

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.



Home / Clearance Items / Mechanic Super Safe Special 5-pack

# MECHANIC SUPER SAFE SPECIAL 5-PACK

$20.00

IN STOCK

1 BUY NOW

**CATEGORY:** Clearance Items
**PRODUCT ID:** 67980

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

***These do not include levers, detents, or centering blocks*** A 5 pack of the cheapest cams available from any vendor for those that are willing to put some elbow grease into them. These 4140 cams will most likely require some sanding or clearancing to fit in your receiver. No warranty, all sales final

All Sales Final Policy

All Super Safety sets are sold on an "as-is" and "final sale" basis. These products may include items with cosmetic imperfections, including but not limited to blemishes, scratches, dents, prior returns, or vendor sample units. No guarantees are made regarding cosmetic condition or function. Some fitment will be needed.

Due to the discounted nature of these products, all sales are final. No returns, exchanges, or refunds will be accepted under any circumstances.

By completing a purchase, the buyer acknowledges and agrees to these terms and accepts the product in its current condition. It is the buyer's responsibility to review all product details prior to purchase.

## YOU MAY ALSO LIKE...



D2 LEVER 3-PACK
$40.00



CENTERING BLOCK 10-PACK
$10.00



5-PACK DETENTS
$12.00

# RELATED PRODUCTS



**RAINBOW MECHANIC SUPER SAFE SPECIAL 3-PACK**

$25.00

OUT OF STOCK



**TX22 STRIKER HOUSING**

$10.00

OUT OF STOCK



**KITCHEN SINK SUPER SAFETIES 5 PACK**

$100.00

## DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.

ODG Super Safety



Home / Parts / ODG Super Safety

# ODG SUPER SAFETY

$105.00

IN STOCK

1 BUY NOW

**SKU:** odgss
**CATEGORY:** Parts
**PRODUCT ID:** 1376

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

## RELATED PRODUCTS




GRAPHITE BLACK CURVED TRIGGER
$45.00



STICKER PACK
$2.00



FLAT PRECUT TRIGGER
$35.00

## DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.








# PINK SUPER SAFETY

$105.00

OUT OF STOCK

**SKU:** pinkss
**CATEGORY:** Parts
**PRODUCT ID:** 1284

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

Cerakoted S7

*CUT TRIGGER REQUIRED*

**TRIGGER NOT INCLUDED**

Shipping times may be longer depending on availability

## RELATED PRODUCTS



GO / NO GO GAUGE
$15.00



D2 SUPER SAFETY
$100.00



GOLD SUPER SAFETY
$105.00

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.

HOME PLATFORM PARTS APPAREL ACCESSORIES CLEARANCE ITEMS CONTACT US MICHIGAN



Home / Clearance Items / Rainbow Mechanic Super Safe Special 3-Pack

# RAINBOW MECHANIC SUPER SAFE SPECIAL 3-PACK

$25.00

IN STOCK

1 BUY NOW

**CATEGORY:** Clearance Items

**PRODUCT ID:** 83519

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

***These do not include Levers, Detents, Or centering blocks***

A 3 Pack of the cheapest Rainbow cams available from any vendor for those that are willing to put some elbow grease into them. These cams will most likely require some sanding or clearancing to fit in your receiver.

No warranty, all sales are FINAL!

All Sales Final Policy

All Super Safety sets are sold on an "as-is" and "final sale" basis. These products may include items with cosmetic imperfections, including but not limited to blemishes, scratches, dents, prior returns, or vendor sample units. No guarantees are made regarding cosmetic condition or function. Some fitment will be needed.

Due to the discounted nature of these products, all sales are final. No returns, exchanges, or refunds will be accepted under any circumstances.

By completing a purchase, the buyer acknowledges and agrees to these terms and accepts the product in its current condition. It is the buyer's responsibility to review all product details prior to purchase.

