# EXHIBIT H

**Hanes Tactical**
July 2, 2024 ·

Full Kits Back In Stock 📦‼️

Well Known In The SS Community, Plenty Of Vouches‼️

CNC Round Detents, Cams, Levers, Precut Triggers Available ‼️

Discount On Bulk Orders ‼️

Feel Free To DM Me For More Info



**Hanes Tactical**
March 24 at 10:29 PM ·

Small Batch Of 24K Gold Plated 4140 SS Available.

50





**Hanes Tactical**
February 26 at 4:16 PM ·

Hanes Tactical LLC – Precision, Quality, and Durability

Testing for Fully CNC-Machined Precuts Triggers has officially begun. Once testing is complete, they will be available for preorder.

Our high-quality, precision-engineered precut milspec style triggers will be offered in a variety of durable finishes, including:

- Black Nitride (As Shown)
- Black
- FDE
- OD Green
- Tungsten Cerakote

Pricing starts at $35 for the non-Cerakoted Black Nitride models, with pricing for Cerakoted models to be announced at a later date.

Stay tuned for updates and be among the first to preorder!



Hanes Tactical
January 31 ·

Straight & Curved Precut Triggers Available ‼️

25 🌺 Shipped 📦

Our Website, HanesTactical.com, Will Be Up Soon

Multiple Vouches, Formerly Known As Hanes Tee

