# EXHIBIT I

0005750830

B0912-8839 05/30/2024 11:00 AM Received by Office of the Idaho Secretary of State

**STATE OF IDAHO**
*Office of the secretary of state, Phil McGrane*
**CERTIFICATE OF ORGANIZATION LIMITED LIABILITY COMPANY**
Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee: $100.00

*For Office Use Only*
**-FILED-**
File #: 0005750830
Date Filed: 5/30/2024 10:59:25 AM

Certificate of Organization Limited Liability Company

| | |
|---|---|
| Select one: Standard, Expedited or Same Day Service (see descriptions below) | Standard (filing fee $100) |

1. Limited Liability Company Name

| | |
|---|---|
| Type of Limited Liability Company | Limited Liability Company |
| Entity name | Harrison Gunworks LLC |

2. The complete street address of the principal office is:

| | |
|---|---|
| Principal Office Address | 7804 W KATSILOMETES RD<br>POCATELLO, ID 83204-0000 |

3. The mailing address of the principal office is:

| | |
|---|---|
| Mailing Address | 7804 W KATSILOMETES RD<br>POCATELLO, ID 83204-7123 |

4. Registered Agent Name and Address

| | |
|---|---|
| Registered Agent | Registered Agent<br>Tyler J Harrison<br>Physical Address:<br>1467 SURPRISE VALLEY RD<br>POCATELLO, ID 83201<br>Mailing Address:<br>1467 SURPRISE VALLEY RD<br>POCATELLO, ID 83201-2235 |

☒ I affirm that the registered agent appointed has consented to serve as registered agent for this entity.

5. Governors

| Name | Address |
|---|---|
| TYLER J HARRISON | 1467 SURPRISE VALLEY RD<br>POCATELLO, ID 83201 |

Signature of Organizer:

*Tyler J Harrison* — Sign Here

*05/30/2024* — Date



Page 1 of 1