# EXHIBIT J

harrisongunworks@gmail.com 801-529-0830



Sale!



# MARC AMBI AR15 Forced Reset Trigger

~~$249.99~~ $224.99

The MARC (Milspec Active Reset Conversion) AMBI is a enhanced, ambidextrous forced reset trigger designed to use a standard-style selector switch for those who prefer standard controls over the push button design. These triggers also work with standard Milspec triggers and Geissele triggers. This trigger is a 3 position system that allows for a "SAFE" "SEMI" and "FRT SEMI" position.

Similar to other Forced Resets, the lever rotates back and forth, interfacing with the trigger. In the "FRT" position, the lever forces the trigger to the far forward position and lock it in place until the bolt completes it's cycle. Once the bolt is forward, the lever unlocks the trigger and allows to you pull the trigger again and fire the weapon. One shot per single function of the trigger.

Required Components: M16 Pattern MCG, Low Shelf or M16 Cut lower (Machining services available for those with High Shelf and Colt Lowers), Dead-Blow Buffer Weight (Exact weight will depend on the caliber, barrel length, gas system, and if a silencer is used or not), Milspec-style trigger and FCG.

Note: It has been found that firearms with a barrel length shorter than 10.3in have had reliability issues when running the AR-SS kit. We recommend installing the parts on a firearm with a barrel length of at least 10.3in to maximize reliability. We cannot guarantee perfect function on barrels shorter than 10.3in.

NOTICE: These kits will not ship until the week of April 19th, I will be out of town until that week.

Available on backorder

**Warranty:** Lifetime 1 **Add to cart**

SAME-DAY SHIPPING · MADE IN USA · MONEY BACK GUARANTEE

**Additional information** **Reviews (0)**

## Additional information

| | |
|---|---|
| **Weight** | *.1 lbs* |

## Related Products




Bronco SPS 12 F (SPAS-12) Pre-Order

$1,699.99

**Add to cart**

Sale!



MARC AR15 Forced Reset Trigger

~~$199.99~~ $174.99

**Add to cart**

HARRISON GUNWORKS

**Quick Links**

- Shop
- Services
- Gallery
- About
- FAQ
- Contact
- Policies
- Request Warranty Form

**Get In Touch**

801-529-0830
harrisongunworks@gmail.com
7804 Katsilometes Rd. Pocatello, Idaho 83204

© 2025 All Rights Reserved | Privacy Policy

Sale!



# MARC AR15 Forced Reset Trigger

~~$199.99~~ $174.99

The forced reset trigger AR15 system is a mechanical trigger upgrade designed for AR-15 platforms that uses bolt carrier group interaction to deliver faster, more consistent trigger reset. By mechanically pushing the trigger forward during the firing cycle, it reduces reset distance and improves follow-up shot speed, control, and overall shooting efficiency.

Built for reliability without electronics or complex components, the forced reset trigger ar15 maintains standard semi-automatic operation while enhancing reset consistency at a defined point in each cycle. This results in a more predictable trigger feel, especially during rapid fire, compared to traditional AR-15 trigger systems.

Designed for mil-spec AR-15 lower receivers and standard bolt carrier groups, the forced reset trigger ar15 is ideal for builders seeking a performance-focused upgrade. It offers improved shot-to-shot consistency, mechanical durability, and a straightforward integration into properly configured AR-15 platforms.

Available on backorder

**Warranty:** Lifetime 1 **Add to cart**

SAME-DAY SHIPPING · MADE IN USA · MONEY BACK GUARANTEE

**Description** | **Additional information** | **Reviews (0)**

## Description

MARC Forced reset trigger AR15 is a mechanical forced reset trigger system engineered for AR-15 platform rifles. It uses bolt carrier group interaction to reset the trigger faster than a standard semi-automatic trigger allows, improving follow-up shot speed, consistency, and control. Designed for AR-15 owners and builders seeking a meaningful AR-15 trigger upgrade grounded in mechanical reliability rather than electronics.

## What Is the MARC Forced Reset Trigger AR15?

The MARC forced reset trigger AR15 is a mechanical trigger system that uses the rifle's bolt carrier group to actively push the trigger forward and complete a reset during the firing cycle.

