# EXHIBIT L

**⚠ LEAD TIME NOTICE**

Due to exceptionally high product demand, **current lead times are 4–6 weeks** for Ruger 10/22 and PC9 FRT systems.

✓ All orders will be carefully fulfilled in the order they are received

We sincerely appreciate your patience and support.

Have questions about your order? Email info@marstrigger.com or call 903-741-8099



# 308 AR SS Lever pack of 3

$15.00

- 1 + Out of stock

Add to bag

The LR-308 lever is intended to replace the original lever when the Super Safety is used with the LR-308 platform

3D Printed pack of 3,

## You may also like




PC9 FRT

$298.97

Add to bag

PRE ORDER




1022 F R T

$289.99

Add to bag

New




Taurus Pulse TX22 FRT

$25.00

Add to bag

AK FRT V2




AK FRT Spring-loaded System V 2.0

~~$349.95~~ $297.45

Add to bag





Captured by FireShot Pro: 21 May 2026, 05:39:33 PM
https://getfireshot.com

© 2024. All rights reserved.

Sat-Sun CLOSED

MARS TRIGGER LLC

Home Shop Events Installation Guides Policies Gunsmith

MARS PODCAST FRIDAY'S 6PM CST

⚠ LEAD TIME NOTICE

Due to exceptionally high product demand, **current lead times are 4–6 weeks** for Ruger 10/22 and PC9 FRT systems.

✓ All orders will be carefully fulfilled in the order they are received

We sincerely appreciate your patience and support.

Have questions about your order? Email info@marstrigger.com or call 903-741-8099



# MaRs 3 Position AR FRT Super Safety

## Hoffman AR FRT super safety design

~~$199.95~~ $139.99

- 1 + Out of stock

Add to bag

**KEY FEATURES**

Key Features:
* 3-Position Selector: Switch between Safety, Semi-Auto, and Forced Reset for maximum flexibility.
* Forced Reset Mechanism: Achieve rapid firing speeds with precise control for enhanced accuracy.
* Precision Engineering: Expertly crafted for AR platforms, ensuring easy installation and flawless functionality.
* Durable Construction: Made from 4140 Alloy Steel (Hardened) for strength and longevity, designed to endure heavy use.
Give credit to Hoffman Tactical for their innovation
Unlock your AR's full potential with the AR 3-Position FRT. Whether you're hitting the range or in tactical situations, this trigger system offers the ultimate combination of speed, accuracy, and reliability.
### Current wait time 5 to 7 business days##

WHATS IN THE BOX:

TRIGGER

SAFETY SELECTOR

DETENT

LEVER

SPACERS X2

**purchase policy**

AR 3-Position Forced Reset Trigger (FRT) – Precision, Power, and Control

Elevate your shooting experience with the AR 3-Position Forced Reset Trigger (FRT) – a game-changing upgrade designed for precision, power, and unmatched control. Perfect for enthusiasts and professionals alike, this innovative trigger system provides three versatile positions: Safety, Semi-Automatic, and FRT. Engineered for rapid-fire performance, the FRT enables ultra-fast reset speeds, allowing you to fire with precision without compromising accuracy or reliability.

Crafted from high-quality 4140 Alloy Steel (Hardened), this advanced trigger mechanism ensures superior durability and strength, withstanding even the most intense use. Designed for seamless integration with your AR platform, it delivers superior consistency and high-performance action. Whether you're engaged in sport shooting or tactical operations, the AR 3-Position FRT gives you the speed and control to stay ahead of the competition.

"SHIPPING RESTRICTIONS: Due to state and local regulations, we cannot ship this product to the following states: WA, CA, MN, IA, IL, NY, CT, VA, AL, FL, HI, NJ.

MARS TRIGGER LLC

Explore our advanced firearm accessories for enthusiasts.

© 2024. All rights reserved.

PERFORMANCE

info@marstrigger.com

Clarksville, Texas, USA

Mon-Fri 9am - 5.30pm

Sat-Sun CLOSED

PRECISION

Enter your email address

Your email for updates

Submit for exclusive offers

MARS TRIGGER LLC

Home Shop Events Installation Guides Policies Gunsmith

MARS PODCAST FRIDAY'S 6PM CST

**⚠ LEAD TIME NOTICE**

Due to exceptionally high product demand, **current lead times are 4–6 weeks** for Ruger 10/22 and PC9 FRT systems.

**✓ All orders will be carefully fulfilled in the order they are received**

We sincerely appreciate your patience and support.

