# EXHIBIT N

Free Shipping Over $199.99

MISTERGUNS.com

(0)

NEW GUNS · USED GUNS · BRANDS · SILENCERS & NFA · AMMUNITION · OPTICS & SCOPES · KNIVES & TOOLS · ACCESSORIES & PARTS · APPAREL · PLANO GUN STORE

Accessories and Parts // AR-15 Parts // Atrius Forced Reset Selector Drop in 3 Position For AR-15 ADG-FRS

# ATRIUS FORCED RESET SELECTOR DROP IN 3 POSITION FOR AR-15 - ADG-FRS

PICTURE UNAVAILABLE

Manufacturer: Atrius
Part Number: ADG-FRS-S

**Price: $199.99**

In Stock

| Mister Guns Plano Range | Mister Guns Plano Store | Mister Guns Frisco Store | Mister Guns Sherman Range |
|---|---|---|---|
| In Stock | Out of stock | Out of stock | Out of stock |

1 ADD TO CART WISHLIST

## ADG-FRS-S Details:

### RELATED PRODUCTS



Geissele Automatics Maritime AR-15 Oversized Bolt Catch GEI08-153



Geissele Automatics Super Modular MK16 15" M-LOK Rail Desert 05-792S

PICTURE UNAVAILABLE

One Horse Complete AR-15 300 BLK 7.5" Barrel Upper Reciever With Bolt Carrier and Charging Handle OH-CU06



Magpul AFG MLOK Angled Foregrip Black MAG598-BLK

### CUSTOMER REVIEWS

(0.00)
# of Ratings: 0

(Only registered customers can rate)

Get Updates & Special Offers from Mister Guns.

Looking for specials on guns and ammo? Shoot, don't wait. We've got you covered!

Full Name* Type your name
Email* Type your email

Please verify your request*
I'm not a robot reCAPTCHA
Submit

CUSTOMER SERVICE
Contact Us
Order Tracking
Wishlist
Your Account

STORE POLICIES & INFO
Shipping
Returns
FAQs
Privacy Policy
Terms and Conditions

HELPFUL LINKS
Site Map

CONNECT WITH US!

PAYMENT METHODS

© Mister Guns 2026. All Rights Reserved.