# EXHIBIT O

Free Shipping Over $199.99

MISTERGUNS.com

(0)

NEW GUNS | USED GUNS | BRANDS | SILENCERS & NFA | AMMUNITION | OPTICS & SCOPES | KNIVES & TOOLS | ACCESSORIES & PARTS | APPAREL | PLANO GUN STORE






NEW GUNS



USED GUNS



SILENCERS & NFA



AMMUNITION




OPTICS & SCOPES



KNIVES & TOOLS



ACCESSORIES & PARTS



APPAREL




PLANO STORE



SELL GUNS

## About Mister Guns

Mister Guns started in Frisco, TX as a home based gun business in late 2011, providing guns to local and internet customers. Through good luck and being blessed with a fantastic group of customers, we outgrew our little spare bedroom. In 2013 we embarked on the journey of an actual brick and mortar retail establishment in Plano Texas at the northeast corner of 15th and Independence.

**OPEN HOURS**

M-F 10AM – 6PM
SAT 10AM – 4PM
SUN 12PM – 4PM

**ADDRESS**

2751 West 15th Street
Plano, TX 75075

**PHONE**

(214) 901-7429
Fax (888) 202-7849

**MAIL**

websales@misterguns.com

**NEWS**

News and Announcements!

- Free Shipping Over $199.99 (1/22/2024)

**Get Updates & Special Offers from Mister Guns.**

Looking for specials on guns and ammo? Shoot, don't wait. We've got you covered!

Full Name* Type your name

Email* Type your email

Please verify your request*

I'm not a robot reCAPTCHA

Submit

**CUSTOMER SERVICE**

Contact Us
Order Tracking
Wishlist
Your Account

**STORE POLICIES & INFO**

Shipping
Returns
FAQs
Privacy Policy
Terms and Conditions

**HELPFUL LINKS**

Site Map

**CONNECT WITH US!**

**PAYMENT METHODS**

© Mister Guns 2026. All Rights Reserved.