# EXHIBIT P

HOME ABOUT US SHOP MY ACCOUNT FAQS CONTACTS







Home / Shop / AR15 / ARC-FIRE Lever Blocker

-33%

# ARC-FIRE LEVER BLOCKER

~~$9.00~~ $6.00

ARC Fire lever blocker

1

BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

ARC FIRE Lever Block

material : galvanized steel

laser cut from galvanized sheet steel.

## DELIVERY INFO

## REVIEWS (0)

## RELATED PRODUCTS




SUPER SAFETY KIT (D2 – CURVE)

$110.00



GOLD SUPER SAFETY KIT (4140 – CURVE)

$105.00



10 PACK PRINTED LEVERS ( PLA +)

$12.00

Captured by FireShot Pro: 18 May 2026, 05:50:16 PM
https://getfireshot.com



FLAT TRIGGER

$32.00




10 PACK CENTERING BLOCKS

$12.00



SUPER SAFETY SET (4140 – NO TRIGGER)

$65.00

CONTACT

support@polymerpew.com

PolyPew on Facebook

LINKS

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.





# ARC-FIRE TRIGGER V2 – AMBI KIT (0° – 45° – 90°)

$249.95

# AVAILABLE 4/10 3PM EST (STARTS SHIPPING 4/15)

V2 DIFFERENCES

– DIFFERENT SELECTOR ORIENTATIONS AVAILABLE

– SMOOTHER DETENT TRACK

– LARGER CAM SURFACES

– COMES STOCK WITH MILSPEC SELECTORS (PICTURED)

!! FREE Shipping!!

Free shipping on entire order when you buy an ARC-Fire.

They are IN STOCK until it says OUT of STOCK. Ships within 48 hours or less.

1 BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

# INTRODUCING THE AS DESIGNS ARC-FIRE V2- ACTIVE RESET CLUTCH TECHNOLOGY FOR MAXIMUM FIREPOWER

We're proud to unveil the ARC-Fire, the latest innovation from AS Designs – a cutting-edge ambidextrous selector trigger system featuring our patent-pending Active Reset Clutch (ARC) technology. Designed to dramatically increase your firearm's rate of fire without compromising control or compliance, the ARC-Fire forces the trigger to reset immediately after each shot, enabling rapid, precise follow-up shots – with one round per action of the trigger, every time.

## BUILT FOR SPEED. DESIGNED FOR CONTROL.

*Multi-Platform Compatibility:* Engineered to support over 10 of the most widely used firearm platforms, with more on the horizon. (AR15, JAKL, MP5, MCX, MPX, SCAR, BRN-180, G3, AP53, UMP, STRIBOG, DISSENT, and more to be added soon)
*Ambidextrous Selector:* Fully ambi design provides fast, intuitive access for both right- and left-handed shooters.
*Three-Position Control:* Selector positions include Safe, Semi, and ARC, putting enhanced speed and performance at your fingertips.

## RELIABLE. TACTILE. RESPONSIVE.

The ARC-Fire is built for shooters who demand performance and dependability. Our patent-pending design maximizes durability and reliability under sustained use. The selector switch is engineered for positive tactile feedback and effortless transitions – even under stress.

## GO FASTER. STAY IN CONTROL.

Whether you're running drills, competing, or simply pushing your platform to its limits, the ARC-Fire delivers an unmatched blend of speed, precision, and durability – giving you the edge every time you pull the trigger.
AS Designs ARC-Fire – Reset Redefined.

Includes:

- **M2 tool steel ARC Cam**
- **M2 tool steel ARC Lever**
- **M2 tool steel ARC Detent Bar**
- **4140 steel ARC Primary Selector**
- **4140 steel ARC Ambi Selector**
- **Cam, Lever, and Detent Bar feature DLC coating. Selector Levers feature Black Oxide coating.**
- **Includes pre-cut trigger and standard safety detent.**

## TRIGGER COMPATIBLITY:

- Most Mil-Spec Triggers w/ SS Cut
- Geissele Triggers w/ SS Cut*
  - SSA
  - SSA-E
  - SSA-E X Trigger
  - SSA-X
  - SD-E
  - SD3G
  - SDC
  - SSP
  - S3G
  - G2S
- ALG Triggers w/ SS Cut
  - Defense QMS
  - Defense ACT
- BCM PNT Trigger w/ SS Cut
- PSA Enhanced Polished Trigger (EPT) w/ SS Cut
- Aero Precision FCG w/ SS Cut
- CMMG FCG w/ SS Cut
- Anderson Stainless FCG (Cut Hammer Version) w/ SS Cut*

* – Indicates an additional "lever blocker" part is needed to prevent overtravel. We will offer these for an affordable cost in metal as well as provide the STL file if you would prefer to print it.

Known incompatible triggers: LaRue Tactical MBT-2S, CMC Single Stage Flat/Curved, Rise Armament RA-140

## PLATFORM COMPATIBLITY:

- AR-15 Platform – .223/5.56, 300BO, 9mm, 10mm, .45, and .40
- CMMG Banshee
- MP5 Platform – Fits AR-based MP5 lowers, Leber V2 will require the version with safety selector area cutout, normal model support to come later. **LEE SPORTING SUPPORT NOT GUARANTEED OR WARRANTIED.**
- G3/91 Platform – Same as MP5.
- JAKL-15 – .223/5.56 and 300BO – Requires JAKL-15 Slip Trip Kit
- JAKL-9 – 9mm – Requires JAKL-9 Slip Trip Kit
- MPX – 9mm (excl. Copperhead) – Requires MPX/MCX Slip Trip Kit
- MCX – .223/5.56, 300BO, and 7.62×39 – Requires MPX/MCX Slip Trip Kit
- Kuna – 9mm – Requires AS Designs Kuna Lower Kit (Nexus compatibility unconfirmed)
- Stribog – 9mm, 10mm, and .45 – Requires AS Designs Stribog Lower Kit
- Dissent – .223/5.56, 300BO, 9mm, .45, and 5.7 – Requires Dissent Slip Trip Kit
- Dissent – .308 and 8.6BLK – Requires Dissent Slip Trip Kit and Custom ARC Lever
- HK MR556A1/A4 – Milspec AR FCG or precut Geissele needed, doesn't require a different bolt carrier.

