# EXHIBIT Q

Search Facebook






## Poly Pew

1.8K friends

Add friend · Message

All · About · Friends · Photos · Reels · More

**Photos** See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More

**Posts** Filters

Pinned post

**Poly Pew**
April 22

This is the follow up on teh lowers from PSA that has almost zero clearance behind the safety selector. To see the gap correctly, you need to put the selector in the FRT mode.
What we had to do was 1) shaved the shorter leg so it's at a V shape and shorten teh leg to about 24mm. 2) My buddy's AR had a BCA side charging bolt. We had to shave the a tad more to full clear. Typically most PSA lowers requires the activator to be 25mm but this lower with the smaller gap need... **See more**



19 · 2

**Matthew Dro**
So did u have to do anything to the lever too?
4w Like Reply

**Poly Pew**
**Matthew Dro** look at the pic .. normally you don't have to do much but with the BCA upper , the bolt was dragging a little so I... **See more**
4w Like Reply 1

Write a comment...

Other posts

Poly Pew
5d

Get them while they hot!! ship next day.




11 2 4

View more comments

Josh Bustle
Is there any warranty on your products?
3d Like Reply

Write a comment...

Poly Pew
5d

ARC V2 are on sale 5/21 to 5/25.

ARC V1 are on clearance until sold out.

FREE SHIPPING on all ARCs.... See more




26 6 4

View more comments

Gerald Shattah
Those are some great prices right there!
5d Like Reply 2

Write a comment...

Poly Pew
May 18 at 10:28 AM

Always trying to make new things ..lol. Semi / FRT selectable .. yeah.. since others are doing it .. so am I. Got the printed version functioning .. time to do some live testing and getting them machined out of 4140.



123 46 4

View more comments

Munoz Elias
Is it for the glizzy or mp shield
1w Like Reply

Noah Brooks replied · 4 Replies

Write a comment...

Poly Pew
May 17 at 6:34 PM ·




22 14 2

View more comments

Jestin Scott
Do they work on micro Dra co
1w Like Reply

Jestin Scott replied · 6 Replies

Write a comment...

Poly Pew
May 16 at 10:57 AM · YouTube ·