# EXHIBIT R

**State of Illinois**
**Domestic/Foreign Corporation Annual Report**

**Year** 2025
**Corporation File No** 61301399
FILED September 18, 2025
**Alexi Giannoulias, Secretary of State**

1. **Corporate Name** OPTICSPLANET, INC.
   **Registered Agent** SERGE BIBERMAN
   **Registered Office** 2 NORTHFIELD PLZ STE 201
   **City, IL, Zip Code, County** NORTHFIELD, IL 60093-1217 COOK

2. **Principal address of Corporation** 3150 COMMERCIAL AVE
   ARLINGTON HEIGHTS, IL 60004

3a. **State or Country of Incorporation** ILLINOIS
3b. **Date Incorporated/Qualified** 10-12-2000

4. **The names and addresses of ALL officers & directors MUST be listed here!**

| **Officers** | |
|---|---|
| Title<br>Name & Address | PRESIDENT<br>PAVEL SHVARTSMAN 3150 COMMERCI<br>AL AVE, NORTHBROOK, IL 60062 |
| Title<br>Name & Address | SECRETARY<br>MARK LEVITIN 3150 COMMERCIAL A<br>VE NORTHBROOK 60062 |
| Title<br>Name & Address | DIRECTOR<br>PAVEL SHVARTSMAN<br>3150 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 |

5. **If 51% or more of the stock is owned by a minority or female, please check the appropriate box**

☐ Minority ☐ Female ☐ Both

6. **Number of shares authorized and issued as of** 7-31-2025

| Class | Series | Par Value | Number Authorized | Number Issued |
|---|---|---|---|---|
| COMMON | | 0.000000 | 1000 | 100.000 |
| | | | | |

7. **The amount of paid-in-capital as of** 7-31-2025 **is $** 1000

8. **All property owned by the corporation is located in Illinois and all business transacted by the corporation is in Illinois.**

9. **Under the penalty of perjury and as an authorized officer, I declare that this annual report, pursuant to provisions of the Business Corporation Act, has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.**

**By** MARK LEVITIN
**Authorized Officer**

CEO September 18, 2025
**Title & Date**

**Fee Summary**
Franchise Tax: $0.00
Filing Fee: $75.00
Penalty: $0.00
Interest: $0.00

Total Fee: $75.00

**State of Illinois**
**Domestic/Foreign Corporation Annual Report**

| **Year** | **Corporation File No** |
|---|---|
| 2025 | 61301399 |

FILED September 18, 2025

**Alexi Giannoulias, Secretary of State**

**1. Corporate Name** OPTICSPLANET, INC.

**Registered Agent** SERGE BIBERMAN

**Registered Office** 2 NORTHFIELD PLZ STE 201

**City, IL, Zip Code, County** NORTHFIELD, IL 60093-1217 COOK

| **Officers** | |
|---|---|
| Title<br>Name & Address | DIRECTOR<br>MARK LEVITIN<br>3150 COMMERCIAL AVENUE<br>NORTHBROOK, IL 60062 |
| Title<br>Name & Address | |
| Title<br>Name & Address | |
| Title<br>Name & Address | |
| Title<br>Name & Address | |
| Title<br>Name & Address | |
| Title<br>Name & Address | |
| Title<br>Name & Address | |
| Title<br>Name & Address | |
| Title<br>Name & Address | |