# EXHIBIT S

+1-800-504-5897 Help Center Check Order Status About Us Policies Reviews How To Sign In or Register

OPTICS PLANET.COM

2,894 Brands & 642 Categories

Free Shipping & Free Returns*

All | Search by product, brand, category, deal or all of the above | SEARCH | 0 SHOPPING CART

1,948 DEALS | OPTICS | RANGE GEAR | HUNTING | FISHING | OUTDOOR & SURVIVAL | MILITARY & TACTICAL | TACTICAL APPAREL | TACTICAL FOOTWEAR | SPORTS & HOBBIES | MORE...




FREE SHIPPING & RETURNS*
Learn more

MASSIVE WAREHOUSE
Learn more

WHY BUY FROM US?
Learn more

Featured Brands Updated View All Brands (3,500+)

| | | | | |
|---|---|---|---|---|
| Trijicon | Leupold | Vortex | ATN | Sig Sauer |
| Trybe Defense | Holosun | Burris | Midwest Industries | Aero Precision |
| OPMOD | Streamlight | Swampfox | EOTech | Armasight |
| Aimpoint | Surefire | Strike Industries | Geissele | NightForce |

CHECK OUT OUR FULL SITE
More Than You Can Imagine

Check Out More Deals View All Deals (500+)

## Seasonal Promotions
Collections of Great Deals For Your Passions

## Mail-In Rebates
Extra Savings from Top Brands

## Clearance
Last Chance for Rock Bottom Pricing on Great Gear

## All Deals
See Even More Deals, Coupons, Gifts & Savings

When you are looking for optics, there's no better place than where you are now - OpticsPlanet.com. Our collection of glass includes options for use day or night and comes from all the top brands - Vortex, Leupold, Trijicon, Sig Sauer, ATN, Armasight and more. We also carry many other brands with incredible products like Holosun, Pulsar, FliR, EOTech, Aimpoint, Nightforce, Bushnell, and many more.

Get 12% Off - Subscribe to Our Email List

Sign up and get exclusive access to promotions, sales events, pre-order sales & more!

your@email.com SUBSCRIBE Or modify

**Customer Service**
- Help Center
- My Account
- Check Order Status
- View My OP Bucks Balance
- Returns & Exchanges
- Shipping Policy
- Request for Quote (RFQ)
- Contact Us

**Why Buy From Us**
- Unmatched Shopping Experience
- Free Shipping
- Earn OpticsPlanet Bucks
- Top Rated Mobile App
- Military & Medical Professional Discount
- Win Awesome Gear
- Customer Testimonials

**Information**
- About OpticsPlanet
- Shop Accessories
- Partnership Inquiry
- News & Press
- Jobs & Careers
- Our Online Stores
- Dvor.com - Daily Deals Site
- New Supplier Inquiry

**Contact Information**

Toll-Free: +1-800-504-5897
Intl.: +1-847-513-6201
Email: sales@opticsplanet.com

**Hours of Operation**

9AM-5:00PM CDT Mon-Fri

**Our Guarantees**

100% GUARANTEED SECURITY

Mobile Site iOS App Android App Accessibility Show Web ID

© Copyright 1999–2026 OpticsPlanet, Inc. Terms of Use Our Policies Pricing Policy Product Recalls

Notice at Collection Privacy Notice 18+

Protected by Google reCAPTCHA Google Privacy Policy Google Terms of Service

**Get Our App**
Scan to download the OpticsPlanet App