# EXHIBIT T

+1-800-504-5897 Help Center Check Order Status About Us Policies Reviews How To Sign In or Register

4,150 Brands & 930 Categories Free Shipping & Free Returns*

OPTICS PLANET.COM All Search by product, brand, category, deal or all of the above SEARCH SHOPPING CART

6,562 DEALS OPTICS GUN PARTS AMMO SHOOTING GUNSMITHING & RELOADING KNIVES & TOOLS MILITARY & TACTICAL POLICE, FIRE, EMS HUNTING OUTDOOR GEAR CAMPING APPAREL FOOTWEAR

13% OFF Rifle Scopes + 2% Bucks, Coupon: SCPN

Offer ends 5/22/26 at 11:59 PM CT. Additional exclusions and restrictions apply.*

AS Designs › Gun Parts › AS Designs Gun Parts › AS Designs Arc-Fire V1 Kit

# New! AS Designs Arc-Fire V1 Kit ARC-KIT-AMBI Color: Black, w/ Free Shipping

Not Yet Rated Review & Rate 3 Questions & 2 Answers Add to compare



AS Designs Arc-Fire V1 Kit

PayPal Buy now, pay later. Learn more

**New Product** See more new AS Designs Gun Parts items

We've just added this new product to OpticsPlanet. Be the first to get it!

Color: Black
Code: 6R6-FRX-ASD04-ARC-KIT-AMBI
MPN: ARC-KIT-AMBI
UPC: 810206570005
Free Shipping

$249.99
Receive $5.00 OP Bucks
In stock.
ADD TO CART

Free Shipping* & Free Returns* ADD TO WISHLIST

Expert Advice | Request for Quote | Price Match

**ATTENTION! We currently do not ship this product to CA, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NV, NY, RI, OR, WA, Washington DC, and Boulder/Broomfield Counties in CO. Please see our policies for more information.**

## Questions & Answers

**Will this work with Geisselle SSA-E X trigger without modifying (filing/machining) anything?**
no. Geissele truggers need to be cut AND also require the use of a lever blocker device. Cornfire Arsenal does cuts on Geissele triggers and sells jigs for doing it at home. the lever blocker is sold on AS designs main website currently, but you can also print a 3D printed version if you are ok with plastic
by Ray, Verified Owner, April 12, 2026

**will this work with any mil-spec trigger?**
no not without modification. it comes with a trigger already but if you want a different trigger you will need to cut the trigger. like a super saftey trigger.
by Jon Moss, Verified Owner, April 6, 2026

View All Q&A You Have a Question? Ask!

## Related Reviews

- All AS Designs Gun Parts Reviews
- All Gun Parts Reviews
- All AS Designs Reviews
- All Customer Product Reviews

## Similar Products

1–5 / 20

| Product | Price |
|---|---|
| Free 2 Day Shipping — AS Designs Arc-Fire V2 Ambi Kit, 0-90-180 | $249.99 |
| Free 2 Day Shipping — AS Designs Arc-Fire V2 Ambi Kit, 0-45-180 | $249.99 |
| Free 2 Day Shipping — AS Designs Arc-Fire V2 Non-Ambi Kit | $199.99 |
| Free 2 Day Shipping — AS Designs Arc-Fire V2 Ambi Kit, 0-45-90 | $249.99 |
| Free 2 Day Shipping — AS Designs M2 Super Safety Kit (4) | $99.99 |

## Product Info for AS Designs Arc-Fire V1 Kit

The **AS Designs Arc-Fire V1 Kit** was made to function as the ideal item for any person trying to find an exceptional selection.

These Rifle Parts through the expert product professionals at AS Designs are designed working with long lasting and efficient resources, as a way to provide you with product that will be useful for quite some time. Manufactured utilizing some of the most useful accessible substances and design, these particular Rifle Parts from the product experts at AS Designs will last an unbelievably long time.

AS Designs has been making superior quality merchandise for a very long time, and the **AS Designs Arc-Fire V1 Kit** is their way of demonstrating exactly how much they are concerned.

Right here at **OpticsPlanet**, we ensure that it is our obligation to receive the best solution for your preferences, and presenting the **AS Designs Arc-Fire V1 Kit** is one thing that we are happy to offer.

## Specifications for AS Designs Arc-Fire V1 Kit:

| | |
|---|---|
| **Manufacturer:** | AS Designs |
| **Color:** | Black |

## Package Contents:

- **AS Designs Arc-Fire V1 Kit**

## Products You Might Like

1–10 / 10

| Product | Price |
|---|---|
| Free 2 Day Shipping — Mars Trigger Beryl AK47 FRT Trigger | $189.95 |
| $25 Bonus Bucks — 2 models — Partisan Triggers Disruptor AR-15 FRT 3 Position Drop In Forced Reset Rifle... (244) | List: $299.99 (Save $24.99) $275.00 |
| Free 2 Day Shipping — Mars Trigger PDW Collabsible Brace | $349.99 |
| 4 models — Battle Arms Development AR-15/M16 Carbine Buffer Assembly (1) | As Low As (Save Up to 45%) $15.99 |
| Free 2 Day Shipping — 2 models — Mars Trigger AK FR Trigger (3) | As Low As $169.99 |

## Related Products to AS Designs Arc-Fire V1 Kit

1–5 / 24

- Free 2 Day Shipping — AS Designs JAKL 15 Trip Kit
- CMC Triggers AR15 Full-Auto Compatible 2 Stage Curved Match Trigger
- SSK Firearms Contender Sear
- Mars Trigger Knuckle Duster AR Grip
- Mars Trigger Recoil Buffer

| | | | | |
|---|---|---|---|---|
| | List: ~~$300.00~~ (Save 10%) | List: ~~$21.99~~ | ★★☆☆☆ (3) | |
| $124.99 | $270.00 | $21.49 | $24.99 | $14.99 |
| Compare | Compare | Compare | Compare | Compare |

Products You've Viewed [View all Recently Viewed Products](#) 1–5 / 10



AS Designs Arc-Fire V1 Kit



AS Designs Arc-Fire V2 Non-Ambi Kit



AS Designs M2 Super Safety Cam



AS Designs M2 Super Safety Lever



6 models

Mars Trigger MP5 Lower w/ AR Super Safety Trigger

## AS Designs Arc-Fire V1 Kit Orderable Models

### List of Orderable Models

- AS Designs Arc-Fire V1 Kit, Black, ARC-KIT-AMBI , MPN: ARC-KIT-AMBI , UPC: 810206570005 , Code: 6R6-FRX-ASD04-ARC-KIT-AMBI

AS Designs • Gun Parts > AS Designs Gun Parts > AS Designs Arc-Fire V1 Kit

AS Designs • Gun Parts > AS Designs Gun Parts • Rifle Parts > AS Designs Rifle Parts > AS Designs Arc-Fire V1 Kit

Get 12% Off - Subscribe to Our Email List

Sign up and get exclusive access to promotions, sales events, pre-order sales & more!

your@email.com SUBSCRIBE Or modify

**Customer Service**
- Help Center
- My Account
- Check Order Status
- View My OP Bucks Balance
- Returns & Exchanges
- Shipping Policy
- Request for Quote (RFQ)
- Contact Us

**Why Buy From Us**
- Unmatched Shopping Experience
- Free Shipping
- Earn OpticsPlanet Bucks
- Top Rated Mobile App
- Military & Medical Professional Discount
- Win Awesome Gear
- Customer Testimonials

**Information**
- About OpticsPlanet
- Search by Firearm
- Partnership Inquiry
- News & Press
- Jobs & Careers
- Our Online Stores
- Dvor.com - Daily Deals Site
- New Supplier Inquiry

**Contact Information**
Toll-Free: +1-800-504-5897
Intl.: +1-847-513-6201
Email: sales@opticsplanet.com

**Hours of Operation**
9AM-5:00PM CT Mon-Fri

**Our Guarantees**
100% GUARANTEED SECURITY

Mobile Site | iOS App | Android App | Accessibility | Show Web ID

© Copyright 1999–2026 OpticsPlanet, Inc. Terms of Use Our Policies Pricing Policy Product Recalls Notice at Collection

Privacy Notice 18+

Protected by Google reCAPTCHA Google Privacy Policy Google Terms of Service

Get Our App
Scan to download the OpticsPlanet App

+1-800-504-5897 Help Center Check Order Status About Us Policies Reviews How To Sign In or Register

OPTICS PLANET.COM 4,150 Brands & 930 Categories Free Shipping & Free Returns*

All Search by product, brand, category, deal or all of the above SEARCH SHOPPING CART

6,562 DEALS OPTICS GUN PARTS AMMO SHOOTING GUNSMITHING & RELOADING KNIVES & TOOLS MILITARY & TACTICAL POLICE, FIRE, EMS HUNTING OUTDOOR GEAR CAMPING APPAREL FOOTWEAR

13% OFF Rifle Scopes + 2% Bucks, Coupon: SCPN

Offer ends 5/22/26 at 11:59 PM CT. Additional exclusions and restrictions apply.*

AS Designs > Gun Parts > AS Designs Gun Parts > AS Designs Arc-Fire V2 Ambi Kit, 0-45-90

# New! AS Designs Arc-Fire V2 Ambi Kit, 0-45-90 ARCFIRE-AMBI-V2-0-45-90 Color: Black, — Free 2 Day Shipping w/ code 2DAYAIR

Not Yet Rated Review & Rate 1 Question & 0 Answers Add to compare



AS Designs Arc-Fire V2 Ambi Kit, 0-45-90

PayPal Buy now, pay later. Learn more

Free Two Day Shipping New

**Free Express Shipping!** See promotion details.

Free Two Day Shipping For models with this label.

Select Two-Day Shipping and use coupon code 2DAYAIR during checkout to get a free shipping upgrade if eligible!

Color: Black

Code: 6R6-FRX-JMSQW3-ARCFIRE-AMBI-V2-0-45-90
MPN: ARCFIRE-AMBI-V2-0-45-90
UPC: 810206570142

Free Two Day Shipping

$249.99

Receive $5.00 OP Bucks

In stock.

ADD TO CART

Free Shipping* & Free Returns* ADD TO WISHLIST

Expert Advice | Request for Quote | Price Match

**ATTENTION! We currently do not ship this product to CA, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NY, RI, OR, WA, Washington DC, and Boulder/Broomfield Counties in CO. Please see our policies for more information.**

## Questions & Answers

Will this work with the M&P15 lower receiver?

Can you answer this question?

View All Q&A You Have a Question? Ask!

## Related Reviews

- All AS Designs Gun Parts Reviews
- All Gun Parts Reviews
- All AS Designs Reviews
- All Customer Product Reviews

## Similar Products

1–5 / 20



| Free 2 Day Shipping | Free 2 Day Shipping | Newly Added | Free 2 Day Shipping | Free 2 Day Shipping |
|---|---|---|---|---|
| AS Designs Arc-Fire V2 Ambi Kit, 0-45-180 | AS Designs Arc-Fire V2 Ambi Kit, 0-90-180 | AS Designs Arc-Fire V1 Kit | AS Designs Arc-Fire V2 Non-Ambi Kit | AS Designs M2 Super Safety Kit (4) |
| $249.99 | $249.99 | $249.99 | $199.99 | $99.99 |
| Compare | Compare | Compare | Compare | Compare |

## Product Info for AS Designs Arc-Fire V2 Ambi Kit, 0-45-90

If you're shopping for an amazing price for the **AS Designs Arc-Fire V2 Ambi Kit, 0-45-90**, then you have found yourself in the right location..

These Rifle Parts from the professional product professionals at AS Designs are fashioned by using long lasting and reliable components, in order to provide you with a product which will be beneficial for countless years. Manufactured utilizing some of the very best attainable materials and engineering, these Rifle Parts through the product specialists at AS Designs can last an incredibly lengthy time.

AS Designs has been developing high quality products for a very long time, and the **AS Designs Arc-Fire V2 Ambi Kit, 0-45-90** is their particular way of demonstrating how much they are concerned.

Here at **OpticsPlanet**, we ensure that it is our obligation to get the best solution for your requirements, and exhibiting the **AS Designs Arc-Fire V2 Ambi Kit, 0-45-90** is something that we are delighted to offer.

## Specifications for AS Designs Arc-Fire V2 Ambi Kit, 0-45-90:

| | |
|---|---|
| **Manufacturer:** | AS Designs |
| **Color:** | Black |

## Package Contents:

- **AS Designs Arc-Fire V2 Ambi Kit, 0-45-90**

## Products You Might Like

1–10 / 10



| Blazin' Deal | $25 Bonus Bucks | Free 2 Day Shipping | Free 2 Day Shipping | Best Rated |
|---|---|---|---|---|
| 5 models | 2 models | | | |
| Atrius Development Forced Reset Selector | Partisan Triggers Disruptor AR-15 FRT 3 Position Drop In Forced Reset Rifle... | Mars Trigger PDW Collabsible Brace | Mars Trigger Beryl AK47 FRT Trigger | ODIN Works Clamp Adjustable Low Prof Block |
| (93) | (244) | | | (15) |
| As Low As (Save Up to $19.99) | List: $300.00 (Save $24.99) | | | List: $99.00 (Save 15%) |
| $199.00 | $275.00 | $349.99 | $189.95 | $84.05 |

Related Products to AS Designs Arc-Fire V2 Ambi Kit, 0-45-90 1–5 / 24

Free 2 Day Shipping



AS Designs JAKL 15 Trip Kit

$124.99

Compare



CMC Triggers AR15 Full-Auto Compatible 2 Stage Curved Match Trigger

List: ~~$300.00~~ (Save 10%)
$270.00

Compare



SSK Firearms Contender Sear

List: ~~$24.99~~
$21.49

Compare



Mars Trigger Knuckle Duster AR Grip

(3)

$24.99

Compare



2 models

Luth-AR Disconnector AR15

(2)

As Low As (Save Up to 31%)
$4.79

Compare

Products You've Viewed [View all Recently Viewed Products] 1–5 / 12



AS Designs Arc-Fire V2 Ambi Kit, 0-45-90



AS Designs Arc-Fire V2 Ambi Kit, 0-90-180



AS Designs Arc-Fire V1 Kit



AS Designs Arc-Fire V2 Non-Ambi Kit



AS Designs M2 Super Safety Cam

## AS Designs Arc-Fire V2 Ambi Kit, 0-45-90 Orderable Models

### List of Orderable Models

- AS Designs Arc-Fire V2 Ambi Kit, 0-45-90, Black, ARCFIRE-AMBI-V2-0-45-90 , MPN: ARCFIRE-AMBI-V2-0-45-90 , UPC: 810206570142 , Code: 6R6-FRX-JMSQW3-ARCFIRE-AMBI-V2-0-45-90

AS Designs • Gun Parts > AS Designs Gun Parts > AS Designs Arc-Fire V2 Ambi Kit, 0-45-90

AS Designs • Gun Parts > AS Designs Gun Parts • Rifle Parts > AS Designs Rifle Parts > AS Designs Arc-Fire V2 Ambi Kit, 0-45-90

Get 12% Off - Subscribe to Our Email List

Sign up and get exclusive access to promotions, sales events, pre-order sales & more!

your@email.com SUBSCRIBE Or modify

**Customer Service**
Help Center
My Account
Check Order Status
View My OP Bucks Balance
Returns & Exchanges
Shipping Policy
Request for Quote (RFQ)
Contact Us

**Why Buy From Us**
Unmatched Shopping Experience
Free Shipping
Earn OpticsPlanet Bucks
Top Rated Mobile App
Military & Medical Professional Discount
Win Awesome Gear
Customer Testimonials

**Information**
About OpticsPlanet
Search by Firearm
Partnership Inquiry
News & Press
Jobs & Careers
Our Online Stores
Dvor.com - Daily Deals Site
New Supplier Inquiry

**Contact Information**
Toll-Free: +1-800-504-5897
Intl.: +1-847-513-6201
Email: sales@opticsplanet.com

**Hours of Operation**
9AM-5:00PM CT Mon-Fri

**Our Guarantees**
100% GUARANTEED SECURITY

Mobile Site iOS App Android App Accessibility Show Web ID

© Copyright 1999–2026 OpticsPlanet, Inc. Terms of Use Our Policies Pricing Policy Product Recalls Notice at Collection

Privacy Notice 18+

Protected by Google reCAPTCHA Google Privacy Policy Google Terms of Service

Get Our App
Scan to download the OpticsPlanet App

13% OFF Rifle Scopes + 2% Bucks, Coupon: SCPN

Offer ends 5/22/26 at 11:59 PM CT. Additional exclusions and restrictions apply.*



# New! AS Designs Arc-Fire V2 Ambi Kit, 0-45-180 ARCFIRE-AMBI-V2-0-45-180 Color: Black, — Free 2 Day Shipping w/ code 2DAYAIR

Not Yet Rated Review & Rate 1 Question & 0 Answers Add to compare



AS Designs Arc-Fire V2 Ambi Kit, 0-45-180

PayPal Buy now, pay later. Learn more

## Questions & Answers

Does this come with a trigger or just the safety?

