# EXHIBIT U

EXTENDED! Memorial Day Sale: 12% OFF, Coupon: MEMDAYY 02:37:52

Offer ends 5/26/26 at 11:59 PM CT. Additional exclusions and restrictions apply.*



# About OpticsPlanet - Why Buy From Us, Careers, Customer Testimonials, News & Press... +Contact Us!




## Who We Are

**OpticsPlanet.com** is the **Destination for Gear™** and one of the largest internet retailers in the United States. Founded in 2000, OpticsPlanet has been offering a diverse product selection for those who play, work, and serve with passion, with the best brands in optics, gun parts, ammunition, hunting gear, outdoor and survival gear, apparel, footwear, and hundreds of other categories.

Beyond just selection, OpticsPlanet offers exclusive products you cannot find anywhere else, including products from TRYBE Defense, TRYBE Optics, OPMOD, and hundreds of exclusive products from many other brands.

For over twenty years, OpticsPlanet's unmatched selection, competitive pricing, informative how-to guides and customer reviews, free value shipping offer, every day rewards in the form of OpticsPlanet Bucks has made OpticsPlanet the gear destination for millions of people every year. We sincerely hope you'll join them.

We look forward to serving you.

Hide Text

**OpticsPlanet, Inc.**
Toll-Free: 800-504-5897
Intl.: 847-513-6201

3150 Commercial Avenue
Northbrook, Illinois 60062




ACCREDITED BUSINESS A+ · internet retailer Top 500 Retailer · Inc. 5000

## Testimonials

We've got millions of fans that love OpticsPlanet. Hear from a few on why they choose us.

*"Consistent as always - fast fulfillment, good email communications to keep me posted on progress. Thanks for being so reliable."*

**Jim** from **Jeffersonton, VA**

*"OpticsPlanet is my go-to for all of my shooting/hunting needs. The selection of product is always the best in quantity and quality. I wish I would have found them earlier!"*

**Pat** from **Kountze, TX**

*"Great prices, rewards, availability, coupons, free shipping! Enough said!"*

**JD** from **Norman, OK**

See more customer testimonials

## Awards

See a few of the hundreds of awards we've received for our industry leadership.

STEINER

**Partner of the Year**

*"We're immensely proud of our esteemed partnership with OpticsPlanet, a best-in-class retailer of our complete line of premium binoculars, rifle scopes, eOptics, and accessories."*

***Seth Fields**, National Sales Manager*

SHOP THE BRAND

WARNE

**Web Retailer Excellence**

*"OpticsPlanet exceeds our expectations when it comes to on-line representation of our products. They carry a very wide assortment, our customers can easily find what they are looking for and product is in stock. They set a very high bar in web sales effort."*

***Ken Flood**, Vice President of Sales*

SHOP THE BRAND

FRANKLIN ARMORY

**2019 Internet Dealer of the Year**

*"OpticsPlanet is a valued partner and has greatly helped to expand the online presence of our brand. We look forward to our continued relationship with OpticsPlanet and their loyal customers."*

***David Gockel**, Director of Sales*

SHOP THE BRAND

Burris

**Tactical Optics Retail Partner of the Year of 2020**

*"OpticsPlanet has been instrumental in helping us establish the Burris brand in the tactical and precision shooting market. They are known in the shooting community as a knowledgeable source for premium optics and our success is due to their expertise and reputation in the space."*

***Todd Fulton** - National Sales Manager*

SHOP THE BRAND

HOLOSUN

**Best E-Commerce Partner**

*"Holosun is proud to partner with OpticsPlanet. If you're serious about optical sights, OpticsPlanet is one of the best resources for reliable information, reviews, and availability of Holosun red dots and lasers."*

***Louis Craig**, Business Development Manager*

SHOP THE BRAND

SIGHTRON

**Outstanding Sales and Support**

*"As OpticsPlanet celebrates their 20th Anniversary, we, here at SIGHTRON, would like to recognize them for their outstanding sales and support. Since 2007, OpticsPlanet's experienced team of dedicated professionals have shown that they are unsurpassed in experience and are extremely diverse in optics knowledge. We are honored to be a partner of theirs."*

***Eden Mitchell**, General Manger*

SHOP THE BRAND

AGM

**Award for Exceptional Customer Service and Support**

*"We are proud to be partnering with OpticsPlanet, the number 1 source for new and advanced night vision and thermal imaging technology."*

***Mark Tarakanov**, VP of Sales*

SHOP THE BRAND

## Photo Gallery

See behind the scenes at our offices and our warehouses.



## Our History of Gear

As the Destination for Gear, we have continuously expanded our selection through the years to provide you with everything for your outdoor needs.

| | |
|---|---|
| 2000 | Telescopes & Microscopes<br>Gen 1 & Gen 2 Night Vision Units |
| 2001-2005 | Observation Optics<br>Shooting Optics<br>Tactical & Designer Eyewear |
| 2006-2008 | Sporting Equipment<br>Hunting Gear<br>EDC: Every Day Carry Accessories<br>Shooting Accessories<br>Medical Supplies & Equipment |
| 2009-2012 | Bags & Cases<br>Apparel: Tactical, Military & Field<br>Gun Storage |
| 2013-2016 | Gun Parts<br>Fishing Accessories<br>Survival Gear<br>Archery Equipment<br>Gunsmithing & Reloading |
| 2019+ | Ammunition<br>Outdoor Recreation Gear<br>Camping & Hiking Gear |




All About OpticsPlanet.com - Your Destination for Sport Optics, Hunting Gear, Sunglasses & More!

Get 12% Off - Subscribe to Our Email List

Sign up and get exclusive access to promotions, sales events, pre-order sales & more!

your@email.com SUBSCRIBE Or modify

**Customer Service**
- Help Center
- My Account
- Check Order Status
- View My OP Bucks Balance
- Returns & Exchanges
- Shipping Policy
- Request for Quote (RFQ)
- Contact Us

**Why Buy From Us**
- Unmatched Shopping Experience
- Free Shipping
- Earn OpticsPlanet Bucks
- Top Rated Mobile App
- Military & Medical Professional Discount
- Win Awesome Gear
- Customer Testimonials

**Information**
- About OpticsPlanet
- Search by Firearm
- Partnership Inquiry
- News & Press
- Jobs & Careers
- Our Online Stores
- Dvor.com - Daily Deals Site
- New Supplier Inquiry

**Contact Information**
Toll-Free: +1-800-504-5897
Intl.: +1-847-513-6201
Email: sales@opticsplanet.com

**Hours of Operation**
9AM-5:00PM CT Mon-Fri

**Our Guarantees**
100% GUARANTEED SECURITY

Mobile Site iOS App Android App Accessibility Show Web ID

© Copyright 1999–2026 OpticsPlanet, Inc. Terms of Use Our Policies Pricing Policy Product Recalls Notice at Collection

Privacy Notice 18+

Protected by Google reCAPTCHA Google Privacy Policy Google Terms of Service

Get Our App
Scan to download the OpticsPlanet App