# EXHIBIT W

Welcome to Frisco Guns!

FRISCO GUNS

What are you looking for?

Login 0 0

INFO AIR GUNS AMMO GUNS & FIREARMS GUN PARTS KNIVES & SWORDS MAGAZINES RELOADING SHOOTING SUPPLIES SCOPES, SIGHTS & OPTICS

Home › Shop

# Shop

**SEARCH**

Search

**STOCK STATUS**

Show in stock

**CATEGORY**

**PRICE**

0 15000

Min price 0 – Max price 15000

Apply

**BRAND**

**ACTION**

**BARREL LENGTH**

**CALIBER/GAUGE**

**CAPACITY**

**GRAIN WEIGHT**

**MAGNIFICATION**

**MODEL**

Showing 1–24 of 110971 results

Default sorting



Add to compare

Smith & Wesson / S&W

SMITH & WESSON BODYGUARD 2.0 NMS 380ACP 2.75" MIAMI 1...

Request an email quote.



Add to compare

Luth-Ar

LUTH AR A3 UPPER RECEIVER

~~$110.87~~

See Price in Cart

ADD TO CART



Add to compare

Pachmayr

.60" MEDIUM BLACK LEATHER FACE

$21.94

OUT OF STOCK



Add to compare

Burn Proof Gear

BPG SUPPRSSR CVR HVY 8.5" X 1.5" BLK

~~$225.00~~

See Price in Cart

ADD TO CART



Add to compare

Surefire

SUREFIRE WARCOMP SPORT 5.56 1/2X28

~~$89.00~~

See Price in Cart

ADD TO CART



Add to compare

Edgar Sherman Design

ESD NOTCH SHOOTING BAG RANGER GREEN

~~$70.00~~

See Price in Cart

ADD TO CART



Add to compare

4PKS

4PEAKS CZECH WEAPONS CSV-9 9MM 4.75 BLK 15RD

$712.12

ADD TO CART



Add to compare

ATA Arms

FOUR PEAKS CSV-9 V1 PISTOL 9MM 4.75"

$705.55

ADD TO CART



Add to compare



Add to compare



Add to compare



Add to compare

Proof Research
264 CALIBER 1-8 TWIST 24" CARBON FIBER BULL BARREL
~~$799.00~~
See Price in Cart
ADD TO CART

Alg Defense
AR-15 LOWER PARTS KIT WITH GRIP W/ ACT TRIGGER
~~$118.00~~
See Price in Cart
ADD TO CART

Alg Defense
AR-15 LOWER PARTS KIT W/ QMS TRIGGER
~~$93.00~~
See Price in Cart
ADD TO CART

C_AND_H_PRECISION
C&H PRECISION DUTY OPTIC RED 3 MOA DOT RETICLE
~~$324.95~~
See Price in Cart
ADD TO CART


Add to compare

Alg Defense
AR-15 LOWER PARTS KIT W/ ACT TRIGGER
~~$113.00~~
See Price in Cart
ADD TO CART


Add to compare

Xtech Tactical
XTECH TACTICAL MAGAZINE FOR – GLOCK 19 STEEL 15RD
~~$19.90~~
See Price in Cart
ADD TO CART



Add to compare

Winchester
WINCHESTER 45 ACP 230GR FMJ-RN – CASE OF (2) 300RD...
$301.35
ADD TO CART


Add to compare

Alg Defense
AR-15 LOWER PARTS KIT WITH GRIP W/ QMS TRIGGER
~~$96.00~~
See Price in Cart
ADD TO CART


Add to compare

Ruger / Sturm, Ruger & Co.
Ruger 90062 Mark I 9rd 22 LR Blued Steel
$19.90


Add to compare

Lantac USA
LANTAC M-SPEC BCG 223/556 BLK NITRIDE
~~$199.99~~
See Price in Cart


Add to compare

Dead Air Silencers
DEAD AIR HUB TAPER DT 1/2X28
$69.21


Add to compare

Victory
Victory VAP Junior Arrows 800 Feathers 36 pk.
~~$274.99~~
See Price in Cart

OUT OF STOCK | ADD TO CART | ADD TO CART | ADD TO CART



Add to compare

Victory

Victory VAP Junior Arrows 800 36 pk.

