# EXHIBIT AA

# OKLAHOMA Secretary of State Electronic Filing

**ARTICLES OF ORGANIZATION**
**DOMESTIC LIMITED LIABILITY COMPANY**
Document Number: 69077740002 Submit Date: 1/9/2025

## LIMITED LIABILITY COMPANY NAME

The name of the Limited Liability Company is:
Z3 PRODUCTIONS LLC

## PRINCIPAL PLACE OF BUSINESS ADDRESS

9905 S PENNSYLVANIA AVE, STE A
OKLAHOMA CITY, OK 73159 USA

Email - central@registeredagentsinc.com

## EFFECTIVE DATE

**Effective Date:**
Same as filing date.

## DURATION

Perpetual

## REGISTERED AGENT AND REGISTERED OFFICE ADDRESS

**Agent Name**
REGISTERED AGENTS INC
**Address**
9905 S PENNSYLVANIA AVE, STE A
OKLAHOMA CITY, OK 73159 USA

## ATTACHMENTS

| File Label | File Name and Path |
|---|---|

## SIGNATURE

I hereby certify that the information provided on this form is true and correct to the best of my knowledge and by attaching the signature I agree and understand that the typed electronic signature shall have the same legal effect as an original signature and is being accepted as my original signature pursuant to the Oklahoma Uniform Electronic Transactions Act, Title 12A Okla. Statutes Section 15-101, et seq.

Dated - 1/9/2025

**Signature Names**
ROBIN JONES

[End Of Image]