# EXHIBIT CC

Z3PRO

AR HK Night Vision Bulk Contact Us Log In 0

Home .22LR Super Safety Kit



# .22LR Super Safety Kit

SKU: 22-Trip-Kit

$65.00

Quantity *

1

Add to Cart

Buy Now

This Lightweight .22lr Super Safety trip kit is the perfect addition to your dedicated .22lr upper or CMMG conversion bolt.
Included in the package:
1x .22lr Super Safety Trip
1x Trip case
1x Trigger Spring Wing (increases trigger pull weight, better reliability for .22lr platforms.)

No Reviews Yet

Share your thoughts. Be the first to leave a review.

Leave a Review

## You Might Also Like



CPM-10v/A2 AR Super Safety Kit
$80.00



Pre-Cut AR15 Trigger
$35.00

© 2025 by Z3 Productions LLC

Contact Us Shipping & Returns Terms & Conditions Privacy Policy

Z3PRO

AR HK Night Vision Bulk Contact Us Log In 0

Home CPM-10v/A2 AR Super Safety Kit





## CPM-10v/A2 AR Super Safety Kit

★★★★★ 5.0 | 10 reviews

SKU: B7-AR15-CPM10v-A2-IH

$80.00

Cam Texture *

Select

Quantity *

1

Add to Cart

Buy Now

Our Super Safeties are expertly CNC-machined from heat-treated CPM-10v and A2 steel, featuring a premium Diamond-Like Coating for unmatched durability. You won't find this quality of craftsmanship and material at a better price.

Each Kit Includes:
1x Knurled or Smooth CPM-10v Cam
1x A2 Lever
1x Rounded Detent
1x 3D-Printed Trigger Cutting Jig
1x 3D-Printed M16 Centering Block

Note: The color/design of 3D-printed parts may vary.

Listing Details: The first photo shows the knurling on the sides of the cams. The second photo shows what is included in each kit.

THIS PRODUCT IS MAY REQUIRE MODIFICATIONS THAT YOU PERFORM AT YOUR OWN RISK. Z3 PRODUCTIONS WILL NOT BE HELD LIABLE FOR DAMAGE THAT OCCURS TO YOUR FIREARM AS A RESULT OF ATTEMPTING TO INSTALL THIS PRODUCT. WE DO NOT GUARANTEE THAT THIS PRODUCT WILL FIT YOUR FIREARM.

## Reviews

★★★★★ 5.0

Based on 10 reviews

Leave a Review

| | | |
|---|---|---|
| 5 stars | | 10 |
| 4 stars | | 0 |
| 3 stars | | 0 |
| 2 stars | | 0 |
| 1 star | | 0 |

10 reviews Filter by rating: All stars Sort by: Most Relevant

Robert • Aug 26, 2025

★★★★★

**Good quality stuff here!**

Shoutout to Z3PRO for this good quality SS KIT, he's the best in the SS game!



Was this helpful? Yes (13)

SuperSafeGuy • Nov 15, 2025

★★★★★ ✓ Verified

**Awesome maybe even perfect**

Amazing quality product. I love the checkered texture it feels really good and it looks great. Matches my G$ ultra duty hardware too.

The super safety performed flawlessly for me. This is the best deal and product for super safeties on the market right now imo.

Show More



Was this helpful? Yes (8)

---

KACisWAC • Nov 09, 2025

★★★★★ Verified

**Clean and Crisp**

Cam machining is Very nice and the knurling is a great touch. I'll be ordering a couple more.



Was this helpful? Yes (5)

Previous Next

## You Might Also Like



Pre-Cut AR15 Trigger
$35.00



V5M MP5 Super Safety Trip
$55.00



AR 9mm Bolt Weight Jig
$5.00



.22LR Super Safety Kit
$65.00



SLS Leber V2
$375.00

© 2025 by Z3 Productions LLC

Contact Us Shipping & Returns Terms & Conditions Privacy Policy



## Pre-Cut AR15 Trigger

SKU: PC-AR15-Trig

**$35.00**

Quantity *

1

Add to Cart

Buy Now

**Note:** This listing is for the Pre-Cut AR15 Trigger ONLY. The Super Safety is sold separately.

Our Pre-Cut AR15 Triggers are precision CNC-machined from Standard Mil-Spec triggers to spec in order to integrate seamlessly with the Super Safety. Each trigger is expertly finished for consistent fitment, eliminating the need for user modifications.

Each Order Includes:
1x Pre-Cut Mil-Spec AR15 Trigger

No Reviews Yet

Share your thoughts. Be the first to leave a review.

