# EXHIBIT DD

(12) Facebook https://www.facebook.com/ze.pro.912984/

Search Facebook



## Ze Pro

1K friends

Z3 Productions

Add friend Message

All About Friends Photos Check-ins More

### Work

Z3 Productions
Owner/Manager/CEO

### Links

z3pro.com

### Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More

### Posts

Filters

**Ze Pro**
March 24 ·

With the recent drop in retail sales, largely due to an influx of low-cost, low-quality competitors, we've decided to open up bulk ordering to the public. To make things easier, we've put together a full pricing guide covering all of our products.Whether you're looking to stock up for personal use or planning to resell, this is a great opportunity to get in at better pricing while supporting a team that's been actively working to keep Super Safety available for nearly a year. 95% of profits are going to our lawyer to support our legal case.

If you're interested, send us an email and we'll get you taken care of.

Pricing list: See less

DOCS.GOOGLE.COM
Z3 Productions SS Bulk Pricing

11 2 3

View more comments

**Ethan Middleton**
huzzah!
9w Like Reply 1

Write a comment...

**Ze Pro** updated his cover photo.
March 18, 2025 ·



**Richard Mitchell**
I want one of these lowers but I don't have a printer
1y

Ze Pro replied · 5 Replies

**Ze Pro** updated his cover photo.
December 22, 2024 ·



**Sean Clarke**
What a gorgeous pic. Jealous
1y 1

Captured by FireShot Pro: 26 May 2026, 10:48:23 PM
https://getfireshot.com

**Ze Pro** updated his profile picture.
December 22, 2024 ·




**Stephen Hollars**
What is the rectangular plastic piece for ?
1y