# EXHIBIT EE

Welcome to Atrius Development Group.





# Mil-Spec Atrius Forced Reset Selector

$199.00

Four Payments of $49.75 with credova. Learn More

(No reviews yet) Write a Review

Maximum Purchase:
10 units

Quantity:
1

Add to Cart



Description

Please note: 1-3 business days processing time

This is the Atrius Mil-Spec FRS (single side) featuring a mil-spec selector switch and a traditional design that looks great, especially if you're working on a retro build.

It's the most robust solution on the market that enables the user to have 3 positions; SAFE, SEMI (Traditional) and FULL-SEMI. This Forced Reset Selector (FRS) is compatible with mil-spec/full-profile AR15 (chambered in .223/5.56/.300 BLK) fire control groups with no modifications required.

The Atrius FORCED RESET SELECTOR isn't just a safety, it's an advantage.

**Packaging will come with a black Atrius bag, the same as our original single-sided FRS. Please be aware of scams and copies on the market.*

**For all notes on Compatibility GO to our Compatibility Page here.**

## PRODUCT FEATURES

- **Mil-Spec Style –** This Atrius FRS features a mil-spec safety selector style switch with the ergonomic ridges and pointer to remind you of your position at all times.
- **Drop-In Installation –** Swap out your factory safety in minutes and experience the next level of firearm manipulation (some fitment may be required).
- **Runs with Mil-Spec Fire Control Groups –** Seamlessly integrates with standard AR fire control groups, ensuring flawless function and longevity without modification.
- **Hardcore Durability –** Crafted from heat-treated, 4140 steel and coated in a corrosion-resistant finish, the Atrius FRS laughs in the face of wear and tear. Rain, mud, sweat—it eats it all for breakfast.
- **Mechanically Leveraged Design –** Our Forced Reset Selector (FRS) reduces wear on your rifle, preserving your weapon's longevity — unlike forced-reset triggers (FRTs) that accelerate internal component degradation.
- **Ultra-Smooth Engagement –** Crisp, tactile clicks with no mushy nonsense. Designed for 90-degree throw engagement.
- **Positive Positioning Without Slippage –** Engineered for rock-solid engagement, eliminating the risk of unintentional movement mid-fire, keeping you in full control at all times.
- **Aggressive Ergonomics –** Textured, chamfered, and purpose-built for speed. Your thumb finds the selector instantly, even under stress, with no fumbling, no hesitation—just pure control.
- **MADE IN THE USA –** Proudly manufactured by Americans for Americans.

**Legal Notice and Disclaimer:** When buying this product you are affirming that you understand all federal, state, and local gun laws that apply to you. Laws surrounding firearms and their parts or accessories vary between each state so it is your responsibility to know what is legal in your area.

Atrius Development Group does not guarantee that our products are legal where you live, and we are not responsible for any misuse, illegal activity, or violations of the law by customers. By completing your purchase, you agree that you are complying with all applicable regulations.

**Restricted States:** CA, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NV, NY, OR, RI, WA, D.C., No US Territories. No international orders.

Related Products



**Atrius Forced Reset Selector**
$199.00



**Ambidextrous Forced Reset Selector**
$249.00

Follow Us

About Us Contact Us Blog Terms & Conditions Privacy Policy Shipping Policy Return Policy Warranty Policy

© 2026 Atrius Development Group LLC | All Rights Reserved

200 Congress Ave Suite 901 Austin TX 78701

Contact Us at contact@atrius.dev

Experience inclusive web accessibility with us. We welcome your feedback for any issues or suggestions for improvement to enhance your user experience.



# Lever Blocker Standalone

$29.99

Please note: 2-3 business days processing time

(No reviews yet) Write a Review

Maximum Purchase:
5 units

Quantity:
1

Add to Cart

Description

*Add this AND the G-Lever Standalone to cart for an automatic $10 discount!

This Standalone Lever Blocker is for Ambi FRS G-LEVER owners and is designed for non-drop-in triggers that have shorter hammers.

The Atrius Lever Blocker will prevent the FRS Lever from over traveling beneath the hammer to ensure consistent cycling.

Pick up your Atrius FRS Standalone Lever Blockers for additional freedom and peace of mind.

