# EXHIBIT FF





Cornfire Arsenal

# Cornfire Arsenal Milspec Active Reset Conversion (MARC)

★★★★★

READ ALL 0 REVIEWS | QUESTIONS AND ANSWERS

Save 28 %

MSRP: $~~250.00~~

$180.00

*3-position active reset conversion for AR-15 platforms using a stock trigger*

Out of stock

ADD TO WISHLIST

Join the waitlist to be emailed when this product becomes available

Email Address

This feaure requires an account. If you don't already have an account, one will be created for you.

JOIN WAITLIST

SKU: 32892

Categories: Fire Control Enhancement Devices, AR-15 Lower Parts, AR-15 Safety Selector

DESCRIPTION | ADDITIONAL INFORMATION | REVIEWS | QUESTIONS & ANSWERS

## Cornfire Arsenal Milspec Active Reset Conversion (MARC)

The Cornfire Arsenal Milspec Active Reset Conversion (MARC) is a 3-position selector conversion for AR-15 rifles and pistols that works with your existing stock trigger. Built from heat-treated, nitride-coated steel with an S7 tool-steel cam lever and a 4140 steel selector lever, it is designed for durability, straightforward installation, and faster follow-up shots on a familiar platform.

### Features

- 3-position active reset conversion
- Designed for use with a stock trigger
- Heat-treated and nitride-coated steel construction
- Cam lever made from S7 tool steel
- 4140 steel selector lever
- Easy installation
- Built for AR-15 rifles and pistols

### Specifications

- Product Type: Active reset conversion
- Model: MARC
- Configuration: 3 position
- Cam Lever Material: S7 tool steel
- Selector Lever Material: 4140 steel
- Finish: Nitride-coated
- Construction: Heat-treated steel
- Platform Compatibility: AR-15 rifles and pistols
- Trigger Compatibility: Stock trigger

Not available to ship to CA, CT, DE, FL, HI, IL, IA, MA, MD, MN, NJ, NY, OR, RI, WA, D.C.

## Similar Products

On Sale



Atrius Development 3 Position Super Se...

★★★★★

Now: **$199.00**

View Product

On Sale



AR 15 Carbine Buffer Tube Kit

★★★★★

Now: **$24.95**

View Product

On Sale



AR 15 Lower Parts Kit

★★★★★

Now: **$44.95**

View Product

On Sale



Atrius Development 3 Position Super Se...

★★★★★

Now: **$249.00**

View Product

## Questions? We're here to help!

**Email**

Contact us at: support@blackrifledepot.com

**Mailing Address**

136 Allen Rd
Bakersfield Ca 93314

**RESOURCES**

- Order Lookup / Tracking
- BRD Learning Center
- Blog

**OTHER INFO**

- Shipping Policy
- Returns Policy
- Privacy Policy
- Lifetime Warranty
- Your Wishlist
- Military Discount

**WE ARE KNOWN FOR**

- AR-15 Parts Deals Depot
- Optics / Sights
- Other Platforms
- Ammo
- Brands

**ABOUT BRD**

- Our Story
- Our Commitment to Excellence
- Contact Us
- Terms & Conditions