# Appendix A

**APPENDIX A**
**DEPOSITIONS**

| # | Declarant | Proposed Dep. Length | Proposed Topics/Scope |
|---|---|---|---|
| 1 | Pearson Gardner (Fact Witness) | 3 hours | Documents produced by Defendants; Defendants' design, manufacture, distribution, and sales of the Accused Products; communications with third parties concerning the Asserted Patents and/or litigation involving the Asserted Patents. |
| 2 | 80Mills, LLC Rule 30(b)(6) Designee | 4 hours | Financial condition of 80Mills, LLC (assets, liabilities, cash positions); documents produced by Defendants; Defendants' design, manufacture, distribution, marketing, promotion, and sales of the Accused Products; communications with third parties concerning the Asserted Patents and/or litigation involving the Asserted Patents. |
| 3 | Kristopher Cope (Fact Witness) | 3 hours | Documents produced by Defendant; Defendant's design, manufacture, distribution, and sales of Accused Products; communications with third parties concerning the Asserted Patents and/or litigation involving the Asserted Patents; Defendant's financial condition and ability to satisfy a judgment. |
| 4 | Zach Morrow (Fact Witness) | 3 hours | Documents produced by Defendants; Defendants' design, manufacture, distribution, and sales of the Accused Products; communications with third parties concerning the Asserted Patents and/or litigation involving the Asserted Patents. |
| 5 | DNT, LLC Rule 30(b)(6) Designee | 4 hours | Financial condition of DNT, LLC (assets, liabilities, cash positions); documents produced by Defendants; Defendants' design, manufacture, distribution, marketing, promotion, and sales of the Accused Products; communications with third parties concerning the Asserted Patents and/or litigation involving the Asserted Patents. |
| 6 | Damion Terrell Bennett (Fact Witness) | 3 hours | Documents produced by Defendants; Defendants' design, manufacture, distribution, and sales of the Accused Products; communications with third parties concerning the Asserted Patents and/or litigation involving the Asserted Patents. |
| 7 | Hanes Tactical, LLC Rule 30(b)(6) Designee | 4 hours | Financial condition of Hanes Tactical, LLC (assets, liabilities, cash positions); documents produced by Defendants; Defendants' design, manufacture, distribution, marketing, promotion, and sales of the Accused Products; communications with third parties concerning the Asserted Patents and/or litigation involving the Asserted Patents. |
| 8 | Tyler Harrison (Fact Witness) | 3 hours | Documents produced by Defendants; Defendants' design, manufacture, distribution, and sales of the Accused Products; communications with third parties concerning the Asserted Patents and/or litigation involving the Asserted Patents. |

| | | | |
|---|---|---|---|
| 9 | Harrison Gunworks LLC Rule 30(b)(6) Designee | 4 hours | Financial condition of Harrison Gunworks LLC (assets, liabilities, cash positions); documents produced by Defendants; Defendants' design, manufacture, distribution, marketing, promotion, and sales of the Accused Products; communications with third parties concerning the Asserted Patents and/or litigation involving the Asserted Patents. |
| 10 | Peter Brennen (Fact Witness) | 3 hours | Documents produced by Defendants; Defendants' design, manufacture, distribution, and sales of the Accused Products; communications with third parties concerning the Asserted Patents and/or litigation involving the Asserted Patents. |
| 11 | MaRs Trigger, LLC Rule 30(b)(6) Designee | 4 hours | Financial condition of MaRs Trigger, LLC (assets, liabilities, cash positions); documents produced by Defendants; Defendants' design, manufacture, distribution, marketing, promotion, and sales of the Accused Products; communications with third parties concerning the Asserted Patents and/or litigation involving the Asserted Patents. |
| 12 | Thomas Carter II (Fact Witness) | 3 hours | Documents produced by Defendants; Defendants' design, manufacture, distribution, and sales of the Accused Products; communications with third parties concerning the Asserted Patents and/or litigation involving the Asserted Patents. |
| 13 | Brandi Carter (Fact Witness) | 3 hours | Documents produced by Defendants; Defendants' design, manufacture, distribution, and sales of the Accused Products; communications with third parties concerning the Asserted Patents and/or litigation involving the Asserted Patents. |
| 14 | Mister Guns, LLC Rule 30(b)(6) Designee | 4 hours | Financial condition of Mister Guns, LLC (assets, liabilities, cash positions); documents produced by Defendants; Defendants' design, manufacture, distribution, marketing, promotion, and sales of the Accused Products; communications with third parties concerning the Asserted Patents and/or litigation involving the Asserted Patents. |
| 15 | Steven Thanh Nguyen (Fact Witness) | 3 hours | Documents produced by Defendant; Defendant's design, manufacture, distribution, and sales of Accused Products; communications with third parties concerning the Asserted Patents and/or litigation involving the Asserted Patents; Defendant's financial condition and ability to satisfy a judgment. |
| 16 | Polymer Pew Rule 30(b)(6) Designee | 4 hours | Financial condition of Polymer Pew (assets, liabilities, cash positions); documents produced by Defendant; Defendant's design, manufacture, distribution, marketing, promotion, and sales of the Accused Products; communications with third parties concerning the Asserted Patents and/or litigation involving the Asserted Patents. |

| | | | |
|---|---|---|---|
| 17 | Optics Planet, Inc. Rule 30(b)(6) Designee | 4 hours | Financial condition of Optics Planet, Inc. (assets, liabilities, cash positions); documents produced by Defendants; Defendants' design, manufacture, distribution, marketing, promotion, and sales of the Accused Products; communications with third parties concerning the Asserted Patents and/or litigation involving the Asserted Patents. |
| 18 | Mordekhai Harroch (Fact Witness) | 3 hours | Documents produced by Defendants; Defendants' design, manufacture, distribution, and sales of the Accused Products; communications with third parties concerning the Asserted Patents and/or litigation involving the Asserted Patents |
| 19 | PistolCap Limited Co. Rule 30(b)(6) Designee | 4 hours | Financial condition of PistolCap Limited Co. (assets, liabilities, cash positions); documents produced by Defendants; Defendants' design, manufacture, distribution, marketing, promotion, and sales of the Accused Products; communications with third parties concerning the Asserted Patents and/or litigation involving the Asserted Patents. |
| 20 | ProSource Firearms, LLC Rule 30(b)(6) Designee | 4 hours | Financial condition of ProSource Firearms, LLC (assets, liabilities, cash positions); documents produced by Defendants; Defendants' design, manufacture, distribution, marketing, promotion, and sales of the Accused Products; communications with third parties concerning the Asserted Patents and/or litigation involving the Asserted Patents. |
| 21 | Superior Firearms of Texas, LLC Rule 30(b)(6) Designee | 4 hours | Financial condition of Superior Firearms of Texas, LLC (assets, liabilities, cash positions); documents produced by Defendants; Defendants' design, manufacture, distribution, marketing, promotion, and sales of the Accused Products; communications with third parties concerning the Asserted Patents and/or litigation involving the Asserted Patents. |
| 22 | Z3 Productions, LLC Rule 30(b)(6) Designee | 4 hours | Financial condition of Z3 Productions, LLC (assets, liabilities, cash positions); documents produced by Defendants; Defendants' design, manufacture, distribution, marketing, promotion, and sales of the Accused Products; communications with third parties concerning the Asserted Patents and/or litigation involving the Asserted Patents. |