# Appendix B

**APPENDIX B: REQUESTED INTERROGATORIES AND REQUESTS FOR PRODUCTION**

| Defendant(s) | Case No. | Asserted Patents* | Accused Product(s) | Interrogatories (Exhibit A) | Requests for Production (Exhibit B) |
|---|---|---|---|---|---|
| 80Mills LLC, d/b/a Tactical Titan Supply; Pearson Gardner | 4:26-cv-00380-ALM | U.S. Patent Nos. 12,038,247; 12,031,784; 12,529,538; 12,578,159; 12,636,403 | Super Safety | 1–3 | 1–4 |
| Christopher Cope | 2:26-cv-00033-ALM | U.S. Patent Nos. 12,038,247; 12,031,784; 12,529,538; 12,578,159; 12,636,403 | Super Safety | 1–3 | 1–4 |
| DNT LLC, d/b/a Deez Nutz Tactical; Zach Morrow | 4:26-cv-00377-ALM | U.S. Patent Nos. 12,038,247; 12,031,784; 12,529,538; 12,578,159; 12,636,403 | ARC-Fire; Super Safety; Super Selektor | 1–3 | 1–4 |
| PistolCap Limited Company, d/b/a Frisco Guns; Mordekhai Harroch | 2:26-cv-00053-ALM | U.S. Patent Nos. 12,038,247; 12,031,784; 12,578,159; 12,636,403 | Atrius Forced Reset Selector | 1–3 | 1–4 |
| Hanes Tactical, LLC; Damion Terrell Bennett | 4:26-cv-00369-ALM | U.S. Patent Nos. 12,038,247; 12,031,784; 12,529,538; 12,578,159; 12,636,403 | Super Safety | 1–3 | 1–4 |
| Harrison Gunworks LLC; Tyler Harrison | 4:26-cv-00379-ALM | U.S. Patent Nos. 12,038,247; 12,031,784; 12,529,538; 12,578,159; 12,636,403 | Super Safety; MARC Selector | 1–3 | 1–4 |
| MaRs Trigger, LLC; Peter Brennen | 2:26-cv-00030-ALM | U.S. Patent Nos. 12,038,247; 12,031,784; 12,529,538; 12,578,159; 12,636,403 | Super Safety | 1–3 | 1–4 |
| Mister Guns, LLC; Thomas Carter II; Brandi Carter | 2:26-cv-00056-ALM | U.S. Patent Nos. 12,038,247; 12,031,784; 12,578,159; 12,636,403 | Atrius Forced Reset Selector | 1–3 | 1–4 |

* Plaintiffs have filed motions for leave to amend the complaints in each case, requesting leave to add claims of infringement of at least the ’403 patent. The Asserted Patents listed include the patents asserted against the Accused Product(s) based on the requested amendment.

| Defendant(s) | Case No. | Asserted Patents* | Accused Product(s) | Interrogatories (Exhibit A) | Requests for Production (Exhibit B) |
|---|---|---|---|---|---|
| Optics Planet, Inc., d/b/a Ecentria | 4:26-cv-00521-ALM | U.S. Patent Nos. 12,038,247; 12,031,784; 12,529,538; 12,578,159; 12,636,403 | Super Safety; Atrius Forced Reset Selector; ARC-Fire | 1–3 | 1–4 |
| Steven Thanh Nguyen, d/b/a Polymer Pew | 4:26-cv-00425-ALM | U.S. Patent Nos. 12,038,247; 12,031,784; 12,529,538; 12,578,159; 12,636,403 | Super Safety; ARC-Fire | 1–3 | 1–4 |
| ProSource Firearms, LLC | 2:26-cv-00055-ALM | U.S. Patent Nos. 12,038,247; 12,031,784; 12,529,538; 12,578,159; 12,636,403 | Super Safety; Atrius Forced Reset Selector | 1–3 | 1–4 |
| Superior Firearms of Texas, LLC | 2:26-cv-00058-ALM | U.S. Patent Nos. 12,038,247; 12,031,784; 12,578,159; 12,636,403 | Atrius Forced Reset Selector | 1–3 | 1–4 |
| Z3 Productions, LLC, d/b/a Z3PRO | 4:26-cv-00367-ALM | U.S. Patent Nos. 12,038,247; 12,031,784; 12,529,538; 12,578,159; 12,636,403 | Super Safety | 1–3 | 1–4 |