# EXHIBIT D

[redacted]

[REDACTED IN ITS ENTIRETY]