# EXHIBIT S

Wood Herron & Evans LLP
intellectual property law

Clement H. Luken, Jr.
Gregory F. Ahrens
Wayne L. Jacobs
Kurt A. Summe
Keith R. Haupt
Thomas W. Humphrey
David H. Brinkman
Kathryn E. Smith
David E. Jefferies
J. Dwight Poffenberger, Jr.
Brett A. Schatz
Sarah Otte Graber
Randall S. Jackson, Jr.
Steven W. Benintendi, Ph.D.
Glenn D. Bellamy
Kevin E. Kuehn
David A. Fitzgerald II
Sean K. Owens
W. Scott Gaines
Louis H. Sitler
Michael E. Glennon
Joseph L. Falkiewicz ±
Bryn E. Ericksen
I. Marshall Fontenot+
Bruce Tittel *
David J. Josephic *
Kenneth B. Germain *
Stephen E. Gillen *
Thomas J. Burger *
P. Andrew Blatt, Ph.D.*
Lori Krafte*
* Counsel
+Technical Advisor
± Admitted in Michigan

GBELLAMY@WHE-LAW.COM
DIRECT: (513) 707-0243

August 9, 2025

***Via Hand Delivery***
Mr. Matthew Stephen Karlovic
Active Safety Designs
3000 Rivercross Drive
High Point, North Carolina 27265-8025

Re: **<u>Infringement of U.S. Patent No. 12,038,247</u>**

Dear Mr. Karlovic,

This firm represents ABC IP, LLC ("ABC") in intellectual property matters. ABC is the owner of U.S. Patent No. 12,038,247 ("the '247 Patent") and others issued and pending, exclusively licensed to to Rare Breed Triggers, Inc. ("Rare Breed").

The '247 Patent covers a forced reset trigger with a cam movable between first and second positions to force the trigger to reset. It is an infringement to make, use, sell, offer to sell, or import any product covered by any claim of this patent in the United States, and all infringers in the chain of commerce are liable for full damages adequate to compensate for the infringement. 35 U.S.C. §§ 271 and 284. Additionally, anyone who actively induces or contributes to infringement is liable as an infringer. 35 U.S.C. §§ 271 and 284.

It has come to our attention that you, Active Safety Designs, is selling or offering to sell what has come to be known as a "Super Safety," examples of which are shown below, via Active Safety Designs' website (https://www.activesafetydesigns.com/).

The AR MP5-K Lower (Full Kit) is a complete fire control mechanism that directly infringes the '247 Patent.




600 Vine Street | Suite 2800 | Cincinnati, OH 45202 | tel: 513-241-2324 | fax: 513-241-6234 | whe-law.com
Edmund P. Wood: 1923-1968 | Truman A. Herron: 1935-1976 | Edward B. Evans: 1936-1971

Additionally, when installed as instructed, other products, like the "Super Safety" or "ARC-FIRE Trigger – AMBI KIT" form a combination that is covered by at least one claim of the '247 Patent. Thus, use, manufacture, or sale constitutes an infringement of the '247 Patent.





And other items you offer have no use other than in an infringing combination with the Super Safety, for example levers, cams, centering blocks, rounded detents, and the "PSA JAKL – SS Trip Kit," and MP5 Slip Trip, and AR MP5-K Lower (Full Kit).

These items are not standard components intended for use with a traditional fire control group. Rather, they are specially designed and manufactured exclusively for installation with other trigger parts to complete the patented combination. As such, these components constitute a material part of the invention claimed in the '247 Patent, are not staple articles or commodities of commerce suitable for substantial noninfringing use, and are intended to be assembled into infringing devices. Your manufacture, sale, and offer for sale of these items therefore constitutes contributory infringement under 35 U.S.C. § 271(c), and your conduct in promoting their installation into an infringing combination constitutes active inducement of infringement under 35 U.S.C. § 271(b). As such, you are fully liable for all resulting damages caused to the patent owner.

Accordingly, we must demand that you immediately cease and desist from any further sale or offer to sell these products or any other component part(s) or product(s) covered by or inducing infringement of the '247 Patent.

In order to negotiate a legal resolution without litigation, provide the following information:

- The number of units made or sold since July 16, 2024,
- The total revenue from the sale of each of these products,
- Identity and contact information for any wholesale purchasers, dealers, or resellers to whom you have sold these products, and
- If Active Safety Designs did not manufacture all of these products or all of their components, identify the manufacturer from whom they were obtained and/or the vendor who supplied the components.

Knowing infringement or continuing to infringe after notice indicates willful infringement, which can incur a judgment of treble damages and/or payment of attorneys' fees in

litigation. **Please confirm that you are immediately complying no later than August 22, 2025.**

Having been notified of this claim, you have a legal obligation to preserve all documents and records relating to your manufacture, sale, and offer for sale of these items. Spoliation of evidence can result in sanctions and/or legal inferences that the destroyed evidence was inculpatory.

We urge you to seek the advice of a competent patent attorney in this very serious legal matter and look forward to your prompt response.

This letter is without prejudice to any claims or remedies available to ABC IP, LLC (and/or Rare Breed Triggers LLC), including damages, injunctive relief, and/or attorneys' fees.

Very truly yours,

Glenn D. Bellamy

Enclosure
cc: ABC IP, LLC