# EXHIBIT V

3 Position Super Safeties have entered the Market | AS Designs ARC - YouTube https://www.youtube.com/watch?v=-bGHV2UAwDg




Captured by FireShot Pro: 15 April 2026, 03:36:35 PM
https://getfireshot.com

## 3 Position Super Safeties have entered the Market | AS Designs ARC

Desk Pop
185K subscribers
Join Subscribe
4.3K Share Ask Save

169,126 views Nov 8, 2025
You can see more of us on Instagram: / real.deskpop
This is a completely and 100% YouTube compliant and legal review of a NON regulated Item from Active Safety Designs. Have you been hoping for a more afforded 3-position FRT? AS designs has released their "Arc-fire" trigger system for half the price of Rare Breed's FRTL3, in this video I demonstrate my experience with it and IN NO WAY recommend or promote a product.

USE CODE PLEASE at your favorite retailer to support the channel (And get a discount)

Desk Pop showcases the AS Designs ARC Fire Trigger, a three-position ambidextrous selector designed for compatibility with duty-grade rifles and Geissele triggers. The demonstration highlights how this system... Summary

### Ask

Get answers, explore topics, and more

Ask questions

### Transcript

Follow along using the transcript.

Show transcript

Desk Pop
185K subscribers

Videos About instagram

Show less

### 958 Comments

Sort by

Add a comment...

Pinned by @DeskPop
@DeskPop 5 months ago (edited)
If you comment, you could win a BELT.
Remember; these restock 11/21 so mark your calendars and don't forget PLEASE.
67 Reply
25 replies

@CrimsonRedSoviet 5 months ago (edited)
Next up we need 4 position, safe, semi, "burst", and "auto"

keep it pushing!
187 Reply
28 replies

@Agallx 5 months ago
FRTs are wild, got to experience one for the first time the other day in a 22lr.



Justin Bieber Carpool Karaoke 2020
The Late Late Show with James Corden
32M views · 6 years ago



Man Faints After Realizing He Accidentally Killed His Wife
Dr Insanity
4.7M views · 1 month ago



The Cam Activated Reset Limiter from STINC USA.
Desk Pop
153K views · 2 months ago



Mother Gets Caught With Headless Son In Her Trunk
SPY Documentaries
1.8M views · 3 months ago



Rare Breed Won't Like This | Partisan Disruptor FRT
PSR
250K views · 2 months ago



Canadian WIRE ROPE Shotgun Slug - Definitely a war crime!
TAOFLEDERMAUS
2.4M views · 1 month ago



This $350 Laser has no Competition | SMS Trinity
Desk Pop
98K views · 5 months ago



14-Year-Old Realizes His Life Is Over
Red Thread Interrogations
927K views · 3 months ago



Semiautomatic Super Safety Part 2: Issues and Fixes
Fitty%
95K views · 1 year ago



ATF Hates How Quiet This Glock is - Hush Puppy Glock 19
PewPewDingers
2.5M views · 3 months ago



Teen Lures Boy To His Death, Thinks She Can Get Away With...
Dangle Crime
2.6M views · 1 month ago



He Installed a Forced Reset Trigger at a Gun Range... and ...
Colion Noir
672K views · 5 months ago

126 Reply

• 10 replies

@kalashnikovmania2074 5 months ago
AS Designs customer service department is top notch.
No questions asked when the rear lug supplied with their Jakl trip kit fractured and broke.
I had a replacement in 3 days shipped .

158 Reply

8 replies

@ACEE-ee2xr 4 months ago
Every AR-15 and derivative that is produced at this time in history should come with one of these from the factory. It's the logical thing to do tbh. I'm a cheap guy when it comes to guns and if I knew the rifle I was getting could do this I would pay a few hundred dollars more for that. 💯

30 Reply

4 replies

@merlin704 5 months ago (edited)
Super Safety AND Tactical Capris together in one video? I don't think my heart can handle all this excitement!

29 Reply

@edjecollins4141 5 months ago
They have been out of stock for a while and after this and other videos, the demand will drastically increase while supplies are always low. I always love your videos BTW.

62 Reply

• 10 replies

@MaddhatterAce 5 months ago
He has the need, the need for super safe speed.

17 Reply

@vicdiaz5180 5 months ago
The stumble in the intro was priceless 😂

22 Reply

@XxShadow101xX 5 months ago
That's awesome! I was dreading having to spend $450 on full semi-automatic, and i'd loveeeeee a nice budget-friendly one like this. Some day i'll get an actual belt-fed upper and have the LMG-at-home i've dreamed of!

10 Reply

@NuevoMéxico444 5 months ago
Looks like it runs really well and that's a great setup for a battle rifle

28 Reply

@calebcrockett1085 5 months ago
Have seen nothing but good things on these. Atrius also makes a 3 position selector that I've heard people have decent luck with and you don't have to run a SS cut trigger. IMO everyone should buy one because "common use" is definitely a friend of the people.

