# EXHIBIT W

10:30

Rare Breed Firearms's post



1d Like Reply Hide 1

The comment Rare Breed Firearms is replying to has been deleted.

Author
**Rare Breed Firearms**
Reid Jared Tyndall - Come back and share pics!

19h Like Reply 1

The comment Reid is replying to has been deleted.

**Reid Jared Tyndall**
Rare Breed Firearms solid copy! I'll be ordering one soon!

20h Like Reply Hide 1

Write a reply...

**Nate Hudson**
Wait is the FRT-15C3 based on the super safety by using the cam? You just made it so you still have the drop in trigger that takes the cam.

1d Like Reply Hide 2

Comment as Rare Breed...