# EXHIBIT X

**Page 1**
**Instagram**
**https://www.instagram.com/p/DYkxy_GRzP2/**




rarebreedfirearms • Follow
Wichita Falls, Texas

rarebreedfirearms FRT-RD3 (AMBI) are available right meow!

#RarebreedTriggers #FRT #ForcedReset #ForcedResetTrigger #RollerLocksMadeRight

1w

dusty_lee_upchurch Super safety is 100$ and works first try out of the box. I thought this was cool. But here we are. 500$ trigger that isn't reliable

1w 21 likes Reply

jerry.huff.351s @dusty_lee_upchurch really

1w Reply

countrystyle2000 @dusty_lee_upchurch factual statement 🤣 I got 5 super safetys for the price of one of these and not a single one has failed every single one of these my friends have purchased have failed and needed some kinda work to get running 🤣🤣🤣

1w 7 likes Reply

amerikiwi_actual @dusty_lee_upchurch mine just (RB) runs, 1000+ rounds into it with cleaning and no issues

Liked by landry98123 and others
7 days ago

Add a comment... Post

**Captured by FireShot Pro: 28 May 2026, 10:19:03 AM**
**https://getfireshot.com**

**Page 1**
**Instagram**
**https://www.instagram.com/p/DYkxy_GRzP2/**




rarebreedfirearms • Follow
Wichita Falls, Texas

**amerikiwi_actual** @dusty_lee_upchurch mine just (RB) runs, 1000+ rounds into it with cleaning and no issues
6d 1 like Reply

**countrystyle2000** @amerikiwi_actual yet
5d 2 likes Reply

**fred._fox** Over 3k rounds , mix of 300, 556 super/sub on the 300 .. not a single issue .. keep hating , it's popular. Also have yet to clean the lower .. sooo it's working
4d Reply

**fowlerhayes7** @dusty_lee_upchurch where can I get this SS you speak of for my sp5?
3d Reply

**dusty_lee_upchurch** @amerikiwi_actual I do need to try tweaking to see if I can improve. But out of the box in my spikes tactical. It's like playing operation to get that frt to actually do its job. As long as you have the right pocket, in your lower and your parts can handle the heat. The super safety for the price just really blows this out of the water for me. I feel like I did waste 500$

Liked by **landry98123** and **others**
7 days ago

Add a comment... Post

Page 1
Instagram
https://www.instagram.com/p/DYkxy_GRzP2/




rarebreedfirearms • Follow
Wichita Falls, Texas

dusty_lee_upchurch @fowlerhayes7 check out deeznutz tactical! Then check Brandan Herrera he discusses other variations and where he got them, in case I'm mid leading you. They are here locally by me. Terrible name lol, but Very legit and they will ship so fast

2d Reply

dusty_lee_upchurch @fred._fox so you've just been exchanging the lower to other uppers? I have it in an Anderson firearms lower. Got it to work once. Everyone I handed it to that day couldn't do it. It's been in a spikes. I haven't put anything into the colts yet

2d Reply

fred._fox @dusty_lee_upchurch I have 3 uppers I use , a palmetto 300 , sig 300, knight arms 556 , running a h3 buffer and carbine spring , fail zero bcg, and radian charge handle , mag dump , single .. burst , all day no issues , it liked every ammo but the Winchester supressed

2d Reply

fred._fox @dusty_lee_upchurch lower is a aero pro ,

Liked by landry98123 and others
7 days ago

Add a comment... Post

Captured by FireShot Pro: 28 May 2026, 10:19:51 AM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DYkxy_GRzP2/**




rarebreedfirearms • Follow
Wichita Falls, Texas

fred._fox @dusty_lee_upchurch lower is a aero pro , m4
2d Reply

spuprr @dusty_lee_upchurch and you dont have to worry about the aft lapdog giving your information over.
9h Reply

