**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM |
| | CHIEF JUDGE AMOS L. MAZZANT |
| ABC IP, LLC, A Delaware limited liability company, | |
| and | CASE NO. 2:26-cv-00030-ALM |
| RARE BREED TRIGGERS, INC., a Texas corporation, | |
| Plaintiff, | |
| v. | |
| MARS TRIGGER, LLC, a Texas limited liability company, | |
| and | |
| PETER BRENNEN, an individual, | |
| Defendants. | |

**NOTICE OF APPEARANCE**

The undersigned hereby gives notice that John T. Polasek is appearing as counsel for Defendants MaRs Trigger, LLC and Peter Brennen in Case No. 4:26-md-03176-ALM to receive filings made in that case. The undersigned has previously appeared on behalf of defendants in Case No. 2:26-cv-00030 ALM.

Respectfully submitted,

Dated:  June 4, 2026

By:  */s/ John T. Polasek*
John T. Polasek
Texas Bar. No. 16088590
ted@polaseklaw.com
THE POLASEK LAW FIRM, PLLC
2401 Fountain View Dr., Suite 316
Houston, Texas 77057

1

Telephone: (832) 485-3580

*Attorney for Defendants MaRs Trigger
LLC & Peter Brennen*

2