# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM |
| | Chief Judge Amos L. Mazzant |
| ABC IP, LLC, A Delaware limited liability company, <br><br> and <br><br> RARE BREED TRIGGERS, INC., a Texas corporation, <br><br> Plaintiff, <br> v. <br><br> OPTICS PLANET, INC., d/b/a ECENTRIA, <br><br> Defendant. | CASE NO. 4:26-cv-00521-ALM |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Scott A. Burow is entering an appearance for OpticsPlanet, Inc.

("Defendant"), in the above numbered and entitled cause:

Scott A. Burow
Texas State Bar No. 24152884
sburow@bannerwitcoff.com
**BANNER & WITCOFF, LTD.**
71 South Wacker Drive, Suite 3600
Chicago, IL 60606
Telephone: (312) 463-5000
Telecopier: (312) 463-5001

Mr. Burow is currently admitted to practice in the Eastern District of Texas.

Dated: June 8, 2026

Respectfully submitted,

/s/ *Scott A. Burow*

Scott A. Burow
Texas State Bar No. 24152884
sburow@bannerwitcoff.com
**BANNER & WITCOFF, LTD.**
71 South Wacker Drive, Suite 3600
Chicago, IL 60606
Telephone: (312) 463-5000
Telecopier: (312) 463-5001

**ATTORNEY FOR DEFENDANT
OPTICSPLANET, INC. D/B/A
ECENTRIA**

2

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been

served on all counsel of record via the Court's ECF system on June 8, 2026.

/s/ *Scott A. Burow*

Scott A. Burow