# APPENDIX B

**APPENDIX B**

| | Defendant | Filing Date | Notice Date[1] | EDTX Case Number |
|---|---|---|---|---|
| 1 | 80Mills LLC d/b/a Tactical Titan Supply<br>Pearson Gardner | 6/17/2025 | July 2, 2025 | 4:26-cv-00380-ALM |
| 2 | Christopher Cope | 1/13/2026 | April 12, 2026 | 2:26-cv-00033-ALM |
| 3 | DNT d/b/a Deez Nutz Tactical<br>Zach Morrow | 6/6/2025 | June 11, 2025 | 4:26-cv-00377-ALM |
| 4 | Hanes Tactical LLC<br>Damion Terrell Bennett | 6/6/2025 | June 11, 2025 | 4:26-cv-00369-ALM |
| 5 | Harrison Gunworks LLC<br>Tyler Harrison | 6/6/2025 | June 14, 2025 | 4:26-cv-00379-ALM |
| 6 | MaRs Trigger, LLC<br>Peter Brennen | 1/12/2026 | January 30, 2026 | 2:26-cv-00030-ALM |
| 7 | Mister Guns, LLC<br>Thomas Carter II<br>Brandi Carter | 1/22/2026 | March 13, 2026[2] | 2:26-cv-00056-ALM |
| 8 | Steven Thanh Nguyen d/b/a Polymer Pew | 6/26/2025 | June 27, 2025 | 4:26-cv-00425-ALM |
| 9 | Optics Planet, Inc., d/b/a, Ecentria | 1/29/2026 | February 3, 2026 | 4:26-cv-00521-ALM |
| 10 | PistolCap Limited Company, d/b/a, Frisco Guns<br>Mordekhai Harroch | 1/22/2026 | March 13, 2026[3] | 2:26-cv-00053-ALM |
| 11 | ProSource Firearms, LLC | 1/22/2026 | March 4, 2026 | 2:26-cv-00055-ALM |
| 12 | Superior Firearms of Texas, LLC | 1/22/2026 | March 13, 2026[4] | 2:26-cv-00058-ALM |
| 13 | Z3 Productions LLC d/b/a Z3 PRO | 6/23/2025 | September 24, 2025[5] | 4:26-cv-00367-ALM |

[1] Unless otherwise noted, the Notice Date reflects the date of service of the complaint.

[2] On March 13, 2026, Defendants filed an Unopposed Application for Extension of Time to Answer Complaint. Dkt. 11.

[3] On March 13, 2026, Defendants filed an Unopposed Application for Extension of Time to Answer Complaint. Dkt. 9.

[4] On March 13, 2026, Defendant filed an Unopposed Application for Extension of Time to Answer Complaint. Dkt. 11.

[5] Defendant Z3 Productions LLC filed its answer on September 24, 2025.