**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM** |
| ABC IP, LLC, a Delaware limited liability company, RARE BREED TRIGGERS, INC., a Texas corporation, and RBTM LLC, a Wyoming limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>Cloak Industries, Inc., an Idaho corporation, and William C. King Jr., an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-608-ALM |
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SGC, LLC, an Arizona limited liability company, d/b/a Scottsdale Gun Club, and TERENCE D SCHMIDT, an individual, and RONALD KENNEDY, an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-694-ALM |
| RARE BREED TRIGGERS, INC., a Texas Corporation, ABC IP, LLC, a Delaware limited liability company, and RBTM LLC, a Wyoming limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>Firearm Systems LLC d/b/a Firearm Systems, an Arizona limited liability company, and Brandon Donatto, an individual, and Michael Stakes, an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-695-ALM |

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, RARE BREED TRIGGERS, INC., a Texas corporation, and RBTM LLC, a Wyoming limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CANUCK TACTICAL LLC, d/b/a RANGESPORT AMERICA LLC, a Louisiana limited liability company,<br><br>Defendants. | Civil Action No. 4:26-cv-705-ALM |
| RARE BREED TRIGGERS, INC., a Texas Corporation, ABC IP, LLC, a Delaware limited liability company, and RBTM LLC, a Wyoming limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>Peak Tactical, LLC d/b/a Partisan Triggers, and Nicholas Norton, an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-698-ALM |
| RARE BREED TRIGGERS, INC., a Texas Corporation, ABC IP, LLC, a Delaware limited liability company, and RBTM LLC, a Wyoming limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>AR-TT, LLC d/b/a Takedown Tools, and Jodi Clausen, an individual, and Jonathan Clausen, an individual, and Clausen Inc., a Washington corporation,<br><br>Defendants. | Civil Action No. 4:26-cv-693-ALM |
| RARE BREED TRIGGERS, INC., a Texas Corporation, ABC IP, LLC, a Delaware limited liability company, and RBTM LLC, a Wyoming limited liability company,<br><br>Plaintiffs,<br><br>vs. | Civil Action No. 4:26-cv-707-ALM |

| | |
|---|---|
| HAWKPHIN SALES, LLC, an Iowa limited liability company, d/b/a Battlehawk Armory/ Battle Optics/ Battle Shop/ Battle Shops/ Lakefront Armory, and Adam Gerleman, an individual,<br><br>Defendants. | |

**NOTICE OF APPEARANCE OF J. RANDY ROESER**

Please take notice that Jeffrey Randall Roeser, with the law firm of Holland & Hart LLP, hereby enters his appearance as counsel for Defendants Cloak Industries, Inc., William C. King Jr., SGC, LLC d/b/a Scottsdale Gun Club, Terence D. Schmidt, Ronald Kennedy, Firearm Systems LLC d/b/a Firearm Systems, Brandon Donatto, Michael Stakes, Canuck Tactical LLC, d/b/a RangeSport America LLC, Peak Tactical, LLC d/b/a Partisan Triggers, Nicholas Norton, AR-TT, LLC d/b/a Takedown Tools, Jodi Clausen, Jonathan Clausen, Clausen Inc., Hawkphin Sales, LLC d/b/a BattleHawk Armory/ Battle Optics/ Battle Shops/ Lakefront Armory, and Adam Gerelman in the above-entitled matter, and requests that all motions, notices, and pleadings in this action directed to Defendants be served upon him at the below-referenced address.

/s/ *J. Randy Roeser*
J. Randy Roeser (Tx Bar No. 24089377)
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Phone: (303)-473-2700
Email: jrroeser@hollandhart.com

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on July 7, 2026, the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

/s/ *J. Randy Roeser*
J. Randy Roeser