## RELATED PRODUCTS



**V2 ARC-FIRE 45/90 GEISSELE SSA-E KIT**

$470.00




**KITCHEN SINK SUPER SAFETIES 5 PACK**

$100.00




**TX22 STRIKER HOUSING**

$10.00

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.

HOME PLATFORM PARTS APPAREL ACCESSORIES CLEARANCE ITEMS CONTACT US MICHIGAN



Home / Parts / Stormtrooper White Super Safety

# STORMTROOPER WHITE SUPER SAFETY

$105.00

IN STOCK

1 BUY NOW

**CATEGORIES:** Cerakoted Kits, Parts

**PRODUCT ID:** 13133

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

S7 Heat treated super safety cam and lever cerakoted in Stormtrooper White. Rounded detent included.

## RELATED PRODUCTS



D2 LEVER 3-PACK

$40.00



BURNT BRONZE SUPER SAFETY

$105.00



LIME GREEN SUPER SAFETY

$105.00

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.




Home / Parts / Super Safe Geissele SSA-E

# SUPER SAFE GEISSELE SSA-E

$220.00

**OUT OF STOCK**

**SKU:** ssae
**CATEGORIES:** AR Products, Parts
**PRODUCT ID:** 12221

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

The legendary Geissele trigger, now in Super Safe Mode! Precut and ready to go. *We highly recommend our cam, lever, and detent Super Safety kit for correct function. Super Safety sold separately. Works with ARC

*References to Geissele are for identification only. Geissele does not endorse or license this product. All trademarks, patents and other intellectual property rights belonging to Geissele remain with Geissele. Modification of Geissele triggers will void their warranty.

## YOU MAY ALSO LIKE...



**D2 SUPER SAFETY**
$100.00

## RELATED PRODUCTS




STORMTROOPER WHITE CURVED TRIGGER

$45.00



4140 SUPER SAFETY

$75.00



JIG

$5.00

## DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.




Home / Parts / Super Safe Geissele SSAE-X

# SUPER SAFE GEISSELE SSAE-X

$270.00

IN STOCK

1 BUY NOW

**SKU:** ssaex
**CATEGORIES:** AR Products, Parts
**PRODUCT ID:** 12220

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

The legendary Geissele trigger, now in Super Safe Mode! Precut and ready to go. *We highly recommend our cam, lever, and detent Super Safety for correct function. Super Safety sold separately. Works with ARC.

* References to Geissele are for identification only. Geissele does not endorse or license this product. All trademarks, patents and other intellectual property rights belonging to Geissele remain with Geissele. Modification of Geissele triggers will void their warranty.

## YOU MAY ALSO LIKE...



D2 SUPER SAFETY
$100.00

# RELATED PRODUCTS



LIME GREEN SUPER SAFETY

$105.00

ODG Super Safety

ODG SUPER SAFETY

$105.00




PINK SUPER SAFETY

$105.00

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.

HOME PLATFORM PARTS APPAREL ACCESSORIES CLEARANCE ITEMS CONTACT US MICHIGAN



Home / Clearance Items / Super Selektor

# SUPER SELEKTOR

$120.00

IN STOCK

BUY NOW

**CATEGORY:** Clearance Items
**PRODUCT ID:** 85567

DESCRIPTION | REVIEWS (0) | ADDITIONAL INFORMATION | MORE OFFERS | STORE POLICIES

The *Not An Atrius* 3 position forced reset option that doesn't require a cut trigger! Swaps in and works with any milspec trigger group!

## RELATED PRODUCTS



V2 ARC-FIRE 90/180 GEISSELE SSA-E KIT
$470.00



V2 ARC-FIRE 45/90 GEISSELE SSA-E KIT
$470.00




KITCHEN SINK SUPER SAFETIES 5 PACK
$100.00

DEEZ NUTZ LLC

VETERANS, FIRST RESPONDERS, AND HEALTHCARE WORKS DISCOUNT

TERMS AND CONDITIONS

PRIVACY POLICY

REFUND POLICY

SHIPPING POLICY

Copyright © 2026. All rights reserved.