Unlike a standard trigger that relies on the shooter to release the reset, the forced reset trigger ar15 uses mechanical reset assistance driven by bolt carrier interaction. This reduces reset distance and ensures the trigger resets at a defined, repeatable point in the semi-automatic firing cycle.

The result is a more consistent AR-15 trigger performance profile, especially during rapid fire, without requiring electronic components or a full fire control group replacement.

## How the MARC Forced Reset Trigger AR15 System Works

In a standard AR-15 trigger, reset occurs when the shooter releases the trigger far enough forward for the disconnector to release the hammer and the trigger to re-engage the sear, with reset distance varying by design and user input.

The forced reset trigger ar15 system, including concepts seen in the MP5 Leber V2 Lower Housing Assembly, changes this by using the bolt carrier's rearward movement to physically push the trigger forward, completing the reset mechanically without requiring full trigger release.

This creates a shorter, more consistent reset point and reduces the amount of shooter input needed between shots.

### Fire Control Group Integration

The MARC operates within the standard AR-15 fire control group architecture. It maintains the semi-automatic firing cycle, one shot per trigger pull through correct disconnector engagement and hammer reset function.

Trigger control and timing remain governed by the fire control group. The MARC adds the mechanical reset interaction without altering the fundamental semi-automatic operation of the rifle. Correct disconnector engagement is essential for safe and reliable function.

### Performance Characteristics

The primary performance benefit of the MARC, AK Super Safety, and forced reset trigger ar15 is trigger pull consistency during rapid fire. Because reset occurs at a mechanically defined point rather than a shooter-dependent release position, shot-to-shot reset distance is more uniform.

This translates to:

- Faster reset speed — mechanically driven rather than shooter-release dependent
- Improved consistency — reset occurs at the same point in each firing cycle
- Enhanced control — reduced shooter input between shots during rapid fire

## Forced Reset Trigger AR15 Platform Compatibility Guide

| Setup | Compatibility | Notes |
|---|---|---|
| Mil-spec AR-15 lower, standard BCG | Compatible | Verify fitment before live fire |
| Out-of-spec lower receiver | Not compatible | Incorrect dimensions affect reset geometry |
| Aftermarket BCG (non-standard) | Verify required | BCG must interact correctly with reset mechanism |
| Improperly tuned rifle | Not compatible | Correct gas system tuning is required for reliable cycling |

## Standard Forced Reset Trigger AR15 Lower Receivers

The MARC is designed for mil-spec AR-15 lower receivers. Standard mil-spec lower dimensions provide the correct trigger pocket geometry for proper AR lower receiver fitment and reset mechanism alignment.

The MARC is not a universal drop-in for all AR-15 configurations. Fitment should be verified before live fire, even on mil-spec builds. See the installation guide and instructional video series for fitment verification steps.

## Bolt Carrier Requirements

Correct bolt carrier interaction is fundamental to how the MARC functions. The BCG must contact the trigger assembly at the correct point in its rearward travel to drive the reset. Standard mil-spec bolt carrier groups are the intended platform.

Aftermarket or non-standard BCGs may not produce the correct contact geometry. Verify BCG compatibility before installation. A BCG that does not interact correctly with the reset mechanism will result in unreliable reset behavior.

## Non-Compatible Setups

The following configurations are not compatible with the MARC:

- Out-of-spec lower receivers — incorrect trigger pocket dimensions affect reset geometry
- Non-standard bolt carrier groups — incorrect contact point disrupts the reset mechanism
- Improperly tuned rifles — gas system issues prevent reliable BCG cycling, which the reset depends on
- Certain aftermarket trigger systems — pre-installed drop-in or cassette trigger systems that alter the fire control geometry

Note: Do not attempt installation in out-of-spec receivers or with non-standard BCGs. Incorrect fitment can result in unsafe function. Always perform a full function check before live fire.

## Why Choose the Forced Reset Trigger AR15?

For AR-15 owners evaluating an AR15 trigger system upgrade, the MARC provides performance-focused improvements without the complexity of electronic systems or the limitations of full trigger group replacements.