Have questions about your order? Email info@marstrigger.com or call 903-741-8099



# MP5 COMPLETE LOWER SYSTEM WITH AR SUPER SAFETY AND MP5 TRIP PRE-INSTALLED

## UPGRADE YOUR MP5

$599.95

SELECT YOUR MP5

HK SP5

- 1 + 1 in stock

Add to bag

Transform Your MP5 — Race-Ready Drop-In FRT Performance (more photos coming soon)
Precision black polymer carbon fiber pistol lower with preinstalled Hoffman 3position Super Safety and hardened MP5 D2 tool steel trip. Turnkey Forced Reset Trigger capability for owners who demand speed control and absolute reliability. Complete MP5 lower pre installed FCG and super safety. Purpose built lower specifically around the Super Safety. The outer housing is polymer while the internals and structural components of the lower are reinforced by Steel. The lower is built to handle thousands and thousands of round and repeatedly withstand heat cycles.

Products included 1x Complete lower with super safety 1x CNC'd Mp5 slip trip full size options come with a Buffer

IF YOU ARE PURCHASING THIS FOR YOUR MAC 5 FULL SIZE PLEASE MAKE SURE YOUR FA BCG BLOCK WILL NOT IMPEED THE SLIP TRIP OR BE PREPARED TO MODIFY THE SLIP TRIP YOURSELF

Performance that pays Faster repeatable resets that turn practice into measurable speed gains.

Built for longevity Hardened D2 tool steel trip and premium components reduce part wear and downtime.

Plug and play confidence Preinstalled Hoffman 3position Super Safety gives Safe Semi FRT without sourcing extra parts.

Premium feel Sculpted aggressive texture for a locked in grip and all day comfort during high cadence strings.

FEATURES & HIGHLIGHTS

Precision engineered black polymer lower — reinforced where it counts lightweight where it matters

Aggressive ergonomic grip texture for superior purchase under rapid fire

Preinstalled Hoffman 3position Super Safety Safe Semi FRT

Hardened MP5 D2 tool steel trip for consistent engagement and long service life

Drop in ready — install and go no parts hunting or trial and error mods

AVAILABLE FOR THESE MP5S

HK SP5 SP5K
PTR 9 9K
Century Zenith
MAC AP5 MAC5
ZF5

IF YOU HAVE ANY QUESTIONS, OR WOULD LIKE TO KNOW MORE, PLEASE CALL 903 741 8099

Current lead time 14-20 business days — each lower is assembled and hand inspected before shipment.

DO NOT DRY FIRE AND LET THE HAMMER FALL UNDER TENSION, THIS MAY RESULT IN DAMAGE TO THE LOWER

**MARS TRIGGER LLC**

Explore our advanced firearm accessories for enthusiasts.

© 2024. All rights reserved.

**PERFORMANCE**

info@marstrigger.com

Clarksville, Texas, USA

Mon-Fri 9am - 5.30pm

Sat-Sun CLOSED

**PRECISION**

Enter your email address

Your email for updates

Submit for exclusive offers

MARS TRIGGER LLC

Home Shop Events Installation Guides Policies Gunsmith MARS PODCAST FRIDAY'S 6PM CST

⚠ LEAD TIME NOTICE

Due to exceptionally high product demand, **current lead times are 4–6 weeks** for Ruger 10/22 and PC9 FRT systems.

✓ All orders will be carefully fulfilled in the order they are received

We sincerely appreciate your patience and support.

Have questions about your order? Email info@marstrigger.com or call 903-741-8099





# MP5 SUPER SAFETY TRIP

## MP5 SUPER SAFE

$110.00

- 1 + Out of stock

Add to bag

S7 trip for making an MP5 super safe. THIS IS JUST THE TRIP. Requires an AR style lower (printed or Lee) with associated components and a super safety.

## You may also like




PC9 FRT

$298.97

Add to bag

PRE ORDER




1022 F R T

$289.99

Add to bag

New




Taurus Pulse TX22 FRT

$25.00

Add to bag

AK FRT V2




AK FRT Spring-loaded System V 2.0

~~$349.95~~ $297.45

Add to bag

< 1 2 3 4 10 >

Captured by FireShot Pro: 21 May 2026, 05:37:29 PM
https://getfireshot.com

**MARS TRIGGER LLC**

Explore our advanced firearm accessories for enthusiasts.

© 2024. All rights reserved.

**PERFORMANCE**

info@marstrigger.com

Clarksville, Texas, USA

Mon-Fri 9am - 5.30pm

Sat-Sun CLOSED

**PRECISION**

Enter your email address

Your email for updates

Submit for exclusive offers