## UPCOMING PLATFORM COMPATIBLITY (FINALIZING):

- JAKL-10 – .308 – Requires JAKL-10 Slip Trip Kit and Custom ARC Lever
- BRN-180 – .223/5.56 and 300BO – Requires BRN-180 Slip Trip Kit and Custom ARC Lever
- UMP – .45 – Requires AS Designs UMP Lower Kit
- GHM9 – 9mm – Requires AS Designs GHM9 Lower Kit
- APC9 – 9mm – TBD
- APC45 – .45 – TBD
- MCX – .277 and .308 – Requires MCX Heavy Slip Trip Kit and Custom ARC Lever – TBD
- SCAR – TBD

Note: All products are recommended to be installed by a qualified gunsmith.

### DELIVERY INFO

### REVIEWS (0)

## RELATED PRODUCTS



SUPER SAFETY KIT (D2 – FLAT)
$117.00



SUPER SAFETY SET (D2 – NO TRIGGER)
$90.00



GOLD SUPER SAFETY KIT (4140 – CURVE)
$105.00



**FLAT TRIGGER**

$32.00



**SUPER SAFETY KIT (4140 – CURVE)**

$90.00



**GOLD SUPER SAFETY SET (4140 – NO TRIGGER)**

$80.00

**CONTACT**

support@polymerpew.com

**PolyPew on Facebook**

**LINKS**

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.



Home / Shop / AR15 / ARC-Fire Trigger V2 – Ambi Kit (0° – 90° – 180°)

# ARC-FIRE TRIGGER V2 – AMBI KIT (0° – 90° – 180°)

$249.95

# AVAILABLE 4/10 3PM EST (STARTS SHIPPING 4/15)

V2 DIFFERENCES

– DIFFERENT SELECTOR ORIENTATIONS AVAILABLE

– SMOOTHER DETENT TRACK

– LARGER CAM SURFACES

– COMES STOCK WITH MILSPEC SELECTORS (PICTURED)

!! FREE Shipping!!

Free shipping on entire order when you buy an ARC-Fire.

They are IN STOCK until it says OUT of STOCK. Ships within 48 hours or less.

1 BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

# INTRODUCING THE AS DESIGNS ARC-FIRE V2- ACTIVE RESET CLUTCH TECHNOLOGY FOR MAXIMUM FIREPOWER

We're proud to unveil the ARC-Fire, the latest innovation from AS Designs – a cutting-edge ambidextrous selector trigger system featuring our patent-pending Active Reset Clutch (ARC) technology. Designed to dramatically increase your firearm's rate of fire without compromising control or compliance, the ARC-Fire forces the trigger to reset immediately after each shot, enabling rapid, precise follow-up shots – with one round per action of the trigger, every time.

## BUILT FOR SPEED. DESIGNED FOR CONTROL.

*Multi-Platform Compatibility:* Engineered to support over 10 of the most widely used firearm platforms, with more on the horizon. (AR15, JAKL, MP5, MCX, MPX, SCAR, BRN-180, G3, AP53, UMP, STRIBOG, DISSENT, and more to be added soon)
*Ambidextrous Selector:* Fully ambi design provides fast, intuitive access for both right- and left-handed shooters.
*Three-Position Control:* Selector positions include Safe, Semi, and ARC, putting enhanced speed and performance at your fingertips.

## RELIABLE. TACTILE. RESPONSIVE.

The ARC-Fire is built for shooters who demand performance and dependability. Our patent-pending design maximizes durability and reliability under sustained use. The selector switch is engineered for positive tactile feedback and effortless transitions – even under stress.

## GO FASTER. STAY IN CONTROL.

Whether you're running drills, competing, or simply pushing your platform to its limits, the ARC-Fire delivers an unmatched blend of speed, precision, and durability – giving you the edge every time you pull the trigger.
AS Designs ARC-Fire – Reset Redefined.

Includes:

- **M2 tool steel ARC Cam**
- **M2 tool steel ARC Lever**
- **M2 tool steel ARC Detent Bar**
- **4140 steel ARC Primary Selector**
- **4140 steel ARC Ambi Selector**
- **Cam, Lever, and Detent Bar feature DLC coating. Selector Levers feature Black Oxide coating.**
- **Includes pre-cut trigger and standard safety detent.**

## TRIGGER COMPATIBLITY:

- Most Mil-Spec Triggers w/ SS Cut
- Geissele Triggers w/ SS Cut*
  - SSA
  - SSA-E
  - SSA-E X Trigger
  - SSA-X
  - SD-E
  - SD3G
  - SDC
  - SSP
  - S3G
  - G2S
- ALG Triggers w/ SS Cut
  - Defense QMS
  - Defense ACT
- BCM PNT Trigger w/ SS Cut
- PSA Enhanced Polished Trigger (EPT) w/ SS Cut
- Aero Precision FCG w/ SS Cut
- CMMG FCG w/ SS Cut
- Anderson Stainless FCG (Cut Hammer Version) w/ SS Cut*

* – Indicates an additional "lever blocker" part is needed to prevent overtravel. We will offer these for an affordable cost in metal as well as provide the STL file if you would prefer to print it.