Can you answer this question?

View All Q&A You Have a Question? Ask!

## Related Reviews

- All AS Designs Gun Parts Reviews
- All Gun Parts Reviews
- All AS Designs Reviews
- All Customer Product Reviews

Free Two Day Shipping New

**Free Express Shipping!** See promotion details.

Free Two Day Shipping For models with this label.

Select Two-Day Shipping and use coupon code 2DAYAIR during checkout to get a free shipping upgrade if eligible!

Color: Black

Code: 6R6-FRX-CD3EJCN-ARCFIRE-AMBI-V2-0-45-180
MPN: ARCFIRE-AMBI-V2-0-45-180
UPC: 810206570111

Free Two Day Shipping

$249.99

Receive $5.00 OP Bucks

In stock.

ADD TO CART

Free Shipping* & Free Returns* ADD TO WISHLIST

Expert Advice Request for Quote Price Match

**ATTENTION! We currently do not ship this product to CA, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NV, NY, RI, OR, WA, Washington DC, and Boulder/Broomfield Counties in CO. Please see our policies for more information.**

## Similar Products

1–5 / 20

Free 2 Day Shipping



AS Designs Arc-Fire V2 Ambi Kit, 0-45-90

$249.99

Compare

Newly Added



AS Designs Arc-Fire V1 Kit

$249.99

Compare

Free 2 Day Shipping



AS Designs Arc-Fire V2 Ambi Kit, 0-90-180

$249.99

Compare

Free 2 Day Shipping



AS Designs Arc-Fire V2 Non-Ambi Kit

$199.99

Compare

Free 2 Day Shipping



AS Designs M2 Super Safety Kit

(4)

$99.99

Compare

## Product Info for AS Designs Arc-Fire V2 Ambi Kit, 0-45-180

The **AS Designs Arc-Fire V2 Ambi Kit, 0-45-180** was made in order to function as the ideally suited item for any person looking for a high quality selection..

These Rifle Parts from the professional product specialists at AS Designs are fashioned working with dependable and efficient resources, as a way to supply you with a product that will be effective for countless years. Made utilizing some of the most useful attainable substances and design, these Rifle Parts through the product professionals at AS Designs will last you an exceptionally long time.

AS Designs has been developing high-quality merchandise for a number of years, and the **AS Designs Arc-Fire V2 Ambi Kit, 0-45-180** is their means of demonstrating exactly how much they are concerned.

Here at **OpticsPlanet**, we make it our obligation to purchase the best solution for your needs, and exhibiting the **AS Designs Arc-Fire V2 Ambi Kit, 0-45-180** is something that we're pleased to offer.

## Specifications for AS Designs Arc-Fire V2 Ambi Kit, 0-45-180:

| | |
|---|---|
| **Manufacturer:** | AS Designs |
| **Color:** | Black |

## Package Contents:

- **AS Designs Arc-Fire V2 Ambi Kit, 0-45-180**

## Products You Might Like

1–10 / 10

Blazin' Deal



5 models

Atrius Development Forced Reset Selector

(93)

As Low As (Save Up to $19.99)

$199.00

Best Rated



ODIN Works Clamp-On Adjustable Low Profile Gas Block

(15)

List: ~~$99.00~~ (Save 15%)

$84.05

$25 Bonus Bucks



2 models

Partisan Triggers Disruptor AR-15 FRT 3 Position Drop In Forced Reset Rifle...

(244)

List: ~~$299.00~~ (Save $24.99)

$275.00

Free 2 Day Shipping



Mars Trigger Beryl AK47 FRT Trigger

$189.95

Free 2 Day Shipping



Mars Trigger PC9 F... Trigger

(5)

$289.99

Related Products to AS Designs Arc-Fire V2 Ambi Kit, 0-45-180 1–5 / 24

Free 2 Day Shipping



AS Designs JAKL 15 Trip Kit

$124.99

Compare



CMC Triggers AR15 Full-Auto Compatible 2 Stage Curved Match Trigger

List: ~~$300.00~~ (Save 10%)
$270.00

Compare



SSK Firearms Contender Sear

List: ~~$24.99~~
$21.49

Compare



Mars Trigger Knuckle Duster AR Grip

(3)

$24.99

Compare

Free 2 Day Shipping



Mars Trigger PDW Collabsible Brace

$349.99

Compare

Products You've Viewed View all Recently Viewed Products 1–5 / 13



AS Designs Arc-Fire V2 Ambi Kit, 0-45-180



AS Designs Arc-Fire V2 Ambi Kit, 0-45-90



AS Designs Arc-Fire V2 Ambi Kit, 0-90-180



AS Designs Arc-Fire V1 Kit



AS Designs Arc-Fire V2 Non-Ambi Kit

## AS Designs Arc-Fire V2 Ambi Kit, 0-45-180 Orderable Models

**List of Orderable Models**

- AS Designs Arc-Fire V2 Ambi Kit, 0-45-180, Black, ARCFIRE-AMBI-V2-0-45-180 , MPN: ARCFIRE-AMBI-V2-0-45-180 , UPC: 810206570111 , Code: 6R6-FRX-CD3EJCN-ARCFIRE-AMBI-V2-0-45-180

AS Designs > Gun Parts > AS Designs Gun Parts > AS Designs Arc-Fire V2 Ambi Kit, 0-45-180

AS Designs > Gun Parts > AS Designs Gun Parts > Rifle Parts > AS Designs Rifle Parts > AS Designs Arc-Fire V2 Ambi Kit, 0-45-180

Get 12% Off - Subscribe to Our Email List

Sign up and get exclusive access to promotions, sales events, pre-order sales & more!

your@email.com SUBSCRIBE Or modify

**Customer Service**
Help Center
My Account
Check Order Status
View My OP Bucks Balance
Returns & Exchanges
Shipping Policy
Request for Quote (RFQ)
Contact Us

**Why Buy From Us**
Unmatched Shopping Experience
Free Shipping
Earn OpticsPlanet Bucks
Top Rated Mobile App
Military & Medical Professional Discount
Win Awesome Gear
Customer Testimonials

**Information**
About OpticsPlanet
Search by Firearm
Partnership Inquiry
News & Press
Jobs & Careers
Our Online Stores
Dvor.com - Daily Deals Site
New Supplier Inquiry

**Contact Information**
Toll-Free: +1-800-504-5897
Intl.: +1-847-513-6201
Email: sales@opticsplanet.com

**Hours of Operation**
9AM-5:00PM CT Mon-Fri

**Our Guarantees**
100% GUARANTEED SECURITY

Mobile Site iOS App Android App Accessibility Show Web ID

© Copyright 1999–2026 OpticsPlanet, Inc. Terms of Use Our Policies Pricing Policy Product Recalls Notice at Collection

Privacy Notice 18+

Protected by Google reCAPTCHA Google Privacy Policy Google Terms of Service

Get Our App
Scan to download the OpticsPlanet App

+1-800-504-5897 Help Center Check Order Status About Us Policies Reviews How To Sign In or Register

4,150 Brands & 930 Categories Free Shipping & Free Returns*

All Search by product, brand, category, deal or all of the above SEARCH SHOPPING CART

6,562 DEALS OPTICS GUN PARTS AMMO SHOOTING GUNSMITHING & RELOADING KNIVES & TOOLS MILITARY & TACTICAL POLICE, FIRE, EMS HUNTING OUTDOOR GEAR CAMPING APPAREL FOOTWEAR

13% OFF Rifle Scopes + 2% Bucks, Coupon: SCPN

Offer ends 5/22/26 at 11:59 PM CT. Additional exclusions and restrictions apply.*

AS Designs > Gun Parts > AS Designs Gun Parts > AS Designs Arc-Fire V2 Ambi Kit, 0-90-180

# New! AS Designs Arc-Fire V2 Ambi Kit, 0-90-180 ARCFIRE-AMBI-V2-0-90-180 Color: Black, — Free 2 Day Shipping w/ code 2DAYAIR

Not Yet Rated Review & Rate 1 Question & 0 Answers Add to compare



AS Designs Arc-Fire V2 Ambi Kit, 0-90-180

**Government Export Restriction**

This item may be regulated for export by the U.S. Department of State or the U.S. Department of Commerce. Please see our Export Policy prior to placing your order.

PayPal Buy now, pay later. Learn more

Free Two Day Shipping New

**Free Express Shipping!** See promotion details.

Free Two Day Shipping For models with this label.

Select Two-Day Shipping and use coupon code 2DAYAIR during checkout to get a free shipping upgrade if eligible!

Color: Black

Code: 6R6-FRX-CNDJ98-ARCFIRE-AMBI-V2-0-90-180
MPN: ARCFIRE-AMBI-V2-0-90-180
UPC: 810206570128

Free Two Day Shipping

$249.99

Receive $5.00 OP Bucks

In stock.

ADD TO CART

Free Shipping* & Free Returns* ADD TO WISHLIST

Expert Advice Request for Quote Price Match

**ATTENTION! We currently do not ship this product to CA, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NV, NY, RI, OR, WA, Washington DC, and Boulder/Broomfield Counties in CO. Please see our policies for more information.**

## Questions & Answers

What's the difference between v1 and v2?

Can you answer this question?

View All Q&A You Have a Question? Ask!

## Related Reviews

- All AS Designs Gun Parts Reviews
- All Gun Parts Reviews
- All AS Designs Reviews
- All Customer Product Reviews

## Similar Products

1–5 / 20

| | | | | |
|---|---|---|---|---|
| Newly Added | Free 2 Day Shipping | Free 2 Day Shipping | Free 2 Day Shipping | Free 2 Day Shipping |
| AS Designs Arc-Fire V1 Kit | AS Designs Arc-Fire V2 Ambi Kit, 0-45-90 | AS Designs Arc-Fire V2 Ambi Kit, 0-45-180 | AS Designs Arc-Fire V2 Non-Ambi Kit | AS Designs M2 Super Safety Kit (4) |
| $249.99 | $249.99 | $249.99 | $199.99 | $99.99 |
| Compare | Compare | Compare | Compare | Compare |

## Product Info for AS Designs Arc-Fire V2 Ambi Kit, 0-90-180

If you're shopping for an amazing offer for the **AS Designs Arc-Fire V2 Ambi Kit, 0-90-180**, then you've come to the right spot..

Developed by using some of the most sturdy and long lasting substances around, these Rifle Parts through AS Designs provides you with a product that gives you a great deal of consistency.

AS Designs has been generating top quality merchandise for a number of years, and the **AS Designs Arc-Fire V2 Ambi Kit, 0-90-180** is their way of demonstrating how much they are concerned.

Right here at **OpticsPlanet**, we make it our responsibility to receive the most suitable solution for all your needs, and exhibiting the **AS Designs Arc-Fire V2 Ambi Kit, 0-90-180** is one thing that we're happy to offer.

## Specifications for AS Designs Arc-Fire V2 Ambi Kit, 0-90-180:

| | |
|---|---|
| **Manufacturer:** | AS Designs |
| **Color:** | Black |

## Package Contents:

- **AS Designs Arc-Fire V2 Ambi Kit, 0-90-180**

## Products You Might Like

1–10 / 10

| | | | | |
|---|---|---|---|---|
| $25 Bonus Bucks | Best Rated | Free 2 Day Shipping | Free 2 Day Shipping | |
| 2 models | | | | 4 models |
| Partisan Triggers Disruptor AR-15 FRT 3 Position Drop In Forced Reset Rifle... | ODIN Works Clamp-On Adjustable Low Profile Gas Block | Mars Trigger Beryl AK47 FRT Trigger | Mars Trigger PDW Collabsible Brace | Battle Arms Develop AR-15/M16 Carbine Assembly |
| (244) List: $299.00 (Save $24.99) | (15) List: $99.00 (Save 15%) | | | (1) As Low As (Save Up to 45 |
| $275.00 | $84.05 | $189.95 | $349.99 | $15.99 |

Related Products to AS Designs Arc-Fire V2 Ambi Kit, 0-90-180

1–5 / 24

Free 2 Day Shipping



AS Designs JAKL 15 Trip Kit

$124.99

Compare



CMC Triggers AR15 Full-Auto Compatible 2 Stage Curved Match Trigger

List: $300.00 (Save 10%)
$270.00

Compare



SSK Firearms Contender Sear

List: $21.99
$21.49

Compare



Mars Trigger Recoil Buffer

$14.99

Compare



2 models

Luth-AR Disconnector AR15

★★★★★ (2)

As Low As (Save Up to 31%)
$4.79

Compare

Products You've Viewed [View all Recently Viewed Products](#)

1–5 / 11



AS Designs Arc-Fire V2 Ambi Kit, 0-90-180



AS Designs Arc-Fire V1 Kit



AS Designs Arc-Fire V2 Non-Ambi Kit



AS Designs M2 Super Safety Cam



AS Designs M2 Super Safety Lever

## AS Designs Arc-Fire V2 Ambi Kit, 0-90-180 Orderable Models

### List of Orderable Models

- AS Designs Arc-Fire V2 Ambi Kit, 0-90-180, Black, ARCFIRE-AMBI-V2-0-90-180 , MPN: ARCFIRE-AMBI-V2-0-90-180 , UPC: 810206570128 , Code: 6R6-FRX-CNDJ98-ARCFIRE-AMBI-V2-0-90-180

AS Designs › Gun Parts › AS Designs Gun Parts › AS Designs Arc-Fire V2 Ambi Kit, 0-90-180

AS Designs › Gun Parts › AS Designs Gun Parts › Rifle Parts › AS Designs Rifle Parts › AS Designs Arc-Fire V2 Ambi Kit, 0-90-180

Get 12% Off - Subscribe to Our Email List

Sign up and get exclusive access to promotions, sales events, pre-order sales & more!

your@email.com SUBSCRIBE Or modify

**Customer Service**
Help Center
My Account
Check Order Status
View My OP Bucks Balance
Returns & Exchanges
Shipping Policy
Request for Quote (RFQ)
Contact Us

**Why Buy From Us**
Unmatched Shopping Experience
Free Shipping
Earn OpticsPlanet Bucks
Top Rated Mobile App
Military & Medical Professional Discount
Win Awesome Gear
Customer Testimonials

**Information**
About OpticsPlanet
Search by Firearm
Partnership Inquiry
News & Press
Jobs & Careers
Our Online Stores
Dvor.com - Daily Deals Site
New Supplier Inquiry

**Contact Information**
Toll-Free: +1-800-504-5897
Intl.: +1-847-513-6201
Email: sales@opticsplanet.com

**Hours of Operation**
9AM-5:00PM CT Mon-Fri

**Our Guarantees**

Mobile Site iOS App Android App Accessibility Show Web ID

© Copyright 1999–2026 OpticsPlanet, Inc. Terms of Use Our Policies Pricing Policy Product Recalls Notice at Collection

Privacy Notice

Protected by Google reCAPTCHA Google Privacy Policy Google Terms of Service

Get Our App
Scan to download the OpticsPlanet App

+1-800-504-5897 Help Center Check Order Status About Us Policies Reviews How To Sign In or Register

OPTICS PLANET.COM 4,150 Brands & 930 Categories Free Shipping & Free Returns*

All Search by product, brand, category, deal or all of the above SEARCH SHOPPING CART

6,562 DEALS OPTICS GUN PARTS AMMO SHOOTING GUNSMITHING & RELOADING KNIVES & TOOLS MILITARY & TACTICAL POLICE, FIRE, EMS HUNTING OUTDOOR GEAR CAMPING APPAREL FOOTWEAR

13% OFF Rifle Scopes + 2% Bucks, Coupon: SCPN

Offer ends 5/22/26 at 11:59 PM CT. Additional exclusions and restrictions apply.*

AS Designs > Gun Parts > AS Designs Gun Parts > AS Designs Arc-Fire V2 Non-Ambi Kit

# New! AS Designs Arc-Fire V2 Non-Ambi Kit ARCFIRE-NA-V2-0-90-180 Color: Black, — Free 2 Day Shipping w/ code 2DAYAIR

Not Yet Rated Review & Rate 1 Question & 0 Answers Add to compare



AS Designs Arc-Fire V2 Non-Ambi Kit, Black, ARCFIRE

PayPal Buy now, pay later. Learn more

Free Two Day Shipping New

**Free Express Shipping!** See promotion details.

Free Two Day Shipping For models with this label.