~~$249.99~~
See Price in Cart

ADD TO CART



Add to compare

Grand Power

GRAND POWER STRIBOG 9MM 20RD MAGAZINE ONLY

$19.56

ADD TO CART




Add to compare

Remington

REMINGTON R220S1 220 SWIFT 50GR HPR PTD SP 20 RD/BX 10...

$31.83

ADD TO CART




Add to compare

CCI Ammunition

CCI Clean22 Rimfire Ammo 22 LR. 40 gr. Blue LRN 100 rd.

$9.28

OUT OF STOCK

1 2 ... 4,624 Next

## Newsletter Sign Up

Email | SUBMIT

**About Frisco Guns**

Frisco Guns is a trusted online gun shop offering firearms, ammo, and various accessories. Get top brands, great service, and fast shipping from a Top 25 Gunbroker Seller you can trust.

**Shop**

- Rifles
- Shotguns
- Handguns
- Ammunition
- Optics
- Accessories

**Brands**

- Hornady
- Ruger
- Browning
- Savage Arms
- Brownells

**Information**

- About Us – FAQ
- Gift Card
- Shipping & Returns
- Privacy Policy
- Terms of Service
- Blog
- Contact Us

Frisco, Texas
Call 832-388-3125
info@friscoguns.com

**Stay connected**

© 2026 Frisco Guns.

FLAT RATE SHIPPING 16.95*(55 Pounds Limit)

FRISCO GUNS

All Categories | What are you looking for?

My Account
Login or Register

0

ACCESSORIES | AIR GUNS AND ACCESSORIES | AMMO | FIREARM ACCESSORIES | FIREARMS | GUN CARE | HUNTING | MUZZLELOADING | OPTICS | OPTICS ACCESSORIES | RELOADING | SHOOTING

Home > FIREARM ACCESSORIES > ATRIUS DEVELOPMENT AMBI 3 POSITION FORCED RESET SELECTOR COMPATIBLE W/ MILSPEC AR-15 ATRIADG-FRS-AMBI

Sold Out



ATRIUS DEVELOPMENT GROUP

# ATRIUS DEVELOPMENT AMBI 3 POSITION FORCED RESET SELECTOR COMPATIBLE W/ MILSPEC AR-15 ATRIADG-FRS-AMBI

Out of stock

No Reviews Yet

PRODUCT CODE: *ATRIADG-FRS-AMBI*

UPC: *850079014015*

WEIGHT: *1.00 LBS*

PRODUCT TAG 1: *CAN_DROPSHIP*

**$209.99**

ATRIUS DEVELOPMENT AMBI 3 POSITION FORCED RESET...

***More details*** >

FLAT RATE SHIPPING 16.95*(55 Pounds Limit)

FRISCO GUNS

All Categories What are you looking for?

My Account
Login or Register

0



Sold Out



ATRIUS DEVELOPMENT GROUP

# ATRIUS DEVELOPMENT 3 POSITION FORCED RESET SELECTOR COMPATIBLE W/ MILSPEC AR-15 ATRIADG-FRS-S

Out of stock

No Reviews Yet

PRODUCT CODE: *ATRIADG-FRS-S*

UPC: *850079014008*

WEIGHT: *1.00 LBS*

PRODUCT TAG 1: *CAN_DROPSHIP*

**$169.00**

ATRIUS DEVELOPMENT 3 POSITION FORCED RESET SELECT...

***More details*** >

FRISCO GUNS

All Categories | What are you looking for?

My Account
Login or Register

0

**Brand**

- Atrius Development Group (4)
- Thompson Center (1)

**Price**

Min. | Max. | UPDATE

Enter the minimum price to filter products by

Enter the maximum price to filter products by

**Other**

Sold Out



Compare

**Atrius Development Group**

IN STOCK ATRIUS DEVELOPMENT AMBI 3...

~~$209.00~~ $189.00

Out Of Stock

Sold Out



Compare

**Atrius Development Group**

ATRIUS DEVELOPMENT 3 POSITION FORCED RESET...

$169.00

Out Of Stock



Compare

**Atrius Development Group**

IN STOCK ATRIUS DEVELOPMENT 3 POSITION...

~~$169.00~~ $159.99

ADD TO CART

Sold Out



Compare

**Atrius Development Group**

ATRIUS DEVELOPMENT AMBI POSITION FORCED RESET...

$209.99

Out Of Stock

Sold Out

Sold Out