Leave a Review

## You Might Also Like



CPM-10v/A2 AR Super Safety Kit
$80.00



.22LR Super Safety Kit
$65.00



V5M MP5 Super Safety Trip
$55.00



Quick View

AR 9mm Bolt Weight Jig
$5.00



SLS Leber V2
$375.00

© 2025 by Z3 Productions LLC



Captured by FireShot Pro: 26 May 2026, 03:49:57 PM
https://getfireshot.com

SLS Leber V2 | Z3PRO https://www.z3pro.com/product-page/sls-leber-v2

Z3PRO

AR HK Night Vision Bulk Contact Us Log In 0

Home SLS Leber V2



## SLS Leber V2

$450.00

Model *

MKE/MAC K Size

Contents *

Full Kit

Quantity *

1

Add to Cart

Buy Now

**2 WEEK LEAD TIME**

Tired of overpriced FFF-printed Leber V2s and out-of-spec Send Cut Send plates? We built ours differently. These Leber V2 MP5 trigger packs are manufactured using our Formlabs Fuse SLS system in durable Nylon 12, delivering superior strength, consistency, and fitment compared to standard printed alternatives.

Our plates stay true to the original design, featuring dual-sided safety retention pressed with custom tooling for precise engagement and reliability. The result is a product that offers injection-molded-like quality without compromising durability or tolerances. If you're looking for a properly engineered Leber V2 setup without the shortcuts, this is it.

Full Kit:
Main Housing
Front Plate
Rear Plate
Ejector
FCG
Super Safety

No FCG:
Main Housing
Front Plate
Rear Plate

No Reviews Yet

Share your thoughts. Be the first to leave a review.

Leave a Review

## You Might Also Like



Pre-Cut AR15 Trigger
$35.00



CPM-10v/A2 AR Super Safety Kit
$80.00

Captured by FireShot Pro: 26 May 2026, 03:56:19 PM
https://getfireshot.com

© 2025 by Z3 Productions LLC

Contact Us Shipping & Returns Terms & Conditions Privacy Policy

Z3PRO AR HK Night Vision Bulk Contact Us Log In 0

Home V5M MP5 Super Safety Trip



# V5M MP5 Super Safety Trip

★★★★★ 5.0 | 2 reviews

SKU: MP5-V5M-7075

$55.00

Quantity *

1

Add to Cart

Buy Now

***ALL SUPER SAFETY TRIPS ARE NOT COMPATIBLE WITH ALL MP5/MP5 CLONES. PLEASE DO YOUR OWN RESEARCH ON IF THIS WILL WORK IN YOUR SPECIFIC SCENARIO.***

Our V4M MP5 Super Safety Trips are CNC machined from 7075 Aluminum, then an anodizing process is carried out to further enhance surface durability, reduce friction, and extend service life.

Each Kit Includes:
1x V5M MP5 Super Safety Trip

THIS PRODUCT IS MAY REQUIRE MODIFICATIONS THAT YOU PERFORM AT YOUR OWN RISK. Z3 PRODUCTIONS WILL NOT BE HELD LIABLE FOR DAMAGE THAT OCCURS TO YOUR FIREARM AS A RESULT OF ATTEMPTING TO INSTALL THIS PRODUCT. WE DO NOT GUARANTEE THAT THIS PRODUCT WILL FIT YOUR FIREARM.

## Reviews

★★★★★ 5.0

Based on 2 reviews

Leave a Review

| | | |
|---|---|---|
| 5 stars | | 2 |
| 4 stars | | 0 |
| 3 stars | | 0 |
| 2 stars | | 0 |
| 1 star | | 0 |

2 reviews

Filter by rating: All stars Sort by: Most Relevant

Heath Wagner • Oct 21, 2025

★★★★★ ✓ Verified

**Best price for a steel trip**

This is not a bullshi metal injection molded one that snaps after a few hundred rounds, this is actually a cnc machined and DLC coated high quality trip bar for a killer price, 60$ is a steal for how much is involved to make these

Was this helpful? Yes (1)

John Petro • Feb 03

★★★★★ ✓ Verified

**Perfect for MKE stop block clearance.**

Earlier trip version supplied with my super safe lower had a clearance issue with the full auto stop block installed by MKE on a late 2025 AP5K. This newer version 4 is designed with plenty of clearance for the issue I was having. Great product.

Was this helpful? Yes

## You Might Also Like



CPM-10v/A2 AR Super Safety Kit
$80.00



Pre-Cut AR15 Trigger
$35.00



AR 9mm Bolt Weight Jig
$5.00



HK Low Profile RMR Mount
~~$85.00~~ $80.00

© 2025 by Z3 Productions LLC

Contact Us | Shipping & Returns | Terms & Conditions | Privacy Policy