**For all notes on Compatibility GO to our Compatibility Page here.**

## PRODUCT FEATURES

- **Drop-In Installation –** Install your new Lever Blocker in minutes and experience the next level of firearm manipulation.
- **Hardcore Durability –** Crafted from heat-treated, 4140 steel and coated in a corrosion-resistant black nitride finish, Atrius FRS parts laugh in the face of wear and tear. Rain, mud, sweat—it eats it all for breakfast.
- **MADE IN THE USA –** Proudly manufactured by Americans for Americans.

**Legal Notice and Disclaimer:** When buying this product you are affirming that you understand all federal, state, and local gun laws that apply to you. Laws surrounding firearms and their parts or accessories vary between each state so it is your responsibility to know what is legal in your area.

Atrius Development Group does not guarantee that our products are legal where you live, and we are not responsible for any misuse, illegal activity, or violations of the law by customers. By completing your purchase, you agree that you are complying with all applicable regulations.

**Restricted States:** CA, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NV, NY, OR, RI, WA, D.C., No US Territories. No international orders.

Related Products



**(G-LEVER) Ambidextrous Forced Reset Selector**
$269.00

Follow Us

About Us Contact Us Blog Terms & Conditions Privacy Policy Shipping Policy Return Policy Warranty Policy

© 2026 Atrius Development Group LLC | All Rights Reserved

200 Congress Ave Suite 901 Austin TX 78701

Contact Us at contact@atrius.dev

Experience inclusive web accessibility with us. We welcome your feedback for any issues or suggestions for improvement to enhance your user experience.

Welcome to Atrius Development Group.

Products Merch Support Contact

ATRIUS

What can we help you find today?

Home / Products / FRS Lever Standalone



# FRS Lever Standalone

$39.99

Please note: 2-3 business days processing time.

(No reviews yet) Write a Review

Maximum Purchase:
5 units

Quantity:
1

Add to Cart



Description

This Standalone Lever is for the original Atrius Forced Reset Selector and the Ambidextrous Forced Reset Selector.

We've seen our Cam Levers last over 20k rounds and counting when paired with compatible platforms, but we get it — more is more.

Pick up your Atrius FRS Standalone Lever for additional freedom and peace of mind.

**For all notes on Compatibility GO to our Compatibility Page here.**

## PRODUCT FEATURES

- **Drop-In Installation –** Swap out your Lever in minutes and experience the next level of firearm manipulation.
- **Hardcore Durability –** Crafted from heat-treated, 4140 steel and coated in a corrosion-resistant black nitride finish, Atrius FRS parts laugh in the face of wear and tear. Rain, mud, sweat—it eats it all for breakfast.
- **MADE IN THE USA –** Proudly manufactured by Americans for Americans.

**Legal Notice and Disclaimer:** When buying this product you are affirming that you understand all federal, state, and local gun laws that apply to you. Laws surrounding firearms and their parts or accessories vary between each state so it is your responsibility to know what is legal in your area.

Atrius Development Group does not guarantee that our products are legal where you live, and we are not responsible for any misuse, illegal activity, or violations of the law by customers. By completing your purchase, you agree that you are complying with all applicable regulations.

**Restricted States:** CA, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NV, NY, OR, RI, WA, D.C., No US Territories. No international orders.

Related Products



**G-LEVER Standalone**
$49.99



**Lever Blocker Standalone**
$29.99



**(G-LEVER) Ambidextrous Forced Reset Selector**
$269.00

Captured by FireShot Pro: 18 May 2026, 10:19:41 AM
https://getfireshot.com

Follow Us

About Us Contact Us Blog Terms & Conditions Privacy Policy Shipping Policy Return Policy Warranty Policy

© 2026 Atrius Development Group LLC | All Rights Reserved

200 Congress Ave Suite 901 Austin TX 78701

Contact Us at contact@atrius.dev

Experience inclusive web accessibility with us. We welcome your feedback for any issues or suggestions for improvement to enhance your user experience.

Welcome to Atrius Development Group.