30 Reply

7 replies

@mikeyunovapix7181 4 months ago
I found out they're making a slip trip kit for the BRN180 upper. It will soon be entirely possible to functionally recreate the AR-18. I would love nothing more than to build up such a rifle with this Super Safety, a nice folding stock, and tricked out with nice accessories.

Sawtooth Tactical
13:23 22K views • 5 months ago

Married Teacher Raped 13-Year-Old Student
Law&Crime Network
25:18 1M views • 3 weeks ago

Parents Discover Their Daughter Is A Mass Killer

2 Reply

@SocialistHub 5 months ago
I recently got a Regulator with a 3 position trigger selector. Great stuff
25 Reply
2 replies

@ryewaldman2214 5 months ago
We are all Jerry Miculek on this Blessed Day!
2 Reply

@ngrlvr6223 5 months ago
I just picked up my very first AR on Friday.

1h40m from picking it up to successfully dry fire testing the super safety 👍 - and that's cutting my own trigger with NO jig and rounding my own detent.
..
Read more
3 Reply

@roycox193 5 months ago
The wait time for these will increase dramatically now
23 Reply
• 7 replies

@130shooter1 5 months ago
I wish one of these companies would make a 45/90 safety. I am looking forward to the kit for the scar from AS Designs though
4 Reply

@Saltpork305 5 months ago
YouTube tried to hide this from me, despite commenting on every video because you make great content. I have a cheap a4 clone this would be perfect for.
2 Reply

@humansvd3269 5 months ago
Got my Atrius to work after blood, sweat, and tears. But I wish this was around before I got it. Oh well, more choices if I get another rifle.
4 Reply

28:30
Dr Insanity
14M views • 8 months ago

50:22
OnlyFans Mom Leaves Toddler to Starve With Dead Baby
EXPLORE WITH US
5.3M views • 1 month ago

50:13
The Toxic Justin Bieber Love Triangle
Patrick Cc:
1.4M views • 11 months ago

21:50
Redacted Arms SUPER SAFETY - The Coolest Thing Since The ...
Sawtooth Tactical
32K views • 8 months ago


32:05
Killer Husband Realizes His Kids Saw Everything
Midwest Safety and Interrogation File...
3M views • 2 months ago



22:42
Which barrel length is best for an AR-15? We perform the ...
Garand Thumb
2.7M views • 2 years ago


4:35
How to cut a trigger for a Super Safety
Redacted Arms LLC
50K views • 1 year ago

Captured by FireShot Pro: 15 April 2026, 03:36:35 PM
https://getfireshot.com

Thrilled with both my ARC and Atrius. God bless the free market.

6 Reply

1 reply

@j.p.4541 2 months ago
Thank you for posting this,
I just ordered the push button version from AS Designs for my SP5.
After watching this video, I emailed them asking for the Arc Fire version instead. I agree the lever selector vs a push button is more preferable.

Reply

@blindrocket 5 months ago
I've added one to my Christmas list 😀 I hope that Santa comes through!
Thanks for the cool videos Desk Pop and congrats on the move.

3 Reply

@Joelaw99_ 4 months ago
Cant wait for the brn-180 trip they are working on....!

1 Reply

@MrGlennFrank 5 months ago
That is an extremely well tuned rifle - great job and congrats! Glad to see more an more FRTs coming on to the market (common use is a very good thing).

PS - You're in my sub feed again this week 🤘

21 Reply

• 1 reply

@trevorcoyle517 5 months ago
Video notification reminded me to check the mail box, pulled my SECOND one out! Can't wait to burn it down back home

18 Reply

• 2 replies

@KeweenawPatriot 5 months ago
Wasnt aware they made CC belts that are half hard, half soft. Ill have to check them out.

3 Reply

10:23 10K views • 5 months ago

39:06 Exposing The 9/11 Cover-Up | TMZ Investigates: The Fifth ...
TMZ
10M views • 10 months ago

32:25 Woman Tries to Assassinate Cop Driving Her to Jail
Code Blue Cam
7.3M views • 1 month ago

1:01:08 She Has No Idea She Is Being Lured Into A Deadly Ambush ...
TCD
904K views • 2 weeks ago

47:07 Unfiltered Matt Rife Comedy | Matt Rife Viral Crowd Work ...
800 Pound Gorilla Comedy Slices
2.6M views • 7 months ago

18:34 Nobody Roasts Celebrities to Their Face Like Chris Rock
Celebs Goat
1.7M views • 1 month ago

6:55 AS Designs ARC Follow Up & Tips for Running It Effectively
First Round Pop
20K views • 3 months ago

28:01 When Employees Fight Back Against Rude Customers !
Binge Watch
1.8M views • 4 months ago

31:44 When Cops Surprise Criminals in the Act
MrBroken
7.3M views • 2 years ago