Hide replies

mistamista696969 3 weeks still no response from customer service. Buy with caution.
20h Reply

motoaddict727 I just got one what kind of issues are you having?
19h Reply

rarebreedfirearms - What is your order number? I'll ask someone to reach out.
18h Reply

mistamista696969 @rarebreedfirearms 280388

Liked by landry98123 and others
7 days ago

Add a comment... Post

**Page 1**
**Instagram**
**https://www.instagram.com/p/DYkxy_GRzP2/**




rarebreedfirearms • Follow
Wichita Falls, Texas

mistamista696969 @rarebreedfirearms 280388
17h Reply

Hide replies

bradleyj82 got my SEF last night 😍
1w 4 likes Reply

tntxan @bradleyj82 Me too. I'm excited to install it!
1w 1 like Reply

bradleyj82 @tntxan I don't even own a gun for this to go into but since it was in stock I grabbed one, the magpul grip module, and then ordered an AP5 😂
1w Reply

connorhalley1 @bradleyj82 👏
5d 1 like Reply

Hide replies

crispy11b Danggg I need one 😍
1w 1 like Reply

Liked by landry98123 and others
7 days ago

Add a comment... Post

Captured by FireShot Pro: 28 May 2026, 10:20:40 AM
https://getfireshot.com




rarebreedfirearms • Follow
Wichita Falls, Texas

**the_troy_posey** HELL YEAH! Finally got one ordered for my H&K SP5! Can't wait! 👍
1w 5 likes Reply

**gi_suburban_dad** You will love it! I just ordered my second Ambi after the first one proved to be unbelievably good.
1w 2 likes Reply

**tntxan** Nice! I just scored an SEF model yesterday. Can't wait to install it!
1w 1 like Reply

**amerikiwi_actual** @gi_suburban_dad I have one but holding out for a 4 position pack
6d 1 like Reply

Hide replies

**myke_thegreat** 🔥🔥🔥
1w 1 like Reply

**p_rock55** Rarebreed is the ATFs cucked little play thing

Liked by **landry98123** and **others**
7 days ago

Add a comment... Post

**Page 1**
**Instagram**
**https://www.instagram.com/p/DYkxy_GRzP2/**




rarebreedfirearms • Follow
Wichita Falls, Texas

p_rock55 Raregreed is the ATFs cucked little play thing
4d 21 likes Reply

hemrawd Creep, grit, absolutely dog 💩... FRT works as advertised... but if you want to just shoot semi auto it's worse than a cheap mil spec trigger. They're trying to sue everyone to keep people from finding out how bad they are compared to other options that work with a quality trigger
5d 5 likes Reply

amerikiwi_actual @hemrawd i have one in my 416, better trigger than the HK is semi, FRT just rips, sane goes for my SP5
1d Reply

Hide replies

frtchapo Ppl be trying to buy more than 2 let Americans be Americans and buy how many we want
1w 3 likes Reply

View replies (4)

Liked by landry98123 and others
7 days ago

Add a comment... Post

Captured by FireShot Pro: 28 May 2026, 10:21:27 AM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DYkxy_GRzP2/**




rarebreedfirearms • Follow
Wichita Falls, Texas

frtchapo Ppl be trying to buy more than 2 let Americans be Americans and buy how many we want
1w 3 likes Reply

gi_suburban_dad The problem is people would buy a ton and then sell them on gun broker for a huge markup, this way is best for now.
1w 11 likes Reply

frtchapo @gi_suburban_dad womp womp
1w 1 like Reply

peters.arsenal Yeah so we can see more on GB for 1200$ lmfao
1w 1 like Reply

frtchapo @peters.arsenal yup
1w Reply

Hide replies

chefdabz ❤️ 👏
1w 2 likes Reply

Liked by landry98123 and others
7 days ago

Add a comment... Post

Captured by FireShot Pro: 28 May 2026, 10:21:48 AM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DYkxy_GRzP2/**




rarebreedfirearms • Follow
Wichita Falls, Texas

chefdabz ❤️ 👏
1w 2 likes Reply

ethan_rowell2026 Been rocking Rare Breed for a while now.....nothing's changed, still the best
6d 5 likes Reply

preston_hale_tx RB has been setting the standard since day 1. Kickin asss!
6d 3 likes Reply

t3kn0tr0n1k @preston_hale_tx DICK RIDER
2d 2 likes Reply

jamess12201234 @jamess12201234 sheep 💀
22h Reply

Hide replies

noah.telford The FRT is so amazing that it's hard to believe they're legal.
6d 1 like Reply

Liked by landry98123 and others
7 days ago

Add a comment... Post

Captured by FireShot Pro: 28 May 2026, 10:22:10 AM
https://getfireshot.com




rarebreedfirearms • Follow
Wichita Falls, Texas

noah.telford The FRT is so amazing that it's hard to believe they're legal.
6d 1 like Reply

k30burr Ordered for a sp5 but will it fit a ap5-p?
1w 2 likes Reply

checksixx @k30burr Yes, however, you may need to shim the bottom of the pack because the housing they use has the pack sitting just barely too low. I would go ahead and order a HK housing. That's what I did. Works as advertised.
1w Reply