- Faster follow-up shots — mechanically driven reset shortens the time between shots
- Improved reset efficiency — consistent reset point eliminates shooter-variable release distance
- Consistent trigger feel — defined reset geometry improves shot-to-shot predictability
- Fully mechanical — no electronics, batteries, or electronic failure points
- Durability-focused design — engineered for sustained cycling loads

For shooters who want an AR15 rapid reset trigger improvement without replacing their entire fire control group, the MARC offers a targeted, mechanically grounded solution.

## Important Safety and Compliance Notes

The MARC AR15 Forced Reset Trigger must be installed and used correctly to operate safely, including when used with the AR-SS D2 Curved Kit or any forced reset trigger AR15 setup. Improper installation, including incorrect fitment, incompatible BCG, or out-of-spec receivers, can result in unsafe trigger behavior.

Legal compliance for forced reset trigger AR compatibility varies by jurisdiction. The user is solely responsible for verifying that the MARC is legal to own, install, and use in their location before purchasing.

This product is designed for semi-automatic AR-15 platforms and operates within the standard semi-automatic firing cycle, one shot per trigger pull. Users are responsible for verifying legal compliance in their jurisdiction.

Safe handling practices must be followed at all times. The MARC does not change the fundamental semi-automatic operation of the rifle, but its reset mechanism requires correct installation and a properly tuned platform for safe function.

Note: Always verify local and federal legal requirements before purchasing or installing any trigger modification. User responsibility for safe use and legal compliance cannot be overstated.

## Installation Requirements and Best Practices

Installing the MARC requires moderate to advanced familiarity with the AR-15 fire control group. It is not recommended for first-time AR-15 builders or shooters unfamiliar with trigger group disassembly and reassembly.

1. Review the installation guide and instructional videos before beginning.
2. Confirm your lower receiver is mil-spec, and your BCG is a standard AR-15 configuration.
3. Verify fitment of all components in the lower receiver before proceeding to function testing.
4. Perform a complete function check trigger, hammer, disconnector, and reset with the firearm unloaded.
5. Test for correct bolt carrier interaction with the trigger assembly before live fire.
6. If any function check step fails, do not proceed to live fire. Disassemble and recheck installation.

If you are uncertain about any installation step, professional gunsmith installation is strongly recommended. Incorrect installation of any AR15 drop-in trigger alternative or trigger modification can result in unsafe function.

## Specifications

| | |
|---|---|
| Platform | AR-15 |
| Trigger Type | Forced reset the mechanical system |
| Reset Method | Active bolt carrier group interaction |
| Fire Control | Semi-automatic cycle, disconnector engagement |
| Installation | Moderate to advanced skill required |
| Compatible Lowers | Mil-spec AR-15 lower receivers (verify fitment) |
| BCG Requirement | Standard AR-15 bolt carrier group (verify compatibility) |
| Electronics | None. Fully mechanical operation |
| Weight | To be confirmed, see product listing |

## Frequently Asked Questions

### What does a forced reset trigger do?

A forced reset trigger AR15 uses the rifle's bolt carrier group to mechanically push the trigger forward during the firing cycle, completing the reset without requiring the shooter to fully release the trigger. This shortens the reset distance and makes it a more consistent shot-to-shot. The AR Super Safety D2 Curved Kit is related to this forced reset trigger ar15 concept. The MARC maintains the standard semi-automatic firing cycle, one shot per trigger pull.

### Is the MARC compatible with all AR-15 rifles?

The MARC is designed for mil-spec AR-15 lower receivers with standard bolt carrier groups. It is not compatible with out-of-spec receivers, certain aftermarket BCGs, or improperly tuned rifles. Fitment should always be verified before live fire, even on standard mil-spec builds. Consult the compatibility guide and installation instructions for your specific configuration.

### How is the MARC different from a standard AR-15 trigger?

A standard AR-15 trigger resets only when the shooter releases the trigger far enough forward for the disconnector to re-engage. Reset distance depends on the shooter's input. The MARC uses the bolt carrier group to actively drive the trigger forward during cycling, producing a mechanically defined, shorter, and more consistent reset that does not depend on shooter release distance.

### Do I need a gunsmith to install the MARC?

Moderate to advanced familiarity with AR-15 fire control group components is required for the forced reset trigger ar15. The MARC is not a universal drop-in fitment verification, and a thorough function check is required after installation. If you are not experienced with AR-15 trigger group work, professional installation or expert gunsmith services is strongly recommended.