Known incompatible triggers: LaRue Tactical MBT-2S, CMC Single Stage Flat/Curved, Rise Armament RA-140

## PLATFORM COMPATIBLITY:

- AR-15 Platform – .223/5.56, 300BO, 9mm, 10mm, .45, and .40
- CMMG Banshee
- MP5 Platform – Fits AR-based MP5 lowers, Leber V2 will require the version with safety selector area cutout, normal model support to come later. **LEE SPORTING SUPPORT NOT GUARANTEED OR WARRANTIED.**
- G3/91 Platform – Same as MP5.
- JAKL-15 – .223/5.56 and 300BO – Requires JAKL-15 Slip Trip Kit
- JAKL-9 – 9mm – Requires JAKL-9 Slip Trip Kit
- MPX – 9mm (excl. Copperhead) – Requires MPX/MCX Slip Trip Kit
- MCX – .223/5.56, 300BO, and 7.62×39 – Requires MPX/MCX Slip Trip Kit
- Kuna – 9mm – Requires AS Designs Kuna Lower Kit (Nexus compatibility unconfirmed)
- Stribog – 9mm, 10mm, and .45 – Requires AS Designs Stribog Lower Kit
- Dissent – .223/5.56, 300BO, 9mm, .45, and 5.7 – Requires Dissent Slip Trip Kit
- Dissent – .308 and 8.6BLK – Requires Dissent Slip Trip Kit and Custom ARC Lever
- HK MR556A1/A4 – Milspec AR FCG or precut Geissele needed, doesn't require a different bolt carrier.

## UPCOMING PLATFORM COMPATIBLITY (FINALIZING):

- JAKL-10 – .308 – Requires JAKL-10 Slip Trip Kit and Custom ARC Lever
- BRN-180 – .223/5.56 and 300BO – Requires BRN-180 Slip Trip Kit and Custom ARC Lever
- UMP – .45 – Requires AS Designs UMP Lower Kit
- GHM9 – 9mm – Requires AS Designs GHM9 Lower Kit
- APC9 – 9mm – TBD
- APC45 – .45 – TBD
- MCX – .277 and .308 – Requires MCX Heavy Slip Trip Kit and Custom ARC Lever – TBD
- SCAR – TBD

Note: All products are recommended to be installed by a qualified gunsmith.

### DELIVERY INFO

### REVIEWS (0)

## RELATED PRODUCTS



**SUPER SAFETY KIT (4140 – CURVE)**
$90.00



**10 PACK ROUNDED DETENTS**
$10.00



**SUPER SAFETY KIT (D2 – FLAT)**
$117.00



SUPER SAFETY KIT (4140 – FLAT)

$102.00




SUPER SAFETY SET ( ROUND SLOT)

~~$50.00~~ $40.00



STANDARD AR15 ANTI-WALK PINS SET(23MM)

$15.00

**CONTACT**

support@polymerpew.com

**PolyPew on Facebook**

**LINKS**

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.





# ARC-FIRE TRIGGER V2 – NON-AMBI KIT (0° – 90° – 180°)

$199.95

V2 DIFFERENCES

– DIFFERENT SELECTOR ORIENTATIONS AVAILABLE

– SMOOTHER DETENT TRACK

– LARGER CAM SURFACES

– COMES STOCK WITH MILSPEC SELECTORS (PICTURED)

!! FREE Shipping!!

Free shipping on entire order when you buy an ARC-Fire.

They are IN STOCK until it says OUT of STOCK. Ships within 48 hours or less.

20 IN STOCK

1 BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

# INTRODUCING THE AS DESIGNS ARC-FIRE V2- ACTIVE RESET CLUTCH TECHNOLOGY FOR MAXIMUM FIREPOWER

We're proud to unveil the ARC-Fire, the latest innovation from AS Designs – a cutting-edge ambidextrous selector trigger system featuring our patent-pending Active Reset Clutch (ARC) technology. Designed to dramatically increase your firearm's rate of fire without compromising control or compliance, the ARC-Fire forces the trigger to reset immediately

after each shot, enabling rapid, precise follow-up shots – with one round per action of the trigger, every time.

## BUILT FOR SPEED. DESIGNED FOR CONTROL.

*Multi-Platform Compatibility:* Engineered to support over 10 of the most widely used firearm platforms, with more on the horizon. (AR15, JAKL, MP5, MCX, MPX, SCAR, BRN-180, G3, AP53, UMP, STRIBOG, DISSENT, and more to be added soon)
*Ambidextrous Selector:* Fully ambi design provides fast, intuitive access for both right- and left-handed shooters.
*Three-Position Control:* Selector positions include Safe, Semi, and ARC, putting enhanced speed and performance at your fingertips.

## RELIABLE. TACTILE. RESPONSIVE.

The ARC-Fire is built for shooters who demand performance and dependability. Our patent-pending design maximizes durability and reliability under sustained use. The selector switch is engineered for positive tactile feedback and effortless transitions – even under stress.

## GO FASTER. STAY IN CONTROL.

Whether you're running drills, competing, or simply pushing your platform to its limits, the ARC-Fire delivers an unmatched blend of speed, precision, and durability – giving you the edge every time you pull the trigger.
AS Designs ARC-Fire – Reset Redefined.

Includes:

- **M2 tool steel ARC Cam**
- **M2 tool steel ARC Lever**
- **M2 tool steel ARC Detent Bar**
- **4140 steel ARC Primary Selector**
- **4140 steel ARC Ambi Selector**
- **Cam, Lever, and Detent Bar feature DLC coating. Selector Levers feature Black Oxide coating.**
- **Includes pre-cut trigger and standard safety detent.**

## TRIGGER COMPATIBLITY:

- Most Mil-Spec Triggers w/ SS Cut
- Geissele Triggers w/ SS Cut*
  - SSA
  - SSA-E
  - SSA-E X Trigger
  - SSA-X
  - SD-E
  - SD3G
  - SDC
  - SSP
  - S3G
  - G2S
- ALG Triggers w/ SS Cut
  - Defense QMS
  - Defense ACT
- BCM PNT Trigger w/ SS Cut
- PSA Enhanced Polished Trigger (EPT) w/ SS Cut
- Aero Precision FCG w/ SS Cut
- CMMG FCG w/ SS Cut
- Anderson Stainless FCG (Cut Hammer Version) w/ SS Cut*

* – Indicates an additional "lever blocker" part is needed to prevent overtravel. We will offer these for an affordable cost in metal as well as provide the STL file if you would prefer to print it.