Select Two-Day Shipping and use coupon code 2DAYAIR during checkout to get a free shipping upgrade if eligible!

Color: Black
Code: 6R6-FRX-KMCDPD0-ARCFIRE-NA-V2-0-90-180
MPN: ARCFIRE-NA-V2-0-90-180
UPC: 810206570135
Free Two Day Shipping

$199.99
Receive $4.00 OP Bucks
In stock.
ADD TO CART

Free Shipping* & Free Returns* ADD TO WISHLIST

Expert Advice Request for Quote Price Match

**ATTENTION! We currently do not ship this product to CA, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NV, NY, RI, OR, WA, Washington DC, and Boulder/Broomfield Counties in CO. Please see our policies for more information.**

## Questions & Answers

Does this come with SS cut trigger?

Can you answer this question?

View All Q&A You Have a Question? Ask!

## Related Reviews

- All AS Designs Gun Parts Reviews
- All Gun Parts Reviews
- All AS Designs Reviews
- All Customer Product Reviews

## Similar Products

1–5 / 20



| Newly Added | Free 2 Day Shipping | Free 2 Day Shipping | Free 2 Day Shipping | Free 2 Day Shipping |
|---|---|---|---|---|
| AS Designs Arc-Fire V1 Kit | AS Designs M2 Super Safety Kit | AS Designs Arc-Fire V2 Ambi Kit, 0-90-180 | AS Designs Arc-Fire V2 Ambi Kit, 0-45-90 | AS Designs Arc-Fire V2 Ambi Kit, 0-45-180 |
| | (4) | | | |
| $249.99 | $99.99 | $249.99 | $249.99 | $249.99 |
| Compare | Compare | Compare | Compare | Compare |

## Product Info for AS Designs Arc-Fire V2 Non-Ambi Kit

Introducing the AS Designs ARC-Fire V2- Active Reset Clutch Technology for Maximum Firepower

At AS Designs, they're proud to unveil the ARC-Fire, the latest innovation from AS Designs - a cutting-edge ambidextrous selector trigger system featuring their patent-pending Active Reset Clutch (ARC) technology. Designed to dramatically increase your firearm's rate of fire without compromising control or compliance, the ARC-Fire forces the trigger to reset immediately after each shot, enabling rapid, precise follow-up shots - with one round per action of the trigger, every time.

Built for Speed. Designed for Control.

Multi-Platform Compatibility: Engineered to support over 10 of the most widely used firearm platforms, with more on the horizon. (AR15, JAKL, MP5, MCX, MPX, SCAR, BRN-180, G3, AP53, UMP, STRIBOG, DISSENT)

Three-Position Control: Selector positions include Safe, Semi, and ARC, putting enhanced speed and performance at your fingertips.

Reliable. Tactile. Responsive.

The ARC-Fire is built for shooters who demand performance and dependability. The patent-pending design maximizes durability and reliability under sustained use. The selector switch is engineered for positive tactile feedback and effortless transitions - even under stress.

Go Faster. Stay in Control.

Whether you're running drills, competing, or simply pushing your platform to its limits, the ARC-Fire delivers an unmatched blend of speed, precision, and durability - giving you the edge every time you pull the trigger.

AS Designs ARC-Fire - Reset Redefined.

## Specifications for AS Designs Arc-Fire V2 Non-Ambi Kit:

| | |
|---|---|
| **Manufacturer:** | AS Designs |
| **Color:** | Black |

## Features of AS Designs Arc-Fire V2 Non-Ambi Kit

- Cam, Lever, and Detent Bar feature DLC coating
- Selector Levers feature Black Oxide coating

## Package Contents:

- **AS Designs Arc-Fire V2 Non-Ambi Kit**
- M2 Tool Steel ARC V2 Cam
- M2 Tool Steel ARC V2 Lever
- M2 Tool Steel ARC V2 Detent Bar
- 4140 Steel ARC V2 Primary Selector
- Pre-Cut Trigger
- KNS Safety Detent

## Products You Might Like

1–10 / 10

Free 2 Day Shipping



Mars Trigger Beryl AK47 FRT Trigger

$189.95

$25 Bonus Bucks



2 models

Partisan Triggers Disruptor AR-15 FRT 3 Position Drop In Forced Reset Rifle...

(244)

List: ~~$299.99~~ (Save $24.99)

$275.00

Free 2 Day Shipping



Mars Trigger PDW Collabsible Brace

$349.99



CMMG, Inc Auto Sear Trip And Anti -Bounce Weight Kit, .22 ARC

(16)

List: ~~$81.99~~ (Save 22%)

$63.79

Free 2 Day Shipping



2 models

Mars Trigger AK FR Trigger

(3)

As Low As

$169.99

## Related Products to AS Designs Arc-Fire V2 Non-Ambi Kit

1–5 / 24

Free 2 Day Shipping



AS Designs JAKL 15 Trip Kit

$124.99

Compare



CMC Triggers AR15 Full-Auto Compatible 2 Stage Curved Match Trigger

List: ~~$300.00~~ (Save 10%)

$270.00

Compare



SSK Firearms Contender Sear

List: ~~$21.99~~

$21.49

Compare



2 models

Luth-AR Disconnector AR15

(2)

As Low As (Save Up to 31%)

$4.79

Compare



OpticsPlanet Exclusive Battle Arms Development Mid Length Lightweight...

(4)

List: ~~$209.95~~ (Save 10%)

$188.95

Compare

## Products You've Viewed

View all Recently Viewed Products

1–5 / 9



AS Designs Arc-Fire V2 Non-Ambi Kit



AS Designs M2 Super Safety Cam



AS Designs M2 Super Safety Lever



6 models

Mars Trigger MP5 Lower w/ AR Super Safety Trigger



AS Designs M2 Super Safety Kit

## AS Designs Arc-Fire V2 Non-Ambi Kit Orderable Models

### List of Orderable Models

- AS Designs Arc-Fire V2 Non-Ambi Kit, Black, ARCFIRE-NA-V2-0-90-180 , MPN: ARCFIRE-NA-V2-0-90-180 , UPC: 810206570135 , Code: 6R6-FRX-KMCDPD0-ARCFIRE-NA-V2-0-90-180

AS Designs • Gun Parts > AS Designs Gun Parts > AS Designs Arc-Fire V2 Non-Ambi Kit

AS Designs • Gun Parts > AS Designs Gun Parts • Rifle Parts > AS Designs Rifle Parts > AS Designs Arc-Fire V2 Non-Ambi Kit

Get 12% Off - Subscribe to Our Email List

Sign up and get exclusive access to promotions, sales events, pre-order sales & more!

your@email.com SUBSCRIBE Or modify

**Customer Service**
Help Center
My Account
Check Order Status
View My OP Bucks Balance
Returns & Exchanges
Shipping Policy
Request for Quote (RFQ)
Contact Us

**Why Buy From Us**
Unmatched Shopping Experience
Free Shipping
Earn OpticsPlanet Bucks
Top Rated Mobile App
Military & Medical Professional Discount
Win Awesome Gear
Customer Testimonials

**Information**
About OpticsPlanet
Search by Firearm
Partnership Inquiry
News & Press
Jobs & Careers
Our Online Stores
Dvor.com - Daily Deals Site
New Supplier Inquiry

**Contact Information**
Toll-Free: +1-800-504-5897
Intl.: +1-847-513-6201
Email: sales@opticsplanet.com

**Hours of Operation**
9AM-5:00PM CT Mon-Fri

**Our Guarantees**

Mobile Site | iOS App | Android App | Accessibility | Show Web ID

© Copyright 1999–2026 OpticsPlanet, Inc. Terms of Use | Our Policies | Pricing Policy | Product Recalls | Notice at Collection

Privacy Notice

Protected by Google reCAPTCHA | Google Privacy Policy | Google Terms of Service

Get Our App
Scan to download the OpticsPlanet App

+1-800-504-5897 Help Center Check Order Status About Us Policies Reviews How To Sign In or Register

4,150 Brands & 930 Categories Free Shipping & Free Returns*

All | Search by product, brand, category, deal or all of the above | SEARCH | SHOPPING CART

6,562 DEALS | OPTICS | GUN PARTS | AMMO | SHOOTING | GUNSMITHING & RELOADING | KNIVES & TOOLS | MILITARY & TACTICAL | POLICE, FIRE, EMS | HUNTING | OUTDOOR GEAR | CAMPING | APPAREL | FOOTWEAR

13% OFF Rifle Scopes + 2% Bucks, Coupon: SCPN

Offer ends 5/22/26 at 11:59 PM CT. Additional exclusions and restrictions apply.*

Atrius Development > Gun Parts > Atrius Development Gun Parts > Atrius Development Forced Reset Selector

# Atrius Development Forced Reset Selector Up to $19.99 Off and Blazin' Deal — Free 2 Day Shipping w/ code 2DAYAIR — 5 models

4.5 rating with 93 reviews | Best Rated Product in Gun Parts | Review & Rate | 36 Questions & 14 Answers | Add to compare



Atrius Development Forced Reset Selector

**Government Export Restriction**
This item may be regulated for export by the U.S. Department of State or the U.S. Department of Commerce. Please see our Export Policy prior to placing your order.

PayPal Buy now, pay later. Learn more

Blazin' Deal | Free Two Day Shipping

**We've got an AWESOME deal for you!** See more Blazin' Deal items

Blazin' Deal For models with this label.
Prices have been cut drastically on select models of this product as part of a special offer. These prices are so low that there's no double-dipping with coupons or any additional discounts - sorry about that. This offer won't last long, so don't miss out!

Show In Stock Only 5 Models Available

Show with deals only: Blazin' Deal Free 2 Day Shipping

Color: All | Additional Features: All | Search: part # or keyword

Color: Black Additional Features: Single Side
Code: 6P5-FRX-ARTD1-ADG-FRS-S
MPN: ADG-FRS-S
UPC: 850079014008
Free Two Day Shipping | Final Sale
List: $208.13 Save $9.13 **$199.00**
Receive $3.98 OP Bucks
In stock.
ADD TO CART

Color: Black Additional Features: Single Side (Mil-Spec Safety Selector Profile)
Code: 6P5-FRX-ARTD1-ADG-FRS-S-MS
MPN: ADG-FRS-S-MS
UPC: 850079014084
Free Two Day Shipping
**$199.00**
Receive $3.98 OP Bucks
In stock.
ADD TO CART

Color: Black Additional Features: Ambidextrous
Code: 6P5-FRX-ARTD1-ADG-FRS-AMBI
MPN: ADG-FRS-AMBI
UPC: 850079014015
List: $268.99 Save $19.99 **$249.00**
Receive $4.98 OP Bucks
In stock.

**Buy Together and Save**

List: $398.12 Save 23% **$307.09**
ADD BOTH TO CART
Receive $3.98 OP Bucks
Some discounts may not apply to bundled purchases

Atrius Development Forced Reset Selector, Black, ADG-FRS-S
OpticsPlanet Exclusive RISE Armament RA-434 High Performance Trigger, Single Stage System, 3.4lb Pull Weight, Silver, RA-434-SLVR-601-010-BLK

Free Shipping* | ADD TO WISHLIST

Expert Advice | Request for Quote | Price Match

**ATTENTION! We currently do not ship this product to CA, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NV, NY, RI, OR, WA, Washington DC, and Boulder/Broomfield Counties in CO. Please see our policies for more information.**

## You May Also Like

Blazin' Deal
OpticsPlanet Exclusive RISE Armament RA-434 High Performance Trigger, Single Stage System, 3.4lb Pull Weight, Silver, RA-434-SLVR-601-010-BLK
(159)
List: $189.99
$120.10
Save Up to 37%

## Questions & Answers

**Will this work with an AR-15 style 9mm rifle?**
I used cmmg bcg and barrel and there mags in a standard ar15 upper and lower and it runs great, really impressive. also super 42 H2 buffer
by tnginz, Verified Owner, March 29, 2026
See 2 More Answers

**Is this 50 state legal?**
Negative, those states that limit everything else limited this.
by Paul Hall, Verified Owner, March 4, 2026

View All Q&A | You Have a Question? Ask!

## Customer Reviews

Helpful Positive Review
**Still unused**
by Bill, Verified Owner, March 17, 2026
Haven't installed it yet. Have one on another gun and it works great.
1/1 found this helpful

Helpful Positive Review
**Good time fun**
by Chrispy, Verified Owner, April 20, 2026
This is my second, this time 12" suppressed barrel, Spikes trigger and A5 buffer system with VLTOR A5H3, flawless fun
1/1 found this helpful

Helpful Positive Review
**Atrius FRT**
by Stallion, Verified Owner, April 25, 2026
Worked flawlessly on a mil spect trigger.absolutely a blast to use it out in the desert waking up the homeless bums.
2/2 found this helpful

Helpful Positive Review
**gun go brrrrrrrrr**
by koko, Verified Owner, April 18, 2026
Works fine, using a A5 buffer system and A2 buffer on a 12.5 sbr.
2/3 found this helpful

Helpful Positive Review
**Brrrrrrrrrr**

## Similar Products

1–5 / 20

| Free 2 Day Shipping | Newly Added | Free 2 Day Shipping | Newly Added | Newly Added |
|---|---|---|---|---|
| Mars Trigger Position AR FRT Super Safety | Atrius Development G-Lever Ambidextrous Forced Reset Safety - Geissele... | AS Designs M2 Super Safety Kit | AS Designs M2 Super Safety Lever | AS Designs Arc-Fire V1 Kit |
| (4) | (6) List: $269.99 | (4) | | |
| $139.99 | $269.00 | $99.99 | $34.99 | $249.99 |
| Compare | Compare | Compare | Compare | Compare |

## Product Info for Atrius Development Forced Reset Selector

The Atrius Forced Reset Selector, also known as the Atrius Super Selektor, upgrades your AR-15 safety selector to provide three firing modes: Safety, Semi (standard single shot), and Full-Semi. This third firing mode allows these Rifle Parts to interact with your trigger group, quickly resetting your trigger to allow for faster engagement and follow-up shots. The Atrius Development Super Selector is an excellent alternative to the Forced Reset FRT trigger as it greatly reduces wear on your rifle. Drop-in installation allows you to swiftly swap your safety in minutes with an extremely durable FRS that performs in the harshest conditions.

The Atrius Super Selector is compatible with Mil-Spec AR-15s chambered in .223, 5.56, or .300 BLK and doesn't require any other modifications. With incredibly smooth engagement and aggressive ergonomics, manipulating your AR-15 safety has never been easier. Upgrade your AR today to greatly increase your trigger pulls and deliver faster shots on target.