## G-LEVER Standalone

$49.99

Please note: 1-2 business days processing time

(No reviews yet) Write a Review

Maximum Purchase:
5 units

Quantity:
1

Add to Cart



Description

***Add this AND the Lever Blocker Standalone to cart for an automatic $10 discount!**

**PLEASE NOTE:** Simply buying this Standalone G-Lever alone WILL NOT give you compatibility with use of a Geissele Trigger. In order to ensure consistent and reliable function you must also use the Lever Blocker which prevents the Lever from over-traveling and getting stuck beneath the Geissele Triggers' hammers (because they are reduced in size compared to mil-spec).

TL;DR: If you're buying this, you need this Lever Blocker TOO.

This Standalone G-Lever is for Ambi FRS G-LEVER owners ONLY.

We've seen our Cam Levers last over 20k rounds and counting when paired with compatible platforms, but we get it — more is more.

Pick up your Atrius FRS Standalone G-Lever for additional freedom and peace of mind.

*The G-Lever is ONLY compatible for these Geissele Triggers (SSA, SSA-E, G2S).*

**For all notes on Compatibility GO to our Compatibility Page here.**

### PRODUCT FEATURES

- **Drop-In Installation —** Swap out your G-LEVER in minutes and experience the next level of firearm manipulation.
- **Hardcore Durability —** Crafted from heat-treated, 4140 steel and coated in a corrosion-resistant black nitride finish, Atrius FRS parts laugh in the face of wear and tear. Rain, mud, sweat—it eats it all for breakfast.
- **MADE IN THE USA —** Proudly manufactured by Americans for Americans.

**Legal Notice and Disclaimer:** When buying this product you are affirming that you understand all federal, state, and local gun laws that apply to you. Laws surrounding firearms and their parts or accessories vary between each state so it is your responsibility to know what is legal in your area.

Atrius Development Group does not guarantee that our products are legal where you live, and we are not responsible for any misuse, illegal activity, or violations of the law by customers. By completing your purchase, you agree that you are complying with all applicable regulations.

**Restricted States:** CA, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NV, NY, OR, RI, WA, D.C., No US Territories. No international orders.

Related Products



**Lever Blocker Standalone**
$29.99



**FRS Lever Standalone**
$39.99



**(G-LEVER) Ambidextrous Forced Reset Selector**
$269.00

Follow Us

About Us Contact Us Blog Terms & Conditions Privacy Policy Shipping Policy Return Policy Warranty Policy

© 2026 Atrius Development Group LLC | All Rights Reserved

200 Congress Ave Suite 901 Austin TX 78701

Contact Us at contact@atrius.dev

Experience inclusive web accessibility with us. We welcome your feedback for any issues or suggestions for improvement to enhance your user experience.



# (G-LEVER) Ambidextrous Forced Reset Selector

$269.00

Four Payments of $67.25 with credova . Learn More

Please note: 1-2 business days processing time

(No reviews yet) Write a Review

Maximum Purchase:
10 units

Quantity:
1

Add to Cart

    

Description

**Please note: 1-2 business days processing time for new orders.**

Watch our G-Lever Installation Video Here

Our most robust Forced Reset solution on the market that enables the user to have 3 positions; SAFE, SEMI (Traditional) and SUPER-SEMI — is now compatible with Geissele Triggers!

The G-LEVER is an Ambidextrous FRS that comes with a Lever Blocker designed to keep your cam lever from over-rotating beneath the trigger group's hammer. The Lever Blocker is made of aluminum and is black nitrided to combat wear or corrosion.

**Atrius Development Group's G-LEVER is compatible with Geissele SSA, SSA-E, and G2S triggers.** ***(Please Note: The Geissele "X Series" are currently not compatible)***

Atrius Forced Reset Selectors (FRS) are compatible with mil-spec/full-profile AR15 (chambered in .223/5.56/.300 BLK) fire control groups with no modifications required.