Hide replies

millz.757 Now all I need is my suppressor god bless America us
1w 4 likes Reply

48 comments from Facebook

Liked by landry98123 and others
7 days ago

Add a comment... Post

**Page 1**
**Instagram**
**https://www.instagram.com/p/DYkxy_GRzP2/**




rarebreedfirearms • Follow
Wichita Falls, Texas

kiloecho1776 Bought my 3rd
1w 3 likes Reply

corneliusrangerat FedEx is late! Y'all owe me shipping 😳
1w 1 like Reply

logan_bris_tw If you're on the fence, just buy it. You will not regret it. Promise!
6d 5 likes Reply

voortrekker_19 Will it work in a HK-91?
1w 1 like Reply

retro.tactical How is it pawsible to sell out so quick? This is a CATastrophy. Okay I'll see myself out meow.
1w 1 like Reply

b4ndo2x Super safety's for the win, hope u lose in court
6d 18 likes Reply

poormans_machinegun Can we buy more than one yet?

Liked by landry98123 and others
7 days ago

Add a comment... Post

Captured by FireShot Pro: 28 May 2026, 10:22:54 AM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DYkxy_GRzP2/**




rarebreedfirearms • Follow
Wichita Falls, Texas

rmirandapr Out of stock?
1w 3 likes Reply

katahdinkind Sold out. How you not have enough stock to get through the day?
1w 1 like Reply

edgerr01 Multiple that supply by 100×
1w 1 like Reply

recoildirective Rare greed
6d 3 likes Reply

spuprr Say hi to the atf for us,raregreed.
9h Reply

mistamista696969 3 weeks still no response from customer service. Buy with caution.
20h Reply

View replies (3)

Liked by landry98123 and others
7 days ago

Add a comment... Post

Captured by FireShot Pro: 28 May 2026, 10:23:19 AM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DYkxy_GRzP2/**




rarebreedfirearms • Follow
Wichita Falls, Texas

**mistamista696969** 3 weeks still no response from customer service. Buy with caution.
20h Reply

**motoaddict727** I just got one what kind of issues are you having?
19h Reply

**rarebreedfirearms** - What is your order number? I'll ask someone to reach out.
18h Reply

**mistamista696969** @rarebreedfirearms 280388
17h Reply

Hide replies

**vigilantebarbon** Y'all gonna lose more than just lawsuits lol keep it up and the lawyer you pay will own your whole business 😂
1d Reply

**usmcthomas97** @atfhq

Liked by **landry98123** and **others**
7 days ago

Add a comment... Post

Captured by FireShot Pro: 28 May 2026, 10:23:41 AM
https://getfireshot.com




rarebreedfirearms • Follow
Wichita Falls, Texas

usmcthomas97 @atfhq
1d Reply

scott.lamoreaux Hi guys. when will last weeks orders be sent out?
1d Reply

rockingksezwhat @scott.lamoreaux
39m Reply

Hide replies

500millgvo I'm in Los Angeles how do I get one?
2d Reply

swamper_actual Been a while since I stopped by to say...... Your Gay! 🏳️‍🌈 IL 🏳️‍⚧️
2d Reply

vitalii_korotkov_kh Hey friend, this works with a Springfield Saint Edge AR-15. Do you ship to Ukraine? What's the price?

Liked by landry98123 and others
7 days ago

Add a comment... Post

**Page 1**
**Instagram**
**https://www.instagram.com/p/DYkxy_GRzP2/**



**Page 1**
**Instagram**
**https://www.instagram.com/p/DYkxy_GRzP2/**




**rarebreedfirearms** • Follow
Wichita Falls, Texas

**hemrawd** Creep, grit, absolutely dog 💩... FRT works as advertised... but if you want to just shoot semi auto it's worse than a cheap mil spec trigger. They're trying to sue everyone to keep people from finding out how bad they are compared to other options that work with a quality trigger

5d 5 likes Reply •••

**amerikiwi_actual** @hemrawd i have one in my 416, better trigger than the HK is semi, FRT just rips, sane goes for my SP5

1d Reply

Hide replies

**mp_tx** Still waiting to get that back in stock notification I signed up for.

5d Reply

**ian_lee_45** Ordered mine a week ago no update on shipping even though it says 2-3 days🤪

6d Reply

**recoildirective** Rare greed

Liked by **landry98123** and **others**
7 days ago

Add a comment... Post

**Captured by FireShot Pro: 28 May 2026, 10:24:54 AM**
**https://getfireshot.com**