### Is a forced reset trigger legal to own and use?

Legal status for forced reset triggers varies by state, locality, and jurisdiction. The MARC is designed as a semi-automatic trigger system. One shot per trigger pull. However, the user is solely responsible for verifying that this product is legal to purchase, own, install, and use in their specific location before completing a purchase.

## Related Products




Bronco SPS 12 F (SPAS-12) Pre-Order

$1,699.99

Add to cart




MARC AMBI AR15 Forced Reset Trigger

~~$249.99~~ $224.99

Add to cart

HARRISON GUNWORKS

**Quick Links**

- Shop
- Services
- Gallery
- About
- FAQ
- Contact
- Policies
- Request Warranty Form

**Get In Touch**

801-529-0830
harrisongunworks@gmail.com
7804 Katsilometes Rd. Pocatello, Idaho 83204

© 2025 All Rights Reserved | Privacy Policy

harrisongunworks@gmail.com 801-529-0830

HARRISON GUNWORKS

Shop Services Gallery About FAQ Video Tutorials Contact $0.00

Sale!





# AR-SS D2 Curved Kit (Pink Cerakote) *CLOSEOUT*

~~$159.99~~ $99.99

The AR-SS is an active safety system designed by Hoffman Tactical that assists in resetting your semi-automatic trigger to allow for more efficient follow up shots. This version of the AR-SS also includes a "passive" position that deactivates the assisted reset, for when slow, high precision shots are preferred. Each component is CNC machined from high quality tool steel, heat treated, and DLC coated for maximum longevity and performance.

Required Components: M16 Pattern BCG, Low Shelf or M16 Cut Lower (Machining services are available for those with High Shelf and Colt lowers), Dead-Blow Buffer Weight (exact weight will depend on the caliber, barrel length, gas system, and if a silencer is used or not).

Note: It has been found that firearms with a barrel length shorter than 10.3in have had reliability issues when running the AR-SS kit. We recommend installing the parts on a firearm with a barrel length of at least 10.3in to maximize reliability. We cannot guarantee perfect function on barrels shorter than 10.3in.

Parts included: Replacement Milspec Curved Trigger, Safety Cam, Safety Lever, Rounded Detent.

Closeout: This product is on closeout and will not be available again after stock runs out (unless I find a couple in a drawer).

13 in stock (can be backordered)

1 Add to cart

Reviews (0)

## Reviews

There are no reviews yet.

Be the first to review "AR-SS D2 Curved Kit (Pink Cerakote) *CLOSEOUT*"

Your email address will not be published. Required fields are marked *

Your rating *

☆☆☆☆☆

Your review *

Name *

Email *

☐ Save my name, email, and website in this browser for the next time I comment.

Submit

## Related Products




RATL-R Vector FRT 40 S&W / 45 ACP / 10mm

$249.99

Add to cart




AR-SS D2 Straight Kit

$174.99

Read more



MP5 Leber V2 Lower Housing Assembly

$274.99 – $499.99

Select options

HARRISON GUNWORKS

**Quick Links**

- Shop
- Services
- Gallery
- About
- FAQ
- Contact
- Policies
- Request Warranty Form

**Get In Touch**

801-529-0830

harrisongunworks@gmail.com

7804 Katsilometes Rd. Pocatello, Idaho 83204

© 2025 All Rights Reserved | Privacy Policy

harrisongunworks@gmail.com 801-529-0830

Shop Services Gallery About FAQ Video Tutorials Contact $0.00




# AR-SS D2 Straight Kit

$174.99

The AR-SS is an active safety system designed by Hoffman Tactical that assists in resetting your semi-automatic trigger to allow for more efficient follow up shots. This version of the AR-SS also includes a "passive" position that deactivates the assisted reset, for when slow, high precision shots are preferred.

Required Components: M16 Pattern BCG, Low Shelf or M16 Cut Lower (Machining services are available for those with High Shelf and Colt lowers), Dead-Blow Buffer Weight (exact weight will depend on the caliber, barrel length, gas system, and if a silencer is used or not).

Note: It has been found that firearms with a barrel length shorter than 10.3in have had reliability issues when running the AR-SS kit. We recommend installing the parts on a firearm with a barrel length of at least 10.3in to maximize reliability. We cannot guarantee perfect function on barrels shorter than 10.3in.