Known incompatible triggers: LaRue Tactical MBT-2S, CMC Single Stage Flat/Curved, Rise Armament RA-140

## PLATFORM COMPATIBLITY:

- AR-15 Platform – .223/5.56, 300BO, 9mm, 10mm, .45, and .40
- CMMG Banshee
- MP5 Platform – Fits AR-based MP5 lowers, Leber V2 will require the version with safety selector area cutout, normal model support to come later. **LEE SPORTING SUPPORT NOT GUARANTEED OR WARRANTIED.**
- G3/91 Platform – Same as MP5.
- JAKL-15 – .223/5.56 and 300BO – Requires JAKL-15 Slip Trip Kit
- JAKL-9 – 9mm – Requires JAKL-9 Slip Trip Kit
- MPX – 9mm (excl. Copperhead) – Requires MPX/MCX Slip Trip Kit
- MCX – .223/5.56, 300BO, and 7.62×39 – Requires MPX/MCX Slip Trip Kit
- Kuna – 9mm – Requires AS Designs Kuna Lower Kit (Nexus compatibility unconfirmed)
- Stribog – 9mm, 10mm, and .45 – Requires AS Designs Stribog Lower Kit
- Dissent – .223/5.56, 300BO, 9mm, .45, and 5.7 – Requires Dissent Slip Trip Kit
- Dissent – .308 and 8.6BLK – Requires Dissent Slip Trip Kit and Custom ARC Lever
- HK MR556A1/A4 – Milspec AR FCG or precut Geisselle needed, doesn't require a different bolt carrier.

## UPCOMING PLATFORM COMPATIBLITY (FINALIZING):

- JAKL-10 – .308 – Requires JAKL-10 Slip Trip Kit and Custom ARC Lever
- BRN-180 – .223/5.56 and 300BO – Requires BRN-180 Slip Trip Kit and Custom ARC Lever
- UMP – .45 – Requires AS Designs UMP Lower Kit
- GHM9 – 9mm – Requires AS Designs GHM9 Lower Kit
- APC9 – 9mm – TBD
- APC45 – .45 – TBD
- MCX – .277 and .308 – Requires MCX Heavy Slip Trip Kit and Custom ARC Lever – TBD
- SCAR – TBD

Note: All products are recommended to be installed by a qualified gunsmith.

### DELIVERY INFO

### REVIEWS (0)

## RELATED PRODUCTS



GOLD SUPER SAFETY KIT (4140 – FLAT)
$112.00



H2 BUFFER
$45.00



CURVED TRIGGER
$25.00




**SUPER SAFETY KIT (4140 – CURVE)**

$90.00



**AR15 TRIGGER DISPLAY MODEL**

$35.00



**SS LEVER (4140)**

$20.00

**CONTACT**

support@polymerpew.com

**PolyPew on Facebook**

**LINKS**

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.

HOME ABOUT US SHOP MY ACCOUNT FAQS CONTACTS

# CART

1 SHOPPING CART → 2 PAYMENT & DELIVERY OPTIONS → 3 ORDER RECEIVED

| PRODUCT | | PRICE | QUANTITY | SUBTOTAL | REMOVE |
|---|---|---|---|---|---|
|  | AS DESIGNS ARC-FIRE V1 | $169.00 | 1 | $169.00 | × |

Coupon Code APPLY COUPON

CONTINUE SHOPPING UPDATE CART

10% Cart discount

## CART TOTALS

| | |
|---|---|
| SUBTOTAL | $169.00 |
| COUPON: POLYPEW10 | -$16.90 |
| SHIPPING | Free Shipping<br>Shipping options will be updated during checkout. |
| TAX (ESTIMATED FOR THE UNITED STATES (US)) | $0.00 |
| TOTAL | $152.10 |

PROCEED TO CHECKOUT

**CONTACT**

support@polymerpew.com

**PolyPew on Facebook**

**LINKS**

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.

HOME ABOUT US SHOP MY ACCOUNT FAQS CONTACTS



Home / Shop / AR15 / AS Designs ARC-FIRE V1

# AS DESIGNS ARC-FIRE V1

**Add to Cart to see Price**

## ARC-FIRE TRIGGER – AMBI KIT

These have the NEW textured selector, not the older smooth ones.

!! FREE Shipping!!

Free shipping on entire order when you buy an ARC-Fire.

They are IN STOCK until it says OUT of STOCK.  Ships within 48 hours or less.

1 BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

ARC FIRE Ambi trigger system by AS Designs.

Includes:

- **M2 tool steel ARC Cam**
- **M2 tool steel ARC Lever**
- **M2 tool steel ARC Detent Bar**
- **4140 steel ARC Primary Selector**
- **4140 steel ARC Ambi Selector**
- **Cam, Lever, and Detent Bar feature DLC coating. Selector Levers feature Black Oxide coating.**
- **Includes pre-cut trigger and standard safety detent.**

## TRIGGER COMPATIBLITY:

- Most Mil-Spec Triggers w/ SS Cut
- Geissele Triggers w/ SS Cut*
    - SSA
    - SSA-E
    - SSA-E X Trigger
    - SSA-X
    - SD-E
    - SD3G
    - SDC

  - SSP
  - S3G
  - G2S
- ALG Triggers w/ SS Cut
  - Defense QMS
  - Defense ACT
- BCM PNT Trigger w/ SS Cut
- PSA Enhanced Polished Trigger (EPT) w/ SS Cut
- Aero Precision FCG w/ SS Cut
- CMMG FCG w/ SS Cut
- Anderson Stainless FCG (Cut Hammer Version) w/ SS Cut*

* – Indicates an additional "lever blocker" part is needed to prevent overtravel. Please see item below if you need a lever blocker.