## Specifications for Atrius Development Forced Reset Selector:

| | |
|---|---|
| **Manufacturer:** | Atrius Development |
| **Gun Make:** | AR Platform |
| **Gun Model:** | AR-15 |
| **Fabric/Material:** | Steel |
| **Condition:** | New |

by Brandi Vann, Verified Owner, April 30, 2026
★★★★☆
Works with RA140 trigger good thing is that it's there if you need it
3/3 found this helpful

Helpful Positive Review
**No issues at all!**
by Adam, Verified Owner, April 4, 2026
★★★★☆
Install was easy, function test went well. Range day went well…nothing broke like others have stated I think that was just user error. Would give 5 stars but to be honest I liked the feel of my drop in FRT better vs the FRS when on the force reset mo…
Read More…
4/6 found this helpful

Read All 93 Reviews

## Related Reviews

- Atrius Development Forced Reset Selector
- All Atrius Development Gun Parts Reviews
- All Gun Parts Reviews
- All Atrius Development Reviews
- All Customer Product Reviews

## Features of Atrius Development Forced Reset Selector

- Drop-In Installation Swap out your factory safety in minutes and experience the next level of firearm manipulation (some fitment may be required).
- Runs with Mil-Spec Fire Control Groups Seamlessly integrates with standard AR fire control groups, ensuring flawless function and longevity without modification.
- Hardcore Durability Crafted from heat-treated, 4140 steel and coated in a corrosion-resistant finish, the Atrius FRS laughs in the face of wear and tear. Rain, mud, sweatit eats it all for breakfast.
- Mechanically Leveraged Design Our Forced Reset Selector (FRS) reduces wear on your rifle, preserving your weapons longevity unlike forced-reset triggers (FRTs) that accelerate internal component degradation.
- Ultra-Smooth Engagement Crisp, tactile clicks with no mushy nonsense. Designed for 90-degree throw engagement.
- Positive Positioning Without Slippage Engineered for rock-solid engagement, eliminating the risk of unintentional movement mid-fire, keeping you in full control at all times.
- Aggressive Ergonomics Textured, chamfered, and purpose-built for speed. Your thumb finds the selector instantly, even under stress, with no fumbling, no hesitationjust pure control.

## Package Contents:

- **Atrius Development Forced Reset Selector**

## What firearm models does the manufacturer say Atrius Development Forced Reset Selector is compatible with?

The manufacturer says that Atrius Development Forced Reset Selector is compatible with AR-15

## Products You Might Like

1–10 / 10

Free 2 Day Shipping

Mars Trigger Position AR FRT Super Safety
★★★★☆ (4)
$139.99

$25 Bonus Bucks

2 models
Partisan Triggers Disruptor AR-15 FRT 3 Position Drop In Forced Reset Rifle…
★★★★½ (244)
List: ~~$200.00~~ (Save $24.99)
$275.00

Free 2 Day Shipping

Mars Trigger Beryl AK47 FRT Trigger
$189.95


OpticsPlanet Exclusive Battle Arms Development Mid Length Lightweight…
★★★★☆ (4)
List: ~~$200.06~~ (Save 10%)
$188.95

Blazin' Deal

5 models
OpticsPlanet Exclus RISE Armament RA High Performance T
★★★★½ (159)
As Low As (Save Up to 41
$111.41

## Related Products to Atrius Development Forced Reset Selector

1–5 / 24

$25 Bonus Bucks

2 models
Partisan Triggers Disruptor AR-15 FRT 3 Position Drop In Forced Reset Rifle…
★★★★½ (244)
List: ~~$299.99~~ (Save $24.99)
$275.00
☐ Compare


Tiger Rock AR-15 Trigger
$14.99
☐ Compare


2 models
Luth-AR Disconnector AR15
★★★★★ (2)
As Low As (Save Up to 31%)
$4.79
☐ Compare

Best Rated

DFCO Kung Fu Grip Plug
★★★★★ (20)
List: ~~$12.00~~ (Save 10%)
$10.80
☐ Compare

Free 2 Day Shipping

2 models
Mars Trigger AK FRT Kit Trigger
★★☆☆☆ (3)
As Low As
$169.99
☐ Compare

## Products You've Viewed

View all Recently Viewed Products

1–2 / 2


5 models
Atrius Development Forced Reset Selector


Atrius Development G-Lever Ambidextrous Forced Reset Safety - Geissele…

## Atrius Development Forced Reset Selector Orderable Models

### List of Orderable Models

- Atrius Development Forced Reset Selector, Black, ADG-FRS-S , MPN: ADG-FRS-S , UPC: 850079014008 , Code: 6P5-FRX-ARTD1-ADG-FRS-S
- Atrius Development Forced Reset Selector, Black, ADG-FRS-S-MS , MPN: ADG-FRS-S-MS , UPC: 850079014084 , Code: 6P5-FRX-ARTD1-ADG-FRS-S-MS
- Atrius Development Ambidextrious Forced Reset Selector, Black, ADG-FRS-AMBI , MPN: ADG-FRS-AMBI , UPC: 850079014015 , Code: 6P5-FRX-ARTD1-ADG-FRS-AMBI
- OPMOD Atrius Ambidextrious Forced Reset Selector, Flat Dark Earth, ADG-FRS-AMBI-FDE , MPN: ADG-FRS-AMBI-FDE-KIT2023 , Code: 6P5-FRX-ARTD1-ADG-FRS-AMBI-FDE-KIT2023
- OPMOD Atrius Ambidextrious Forced Reset Selector, Olive Drab Green, ADG-FRS-AMBI-OD , MPN: ADG-FRS-AMBI-OD-KIT2023 , Code: 6P5-FRX-ARTD1-ADG-FRS-AMBI-OD-KIT2023

## Atrius Development Forced Reset Selector Unavailable & Discontinued Models

### List of Unorderable Models

- USED, Atrius Development Forced Reset Selector, Black, ADG-FRS-S , MPN: ADG-FRS-S-EDEMO , Code: 6P5-FRX-ARTD1-ADG-FRS-S-EDEMO-RE-B

Atrius Development + Gun Parts > Atrius Development Gun Parts > Atrius Development Forced Reset Selector

Atrius Development + Gun Parts > Atrius Development Gun Parts + Rifle Parts > Atrius Development Rifle Parts > Atrius Development Forced Reset Selector

Get 12% Off - Subscribe to Our Email List
Sign up and get exclusive access to promotions, sales events, pre-order sales & more!
your@email.com SUBSCRIBE Or modify

**Customer Service**
Help Center
My Account
Check Order Status

**Why Buy From Us**
Unmatched Shopping Experience
Free Shipping
Earn OpticsPlanet Bucks

**Information**
About OpticsPlanet
Search by Firearm
Partnership Inquiry

**Contact Information**
Toll-Free: +1-800-504-5897
Intl.: +1-847-513-6201
Email: sales@opticsplanet.com

**Our Guarantees**
100% GUARANTEED SECURITY

View My OP Bucks Balance
Returns & Exchanges
Shipping Policy
Request for Quote (RFQ)
Contact Us

Top Rated Mobile App
Military & Medical Professional Discount
Win Awesome Gear
Customer Testimonials

News & Press
Jobs & Careers
Our Online Stores
Dvor.com - Daily Deals Site
New Supplier Inquiry

**Hours of Operation**
9AM-5:00PM CT Mon-Fri

Mobile Site iOS App Android App Accessibility Show Web ID

© Copyright 1999–2026 OpticsPlanet, Inc. Terms of Use Our Policies Pricing Policy Product Recalls Notice at Collection
Privacy Notice 18+

Protected by Google reCAPTCHA Google Privacy Policy Google Terms of Service

Get Our App
Scan to download the OpticsPlanet App

+1-800-504-5897 Help Center Check Order Status About Us Policies Reviews How To Sign In or Register

4,150 Brands & 930 Categories Free Shipping & Free Returns*

All Search by product, brand, category, deal or all of the above SEARCH SHOPPING CART

6,562 DEALS OPTICS GUN PARTS AMMO SHOOTING GUNSMITHING & RELOADING KNIVES & TOOLS MILITARY & TACTICAL POLICE, FIRE, EMS HUNTING OUTDOOR GEAR CAMPING APPAREL FOOTWEAR

13% OFF Rifle Scopes + 2% Bucks, Coupon: SCPN

Offer ends 5/22/26 at 11:59 PM CT. Additional exclusions and restrictions apply.*

Atrius Development > Gun Parts > Atrius Development Gun Parts > Atrius Development G-Lever Ambidextrous Forced Reset Safety - Geissele Specific

# New! Atrius Development G-Lever Ambidextrous Forced Reset Safety - Geissele Specific ADG-FRS-AMBI-G Color: Black, Finish: Corrosion Resistant, w/ Free Shipping

3.7 rating with 6 reviews Review & Rate 2 Questions & 1 Answer Add to compare



Atrius Development G-Lever Ambidextrous Forced

**New Product** See more new Atrius Development Gun Parts items

We've just added this new product to OpticsPlanet. Be the first to get it!

Color: Black Hand: Ambidextrous Condition: New

Code: 6P5-FRX-ADMT01-ADG-FRS-AMBI-G
MPN: ADG-FRS-AMBI-G
UPC: 850079014022

Free Shipping

List: ~~$269.99~~ $269.00
Receive $5.38 OP Bucks
In stock.
ADD TO CART

Free Shipping* ADD TO WISHLIST

Expert Advice | Request for Quote | Price Match

**ATTENTION! We currently do not ship this product to CA, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NV, NY, RI, OR, WA, Washington DC, and Boulder/Broomfield Counties in CO. Please see our policies for more information.**

**Government Export Restriction**

This item may be regulated for export by the U.S. Department of State or the U.S. Department of Commerce. Please see our Export Policy prior to placing your order.

PayPal Buy now, pay later. Learn more

## Similar Products

1–5 / 20

| Atrius Development Forced Reset Selector | Mars Trigger Position AR FRT Super Safety | AS Designs Arc-Fire V1 Kit | AS Designs M2 Super Safety Lever | AS Designs Arc-Fire V2 Non-Ambi Kit |
|---|---|---|---|---|
| Blazin' Deal, 5 models | Free 2 Day Shipping | Newly Added | Newly Added | Free 2 Day Shipping |
| (93) | (4) | | | |
| As Low As (Save Up to $19.99) $199.00 | $139.99 | $249.99 | $34.99 | $199.99 |
| Compare | Compare | Compare | Compare | Compare |

## Product Info for Atrius Development G-Lever Ambidextrous Forced Reset Safety - Geissele Specific

Atrius's most robust Forced Reset solution on the market that enables the user to have 3 positions; SAFE, SEMI (Traditional) and SUPER-SEMI is now compatible with Geissele Triggers!

The G-LEVER is an Ambidextrous FRS that comes with a Lever Blocker designed to keep your cam lever from over-rotating beneath the trigger group's hammer. The Lever Blocker is made of aluminum and is black nitrided to combat wear or corrosion.

Atrius Development Group's G-LEVER is compatible with Geissele SSA, SSA-E, and G2S triggers. (Please Note: The Geissele "X Series" are currently not compatible)

Atrius Forced Reset Selectors (FRS) are compatible with mil-spec/full-profile AR15 (chambered in .223/5.56/.300 BLK) fire control groups with no modifications required.

## Specifications for Atrius Development G-Lever Ambidextrous Forced Reset Safety - Geissele Specific:

| | |
|---|---|
| **Manufacturer:** | Atrius Development |
| **Color:** | Black |
| **Finish:** | Corrosion Resistant |
| **Gun Make:** | AR Platform |
| **Gun Model:** | AR-15 |
| **Fabric/Material:** | 4140 Steel |
| **Hand:** | Ambidextrous |
| **Condition:** | New |
| **Caliber:** | 5.56x45mm NATO, .300 AAC Blackout, .223 Remington |

## Features of Atrius Development G-Lever Ambidextrous Forced Reset Safety - Geissele Specific

- Drop-In Installation Swap out your factory safety in minutes and experience the next level of firearm manipulation (some fitment may be required).
- Runs with Mil-Spec Fire Control Groups Seamlessly integrates with standard AR fire control groups, ensuring flawless function and longevity without modification.
- Hardcore Durability Crafted from heat-treated, 4140 steel and coated in a corrosion-resistant finish, the Atrius FRS laughs in the face of wear and tear. Rain, mud, sweatit eats it all for breakfast.
- Mechanically Leveraged Design Atrius's Forced Reset Selector (FRS) reduces wear on your rifle, preserving your weapons longevity unlike forced-reset triggers (FRTs) that accelerate internal component degradation.
- Ultra-Smooth Engagement Crisp, tactile clicks with no mushy nonsense. Designed for 90-degree throw engagement.
- Positive Positioning Without Slippage Engineered for rock-solid engagement, eliminating the risk of unintentional movement mid-fire, keeping you in full control at all times.
- Aggressive Ergonomics Textured, chamfered, and purpose-built for speed. Your thumb finds the selector instantly, even under stress, with no fumbling, no hesitationjust pure control.

## Package Contents:

- **Atrius Development G-Lever Ambidextrous Forced Reset Safety - Geissele Specific**

## What firearm models does the manufacturer say Atrius Development G-Lever Ambidextrous Forced Reset Safety - Geissele Specific is compatible with?

The manufacturer suggests that Atrius Development G-Lever Ambidextrous Forced Reset Safety - Geissele Specific is compatible with AR-15

## Products You Might Like

1–10 / 10

## You May Also Like

Best Rated
Magpul Industries PMAG GEN M2 MOE AR-15/M16/M4 Rifle Magazine, .223 Rem/5.56x45mm NATO, 30 Round, Black, 1 Pack, Polymer, MGMPI571BLK-30RD
(53)
List: ~~$12.95~~
$11.95
Save Up to $1.00

Best Rated
Magpul Industries PMAG GEN M3 AR-15 Rifle Magazine, .300 Blackout, 30 Round, Black, 1 Pack, Polymer, MAG800-BLK-30RD
(39)
List: ~~$15.95~~
$14.95
Save Up to $1.00

Best Rated
Magpul Industries PMAG GEN M3 AR-15/M16/M4 Rifle Magazine, .223 Rem/5.56x45mm NATO, 30 Round, Black, 1 Pack, Polymer, MGMPI557BLK-30RD
(34)
List: ~~$14.95~~
$13.95
Save Up to $1.00

Best Rated
Magpul Industries PMAG GEN M3 AR-15/M16/M4 Rifle Magazine w/Capacity Window, .223 Rem/5.56x45mm NATO, 30 Round, Black, 1 Pack, Polymer, MGMPI556BLK-30RD
(47)
List: ~~$17.95~~
$16.95
Save Up to $1.00

Best Rated
Magpul Industries PMAG GEN M3 AR-15/M16/M4 Rifle Magazine, .223 Rem/5.56x45mm NATO, 20 Round, Black, 1 Pack, Polymer, MAG560BLK-20RD
(24)
List: ~~$14.95~~
$14.19

Best Rated
Magpul Industries PMAG GEN M3 AR-15 Rifle Magazine, .300 Blackout, 20 Round, Black, 1 Pack, Polymer, MAG1182-BLK-20RD
(14)
List: ~~$15.95~~
$14.95
Save Up to $1.00

Best Rated
Magpul Industries PMAG GEN M3 AR-15/M16/M4 Rifle Magazine, .223 Rem/5.56x45mm NATO, 30 Round, Medium Coyote Tan, 1 Pack, Polymer, MAG557-MCT-30RD

★★★★★ (34)
List: ~~$14.95~~
$13.95
Save Up to $1.00

Best Rated



Magpul Industries PMAG GEN M3 AR-15/M16/M4 Rifle Magazine w/Capacity Window, .223 Rem/5.56x45mm NATO, 30 Round, Medium Coyote Tan, 1 Pack, Polymer, MAG556-MCT-30RD
★★★★★ (47)
List: ~~$17.95~~
$16.95
Save Up to $1.00

Best Rated



Magpul Industries PMAG GEN M2 MOE AR-15/M16/M4 Rifle Magazine w/Capacity Window, .223 Rem/5.56x45mm NATO, 30 Round, Black, 1 Pack, Polymer, MGMPI570BLK-30RD
★★★★★ (12)
List: ~~$15.95~~
$14.95
Save Up to $1.00

Best Rated



Strike Industries AR-15 .223 Remington/5.56 NATO Rifle Magazine, 33 Round, Smoke Gray, 1 Pack, Polymer, Smoke, 0, SI-AR-MAG-33RD
★★★★½ (11)
List: ~~$26.99~~
$17.99
Save Up to 33%

## Questions & Answers

[Does this work with the single stage flat Geissele trigger?]
It only works with the triggers they claim are compatible about 50% of the time, so probably not.
by ACV, Verified Owner, May 13, 2026

[It says not compatible with Geissele X series triggers. Does that include the SSA-EX w/ lightning bow trigger?]