**For all notes on Compatibility GO to our Compatibility Page here.**

## PRODUCT FEATURES

- **Drop-In Installation –** Swap out your factory safety in minutes and experience the next level of firearm manipulation (some fitment may be required).
- **Runs with Mil-Spec Fire Control Groups –** Seamlessly integrates with standard AR fire control groups, ensuring flawless function and longevity without modification.
- **Hardcore Durability –** Crafted from heat-treated, 4140 steel and coated in a corrosion-resistant finish, the Atrius FRS laughs in the face of wear and tear. Rain, mud, sweat—it eats it all for breakfast.
- **Mechanically Leveraged Design –** Our Forced Reset Selector (FRS) reduces wear on your rifle, preserving your weapon's longevity — unlike forced-reset triggers (FRTs) that accelerate internal component degradation.
- **Ultra-Smooth Engagement –** Crisp, tactile clicks with no mushy nonsense. Designed for 90-degree throw engagement.
- **Positive Positioning Without Slippage –** Engineered for rock-solid engagement, eliminating the risk of unintentional movement mid-fire, keeping you in full control at all times.
- **Aggressive Ergonomics –** Textured, chamfered, and purpose-built for speed. Your thumb finds the selector instantly, even under stress, with no fumbling, no hesitation—just pure control.
- **MADE IN THE USA –** Proudly manufactured by Americans for Americans.

**Legal Notice and Disclaimer:** When buying this product you are affirming that you understand all federal, state, and local gun laws that apply to you. Laws surrounding firearms and their parts or accessories vary between each state so it is your responsibility to know what is legal in your area.

Atrius Development Group does not guarantee that our products are legal where you live, and we are not responsible for any misuse, illegal activity, or violations of the law by customers. By completing your purchase, you agree that you are complying with all applicable regulations.

**Restricted States:** CA, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NV, NY, OR, RI, WA, D.C., No US Territories. No international orders.

Related Products



**Ambidextrous Forced Reset Selector**
$249.00



**Atrius Forced Reset Selector**
$199.00

Follow Us

About Us Contact Us Blog Terms & Conditions Privacy Policy Shipping Policy Return Policy Warranty Policy

© 2026 Atrius Development Group LLC | All Rights Reserved

200 Congress Ave Suite 901 Austin TX 78701

Contact Us at contact@atrius.dev

Experience inclusive web accessibility with us. We welcome your feedback for any issues or suggestions for improvement to enhance your user experience.

Welcome to Atrius Development Group.

Products Merch Support Contact

ATRIUS

What can we help you find today?

Home / Products / Ambidextrous Forced Reset Selector



# Ambidextrous Forced Reset Selector

$249.00

Four Payments of $62.25 with credova. Learn More

(No reviews yet) Write a Review

Please note:
2 business days processing time

Check compatibility HERE
before purchasing

**Maximum Purchase:** 10 units

\- 1 +

Add to Cart

SSL Secure Payment

Product Details Reviews

## Product Details

Please note: 2 business days processing time

The most robust solution on the market that enables the user to have 3 positions; SAFE, SEMI (Traditional) and FULL-SEMI. This Forced Reset Selector (FRS) is compatible with mil-spec/full-profile AR15 (chambered in .223/5.56/.300 BLK) fire control groups with no modifications required.

The Atrius FORCED RESET SELECTOR isn't just a safety, it's an advantage.

For all notes on Compatibility GO to our Compatibility Page here.

## PRODUCT FEATURES

- **Drop-In Installation —** Swap out your factory safety in minutes and experience the next level of firearm manipulation (some fitment may be required).
- **Runs with Mil-Spec Fire Control Groups —** Seamlessly integrates with standard AR fire control groups, ensuring flawless function and longevity without modification.
- **Hardcore Durability —** Crafted from heat-treated, 4140 steel and coated in a corrosion-resistant finish, the Atrius FRS laughs in the face of wear and tear. Rain, mud, sweat—it eats it all for breakfast.
- **Mechanically Leveraged Design —** Our Forced Reset Selector (FRS) reduces wear on your rifle, preserving your weapon's longevity — unlike forced-reset triggers (FRTs) that accelerate internal component degradation.
- **Ultra-Smooth Engagement —** Crisp, tactile clicks with no mushy nonsense. Designed for 90-degree throw engagement.
- **Positive Positioning Without Slippage —** Engineered for rock-solid engagement, eliminating the risk of unintentional movement mid-fire, keeping you in full control at all times.
- **Aggressive Ergonomics —** Textured, chamfered, and purpose-built for speed. Your thumb finds the selector instantly, even under stress, with no fumbling, no hesitation—just pure control.
- **MADE IN THE USA —** Proudly manufactured by Americans for Americans.