Parts included: Replacement Milspec Flat Trigger, Safety Cam, Safety Lever, Rounded Detent.

Out of stock

**Email When Stock Available**

Your Name

Your Email Address

I Agree to the terms and privacy policy

Subscribe Now




**Reviews (0)**

## Reviews

There are no reviews yet.

Be the first to review "AR-SS D2 Straight Kit"
Your email address will not be published. Required fields are marked *

Your rating *

Your review *

Name *

Email *

Save my name, email, and website in this browser for the next time I comment.

**Submit**

## Related Products

HARRISON GUNWORKS
Installation Service

AR15 Super Safety Installation Service
$120.00 – $245.00
Select options



AR Super Safety D2 Curved Kit
$149.99
Add to cart



MP5 Leber V2 Lower Housing Assembly
$274.99 – $499.99
Select options

HARRISON GUNWORKS

### Quick Links

- Shop
- Services
- Gallery
- About
- FAQ
- Contact
- Policies
- Request Warranty Form

### Get In Touch

801-529-0830
harrisongunworks@gmail.com
7804 Katsilometes Rd. Pocatello, Idaho 83204

© 2025 All Rights Reserved | Privacy Policy

harrisongunworks@gmail.com 801-529-0830





# MP5 Leber V2 Lower Housing Assembly

$274.99 – $499.99

The MP5 Leber V2 Lower Housing Assembly is a steel-reinforced polymer upgrade designed to bring AR-15 fire control compatibility to your MP5 platform. Built for durability and precision, it features a robust internal steel cassette that supports standard AR-15 trigger components while maintaining the classic HK exterior profile. Ideal for builders and performance-focused upgrades, the Leber V2 delivers enhanced trigger feel, improved reliability, and seamless drop-in installation making it a core component for modern MP5 builds.

| | |
|---|---|
| **Model** | Full Size Push Pin |
| **Add AR-SS?** | Yes |

Clear

$499.99

**Warranty:** Lifetime 1 **Add to cart**



SAME-DAY SHIPPING MADE IN USA MONEY BACK GUARANTEE

**Description** | **Additional information** | **Reviews (0)**

## Description

The MP5 Leber V2 Lower Housing is a precision-engineered, steel-reinforced trigger housing replacement for MP5 platform rifles, mp5 super safety lower. Designed for builders and upgrade-focused users, it converts your MP5 to accept standard AR-15 fire control groups while retaining factory HK trigger housing aesthetics. Available in multiple model configurations with an optional AR-SS FRT add-on.

## What Is the MP5 Leber V2 Lower Housing?

*The MP5 Leber V2 Lower Housing is a drop-in MP5 lower housing assembly that replaces the factory HK trigger housing and enables the use of AR-15 fire control group components, including the AR-SS forced reset trigger.*

Unlike the standard HK trigger pack design, the Leber V2 uses a steel cassette-style internal housing to reposition the fire control geometry to fit AR-15 dimensions. This makes it the core component for any MP5 AR-15 trigger conversion build.

The external profile mirrors OEM HK styling, so the housing drops into compatible MP5 lower receivers without external modifications. It is one of the most structurally complete pieces of MP5 aftermarket parts available for this platform.

## Advanced Polymer Housing With Steel Reinforcement

### High-Strength Polymer Exterior

The outer shell is a flush polymer housing machined to replicate factory HK trigger housing dimensions for mp5 super safety lower applications. It seats flush within standard MP5 lower receivers and maintains the factory HK styling that builders expect from a quality MP5 trigger housing replacement.

The polymer compound is selected for long-term dimensional stability and impact resistance, properties critical in a component subject to thousands of trigger cycles.

### Steel Cassette-Style Internal Housing

Inside the polymer shell sits a steel cassette-style housing that defines the fire control interface. This is the structural core of the Leber V2. It includes steel plate inserts at both the front and rear to:

- Support standard AR-15 trigger and hammer pin spacing
- Provide hardened sear engagement surfaces
- Reduce stress transferred to the polymer outer shell
- Improve overall rigidity during the firing cycle

### Rear Trunnion Reinforcement

A built-in rear trunnion reinforcement steel insert is integrated into the rear of the housing. This interface bears significant mechanical load during cycling and is a known failure point on lower-quality MP5 clone parts that lack metal backing.