ARC-FIRE Lever Blocker

~~$9.00~~ $6.00

ARC Fire lever blocker

Buy now | Read more

Polymer Pew

**Known incompatible triggers: LaRue Tactical MBT-2S, CMC Single Stage Flat/Curved, Rise Armament RA-140**

DELIVERY INFO

REVIEWS (0)

## RELATED PRODUCTS



SUPER SAFETY KIT (4140 – FLAT)

$102.00



GO/NO-GO TRIGGER GAUGE

$10.00




10 PACK CENTERING BLOCKS

$12.00



3 PACK SS LEVERS (4140)

$45.00



SS LEVER (4140)

$20.00



FLAT TRIGGER

$32.00

CONTACT

support@polymerpew.com

PolyPew on Facebook

LINKS

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.

HOME ABOUT US SHOP MY ACCOUNT FAQS CONTACTS




Home / Shop / AR15 / 2 Pack Hammer Install Tool

# 2 PACK HAMMER INSTALL TOOL

$15.00

2 pack of hammer install tool

1 BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

These hammer install tool helps to hold the spring tension to assist in hammer installation into your AR.

## DELIVERY INFO

## REVIEWS (0)

# RELATED PRODUCTS




SUPER SAFETY KIT (4140 – CURVE)
$90.00



SUPER SAFETY KIT (D2 – FLAT)
$117.00




SUPER SAFETY KIT (D2 – CURVE)
$110.00



BOLT CONVERSION KIT

$15.00



SS LEVER (4140)

$20.00



STANDARD AR15 ANTI-WALK PINS SET(23MM)

$15.00

CONTACT

support@polymerpew.com

PolyPew on Facebook

LINKS

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.

HOME ABOUT US SHOP MY ACCOUNT FAQS CONTACTS



Home / Shop / AR15 / 3 pack SS levers (4140)

# 3 PACK SS LEVERS (4140)

$45.00

3 replacement levers in 4140 steel

1 BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

3 replacement levers in 4140 steel

## DELIVERY INFO

## REVIEWS (0)

# RELATED PRODUCTS







**AS DESIGNS ARC-FIRE V1**
Add to Cart to see Price

**AR15 TRIGGER DISPLAY MODEL**
$35.00

**SUPER SAFETY KIT (4140 – FLAT)**
$102.00



**FLAT TRIGGER**
$32.00



**SS CAM ( 4140 STEEL)**
$40.00




**SUPER SAFETY KIT (4140 – CURVE)**
$90.00

**CONTACT**

support@polymerpew.com

**PolyPew on Facebook**

**LINKS**

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.



Home / Shop / AR15 / 3 pack trigger cutting guide

# 3 PACK TRIGGER CUTTING GUIDE

$15.00

3 cutting guide for triggers

1 BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

3 cutting guide for trigger

## DELIVERY INFO

## REVIEWS (0)

# RELATED PRODUCTS







**H2 BUFFER**
$45.00

**GOLD SUPER SAFETY SET (4140 – NO TRIGGER)**
$80.00

**SUPER SAFETY SET ( ROUND SLOT)**
~~$50.00~~ $40.00



**CURVED TRIGGER**
$25.00



**AS DESIGNS ARC-FIRE V1**
Add to Cart to see Price



**SUPER SAFETY KIT (4140 – CURVE)**
$90.00

**CONTACT**

support@polymerpew.com

**PolyPew on Facebook**

**LINKS**

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.

HOME ABOUT US SHOP MY ACCOUNT FAQS CONTACTS




Home / Shop / AR15 / 10 Pack centering blocks

# 10 PACK CENTERING BLOCKS

$12.00

10 pack centering blocks

1

BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

10 pack centering blocks

## DELIVERY INFO

## REVIEWS (0)

# RELATED PRODUCTS



AR15 TRIGGER DISPLAY MODEL

$35.00



10 PACK PRINTED LEVERS ( PLA +)

$12.00



STANDARD AR15 ANTI-WALK PINS SET(23MM)

$15.00

Captured by FireShot Pro: 18 May 2026, 05:04:45 PM
https://getfireshot.com



BOLT CONVERSION KIT
$15.00



CURVED TRIGGER
$25.00



SUPER SAFETY KIT (D2 – FLAT)
$117.00

CONTACT

support@polymerpew.com

PolyPew on Facebook

LINKS

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.

HOME ABOUT US SHOP MY ACCOUNT FAQS CONTACTS



Home / Shop / AR15 / 10 Pack printed levers ( PLA +)

# 10 PACK PRINTED LEVERS ( PLA +)

$12.00

10 pack of printed levers

1 BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

10 pack printed levers .. if you are breaking .. these might help.

## DELIVERY INFO

## REVIEWS (0)

# RELATED PRODUCTS



H3 BUFFER

$65.00



H1 BUFFER

$35.00



SS CAM ( 4140 STEEL)

$40.00



GO/NO-GO TRIGGER GAUGE

$10.00



FLAT TRIGGER

$32.00



AR15 TRIGGER DISPLAY MODEL

$35.00

CONTACT

support@polymerpew.com

PolyPew on Facebook

LINKS

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.



Home / Shop / AR15 / 10 Pack rounded detents

# 10 PACK ROUNDED DETENTS

$10.00

10 pack rounded detents

1 BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

10 pack rounded detents

## DELIVERY INFO

## REVIEWS (0)

# RELATED PRODUCTS







H1 BUFFER
$35.00

GOLD SUPER SAFETY KIT (4140 – FLAT)
$112.00

AR15 TRIGGER DISPLAY MODEL
$35.00



GOLD SUPER SAFETY KIT (4140 – CURVE)
$105.00



AS DESIGNS ARC-FIRE V1
Add to Cart to see Price



SS LEVER (4140)
$20.00

CONTACT

support@polymerpew.com

PolyPew on Facebook

LINKS

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.

HOME ABOUT US SHOP MY ACCOUNT FAQS CONTACTS



Home / Shop / AR15 / AR15 Trigger Display Model

# AR15 TRIGGER DISPLAY MODEL

$35.00

AR15 trigger display model for gun show.

1 BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

AR15 trigger display model for gun show.
200% scale. Made to order , please allow 2 to 3 days for print time after ordering.