Can you answer this question?

View All Q&A — You Have a Question? Ask!

## Customer Reviews

Most Recent Reviews
**Buyer beware**
by ACV, Verified Owner, May 13, 2026
★☆☆☆☆
Tried to install with an SSA-E, which is one of the advertised compatible models. Has all the same issued as the original model. In the end I was told I need to grind down my trigger. I'm not grinding down a premium trigger for a gimmick part that wi...
Read More...
0/2 found this helpful

Most Recent Reviews
**What a disappointment**
by John, Verified Owner, May 11, 2026
★★☆☆☆
I have waited for this to come out for some time, what a disappointment! I tried in 4 different lowers: a Daniel defense, 2x grey ghosts, and an out of spec triton. The one it functioned correctly in was triton. I know what you are thinking, "maybe ...
Read More...
0/2 found this helpful

Most Recent Reviews
**Works Flawlessly**
by G-man, April 28, 2026
★★★★★
I was nervous to jump into the FRT game, but this product is a advertised. Optics Planet had it at my door in no time, install was a breeze, and worked great with my G2S
0/1 found this helpful

Most Recent Reviews
**Fun gun now**
by Just a Plinker, Verified Owner, April 28, 2026
★★★★★
I purchased this product after getting to use it on a Friend rifle. This thing is a blast! Based on reviews and research performed, I think I made the best choice in the FRT realm. Installation was fairly simple. It fit perfectly with my Geissle SSAE...
Read More...
0/1 found this helpful

Most Recent Reviews
**Geissele Trigger**
by Robert, Verified Owner, April 29, 2026
★★★★☆
As mentioned in a other person's review, I am very particular about my trigger, as well. I was not willing to give up the trigger FRT. But since the development of the G Block, it piqued my interest. After installation, I went to the range for a fun...
Read More...

Most Recent Reviews
**Side hustle required**
by Turboskier, Verified Owner, April 28, 2026
★★★★★
Probably OCD'd a little too much on what direction to go with FRT and because I had put so much money into Geissele triggers this was my final solution set. It worked....go figure. Fun switch, activated!

Read All 6 Reviews

Blazin' Deal



5 models
Atrius Development Forced Reset Selector
★★★★½ (93)
As Low As (Save Up to $19.99)
$199.00

Free 2 Day Shipping



Mars Trigger Beryl AK47 FRT Trigger
$189.95

Free 2 Day Shipping



Mars Trigger Position AR FRT Super Safety
★★★★☆ (4)
$139.99

$25 Bonus Bucks



2 models
Partisan Triggers Disruptor AR-15 FRT 3 Position Drop In Forced Reset Rifle...
★★★★½ (244)
List: ~~$200.00~~ (Save $24.99)
$275.00



4 models
Grey Ghost Precisio Glock 43 Version 2 Stripped Pistol Slide
★★★½☆ (10)
List: ~~$400.00~~ (Save $32.8
$377.19

## Related Products to Atrius Development G-Lever Ambidextrous Forced Reset Safety - Geissele Specific

1–5 / 24

$25 Bonus Bucks



2 models
Partisan Triggers Disruptor AR-15 FRT 3 Position Drop In Forced Reset Rifle...
★★★★½ (244)
List: ~~$299.99~~ (Save $24.99)
$275.00
Compare



OpticsPlanet Exclusive Battle Arms Development Mid Length Lightweight...
★★★★☆ (4)
List: ~~$209.95~~ (Save 10%)
$188.95
Compare



Tiger Rock AR-15 Trigger
$14.99
Compare



2 models
Luth-AR Disconnector AR15
★★★★★ (2)
As Low As (Save Up to 31%)
$4.79
Compare



SSK Firearms Contender Sear
List: ~~$21.99~~
$21.49
Compare

## Products You've Viewed

View all Recently Viewed Products — 1–1 / 1



Atrius Development G-Lever Ambidextrous Forced Reset Safety - Geissele...

## Atrius Development G-Lever Ambidextrous Forced Reset Safety - Geissele Specific Orderable Models

### List of Orderable Models

- Atrius Development G-Lever Ambidextrous Forced Reset Safety - Geissele Specific, Black, ADG-FRS-AMBI-G , MPN: ADG-FRS-AMBI-G , UPC: 850079014022 , Code: 6P5-FRX-ADMT01-ADG-FRS-AMBI-G

## Atrius Development G-Lever Ambidextrous Forced Reset Safety - Geissele Specific Unavailable & Discontinued Models

### List of Unorderable Models

- DEMO, Atrius Development G-Lever Ambidextrous Forced Reset Safety - Geissele Specific, Black, ADG-FRS-AMBI-G , MPN: ADG-FRS-AMBI-G-DEMO , Code: 6P5-FRX-ADMT01-ADG-FRS-AMBI-G-DEMO-OB-A

Captured by FireShot Pro: 18 May 2026, 06:17:59 PM
https://getfireshot.com

Related Reviews

- Atrius Development G-Lever Ambidextrous Forced Reset Safety - Geissele Specific
- All Atrius Development Gun Parts Reviews
- All Gun Parts Reviews
- All Atrius Development Reviews
- All Customer Product Reviews

Atrius Development • Gun Parts > Atrius Development Gun Parts > Atrius Development G-Lever Ambidextrous Forced Reset Safety - Geissele Specific

Atrius Development • Gun Parts > Atrius Development Gun Parts • Rifle Parts > Atrius Development Rifle Parts > Atrius Development G-Lever Ambidextrous Forced Reset Safety - Geissele Specific

Get 12% Off - Subscribe to Our Email List

Sign up and get exclusive access to promotions, sales events, pre-order sales & more!

your@email.com SUBSCRIBE Or modify

**Customer Service**
Help Center
My Account
Check Order Status
View My OP Bucks Balance
Returns & Exchanges
Shipping Policy
Request for Quote (RFQ)
Contact Us

**Why Buy From Us**
Unmatched Shopping Experience
Free Shipping
Earn OpticsPlanet Bucks
Top Rated Mobile App
Military & Medical Professional Discount
Win Awesome Gear
Customer Testimonials

**Information**
About OpticsPlanet
Search by Firearm
Partnership Inquiry
News & Press
Jobs & Careers
Our Online Stores
Dvor.com - Daily Deals Site
New Supplier Inquiry

**Contact Information**
Toll-Free: +1-800-504-5897
Intl.: +1-847-513-6201
Email: sales@opticsplanet.com

**Hours of Operation**
9AM-5:00PM CT Mon-Fri

**Our Guarantees**
100% GUARANTEED SECURITY

Mobile Site iOS App Android App Accessibility Show Web ID

© Copyright 1999–2026 OpticsPlanet, Inc. Terms of Use Our Policies Pricing Policy Product Recalls Notice at Collection

Privacy Notice 18+

Protected by Google reCAPTCHA Google Privacy Policy Google Terms of Service

Get Our App
Scan to download the OpticsPlanet App

+1-800-504-5897 Help Center Check Order Status About Us Policies Reviews How To Sign In or Register

OPTICS PLANET.COM 4,150 Brands & 930 Categories Free Shipping & Free Returns*

All Search by product, brand, category, deal or all of the above SEARCH SHOPPING CART

6,562 DEALS OPTICS GUN PARTS AMMO SHOOTING GUNSMITHING & RELOADING KNIVES & TOOLS MILITARY & TACTICAL POLICE, FIRE, EMS HUNTING OUTDOOR GEAR CAMPING APPAREL FOOTWEAR

13% OFF Rifle Scopes + 2% Bucks, Coupon: SCPN

Offer ends 5/22/26 at 11:59 PM CT. Additional exclusions and restrictions apply.*

OPMOD > Gun Parts > OPMOD Gun Parts > OPMOD Atrius Ambidextrious Forced Reset Selector

# OPMOD New! OPMOD Atrius Ambidextrious Forced Reset Selector Up to 20% Off and Blazin' Deal w/ Free Shipping — 2 models

Not Yet Rated Review & Rate 0 Questions & 0 Answers Add to compare



OPMOD Atrius Ambidextrious Forced Reset Selector

**Government Export Restriction**
This item may be regulated for export by the U.S. Department of State or the U.S. Department of Commerce. Please see our Export Policy prior to placing your order.

PayPal Buy now, pay later. Learn more

Blazin' Deal New

**We've got an AWESOME deal for you!** See more Blazin' Deal items

Blazin' Deal For models with this label.
Prices have been cut drastically on this product as part of a special offer. These prices are **so low** that there's no double-dipping with coupons or any additional discounts, but you'll still get the best deal out there. This offer won't last long, so don't miss out!

**2 Models Available**

Color: All Search: part # or keyword

Color: Flat Dark Earth
Code: 99-FRX-OPMFRS-ADG-FRS-AMBI-FDE
MPN: ADG-FRS-AMBI-FDE
UPC: 850079014077
Blazin' Deal Free Shipping
List: ~~$265.00~~ Save 21% $209.99
Check Product Availability
ADD TO CART

Color: Olive Drab Green
Code: 99-FRX-OPMFRS-ADG-FRS-AMBI-OD
MPN: ADG-FRS-AMBI-OD
UPC: 850079014039
Blazin' Deal Free Shipping
List: ~~$265.00~~ Save 21% $209.99
Check Product Availability
ADD TO CART

Free Shipping* & Free Returns* ADD TO WISHLIST

Expert Advice Request for Quote Price Match

**ATTENTION! We currently do not ship this product to CA, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NV, NY, RI, OR, WA, Washington DC, and Boulder/Broomfield Counties in CO. Please see our policies for more information.**

## Questions & Answers

Ask a Question About This Product

## Related Reviews

- All OPMOD Gun Parts Reviews
- All Gun Parts Reviews
- All OPMOD Reviews
- All Customer Product Reviews

## Similar Products

1–5 / 20

- Newly Added — Atrius Development G-Lever Ambidextrous Forced Reset Safety - Geissele... (6) List: ~~$269.99~~ $269.00 Compare
- Blazin' Deal — 5 models — Atrius Development Forced Reset Selector (93) As Low As (Save Up to $19.99) $199.00 Compare
- Free 2 Day Shipping — Mars Trigger Position AR FRT Super Safety (4) $139.99 Compare
- Free 2 Day Shipping — AS Designs Arc-Fire V2 Non-Ambi Kit $199.99 Compare
- Newly Added — AS Designs M2 Super Safety Lever $34.99 Compare

## Product Info for OPMOD Atrius Ambidextrious Forced Reset Selector

The most robust solution on the market that enables the user to have 3 positions; SAFE, SEMI (Traditional) and FULL-SEMI. This Forced Reset Selector (FRS) is compatible with mil-spec/full-profile AR15 (chambered in .223/5.56/.300 BLK) fire control groups with no modifications required.

The Atrius FORCED RESET SELECTOR isnt just a safety, its an advantage.

## Specifications for OPMOD Atrius Ambidextrious Forced Reset Selector:

| | |
|---|---|
| **Manufacturer:** | OPMOD |
| **Gun Make:** | AR Platform |
| **Gun Type:** | Rifle |
| **Gun Model:** | AR-15 |
| **Fabric/Material:** | 4140 Steel |
| **Hand:** | Ambidextrous |

## Features of OPMOD Atrius Ambidextrious Forced Reset Selector

- Drop-In Installation Swap out your factory safety in minutes and experience the next level of firearm manipulation (some fitment may be required).
- Runs with Mil-Spec Fire Control Groups Seamlessly integrates with standard AR fire control groups, ensuring flawless function and longevity without modification.
- Hardcore Durability Crafted from heat-treated, 4140 steel and coated in a corrosion-resistant finish, the Atrius FRS laughs in the face of wear and tear. Rain, mud, sweatit eats it all for breakfast.
- Mechanically Leveraged Design Forced Reset Selector (FRS) reduces wear on your rifle, preserving your weapons longevity unlike forced-reset triggers (FRTs) that accelerate internal component degradation.
- Ultra-Smooth Engagement Crisp, tactile clicks with no mushy nonsense. Designed for 90-degree throw engagement.
- Positive Positioning Without Slippage Engineered for rock-solid engagement, eliminating the risk of unintentional movement mid-fire, keeping you in full control at all times.
- Aggressive Ergonomics Textured, chamfered, and purpose-built for speed. Your thumb finds the selector instantly, even under stress, with no fumbling, no hesitationjust pure control.

## Package Contents:

- OPMOD Atrius Ambidextrious Forced Reset Selector

## What firearm models does the manufacturer say OPMOD Atrius Ambidextrious Forced Reset Selector is compatible with?

The manufacturer suggests that OPMOD Atrius Ambidextrious Forced Reset Selector is compatible with AR-15

Products You Might Like 1–5 / 10

Free 2 Day Shipping

Mars Trigger Position AR FRT Super Safety
(4)
$139.99

$25 Bonus Bucks

2 models
Partisan Triggers Disruptor AR-15 FRT 3 Position Drop In Forced Reset Rifle…
(244)
List: $299.99 (Save $24.99)
$275.00

Blazin' Deal

5 models
OpticsPlanet Exclusive RISE Armament RA-434 High Performance Trigger
(159)
As Low As (Save Up to 41%)
$111.41

Free 2 Day Shipping

Mars Trigger Beryl AK47 FRT Trigger
$189.95



Garmin Xero C2 Chronograph
(1)
$699.99

Related Products to OPMOD Atrius Ambidextrious Forced Reset Selector 1–5 / 24

Blazin' Deal

5 models
OpticsPlanet Exclusive RISE Armament RA-434 High Performance Trigger
(159)
As Low As (Save Up to 41%)
$111.41
Compare


2 models
Luth-AR Disconnector AR15
(2)
As Low As (Save Up to 31%)
$4.79
Compare

Best Rated

4 models
Magpul Industries MOE Slim Line Grip
(19)
List: $20.95 (Save 10%)
$18.90
Compare


JARD AR Set Trigger System
(3)
List: $255.99 (Save 12%)
$224.95
Compare


Luth-AR AR-15 Trigger
List: $20.97 (Save 31%)
$14.49
Compare

Products You've Viewed View all Recently Viewed Products 1–3 / 3


2 models
OPMOD Atrius Ambidextrious Forced Reset Selector


5 models
Atrius Development Forced Reset Selector


Atrius Development G-Lever Ambidextrous Forced Reset Safety - Geissele…

## OPMOD Atrius Ambidextrious Forced Reset Selector Orderable Models

### List of Orderable Models

- OPMOD Atrius Ambidextrious Forced Reset Selector, Flat Dark Earth, ADG-FRS-AMBI-FDE , MPN: ADG-FRS-AMBI-FDE , UPC: 850079014077 , Code: 99-FRX-OPMFRS-ADG-FRS-AMBI-FDE
- OPMOD Atrius Ambidextrious Forced Reset Selector, Olive Drab Green, ADG-FRS-AMBI-OD , MPN: ADG-FRS-AMBI-OD , UPC: 850079014039 , Code: 99-FRX-OPMFRS-ADG-FRS-AMBI-OD

OPMOD + Gun Parts > OPMOD Gun Parts > OPMOD Atrius Ambidextrious Forced Reset Selector

OPMOD + Gun Parts > OPMOD Gun Parts > Rifle Parts > OPMOD Rifle Parts > OPMOD Atrius Ambidextrious Forced Reset Selector

Get 12% Off - Subscribe to Our Email List

Sign up and get exclusive access to promotions, sales events, pre-order sales & more!

your@email.com SUBSCRIBE Or modify

**Customer Service**
Help Center
My Account
Check Order Status
View My OP Bucks Balance
Returns & Exchanges
Shipping Policy
Request for Quote (RFQ)
Contact Us

**Why Buy From Us**
Unmatched Shopping Experience
Free Shipping
Earn OpticsPlanet Bucks
Top Rated Mobile App
Military & Medical Professional Discount
Win Awesome Gear
Customer Testimonials

**Information**
About OpticsPlanet
Search by Firearm
Partnership Inquiry
News & Press
Jobs & Careers
Our Online Stores
Dvor.com - Daily Deals Site
New Supplier Inquiry

**Contact Information**
Toll-Free: +1-800-504-5897
Intl.: +1-847-513-6201
Email: sales@opticsplanet.com

**Hours of Operation**
9AM-5:00PM CT Mon-Fri

**Our Guarantees**

Mobile Site iOS App Android App Accessibility Show Web ID

© Copyright 1999–2026 OpticsPlanet, Inc. Terms of Use Our Policies Pricing Policy Product Recalls Notice at Collection

Privacy Notice 18+

Protected by Google reCAPTCHA Google Privacy Policy Google Terms of Service

Get Our App
Scan to download the OpticsPlanet App

+1-800-504-5897 Help Center Check Order Status About Us Policies Reviews How To Sign In or Register

4,150 Brands & 930 Categories

Free Shipping & Free Returns*

All | Search by product, brand, category, deal or all of the above | SEARCH | SHOPPING CART

6,562 DEALS | OPTICS | GUN PARTS | AMMO | SHOOTING | GUNSMITHING & RELOADING | KNIVES & TOOLS | MILITARY & TACTICAL | POLICE, FIRE, EMS | HUNTING | OUTDOOR GEAR | CAMPING | APPAREL | FOOTWEAR

**13% OFF Rifle Scopes + 2% Bucks, Coupon: SCPN**

Offer ends 5/22/26 at 11:59 PM CT. Additional exclusions and restrictions apply.*

AS Designs > Gun Parts > AS Designs Gun Parts > AS Designs M2 Super Safety Cam

# New! AS Designs M2 Super Safety Cam SS-TOOL-CAM Color: Black, w/ Free S&H

☆☆☆☆☆ Not Yet Rated Review & Rate 0 Questions & 0 Answers

Add to compare



AS Designs M2 Super Safety Cam

PayPal Buy now, pay later. Learn more

**New Product** See more new AS Designs Gun Parts items

We've just added this new product to OpticsPlanet. Be the first to get it!