**Legal Notice and Disclaimer:** When buying this product you are affirming that you understand all federal, state, and local gun laws that apply to you. Laws surrounding firearms and their parts or accessories vary between each state so it is your responsibility to know what is legal in your area.

Atrius Development Group does not guarantee that our products are legal where you live, and we are not responsible for any misuse, illegal activity, or violations of the law by customers. By completing your purchase, you agree that you are complying with all applicable regulations.

**Restricted States:** CA, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NV, NY, OR, RI, WA, D.C., No US Territories. No international orders.

## People Also Viewed



★★★★★
**Atrius Forced Reset Selector**
$199.00

Follow Us

About Us Contact Us Blog Terms & Conditions Privacy Policy Shipping Policy Return Policy Warranty Policy

© 2026 Atrius Development Group LLC | All Rights Reserved

200 Congress Ave Suite 901 Austin TX 78701

Contact Us at contact@atrius.dev

Experience inclusive web accessibility with us. We welcome your feedback for any issues or suggestions for improvement to enhance your user experience.

Welcome to Atrius Development Group.





# Atrius Forced Reset Selector

$199.00

Four Payments of $49.75 with credova. Learn More

(7 reviews) Write a Review

Please note: 2 business days processing time

Check compatibility HERE
before purchasing.

**Maximum Purchase:** 10 units

- 1 +

Add to Cart

SSL Secure Payment



Product Details Reviews

## Product Details

Please note: 2 business days processing time

The most robust solution on the market that enables the user to have 3 positions; SAFE, SEMI (Traditional) and FULL-SEMI. This Forced Reset Selector (FRS) is compatible with mil-spec/full-profile AR15 (chambered in .223/5.56/.300 BLK) fire control groups with no modifications required.

The Atrius FORCED RESET SELECTOR isn't just a safety, it's an advantage.

**For all notes on Compatibility GO to our Compatibility Page here.**

## PRODUCT FEATURES

- **Drop-In Installation –** Swap out your factory safety in minutes and experience the next level of firearm manipulation (some fitment may be required).
- **Runs with Mil-Spec Fire Control Groups –** Seamlessly integrates with standard AR fire control groups, ensuring flawless function and longevity without modification.
- **Hardcore Durability –** Crafted from heat-treated, 4140 steel and coated in a corrosion-resistant finish, the Atrius FRS laughs in the face of wear and tear. Rain, mud, sweat—it eats it all for breakfast.
- **Mechanically Leveraged Design –** Our Forced Reset Selector (FRS) reduces wear on your rifle, preserving your weapon's longevity — unlike forced-reset triggers (FRTs) that accelerate internal component degradation.
- **Ultra-Smooth Engagement –** Crisp, tactile clicks with no mushy nonsense. Designed for 90-degree throw engagement.
- **Positive Positioning Without Slippage –** Engineered for rock-solid engagement, eliminating the risk of unintentional movement mid-fire, keeping you in full control at all times.
- **Aggressive Ergonomics –** Textured, chamfered, and purpose-built for speed. Your thumb finds the selector instantly, even under stress, with no fumbling, no hesitation—just pure control.
- **MADE IN THE USA –** Proudly manufactured by Americans for Americans.

**Legal Notice and Disclaimer:** When buying this product you are affirming that you understand all federal, state, and local gun laws that apply to you. Laws surrounding firearms and their parts or accessories vary between each state so it is your responsibility to know what is legal in your area.

Atrius Development Group does not guarantee that our products are legal where you live, and we are not responsible for any misuse, illegal activity, or violations of the law by customers. By completing your purchase, you agree that you are complying with all applicable regulations.

**Restricted States:** CA, CT, DE, FL, HI, IL, MA, MD, MN, NJ, NV, NY, OR, RI, WA, D.C., No US Territories. No international orders.

Follow Us

About Us Contact Us Blog Terms & Conditions Privacy Policy Shipping Policy Return Policy Warranty Policy

© 2026 Atrius Development Group LLC | All Rights Reserved

200 Congress Ave Suite 901 Austin TX 78701

Contact Us at contact@atrius.dev

Experience inclusive web accessibility with us. We welcome your feedback for any issues or suggestions for improvement to enhance your user experience.