The reinforced trunnion interface in the Leber V2 maintains stable geometry and prevents the housing from walking or cracking under sustained use.

## Fire Control Compatibility and Platform Benefits

Captured by FireShot Pro: 22 May 2026, 10:34:58 AM
https://getfireshot.com

## AR-15 Fire Control Group Integration

The Leber V2 is built around standard AR-15 pin spacing, making it compatible with a wide range of aftermarket AR-15 triggers. This delivers a modern trigger feel, improved reset, defined wall, and consistent pull weight that factory HK trigger packs cannot match.

For builders exploring an MP5 fire control group upgrade, this housing opens the full AR-15 aftermarket, including single-stage, two-stage, and flat-faced trigger options.

## AR-SS FRT Compatibility

The Leber V2 is validated for use with the AR-SS FRT-compatible MP5 configuration. The internal steel geometry and pin spacing are dimensioned to accept AR-SS forced reset trigger components, bringing FRT-level performance to the MP5 platform.

See the AR-SS FRT trigger listing for full pairing specifications and installation notes.

## Non-Compatible Trigger Groups

Cassette-style drop-in trigger units, including CMC, Timney, and Rare Breed, are not compatible with the Leber V2. These products are self-contained units sized for the AR-15 lower receiver trigger pocket, which does not correspond to the Leber V2's internal housing dimensions.

Note: CMC, Timney, and Rare Breed cassette triggers will not fit the Leber V2 internal housing. Only individual AR-15 FCG components and the AR-SS FRT are supported.

## Designed for Real-World Durability

The MP5 steel-reinforced lower design of the Leber V2 addresses the core durability gap of full-polymer MP5 housings: wear at the pin holes and trunnion interface. By inserting hardened steel at every high-load point, the Leber V2 extends service life significantly compared to standard MP5 polymer lower designs.

The external grip geometry mirrors the factory HK trigger pack profile, ensuring consistent handling and ergonomics across configurations.

## Development Background

The Leber V2 was developed by S3giu2 and a specialized team of MP5 platform builders. The V2 designation reflects substantive refinements over the original release: tighter internal tolerances, improved steel insert retention geometry, and an updated polymer formulation for enhanced durability.

The team's development goal was a housing that survives rigorous round-count testing while maintaining complete compatibility with the AR-15 fire control aftermarket.

# Who This Lower Housing Is Ideal For

- MP5 builders: New builds requiring a trigger housing with AR-15 FCG support.
- Upgrade-focused users: Replacing a stock or worn HK trigger housing for modern trigger compatibility.
- Reinforced housing seekers: Buyers who need steel-backed internals rather than full-polymer construction.
- AR-SS FRT builds: Anyone building for forced reset trigger functionality on the MP5 platform.

## Installation Considerations

Installing the Leber V2 is comparable to a standard MP5 trigger housing replacement. The housing drops into a compatible MP5 lower receiver; fire control components are then installed individually into the steel internal cassette using AR-15 installation conventions.

1. Verify the firearm is fully unloaded and cleared.
2. Remove the existing trigger housing from the MP5 lower receiver.
3. Install selected AR-15 FCG components into the Leber V2 steel cassette.
4. Seat the Leber V2 into the lower receiver and confirm secure retention.
5. Perform a full trigger, hammer, and disconnector function check before live fire.

Builders unfamiliar with MP5 disassembly or AR-15 trigger installation should consult an expert Gunsmith. Improper fire control installation is a safety hazard. Always verify local legal compliance before modifying or upgrading fire control components.

# Specifications

| | |
|---|---|
| Weight | 0.5 lbs |
| Models Available | Full Size Push Pin, Full Size Semi-Shelf, K Size Push Pin, K Size Semi-Shelf, Full Size PTR, K Size PTR |
| AR-SS FRT Option | Yes / No (add-on at checkout) |
| Exterior | High-strength polymer, factory HK styling |
| Internal Frame | Steel cassette-style housing with front and rear plate inserts |
| Rear Interface | Reinforced rear trunnion steel insert |
| Fire Control | AR-15 fire control group compatible |
| Cassette Triggers | Not compatible (CMC, Timney, Rare Breed) |

# Frequently Asked Questions

## Is the MP5 Leber V2 Lower Housing compatible with all MP5 clones?

The Leber V2 is designed for standard HK-spec MP5 lower receiver dimensions used by most commercially available clones. Non-standard or heavily modified receivers may require fitment verification. Contact the manufacturer with your receiver specifications if you are uncertain.