## DELIVERY INFO

## REVIEWS (0)

# RELATED PRODUCTS




SUPER SAFETY SET ( ROUND SLOT)
~~$50.00~~ $40.00



CURVED TRIGGER
$25.00



10 PACK ROUNDED DETENTS
$10.00



SUPER SAFETY SET (4140 – NO TRIGGER)

$65.00



GOLD SUPER SAFETY SET (4140 – NO TRIGGER)

$80.00



STANDARD AR15 ANTI-WALK PINS SET(23MM)

$15.00

CONTACT

support@polymerpew.com

PolyPew on Facebook

LINKS

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.



Home / Shop / AR15 / Flat Trigger

# FLAT TRIGGER

$32.00

milspec flat trigger for AR15 . Can be used for super safety. These have a hole for a printed insert to be used as a finger stop. The sear face has been polished to give a lighter pull

1 BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

flat trigger with option for finger stop

## DELIVERY INFO

## REVIEWS (0)

# RELATED PRODUCTS







**10 PACK ROUNDED DETENTS**
$10.00

**H1 BUFFER**
$35.00

**GOLD SUPER SAFETY KIT (4140 – CURVE)**
$105.00



**10 PACK PRINTED LEVERS ( PLA +)**
$12.00



**SUPER SAFETY SET (4140 – NO TRIGGER)**
$65.00



**SS CAM ( 4140 STEEL)**
$40.00

**CONTACT**

support@polymerpew.com

PolyPew on Facebook

**LINKS**

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.






# GO/NO-GO TRIGGER GAUGE

$10.00

Trigger cutting gauge to determine if enough has been cut for Super Safety usage.

1 BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

You can use this guage after cutting to help you determine if you need to cut more or not.

One end is for quick measuring and the other end is for exact measurement where the trigger is dropped into the hole.

## DELIVERY INFO

## REVIEWS (0)

# RELATED PRODUCTS



3 PACK TRIGGER CUTTING GUIDE

$15.00



GOLD SUPER SAFETY SET (4140 – NO TRIGGER)

$80.00



3 PACK SS LEVERS (4140)

$45.00




10 PACK CENTERING BLOCKS

$12.00



STANDARD AR15 ANTI-WALK PINS SET(23MM)

$15.00



SS LEVER (4140)

$20.00

CONTACT

support@polymerpew.com

PolyPew on Facebook

LINKS

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.



Home / Shop / AR15 / Gold Super Safety Kit (4140 – Flat)

# GOLD SUPER SAFETY KIT (4140 – FLAT)

$112.00

Gold edition 4140 steel super safety kit to give you a much faster reset.

1 BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

Kit comes with :

1) gold push button cam
2) modified flat trigger
3) black lever
4) detent
5) centering block

## DELIVERY INFO

## REVIEWS (0)

# RELATED PRODUCTS

Captured by FireShot Pro: 18 May 2026, 05:02:51 PM
https://getfireshot.com



SUPER SAFETY KIT (D2 – CURVE)
$110.00



SUPER SAFETY KIT (4140 – CURVE)
$90.00



STANDARD AR15 ANTI-WALK PINS SET(23MM)
$15.00



3 PACK TRIGGER CUTTING GUIDE
$15.00



CURVED TRIGGER
$25.00



GO/NO-GO TRIGGER GAUGE
$10.00

CONTACT

support@polymerpew.com

PolyPew on Facebook

LINKS

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.





# GOLD SUPER SAFETY KIT (4140 – CURVE)

$105.00

Gold super safety kit with curve trigger

1 BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

Kit comes with :

1) gold push button cam
2) curve trigger
3) black lever
4) detent
5) centering block

## DELIVERY INFO

## REVIEWS (0)

# RELATED PRODUCTS



**SUPER SAFETY KIT (D2 – CURVE)**
$110.00



**AR15 TRIGGER DISPLAY MODEL**
$35.00



**H2 BUFFER**
$45.00



**GOLD SUPER SAFETY KIT (4140 – FLAT)**
$112.00



**SS LEVER (4140)**
$20.00



**FLAT TRIGGER**
$32.00

**CONTACT**

support@polymerpew.com

PolyPew on Facebook

**LINKS**

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.







Home / Shop / AR15 / Gold Super Safety set (4140 – No trigger)

# GOLD SUPER SAFETY SET (4140 – NO TRIGGER)

$80.00

Super Safety set with gold cam , no trigger

1

BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

Kit comes with :

1) gold push button cam
2) black lever
3) detent
4) centering block

## DELIVERY INFO

## REVIEWS (0)

# RELATED PRODUCTS








10 PACK CENTERING BLOCKS
$12.00

10 PACK PRINTED LEVERS ( PLA +)
$12.00

3 PACK SS LEVERS (4140)
$45.00



BOLT CONVERSION KIT
$15.00



FLAT TRIGGER
$32.00



STANDARD AR15 ANTI-WALK PINS SET(23MM)
$15.00

CONTACT

support@polymerpew.com

PolyPew on Facebook

LINKS

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.



Home / Shop / AR15 / H1 Buffer

# H1 BUFFER

$35.00

H1 buffer with tungsten weights

10 IN STOCK

1

BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

H1 buffer with tungsten weights

## DELIVERY INFO

## REVIEWS (0)

# RELATED PRODUCTS




**10 PACK CENTERING BLOCKS**
$12.00



**H2 BUFFER**
$45.00



**AS DESIGNS ARC-FIRE V1**
Add to Cart to see Price




**SUPER SAFETY SET ( ROUND SLOT)**
~~$50.00~~ $40.00




**SUPER SAFETY KIT (4140 – CURVE)**
$90.00



**SUPER SAFETY KIT (D2 – FLAT)**
$117.00

**CONTACT**

support@polymerpew.com

**PolyPew on Facebook**

**LINKS**

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.