Color: Black

Code: 6R6-FRX-ASD02-SS-TOOL-CAM
MPN: SS-TOOL-CAM
UPC: 810206570203
Free Shipping

$64.99

Receive $1.30 OP Bucks

20 left, order now!

ADD TO CART

Free Shipping* & Free Returns*

ADD TO WISHLIST

Expert Advice | Request for Quote | Price Match

**ATTENTION! We currently do not ship this product to CA, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NY, NV, RI, OR, WA, Washington DC, and Boulder/Broomfield Counties in CO. Please see our policies for more information.**

## Questions & Answers

Ask a Question About This Product

## Related Reviews

- All AS Designs Gun Parts Reviews
- All Gun Parts Reviews
- All AS Designs Reviews
- All Customer Product Reviews

## Similar Products

1–5 / 20

Newly Added



AS Designs M2 Super Safety Lever

$34.99

Compare

Free 2 Day Shipping



AS Designs M2 Super Safety Kit

★★★★★ (4)

$99.99

Compare

Free 2 Day Shipping



AS Designs Arc-Fire V2 Non-Ambi Kit

$199.99

Compare

Newly Added



AS Designs Arc-Fire V1 Kit

$249.99

Compare

Free 2 Day Shipping



AS Designs Arc-Fire V2 Ambi Kit, 0-90-180

$249.99

Compare

## Product Info for AS Designs M2 Super Safety Cam

If you're looking around for a fantastic price on the **AS Designs M2 Super Safety Cam**, then you have come to the absolute right place..

These Rifle Parts from the skilled product specialists at AS Designs are fashioned using dependable and reliable materials, in order to provide you with a product which will be beneficial for countless years. Made using some of the best accessible components and engineering, these Rifle Parts from the product specialists at AS Designs will last you an exceptionally long time.

AS Designs has been making superior quality products for a number of years, and the **AS Designs M2 Super Safety Cam** is their very own manner of showing you just how much they care.

At **OpticsPlanet**, we make it our responsibility to purchase the best product for your preferences, and exhibiting the **AS Designs M2 Super Safety Cam** is a thing that we are happy to offer.

## Specifications for AS Designs M2 Super Safety Cam:

| | |
|---|---|
| **Manufacturer:** | AS Designs |
| **Color:** | Black |

## Package Contents:

- **AS Designs M2 Super Safety Cam**

## Products You Might Like

1–10 / 10

Free 2 Day Shipping



Mars Trigger Beryl AK47 FRT Trigger

$189.95

$25 Bonus Bucks



2 models

Partisan Triggers Disruptor AR-15 FRT 3 Position Drop In Forced Reset Rifle...

★★★★★ (244)

List: $299.99 (Save $24.99)

$275.00

Free 2 Day Shipping



2 models

Mars Trigger AK FRT Kit Trigger

★★★★★ (3)

As Low As

$169.99

Free 2 Day Shipping



Mars Trigger PC9 FRT Trigger

★★★★★ (5)

$289.99

Free 2 Day Shipping



Mars Trigger PDW Collabsible Brace

$349.99

## Related Products to AS Designs M2 Super Safety Cam

1–5 / 24

Free 2 Day Shipping



AS Designs JAKL 15 Trip Kit

$124.99

Compare



CMC Triggers AR15 Full-Auto Compatible 2 Stage Curved Match Trigger

List: ~~$300.00~~ (Save 10%)

$270.00

Compare



SSK Firearms Contender Sear

List: ~~$21.99~~

$21.49

Compare



2 models

Luth-AR Disconnector AR15

★★★★★ (2)

As Low As (Save Up to 31%)

$4.79

Compare



Mars Trigger Recoil Buffer

$14.99

Compare

## Products You've Viewed

View all Recently Viewed Products

1–5 / 8



AS Designs M2 Super Safety Cam



AS Designs M2 Super Safety Lever



6 models

Mars Trigger MP5 Lower w/ AR Super Safety Trigger



AS Designs M2 Super Safety Kit



Mars Trigger Position AR FRT Super Safety

## AS Designs M2 Super Safety Cam Orderable Models

### List of Orderable Models

- AS Designs M2 Super Safety Cam, Black, SS-TOOL-CAM , MPN: SS-TOOL-CAM , UPC: 810206570203 , Code: 6R6-FRX-ASD02-SS-TOOL-CAM

AS Designs • Gun Parts > AS Designs Gun Parts > AS Designs M2 Super Safety Cam

AS Designs • Gun Parts > AS Designs Gun Parts • Rifle Parts > AS Designs Rifle Parts > AS Designs M2 Super Safety Cam

Get 12% Off - Subscribe to Our Email List

Sign up and get exclusive access to promotions, sales events, pre-order sales & more!

your@email.com SUBSCRIBE Or modify

**Customer Service**
Help Center
My Account
Check Order Status
View My OP Bucks Balance
Returns & Exchanges
Shipping Policy
Request for Quote (RFQ)
Contact Us

**Why Buy From Us**
Unmatched Shopping Experience
Free Shipping
Earn OpticsPlanet Bucks
Top Rated Mobile App
Military & Medical Professional Discount
Win Awesome Gear
Customer Testimonials

**Information**
About OpticsPlanet
Search by Firearm
Partnership Inquiry
News & Press
Jobs & Careers
Our Online Stores
Dvor.com - Daily Deals Site
New Supplier Inquiry

**Contact Information**
Toll-Free: +1-800-504-5897
Intl.: +1-847-513-6201
Email: sales@opticsplanet.com

**Hours of Operation**
9AM-5:00PM CT Mon-Fri

**Our Guarantees**
100% GUARANTEED SECURITY

Mobile Site iOS App Android App Accessibility Show Web ID

© Copyright 1999–2026 OpticsPlanet, Inc. Terms of Use Our Policies Pricing Policy Product Recalls Notice at Collection

Privacy Notice 18+

Protected by Google reCAPTCHA Google Privacy Policy Google Terms of Service

Get Our App
Scan to download the OpticsPlanet App

+1-800-504-5897 Help Center Check Order Status About Us Policies Reviews How To Sign In or Register

OPTICS PLANET.COM 4,150 Brands & 930 Categories Free Shipping & Free Returns*

All Search by product, brand, category, deal or all of the above SEARCH SHOPPING CART

6,562 DEALS OPTICS GUN PARTS AMMO SHOOTING GUNSMITHING & RELOADING KNIVES & TOOLS MILITARY & TACTICAL POLICE, FIRE, EMS HUNTING OUTDOOR GEAR CAMPING APPAREL FOOTWEAR

13% OFF Rifle Scopes + 2% Bucks, Coupon: SCPN

Offer ends 5/22/26 at 11:59 PM CT. Additional exclusions and restrictions apply.*

AS Designs > Gun Parts > AS Designs Gun Parts > AS Designs M2 Super Safety Kit

# New! AS Designs M2 Super Safety Kit SS-M2-KIT Color: Black, — Free 2 Day Shipping w/ code 2DAYAIR

★★★★★ 5.0 rating with 4 reviews Review & Rate 2 Questions & 2 Answers Add to compare



AS Designs M2 Super Safety Kit

Free Two Day Shipping | New

**Free Express Shipping!** See promotion details.

Free Two Day Shipping For models with this label.

Select Two-Day Shipping and use coupon code 2DAYAIR during checkout to get a free shipping upgrade if eligible!

Color: Black

Code: 6R6-FRX-ASD01-SS-M2-KIT
MPN: SS-M2-KIT
UPC: 810206570029
Free Two Day Shipping

$99.99
Receive $2.00 OP Bucks
In stock.
ADD TO CART

**Government Export Restriction**
This item may be regulated for export by the U.S. Department of State or the U.S. Department of Commerce. Please see our Export Policy prior to placing your order.

PayPal Buy now, pay later. Learn more

Free Shipping* & Free Returns* ADD TO WISHLIST

Expert Advice | Request for Quote | Price Match

**ATTENTION! We currently do not ship this product to CA, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NV, NY, RI, OR, WA, Washington DC, and Boulder/Broomfield Counties in CO. Please see our policies for more information.**

## Questions & Answers

**is this a ar 15 frt trigger**
Yes. This fits in an AR15 but does require an M16 bolt carrier. Will not function with an AR15 bolt carrier. Google the difference. You will most likely need an H2 or an H3 buffer to slow the rate of fire some. Also works well in an AR9 provided the bolt doesn't have the rear weight. Use a 10 ounce AR9 buffer with sliding internal weights. If the bolt has a rear weight will have to machine on the weight to get it to work.
by CalH, Verified Owner, April 29, 2026

**Selectable between semi and super semi?**
Yes. Middle position is super safe and right position is semi.
by CalH, Verified Owner, April 29, 2026

View All Q&A | You Have a Question? Ask!

## Similar Products

1–5 / 20



Newly Added
AS Designs M2 Super Safety Lever
$34.99
Compare



Free 2 Day Shipping
AS Designs Arc-Fire V2 Non-Ambi Kit
$199.99
Compare



Newly Added
AS Designs Arc-Fire V1 Kit
$249.99
Compare



Free 2 Day Shipping
AS Designs Arc-Fire V2 Ambi Kit, 0-90-180
$249.99
Compare



Free 2 Day Shipping
AS Designs Arc-Fire V2 Ambi Kit, 0-45-90
$249.99
Compare

## Customer Reviews

Helpful Positive Review
**Works how it's advertised**
by Freedom loving, Verified Owner, April 28, 2026
★★★★★
Excellent fitment in my palmetto State AR. Worked as it should, and really easy to send a lot of rounds down range. Only con is the instructions, but YouTube videos show how it's done and took less than 5 minutes to install.
1/1 found this helpful

Helpful Positive Review
**Best cross bolt design kit on the market**
by shizawn, April 29, 2026
★★★★★
AS Designs makes some of the best FRT's on the market. I have this exact kit and it is great. Only difference is i paired it with a super safety cut Geisssele trigger. That's one of the best things about the super safety. You can have your cake and ea...
Read More...
1/2 found this helpful

Most Recent Reviews
**FRT Triggers**
by Roger Gibson, Verified Owner, May 6, 2026
★★★★★
Fits as advertised. Have not had a chance to check it out yet

Most Recent Reviews
**flawless victory**
by Frank, Verified Owner, May 3, 2026
★★★★★
I was skeptical at first about this product, but I said what the heck I'll give it a shot. Slapped it in the 300 and it just spits out ammo without any issue.

Read All 4 Reviews

## Product Info for AS Designs M2 Super Safety Kit

Intended to be described as a great item for pretty much anyone, we are certain you will love the **AS Designs M2 Super Safety Kit**.

Established using some of the most extremely sturdy and long lasting resources around, these Rifle Parts through AS Designs will provide you with something that gives you years of dependability.

AS Designs has been developing top quality merchandise for a number of years, and the **AS Designs M2 Super Safety Kit** is their particular way of showing you exactly how much they care.

At **OpticsPlanet**, we make it our obligation to get the most suitable solution for all your requirements, and showcasing the **AS Designs M2 Super Safety Kit** is one thing that we are pleased to offer.

## Specifications for AS Designs M2 Super Safety Kit:

| | |
|---|---|
| **Manufacturer:** | AS Designs |
| **Color:** | Black |

## Features of AS Designs M2 Super Safety Kit

- M2 tool steel cam (Heat Treated)
- M2 tool steel lever (Heat Treated)
- Cam and lever feature DLC coating.
- Includes pre-cut trigger, rounded safety detent, and PLA Pro centering block.

## Package Contents:

- **AS Designs M2 Super Safety Kit**

## Products You Might Like

1–10 / 10



Free 2 Day Shipping
Mars Trigger Beryl AK47 FRT Trigger
$189.95



$25 Bonus Bucks
2 models
Partisan Triggers Disruptor AR-15 FRT 3 Position Drop In Forced Reset Rifle...
★★★★★ (244)
List: $299.99 (Save $24.99)
$275.00



OpticsPlanet Exclusive Battle Arms Development Mid Length Lightweight...
★★★★★ (4)
List: $209.95 (Save 10%)
$188.95



Mars Trigger Pulse22 FRT Taurus TX-22 Trigger
★★★★★ (8)
List: $26.00
$25.00



Free 2 Day Shipping
6 models
Mars Trigger MP5 L AR Super Safety Tri
★★★★★ (5)
$599.95

## Related Reviews

- AS Designs M2 Super Safety Kit
- All AS Designs Gun Parts Reviews
- All Gun Parts Reviews
- All AS Designs Reviews
- All Customer Product Reviews

Related Products to AS Designs M2 Super Safety Kit 1–5 / 24

Free 2 Day Shipping



AS Designs JAKL 15 Trip Kit

$124.99

Compare



CMC Triggers AR15 Full-Auto Compatible 2 Stage Curved Match Trigger

List: ~~$300.00~~ (Save 10%)
$270.00

Compare



SSK Firearms Contender Sear

List: ~~$21.99~~
$21.49

Compare



Mars Trigger Knuckle Duster AR Grip

(3)

$24.99

Compare



OpticsPlanet Exclusive Battle Arms Development Mid Length Lightweight...

(4)

List: ~~$209.95~~ (Save 10%)
$188.95

Compare

Products You've Viewed View all Recently Viewed Products 1–5 / 5



AS Designs M2 Super Safety Kit



Mars Trigger Position AR FRT Super Safety



2 models

OPMOD Atrius Ambidextrious Forced Reset Selector



5 models

Atrius Development Forced Reset Selector



Atrius Development G-Lever Ambidextrous Forced Reset Safety - Geissele...