## Which AR-15 triggers work with the Leber V2?

Individual AR-15 fire control components, trigger, hammer, disconnector, and springs, are supported. The AR-SS FRT is specifically validated for use with this housing. Most single-stage and two-stage AR-15 triggers from major manufacturers will be dimensionally compatible.

## Why won't cassette-style triggers fit?

Cassette triggers (CMC, Timney, Rare Breed) are self-contained units designed for the AR-15 lower receiver's trigger pocket geometry, which differs from the Leber V2's internal housing dimensions. The two formats are mechanically incompatible. Attempting installation will result in fitment failure.

## Does installing the Leber V2 change how the MP5 handles?

Externally, no. The Leber V2 matches OEM HK dimensions, so rifle balance, ergonomics, and handling remain unchanged, even when used as an mp5 super safety lower. The change in feel comes entirely from the AR-15 fire control group installed inside the housing. Trigger characteristics will reflect the specific trigger selected.

### Does installation require permanent modifications to the rifle?

No. The Leber V2 is a drop-in replacement that seats using the existing receiver geometry. No machining or permanent alterations to the host receiver are required. Always perform a full function check after installation before returning the firearm to service.

## Related Products

Sale!



AR-SS D2 Curved Kit (Pink Cerakote) *CLOSEOUT*

~~$159.99~~ $99.99

Add to cart




AR-SS D2 Straight Kit

$174.99

Read more



AR Super Safety D2 Curved Kit

$149.99

Add to cart

HARRISON GUNWORKS

**Quick Links**

- Shop
- Services
- Gallery
- About
- FAQ
- Contact
- Policies
- Request Warranty Form

**Get In Touch**

801-529-0830

harrisongunworks@gmail.com

7804 Katsilometes Rd. Pocatello, Idaho 83204

© 2025 All Rights Reserved | Privacy Policy



# AR Super Safety D2 Curved Kit

$149.99

The AR Super Safety is an active safety system that assists in resetting your semi-automatic trigger to allow for more efficient follow-up shots. This version of the AR Super Safety also includes a "passive" position that deactivates the assisted reset, for when slow, high-precision shots are preferred. Each component is CNC-machined from high-quality tool steel, heat-treated, and DLC-coated for maximum longevity and performance.

Required Components: M16 Pattern BCG, Low Shelf or M16 Cut Lower (Machining services are available for those with High Shelf and Colt lowers), Dead-Blow Buffer Weight (exact weight will depend on the caliber, barrel length, gas system, and if a silencer is used or not).

Note: It has been found that firearms with a barrel length shorter than 10.3in have had reliability issues when running the AR-SS kit. We recommend installing the parts on a firearm with a barrel length of at least 10.3in to maximize reliability. We cannot guarantee perfect function on barrels shorter than 10.3in.

Parts included: Replacement Milspec Curved Trigger, Safety Cam, Safety Lever, and Rounded Detent.



11 in stock (can be backordered)

1 **Add to cart**

**Description** **Reviews (0)**

## Description

The AR Super Safety D2 Curved Kit is a precision-engineered safety and trigger enhancement for shooters who want increased control, consistent performance, and faster follow-up shots. This system integrates an *active assisted-reset mechanism* that helps return the trigger forward after each shot, improving shot-to-shot efficiency for semi-automatic AR-pattern rifles.

For shooters who prefer more refined, slower, and highly precise fire, this model of the AR Super Safety trigger includes a dedicated passive mode that disables the assisted reset. This dual-mode design makes the D2 Curved Kit a versatile upgrade for tactical, recreational, and training-focused AR users seeking improved trigger responsiveness and consistency.

Every component in the kit is CNC-machined from premium tool steel, heat-treated, and finished with a durable DLC coating, ensuring long service life, smooth operation, and enhanced resistance to wear under high-use conditions.