Captured by FireShot Pro: 18 May 2026, 05:41:29 PM
https://getfireshot.com



Home / Shop / AR15 / H2 buffer

# H2 BUFFER

$45.00

H2 buffer with tungsten weights

4 IN STOCK

1

BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

H2 buffer with tungsten weights

## DELIVERY INFO

## REVIEWS (0)

## RELATED PRODUCTS









**SUPER SAFETY KIT (D2 – CURVE)**
$110.00

**10 PACK CENTERING BLOCKS**
$12.00

**3 PACK TRIGGER CUTTING GUIDE**
$15.00



**SUPER SAFETY KIT (D2 – FLAT)**
$117.00



**SS CAM ( 4140 STEEL)**
$40.00



**GO/NO-GO TRIGGER GAUGE**
$10.00

**CONTACT**

support@polymerpew.com

**PolyPew on Facebook**

**LINKS**

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.



Home / Shop / AR15 / H3 Buffer

# H3 BUFFER

$65.00

H3 buffer with tungsten weights

90 IN STOCK

1 BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

H3 buffer with tungsten weights.
These are the ones that are used for super safety applications.

## DELIVERY INFO

## REVIEWS (0)

## RELATED PRODUCTS







**BOLT CONVERSION KIT**
$15.00

**H2 BUFFER**
$45.00

**10 PACK ROUNDED DETENTS**
$10.00




**SUPER SAFETY SET ( ROUND SLOT)**
~~$50.00~~ $40.00



**GOLD SUPER SAFETY SET (4140 – NO TRIGGER)**
$80.00



**SS CAM ( 4140 STEEL)**
$40.00

**CONTACT**

support@polymerpew.com

**PolyPew on Facebook**

**LINKS**

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.









Home / Shop / AR15 / SS cam ( 4140 steel)

# SS CAM ( 4140 STEEL)

$40.00

replacement cam in 4140 steel

1 BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

replacement cam in 4140 steel

## DELIVERY INFO

## REVIEWS (0)

# RELATED PRODUCTS



SUPER SAFETY SET (4140 – NO TRIGGER)

$65.00



SUPER SAFETY KIT (D2 – FLAT)

$117.00



FLAT TRIGGER

$32.00



SUPER SAFETY KIT (4140 – CURVE)

$90.00



GO/NO-GO TRIGGER GAUGE

$10.00



3 PACK SS LEVERS (4140)

$45.00

CONTACT

support@polymerpew.com

PolyPew on Facebook

LINKS

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.



Home / Shop / AR15 / SS lever (4140)

# SS LEVER (4140)

$20.00

replacement levers in 4140 steel

1 BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

replacement lever in 4140 steel

## DELIVERY INFO

## REVIEWS (0)

# RELATED PRODUCTS







**3 PACK SS LEVERS (4140)**
$45.00

**10 PACK ROUNDED DETENTS**
$10.00

**H1 BUFFER**
$35.00



**BOLT CONVERSION KIT**
$15.00



**GOLD SUPER SAFETY KIT (4140 – CURVE)**
$105.00



**SUPER SAFETY SET (D2 – NO TRIGGER)**
$90.00

**CONTACT**

support@polymerpew.com

**PolyPew on Facebook**

**LINKS**

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.






# SUPER SAFETY KIT (D2 – CURVE)

$110.00

Kit comes with :

1) push button cam
2) modified milspec curve trigger
3) lever
4) detent
5) centering block

1 BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

Kit comes with :

1) push button cam
2) modified milspec curve trigger
3) lever
4) detent
5) centering block

## DELIVERY INFO

## REVIEWS (0)

## RELATED PRODUCTS



GOLD SUPER SAFETY KIT (4140 – FLAT)

$112.00



STANDARD AR15 ANTI-WALK PINS SET(23MM)

$15.00



GOLD SUPER SAFETY KIT (4140 – CURVE)

$105.00



CURVED TRIGGER

$25.00



V3 LIGHT WEIGHT TRIP ( D2 W/DLC)

$75.00



AR15 TRIGGER DISPLAY MODEL

$35.00

CONTACT

support@polymerpew.com

PolyPew on Facebook

LINKS

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.




Home / Shop / AR15 / Super Safety Kit (4140 – Curve)

# SUPER SAFETY KIT (4140 – CURVE)

$90.00

Kit comes with :

1) push button cam
2) modified milspec curve trigger
3) lever
4) detent
5) centering block

## BULK PRICING DEAL!!

| MIN | MAX | PRICE | SAVE |
|---|---|---|---|
| 5 | 9 | $81.00 | $9.00 |
| 10 | 19 | $72.00 | $18.00 |
| 20 | 49 | $63.00 | $27.00 |
| 50 | 99 | $54.00 | $36.00 |
| 100 | 499 | $45.00 | $45.00 |

1 BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

Kit comes with :

1) push button cam
2) modified milspec curve trigger
3) lever
4) detent
5) centering block

## DELIVERY INFO

## REVIEWS (0)

## RELATED PRODUCTS



STANDARD AR15 ANTI-WALK PINS SET(23MM)

$15.00



AS DESIGNS ARC-FIRE V1

Add to Cart to see Price



AR15 TRIGGER DISPLAY MODEL

$35.00



H1 BUFFER

$35.00



SUPER SAFETY KIT (D2 – FLAT)

$117.00



BOLT CONVERSION KIT

$15.00

CONTACT

support@polymerpew.com

PolyPew on Facebook

LINKS

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.





# SUPER SAFETY KIT (4140 – FLAT)

**$102.00**

Kit comes with :

1) push button cam
2) modified flat trigger
3) lever
4) detent
5) centering block




1

BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

4140 steel super safety kit includes everything to update your current trigger and safety selector allowing for a much faster reset.

## DELIVERY INFO

## REVIEWS (0)

# RELATED PRODUCTS



GO/NO-GO TRIGGER GAUGE

$10.00



SS CAM ( 4140 STEEL)

$40.00



FLAT TRIGGER

$32.00



SUPER SAFETY KIT (D2 – FLAT)

$117.00



H1 BUFFER

$35.00



CURVED TRIGGER

$25.00

CONTACT

support@polymerpew.com

**PolyPew on Facebook**

LINKS

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.