AS Designs M2 Super Safety Kit Orderable Models

**List of Orderable Models**

- AS Designs M2 Super Safety Kit, Black, SS-M2-KIT , MPN: SS-M2-KIT , UPC: 810206570029 , Code: 6R6-FRX-ASD01-SS-M2-KIT

AS Designs › Gun Parts › AS Designs Gun Parts › AS Designs M2 Super Safety Kit

AS Designs • Gun Parts › AS Designs Gun Parts • Rifle Parts › AS Designs Rifle Parts › AS Designs M2 Super Safety Kit

Get 12% Off - Subscribe to Our Email List

Sign up and get exclusive access to promotions, sales events, pre-order sales & more!

your@email.com SUBSCRIBE Or modify

**Customer Service**
Help Center
My Account
Check Order Status
View My OP Bucks Balance
Returns & Exchanges
Shipping Policy
Request for Quote (RFQ)
Contact Us

**Why Buy From Us**
Unmatched Shopping Experience
Free Shipping
Earn OpticsPlanet Bucks
Top Rated Mobile App
Military & Medical Professional Discount
Win Awesome Gear
Customer Testimonials

**Information**
About OpticsPlanet
Search by Firearm
Partnership Inquiry
News & Press
Jobs & Careers
Our Online Stores
Dvor.com - Daily Deals Site
New Supplier Inquiry

**Contact Information**
Toll-Free: +1-800-504-5897
Intl.: +1-847-513-6201
Email: sales@opticsplanet.com

**Hours of Operation**
9AM-5:00PM CT Mon-Fri

**Our Guarantees**
100% GUARANTEED SECURITY

Mobile Site iOS App Android App Accessibility Show Web ID

© Copyright 1999–2026 OpticsPlanet, Inc. Terms of Use Our Policies Pricing Policy Product Recalls Notice at Collection

Privacy Notice 18+

Protected by Google reCAPTCHA Google Privacy Policy Google Terms of Service

Get Our App
Scan to download the OpticsPlanet App

+1-800-504-5897 Help Center Check Order Status About Us Policies Reviews How To Sign In or Register

4,150 Brands & 930 Categories Free Shipping & Free Returns*

All Search by product, brand, category, deal or all of the above SEARCH SHOPPING CART

6,562 DEALS OPTICS GUN PARTS AMMO SHOOTING GUNSMITHING & RELOADING KNIVES & TOOLS MILITARY & TACTICAL POLICE, FIRE, EMS HUNTING OUTDOOR GEAR CAMPING APPAREL FOOTWEAR

13% OFF Rifle Scopes + 2% Bucks, Coupon: SCPN

Offer ends 5/22/26 at 11:59 PM CT. Additional exclusions and restrictions apply.*

AS Designs › Gun Parts › AS Designs Gun Parts › AS Designs M2 Super Safety Lever

# New! AS Designs M2 Super Safety Lever SS-TOOL-LEV-3PK Color: Black,

Not Yet Rated Review & Rate 0 Questions & 0 Answers Add to compare



AS Designs M2 Super Safety Lever

**New Product** See more new AS Designs Gun Parts items

We've just added this new product to OpticsPlanet. Be the first to get it!

Color: Black
Code: 6R6-FRX-DLKM0C-SS-TOOL-LEV-3PK
MPN: SS-TOOL-LEV-3PK
UPC: 810206570210

$34.99
Receive $0.70 OP Bucks
In stock.
ADD TO CART

Free Shipping* & Free Returns* ADD TO WISHLIST

Expert Advice | Request for Quote | Price Match

**ATTENTION! We currently do not ship this product to CA, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NV, NY, RI, OR, WA, Washington DC, and Boulder/Broomfield Counties in CO. Please see our policies for more information.**

**Government Export Restriction**

This item may be regulated for export by the U.S. Department of State or the U.S. Department of Commerce. Please see our Export Policy prior to placing your order.

PayPal Buy now, pay later. Learn more

## Questions & Answers

Ask a Question About This Product

## Related Reviews

- All AS Designs Gun Parts Reviews
- All Gun Parts Reviews
- All AS Designs Reviews
- All Customer Product Reviews

## Similar Products

1–5 / 20

Free 2 Day Shipping

AS Designs M2 Super Safety Kit
(4)
$99.99
Compare

Newly Added

AS Designs M2 Super Safety Cam
$64.99
Compare

Newly Added

AS Designs Arc-Fire V1 Kit
$249.99
Compare

Free 2 Day Shipping

AS Designs Arc-Fire V2 Ambi Kit, 0-45-90
$249.99
Compare

Free 2 Day Shipping

AS Designs Arc-Fire V2 Non-Ambi Kit
$199.99
Compare

## Product Info for AS Designs M2 Super Safety Lever

If you're looking around for a great bargain for the **AS Designs M2 Super Safety Lever**, then you've found yourself in the absolute right location.

Established using some of the very most robust and long lasting materials around, these Rifle Parts from AS Designs provides you with something that will give numerous years of reliability.

AS Designs has been making superior quality products for a very long time, and the **AS Designs M2 Super Safety Lever** is their very own manner of showing you how much they care.

At **OpticsPlanet**, we make it our obligation to receive the most suitable solution for your needs, and presenting the **AS Designs M2 Super Safety Lever** is something that we are pleased to offer.

## Specifications for AS Designs M2 Super Safety Lever:

| | |
|---|---|
| **Manufacturer:** | AS Designs |
| **Color:** | Black |

## Package Contents:

- **AS Designs M2 Super Safety Lever**

## Products You Might Like

1–10 / 10

Free 2 Day Shipping

Mars Trigger Beryl AK47 FRT Trigger
$189.95

$25 Bonus Bucks

2 models
Partisan Triggers Disruptor AR-15 FRT 3 Position Drop In Forced Reset Rifle...
(244)
List: $299.99 (Save $24.99)
$275.00


Mars Trigger Pulse22 FRT Taurus TX-22 Trigger
(8)
List: $25.00
$25.00

Free 2 Day Shipping

2 models
Mars Trigger AK FRT Kit Trigger
(3)
As Low As
$169.99

Free 2 Day Shipping

Mars Trigger PC9 F Trigger
(5)
$289.99

## Related Products to AS Designs M2 Super Safety Lever

1–5 / 24

Free 2 Day Shipping

AS Designs JAKL 15 Trip Kit


CMC Triggers AR15 Full-Auto Compatible 2 Stage Curved Match Trigger


SSK Firearms Contender Sear


2 models
Luth-AR Disconnector AR15


CMMG, Inc AR15 Disconnect

| | | | | |
|---|---|---|---|---|
| | List: ~~$300.00~~ (Save 10%) | List: ~~$21.99~~ | ★★★★★ (2) As Low As (Save Up to 31%) | ★★★★★ (1) List: ~~$11.49~~ (Save 22%) |
| $124.99 | $270.00 | $21.49 | $4.79 | $8.99 |
| Compare | Compare | Compare | Compare | Compare |

Products You've Viewed View all Recently Viewed Products 1–5 / 7



AS Designs M2 Super Safety Lever

6 models
Mars Trigger MP5 Lower w/ AR Super Safety Trigger

AS Designs M2 Super Safety Kit

Mars Trigger Position AR FRT Super Safety

2 models
OPMOD Atrius Ambidextrious Forced Reset Selector

## AS Designs M2 Super Safety Lever Orderable Models

### List of Orderable Models

- AS Designs M2 Super Safety Lever, 3 Pack, SS-TOOL-LEV-3PK , MPN: SS-TOOL-LEV-3PK , UPC: 810206570210 , Code: 6R6-FRX-DLKM0C-SS-TOOL-LEV-3PK

AS Designs • Gun Parts › AS Designs Gun Parts › AS Designs M2 Super Safety Lever

AS Designs • Gun Parts › AS Designs Gun Parts • Rifle Parts › AS Designs Rifle Parts › AS Designs M2 Super Safety Lever

Get 12% Off - Subscribe to Our Email List

Sign up and get exclusive access to promotions, sales events, pre-order sales & more!

your@email.com SUBSCRIBE Or modify

**Customer Service**
Help Center
My Account
Check Order Status
View My OP Bucks Balance
Returns & Exchanges
Shipping Policy
Request for Quote (RFQ)
Contact Us

**Why Buy From Us**
Unmatched Shopping Experience
Free Shipping
Earn OpticsPlanet Bucks
Top Rated Mobile App
Military & Medical Professional Discount
Win Awesome Gear
Customer Testimonials

**Information**
About OpticsPlanet
Search by Firearm
Partnership Inquiry
News & Press
Jobs & Careers
Our Online Stores
Dvor.com - Daily Deals Site
New Supplier Inquiry

**Contact Information**
Toll-Free: +1-800-504-5897
Intl.: +1-847-513-6201
Email: sales@opticsplanet.com

**Hours of Operation**
9AM-5:00PM CT Mon-Fri

**Our Guarantees**
100% GUARANTEED SECURITY

Mobile Site iOS App Android App Accessibility Show Web ID

© Copyright 1999–2026 OpticsPlanet, Inc. Terms of Use Our Policies Pricing Policy Product Recalls Notice at Collection

Privacy Notice 18+

Protected by Google reCAPTCHA Google Privacy Policy Google Terms of Service

Get Our App
Scan to download the OpticsPlanet App

+1-800-504-5897 Help Center Check Order Status About Us Policies Reviews How To Sign In or Register

4,150 Brands & 930 Categories Free Shipping & Free Returns*

All Search by product, brand, category, deal or all of the above SEARCH SHOPPING CART

6,562 DEALS OPTICS GUN PARTS AMMO SHOOTING GUNSMITHING & RELOADING KNIVES & TOOLS MILITARY & TACTICAL POLICE, FIRE, EMS HUNTING OUTDOOR GEAR CAMPING APPAREL FOOTWEAR

13% OFF Rifle Scopes + 2% Bucks, Coupon: SCPN

Offer ends 5/22/26 at 11:59 PM CT. Additional exclusions and restrictions apply.*

Mars Trigger > Gun Parts > Mars Trigger Gun Parts > Mars Trigger MP5 Lower w/ AR Super Safety Trigger

# Mars Trigger MP5 Lower w/ AR Super Safety Trigger — Free 2 Day Shipping w/ code 2DAYAIR — 6 models

2.6 rating with 5 reviews | Review & Rate | 9 Questions & 1 Answer | Add to compare



Mars Trigger MP5 Lower w/ AR Super Safety Trigger

**Government Export Restriction**
This item may be regulated for export by the U.S. Department of State or the U.S. Department of Commerce. Please see our Export Policy prior to placing your order.

PayPal Buy now, pay later. Learn more

**Free Express Shipping!** See promotion details.
Free Two Day Shipping For models with this label.
Select Two-Day Shipping and use coupon code 2DAYAIR during checkout to get a free shipping upgrade if eligible!

In Stock 6 Models Available

Gun Model: All | Search: part # or keyword

Gun Model: Heckler & Koch MP5
Code: 6PQ-FRT-RDEW4R-A030-ASM-001-V01
MPN: A030-ASM-001-V01
UPC: 850081946083
Free Two Day Shipping
$599.95
Receive $12.00 OP Bucks
24 left, order now!
ADD TO CART

Gun Model: Heckler & Koch SP5
Code: 6PQ-FRT-RDEW4R-A030-ASM-006-V01
MPN: A030-ASM-006-V01
UPC: 850081946069
Free Two Day Shipping
$599.95
Receive $12.00 OP Bucks
14 left, order now!
ADD TO CART

Gun Model: Heckler & Koch MP5K
Code: 6PQ-FRT-RDEW4R-A030-ASM-002-V01
MPN: A030-ASM-002-V01
UPC: 850081946090
$599.95
Receive $12.00 OP Bucks
13 left, order now!

**Buy Together and Save**

As low as $608.94
You Save Up to $16.00
SELECT A MODEL
Receive $12.00 OP Bucks
Some discounts may not apply to bundled purchases

Select a specific model above to see the deal!
OpticsPlanet Exclusive Est. 2000 Limited Edition T-Shirt - Men's, Military Green, Large, NL6010-OP25-MG-L

Free Shipping* & Free Returns* | ADD TO WISHLIST

Expert Advice | Request for Quote | Price Match

ATTENTION! We currently do not ship this product to CA, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NV, NY, RI, OR, WA, Washington DC, and Boulder/Broomfield Counties in CO. Please see our policies for more information.

## Product Videos

Mars Trigger MP5 F,R,T Showcase
00:47

## You May Also Like

Blazin' Deal
OpticsPlanet Exclusive Est. 2000 Limited Edition T-Shirt - Men's, Military Green, Large, NL6010-OP25-MG-L
(24)
List: $24.99
$9.99
Save Up to 60%

## Questions & Answers

**Will it work on Mac 5 (mp5 clone)??**
I got one from I2 prints for my Mac5 but I am sure they are all off of the same file. you have to order for your specific model. mars is supposed to be great. people having issues probably caused them. the receivers are carbon fiber very strong but if you dry fire it off of the gun the hammer will damage the lower. Mars is good but with any super safety you do have to have a bit of understanding and knowledge of what you are doing. it's not hard do a bit of research.
by Rdanger., Verified Owner, May 1, 2026

**will any of these Mars triggers work with the GSG-16 .22lr. ?**
Can you answer this question?

View All Q&A | You Have a Question? Ask!

## Customer Reviews

Helpful Positive Review
Great product
by Rdanger., May 1, 2026
People having issues are causing them this product is great . You can not dry fire the lower when it is off of your firearm, the hammer will strike the body of the lower and damage it. They are made from carbon fiber and very strong. I have one on m...
Read More...
1/1 found this helpful

Helpful Negative Review
BUYER BEWARE!!!
by Ryan Hall Hall, Verified Owner, April 26, 2026
This MARS HK SP5 lower is very fragile! It literally broke the entire top right corner clean off upon install. I dont know if this was just a one off poor example but the materials used to mold this lower are felt cheap and weak. Sure enough a large...
Read More...
4/4 found this helpful

Most Recent Reviews
AS DESIGNS PEOPLE
by Hunter Barrett, May 18, 2026

## Similar Products

1-5 / 20

| Free 2 Day Shipping | Free 2 Day Shipping | Newly Added | Free 2 Day Shipping | $25 Bonus Bucks |
|---|---|---|---|---|
| 2 models | | | | 2 models |
| Mars Trigger AK FRT Kit Trigger | Mars Trigger Beryl AK47 FRT Trigger | AS Designs MP5 V5 Trip 7075 Aluminum | Mars Trigger PC9 FRT Trigger | Partisan Triggers Disruptor AR-15 FRT 3 Position Drop In Forced Reset Rifle... |
| (3) | | | (5) | (244) |
| As Low As $169.99 | $189.95 | $59.99 | $289.99 | List: $299.99 (Save $24.99) $275.00 |
| Compare | Compare | Compare | Compare | Compare |

## Product Info for Mars Trigger MP5 Lower w/ AR Super Safety Trigger

Complete MP5 trigger lower system with integrated AR Super Safety and MP5 trip bar pre-installed. Precision-machined components for HK SP5 platform. Ready to install for immediate use.

WARNING: California's Proposition 65

## Specifications for Mars Trigger MP5 Lower w/ AR Super Safety Trigger:

| | |
|---|---|
| Manufacturer: | Mars Trigger |
| Color: | Black |

## Features of Mars Trigger MP5 Lower w/ AR Super Safety Trigger

- Complete lower assembly
- AR Super Safety integrated
- MP5 trip bar pre-installed
- Ready to install

## Package Contents:

- Mars Trigger MP5 Lower w/ AR Super Safety Trigger

★☆☆☆☆
As designs makes the same product, machined from aluminum, for the same price (last time i checked). You may have to get put on a wait list, but this piece of plastic is so wildly overpriced.

Most Recent Reviews
**give your money to someone else.**
by Atomicshanker, April 19, 2026
★☆☆☆☆
This crudely 3D printed lower is painful on the hands and uncomfortable. Honestly feels like it's going to break in my hands and I don't even feel comfortable taking it the range. For just a little bit more money, you can go with a reputable manufact...
Read More...
1/1 found this helpful

Most Recent Reviews
**Mp5 super safety**
by Incrdbl, Verified Owner, April 19, 2026
★★★★★
I ordered the complete lower mp5 with super safety on the phone with Paul. He was very helpful and walked me through the payment process. The lower arrived within a few days. Installation took about half an hour watch the install video utube. Easy in...
Read More...