## Key Features & Performance Benefits

### Enhanced Trigger Reset for Increased Efficiency

The AR Super Safety's active reset assistance helps return the trigger forward after each shot, allowing for quicker, more controlled follow-up shots. This system is ideal for shooters who want:

- A smoother firing rhythm
- Less trigger fatigue
- Improved split times
- Better consistency during rapid engagement

The system's design ensures that the trigger maintains predictable movement and dependable performance in a variety of shooting settings.

### Dual-Mode Function: Active & Passive Operation

Unlike earlier models, the D2 Curved Kit introduces a selectable passive mode. This feature allows shooters to switch off the assisted-reset function when a more traditional or precision-focused trigger feel is desired.
This dual configuration provides flexibility for:

- Target shooting
- Precision marksmanship
- Controlled slow-fire drills
- Tactical scenarios requiring different trigger styles

### High-Strength Tool Steel Construction

Each component is manufactured using high-grade tool steel and advanced CNC machining. Components are then heat-treated and DLC-coated to increase:

- Surface hardness
- Corrosion resistance
- Lubricity
- Overall long-term durability

This ensures the system withstands high-volume firing and remains smooth and dependable over time.

## Required Components & Compatibility

For best results and safe function, the AR Super Safety D2 Curved Kit requires the following compatible components:

- M16-pattern BCG (bolt carrier group)
- Low-shelf or M16-cut lower receiver
  - *Machining services are available for high-shelf and Colt-pattern lowers.*
- Dead-blow buffer weight
  - The ideal weight varies depending on caliber, barrel length, gas system configuration, and whether a suppressor is used.

## Barrel Length Recommendations

Testing has shown that firearms equipped with barrels shorter than 10.3 inches may experience reduced reliability when using the AR-SS system.
To ensure consistent operation and maximum reliability, we recommend installation on AR platforms with:

- 10.3-inch barrels or longer
- Properly tuned gas systems
- Compatible buffer weights

Performance cannot be guaranteed on platforms below the recommended barrel length.

**What's Included in the Kit**

## The AR Super Safety D2 Curved Kit includes:

- CNC-machined Milspec Curved Trigger
- Safety Cam assembly
- Safety Lever
- Rounded Detent

Each part is engineered and finished for smooth engagement, reliable cycling, and long-term stability.

Educational Insights: Understanding Assisted Trigger Reset Systems

The AR Super Safety D2 is designed for shooters who want more control over their trigger system. Here's how it differs from standard triggers:

**What Is Assisted Trigger Reset?**

An assisted reset uses mechanical force to help the trigger move forward after firing. This reduces the amount of force your finger must apply to reset the trigger, resulting in:

- Quicker trigger engagement
- More controlled shot cycles
- Reduced shooter fatigue during extended sessions

**Why Barrel Length Matters**

Short-barreled ARs often operate with increased gas pressure and faster cycling. When combining these variables with an assisted-reset system, timing inconsistencies can occur. Maintaining a minimum 10.3-inch barrel ensures proper function and reliability across various shooting conditions.

**What Makes DLC Coating Important?**

DLC (Diamond-Like Carbon) coating provides:

- Reduced friction
- Improved corrosion protection
- Longer component life
- Smoother movement under stress

This makes it an ideal finish for components that experience repetitive mechanical motion, such as triggers and safeties.

**Ideal For**

- AR platform enthusiasts
- Tactical and training-focused shooters
- Those who want improved performance without sacrificing precision
- Users who appreciate dual-mode trigger flexibility

## Related Products




RATL-R Vector FRT 40 S&W / 45 ACP / 10mm

$249.99

Add to cart



Lima Six Belt Fed AR15 Upper

$3,099.99 – $4,114.99

Select options

Sale!



AR-SS D2 Curved Kit (Pink Cerakote) *CLOSEOUT*

~~$159.99~~ $99.99

Add to cart

**Quick Links**

- Shop
- Services
- Gallery
- About
- FAQ
- Contact
- Policies
- Request Warranty Form

**Get In Touch**

801-529-0830

harrisongunworks@gmail.com

7804 Katsilometes Rd. Pocatello, Idaho 83204

© 2025 All Rights Reserved | Privacy Policy