Home / Shop / AR15 / Super Safety Kit (D2 – Flat)

# SUPER SAFETY KIT (D2 – FLAT)

$117.00

Kit comes with :

1) push button cam
2) modified flat trigger
3) lever
4) detent
5) centering block




1 BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

D2 steel super safety kit includes everything to update your current trigger and safety selector allowing for a much faster reset.

## DELIVERY INFO

## REVIEWS (0)

# RELATED PRODUCTS



**SUPER SAFETY KIT (D2 – CURVE)**

$110.00



**H3 BUFFER**

$65.00



**AS DESIGNS ARC-FIRE V1**

Add to Cart to see Price



**CURVED TRIGGER**

$25.00



**SS LEVER (4140)**

$20.00



**H2 BUFFER**

$45.00

**CONTACT**

support@polymerpew.com

**PolyPew on Facebook**

**LINKS**

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.



Home / Shop / AR15 / Super Safety Set ( round slot)

-20%

# SUPER SAFETY SET ( ROUND SLOT)

~~$50.00~~ $40.00

This newer design uses a round channel to make manufacturing easier.
4140 steel and black nitride coating

1 BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

Super safety set with no trigger

1) push button cam with the round slot cut – not compatible with other levers on the market.
2) lever – with round profile to match round slot on cam
3) detent
4) centering block
5) detent spring

You can also add a precut trigger to your order:
Curved Trigger – Polymer Pew
Flat Trigger – Polymer Pew

## DELIVERY INFO

## REVIEWS (0)

## YOU MAY ALSO LIKE...



CURVED TRIGGER

$25.00



FLAT TRIGGER

$32.00

## RELATED PRODUCTS




2 PACK HAMMER INSTALL TOOL

$15.00



GOLD SUPER SAFETY KIT (4140 – FLAT)

$112.00



3 PACK TRIGGER CUTTING GUIDE

$15.00



SUPER SAFETY KIT (D2 – CURVE)

$110.00



STANDARD AR15 ANTI-WALK PINS SET(23MM)

$15.00



SS CAM ( 4140 STEEL)

$40.00

**CONTACT**

support@polymerpew.com

**PolyPew on Facebook**

**LINKS**

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.



Home / Shop / AR15 / Super Safety set (4140 – No trigger)

# SUPER SAFETY SET (4140 – NO TRIGGER)

$65.00

Kit comes with :

1) push button cam
2) lever
3) detent
4) centering block

## BULK PRICING DEAL!!

| MIN | MAX | PRICE | SAVE |
|---|---|---|---|
| 5 | 9 | $58.50 | $6.50 |
| 10 | 19 | $52.00 | $13.00 |
| 20 | 49 | $45.50 | $19.50 |
| 50 | 99 | $39.00 | $26.00 |
| 100 | 499 | $32.50 | $32.50 |

1 BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

Kit comes with :

1) push button cam
2) lever
3) detent
4) centering block

## DELIVERY INFO

## REVIEWS (0)

# RELATED PRODUCTS



SS CAM ( 4140 STEEL)

$40.00




10 PACK CENTERING BLOCKS

$12.00



SUPER SAFETY KIT (D2 – CURVE)

$110.00



3 PACK TRIGGER CUTTING GUIDE

$15.00



SUPER SAFETY KIT (4140 – CURVE)

$90.00



GOLD SUPER SAFETY KIT (4140 – FLAT)

$112.00

CONTACT

support@polymerpew.com

PolyPew on Facebook

LINKS

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.





# SUPER SAFETY SET (D2 – NO TRIGGER)

$90.00

Super Safety Set in D2 steel

1 BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

Kit comes with :

1) push button cam
2) lever
3) detent
4) centering block

## DELIVERY INFO

## REVIEWS (0)

## RELATED PRODUCTS

Captured by FireShot Pro: 18 May 2026, 05:07:16 PM
https://getfireshot.com



GOLD SUPER SAFETY SET (4140 – NO TRIGGER)

$80.00



SUPER SAFETY SET (4140 – NO TRIGGER)

$65.00



H1 BUFFER

$35.00



H3 BUFFER

$65.00



3 PACK SS LEVERS (4140)

$45.00



GO/NO-GO TRIGGER GAUGE

$10.00

CONTACT

support@polymerpew.com

PolyPew on Facebook

LINKS

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.



Home / Shop / AR15 / Super Safety Set ( round slot)

-46%

# SUPER SAFETY SET ( ROUND SLOT)

~~$65.00~~ $35.00

This newer design uses a round channel to make manufacturing easier.
4140 steel and black nitride coating

1 BUY NOW

GUARANTEED SAFE CHECKOUT

## DESCRIPTION

Super safety set with no trigger

1) push button cam with the round slot cut – not compatible with other levers on the market.
2) lever – with round profile to match round slot on cam
3) detent
4) centering block
5) detent spring

You can also add a precut trigger to your order:
Curved Trigger – Polymer Pew
Flat Trigger – Polymer Pew

## DELIVERY INFO

## REVIEWS (0)

# YOU MAY ALSO LIKE...



FLAT TRIGGER

$32.00



CURVED TRIGGER

$25.00

## RELATED PRODUCTS



AK47 SS CAM ONLY (NO TRIP)

$65.00



GOLD SUPER SAFETY SET (4140 – NO TRIGGER)

$80.00



SUPER SAFETY KIT (D2 – FLAT)

$117.00



10 PACK PRINTED LEVERS ( PLA +)

$12.00



H3 BUFFER

$65.00



3 PACK TRIGGER CUTTING GUIDE

$15.00

**CONTACT**

support@polymerpew.com

**PolyPew on Facebook**

**LINKS**

Terms and Conditions

Privacy Policy

Shipping Policy

Refund Policy

Polymer Pew © 2024. All rights reserved.