Read All 5 Reviews

## Related Reviews

- Mars Trigger MP5 Lower w/ AR Super Safety Trigger
- All Mars Trigger Gun Parts Reviews
- All Gun Parts Reviews
- All Mars Trigger Reviews
- All Customer Product Reviews

## What firearm models does the manufacturer say Mars Trigger MP5 Lower w/ AR Super Safety Trigger is compatible with?

The manufacturer says that Mars Trigger MP5 Lower w/ AR Super Safety Trigger is compatible with PTR 9C, PTR 9K, Heckler & Koch MP5K, Heckler & Koch SP5, PTR 9R, PTR 9, Heckler & Koch SP5K, Heckler & Koch MP5

## Products You Might Like

1–10 / 10

Free 2 Day Shipping

Mars Trigger Beryl AK47 FRT Trigger
$189.95

$25 Bonus Bucks

2 models
Partisan Triggers Disruptor AR-15 FRT 3 Position Drop In Forced Reset Rifle...
★★★★★ (244)
List: ~~$200.00~~ (Save $24.99)
$275.00

Free 2 Day Shipping

2 models
Mars Trigger AK FRT Kit Trigger
★★☆☆☆ (3)
As Low As
$169.99


Mars Trigger Pulse22 FRT Taurus TX-22 Trigger
★★★☆☆ (8)
List: ~~$26.00~~
$25.00

Free 2 Day Shipping

Mars Trigger PC9 F... Trigger
★★★☆☆ (5)
$289.99

## Related Products to Mars Trigger MP5 Lower w/ AR Super Safety Trigger

1–5 / 24

Free 2 Day Shipping

Mars Trigger Position AR FRT Super Safety
★★★★☆ (4)
$139.99
Compare

Best Rated

Franklin Armory BFSIII HK-C1 Trigger - Binary Firing System for HK 91/93/MP5
★★★★☆ (20)
List: ~~$699.99~~ (Save 10%)
$629.99
Compare

Final Sale

2 models
A3 Industries Rear Stock Adapter for HK MP5/SP5
★★★★★ (3)
As Low As (Save Up to 27%)
$91.99
Compare

Best Rated

Magpul Industries SL Grip Modules & HK Polymer Trigger Housings
★★★★☆ (17)
List: ~~$49.95~~ (Save $4.00)
$45.95
Compare


ProMag H&K MP5/PTR9 9mm 40 Rounds Pistol Magazine
List: ~~$39.99~~ (Save 10%)
$36.01
Compare

## Products You've Viewed

View all Recently Viewed Products

1–5 / 6


6 models
Mars Trigger MP5 Lower w/ AR Super Safety Trigger


AS Designs M2 Super Safety Kit


Mars Trigger Position AR FRT Super Safety


2 models
OPMOD Atrius Ambidextrious Forced Reset Selector


5 models
Atrius Development Forced Reset Selector

## Mars Trigger MP5 Lower w/ AR Super Safety Trigger Orderable Models

### List of Orderable Models

- Mars Trigger MP5 Lower w/ AR Super Safety Trigger AP5/ZF5/MP5, Black, A030-ASM-001-V01 , MPN: A030-ASM-001-V01 , UPC: 850081946083 , Code: 6PQ-FRT-RDEW4R-A030-ASM-001-V01
- Mars Trigger MP5 Lower w/ AR Super Safety Trigger HK SP5, Black, A030-ASM-006-V01 , MPN: A030-ASM-006-V01 , UPC: 850081946069 , Code: 6PQ-FRT-RDEW4R-A030-ASM-006-V01
- Mars Trigger MP5 Lower w/ AR Super Safety Trigger AP5-K/ZF5-K/MP5-K, Black, A030-ASM-002-V01 , MPN: A030-ASM-002-V01 , UPC: 850081946090 , Code: 6PQ-FRT-RDEW4R-A030-ASM-002-V01
- Mars Trigger MP5 Lower w/ AR Super Safety Trigger HK SP5K, Black, A030-ASM-003-V01 , MPN: A030-ASM-003-V01 , UPC: 850081946076 , Code: 6PQ-FRT-RDEW4R-A030-ASM-003-V01
- Mars Trigger MP5 Lower w/ AR Super Safety Trigger PTR 9, Black, A030-ASM-004-V01 , MPN: A030-ASM-004-V01 , UPC: 850081946106 , Code: 6PQ-FRT-RDEW4R-A030-ASM-004-V01

show more

Mars Trigger • Gun Parts > Mars Trigger Gun Parts > Mars Trigger MP5 Lower w/ AR Super Safety Trigger

Mars Trigger • Gun Parts > Mars Trigger Gun Parts • Rifle Parts > Mars Trigger Rifle Parts • Rifle Triggers > Mars Trigger Rifle Triggers > Mars Trigger MP5 Lower w/ AR Super Safety Trigger

Mars Trigger • Gun Parts > Mars Trigger Gun Parts • Rifle Parts > Mars Trigger Rifle Parts > Mars Trigger MP5 Lower w/ AR Super Safety Trigger

Mars Trigger • Gun Parts > Mars Trigger Gun Parts • Rifle Parts > Mars Trigger Rifle Parts • Rifle Triggers > Mars Trigger Rifle Triggers • Forced Reset Triggers > Mars Trigger Forced Reset Triggers > Mars Trigger MP5 Lower w/ AR Super Safety Trigger

Get 12% Off - Subscribe to Our Email List
Sign up and get exclusive access to promotions, sales events, pre-order sales & more!
your@email.com SUBSCRIBE Or modify

**Customer Service**
Help Center
My Account
Check Order Status
View My OP Bucks Balance
Returns & Exchanges
Shipping Policy
Request for Quote (RFQ)
Contact Us

**Why Buy From Us**
Unmatched Shopping Experience
Free Shipping
Earn OpticsPlanet Bucks
Top Rated Mobile App
Military & Medical Professional Discount
Win Awesome Gear
Customer Testimonials

**Information**
About OpticsPlanet
Search by Firearm
Partnership Inquiry
News & Press
Jobs & Careers
Our Online Stores
Dvor.com - Daily Deals Site
New Supplier Inquiry

**Contact Information**
Toll-Free: +1-800-504-5897
Intl.: +1-847-513-6201
Email: sales@opticsplanet.com

**Hours of Operation**
9AM-5:00PM CT Mon-Fri

**Our Guarantees**
100% GUARANTEED SECURITY

Mobile Site | iOS App | Android App | Accessibility | Show Web ID

© Copyright 1999–2026 OpticsPlanet, Inc. Terms of Use Our Policies Pricing Policy Product Recalls Notice at Collection
Privacy Notice 18+

Protected by Google reCAPTCHA Google Privacy Policy Google Terms of Service

Get Our App
Scan to download the OpticsPlanet App

+1-800-504-5897 Help Center Check Order Status About Us Policies Reviews How To Sign In or Register

4,150 Brands & 930 Categories Free Shipping & Free Returns*

All Search by product, brand, category, deal or all of the above SEARCH SHOPPING CART

6,562 DEALS OPTICS GUN PARTS AMMO SHOOTING GUNSMITHING & RELOADING KNIVES & TOOLS MILITARY & TACTICAL POLICE, FIRE, EMS HUNTING OUTDOOR GEAR CAMPING APPAREL FOOTWEAR

Memorial Day Doorbusters! Save up to 61%! SHOP NOW

Offer ends 5/25/26 at 11:59 PM CT. Additional restrictions and exclusions apply.*

Mars Trigger > Gun Parts > Mars Trigger Gun Parts > Mars Trigger Position AR FRT Super Safety

# Mars Trigger Position AR FRT Super Safety A009-ASM-001-V01 Color: Black, Gun Model: AR-15, — Free 2 Day Shipping w/ code 2DAYAIR

4.3 rating with 4 reviews Review & Rate 8 Questions & 6 Answers Add to compare



Mars Trigger Position AR FRT Super Safety

**Free Express Shipping!** See promotion details.

Free Two Day Shipping For models with this label.

Select Two-Day Shipping and use coupon code 2DAYAIR during checkout to get a free shipping upgrade if eligible!

Color: Black

Code: 6PQ-FRX-MNV1Q-A009-ASM-001-V01

MPN: A009-ASM-001-V01

UPC: 850081946052

Free Two Day Shipping

$139.99

Receive $2.80 OP Bucks

In stock.

ADD TO CART

Free Shipping* & Free Returns* ADD TO WISHLIST

Expert Advice Request for Quote Price Match

**ATTENTION! We currently do not ship this product to CA, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NV, NY, RI, OR, WA, Washington DC, and Boulder/Broomfield Counties in CO. Please see our policies for more information.**

**Government Export Restriction**

This item may be regulated for export by the U.S. Department of State or the U.S. Department of Commerce. Please see our Export Policy prior to placing your order.

PayPal Buy now, pay later. Learn more

## Similar Products

1–5 / 20

| Blazin' Deal | Free 2 Day Shipping | Newly Added | Newly Added | Newly Added |
|---|---|---|---|---|
| 5 models | | | | |
| Atrius Development Forced Reset Selector | AS Designs M2 Super Safety Kit | Atrius Development G-Lever Ambidextrous Forced Reset Safety - Geissele... | AS Designs M2 Super Safety Lever | AS Designs Arc-Fire V1 Kit |
| (93) As Low As (Save Up to $19.99) | (4) | (6) List: $269.99 | | |
| $199.00 | $99.99 | $269.00 | $34.99 | $249.99 |
| Compare | Compare | Compare | Compare | Compare |

## Product Videos

Mars Trigger AR-15 SUPER SAFETY INSTALL

01:32

## Questions & Answers

I got my order in and I noticed there is an extra piece, a small rectangular bit of plastic with an opening. Is this piece crucial? Where does it go?

It is a centering block for the lever, it's not always necessary but handy if your specific upper/lower has different tolerances and needs the extra bit of help to stay center.

by FuriousSkull, Verified Owner, March 21, 2026

See 1 More Answer

Are there any other parts needed to use this safety as designed?

Anti-walk pins and bars. These are not necessary, but recommended if you plan on longer term usage.

by FuriousSkull, Verified Owner, March 21, 2026

View All Q&A You Have a Question? Ask!

## Product Info for Mars Trigger Position AR FRT Super Safety

Professional AR platform safety system with forced reset trigger. Precision-engineered 4140 Alloy Steel construction for maximum durability and reliability. Three-position functionality provides enhanced control and safety options.

WARNING: California's Proposition 65

## Specifications for Mars Trigger Position AR FRT Super Safety:

| | |
|---|---|
| **Manufacturer:** | Mars Trigger |
| **Color:** | Black |
| **Gun Model:** | AR-15 |
| **Fabric/Material:** | 4140 Alloy Steel |
| **Trigger Type:** | Force Reset Trigger (FRT) |

## Features of Mars Trigger Position AR FRT Super Safety

- FRT Trigger Assembly
- Safety Cam and Lever
- Detent
- Installation Hardware
- 2 Week lead time

## Package Contents:

- **Mars Trigger Position AR FRT Super Safety**

## What firearm models does the manufacturer say Mars Trigger Position AR FRT Super Safety is compatible with?

The manufacturer says that Mars Trigger Position AR FRT Super Safety is compatible with AR-15

## Customer Reviews

Helpful Positive Review

DELIVERS !

by LilGa.BoyTM, Verified Owner, April 4, 2026

Great product! Well packaged and arrived on time. One thing to note though, you may have to grind away some metal behind the super safety (in your lower) to allow it to oscillate freely.

4/4 found this helpful

Helpful Positive Review

great meterial

by dray, Verified Owner, April 4, 2026

Works great had to shave a little material off tip but works great.

1/1 found this helpful

Helpful Negative Review

Lever didn't last 60 rounds.

by Brett, Verified Owner, May 3, 2026

Was fun and great with the first mag. Midway through the second mag it quit resetting and I was stuck with semi. Popped the upper off to find the top curve of the lever had sheared off. I had everything oiled good and an H3 buffer installed. Now I'm...

Read More...

1/1 found this helpful

Most Recent Reviews

AR15 SS FRT

by Rozu, Verified Owner, May 8, 2026

Had to cut some material off not SS so yea fits tho after

Read All 4 Reviews

## Products You Might Like

1–10 / 10

| Free 2 Day Shipping | $25 Bonus Bucks | | Free 2 Day Shipping | Best Rated |
|---|---|---|---|---|
| | 2 models | | 2 models | 4 models |
| Mars Trigger Beryl AK47 FRT Trigger | Partisan Triggers Disruptor AR-15 FRT 3 Position Drop In Forced Reset Rifle... | Mars Trigger Pulse22 FRT Taurus TX-22 Trigger | Mars Trigger AK FRT Kit Trigger | Triggertech AR-15 Adaptable Trigger |
| | (244) List: $299.99 (Save $24.99) | (8) List: $26.99 | (3) As Low As | (42) As Low As (Save Up to $15 |
| $189.95 | $275.00 | $25.00 | $169.99 | $274.99 |

## Related Reviews

- Mars Trigger Position AR FRT Super Safety
- All Mars Trigger Gun Parts Reviews
- All Gun Parts Reviews
- All Mars Trigger Reviews
- All Customer Product Reviews

Related Products to Mars Trigger Position AR FRT Super Safety 1–5 / 24

Free 2 Day Shipping



2 models

Mars Trigger AK FRT Kit Trigger

(3)

As Low As

$169.99

Compare



Fostech Echo Sport AR-15 Binary Trigger

(76)

List: ~~$289.99~~ (Save 10%)

$259.99

Compare



SSK Firearms Contender Sear

List: ~~$21.99~~

$21.49

Compare



OpticsPlanet Exclusive Battle Arms Development Mid Length Lightweight...

(4)

List: ~~$209.95~~ (Save 10%)

$188.95

Compare



CMC Triggers AR15 Full-Auto Compatible 2 Stage Curved Match Trigger

List: ~~$300.00~~ (Save 10%)

$270.00

Compare

Products You've Viewed View all Recently Viewed Products 1–4 / 4



Mars Trigger Position AR FRT Super Safety



2 models

OPMOD Atrius Ambidextrious Forced Reset Selector



5 models

Atrius Development Forced Reset Selector



Atrius Development G-Lever Ambidextrous Forced Reset Safety - Geissele...

## Mars Trigger Position AR FRT Super Safety Orderable Models

**List of Orderable Models**

- Mars Trigger Position AR FRT Super Safety, Black, A009-ASM-001-V01 , MPN: A009-ASM-001-V01 , UPC: 850081946052 , Code: 6PQ-FRX-MNV1Q-A009-ASM-001-V01

Mars Trigger • Gun Parts > Mars Trigger Gun Parts > Mars Trigger Position AR FRT Super Safety

Mars Trigger • Gun Parts > Mars Trigger Gun Parts > Rifle Parts > Mars Trigger Rifle Parts > Mars Trigger Position AR FRT Super Safety

Get 12% Off - Subscribe to Our Email List

Sign up and get exclusive access to promotions, sales events, pre-order sales & more!

your@email.com SUBSCRIBE Or modify

**Customer Service**
Help Center
My Account
Check Order Status
View My OP Bucks Balance
Returns & Exchanges
Shipping Policy
Request for Quote (RFQ)
Contact Us

**Why Buy From Us**
Unmatched Shopping Experience
Free Shipping
Earn OpticsPlanet Bucks
Top Rated Mobile App
Military & Medical Professional Discount
Win Awesome Gear
Customer Testimonials

**Information**
About OpticsPlanet
Search by Firearm
Partnership Inquiry
News & Press
Jobs & Careers
Our Online Stores
Dvor.com - Daily Deals Site
New Supplier Inquiry

**Contact Information**
Toll-Free: +1-800-504-5897
Intl.: +1-847-513-6201
Email: sales@opticsplanet.com

**Hours of Operation**
9AM-5:00PM CT Mon-Fri

**Our Guarantees**
100% GUARANTEED SECURITY

Mobile Site iOS App Android App Accessibility Show Web ID

© Copyright 1999–2026 OpticsPlanet, Inc. Terms of Use Our Policies Pricing Policy Product Recalls Notice at Collection

Privacy Notice 18+

Protected by Google reCAPTCHA Google Privacy Policy Google Terms of Service

Get Our App
Scan to download the OpticsPlanet App