# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **ABC IP, LLC, a Delaware limited liability company,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **RARE BREED TRIGGERS, INC., a Texas corporation,** | ) | |
| | ) | |
| **Plaintiffs.** | ) | |
| | ) | |
| **v.** | ) | **CIVIL NO.: 4:26-MD-3176** |
| | ) | |
| **Steven Thanh Nguyen, an individual, d/b/a Polymer Pew,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER GRANTING MOTION TO WITHDRAW

On this date, the Court considered the Motion to Withdraw filed by Francisco J. Caycedo and finding the Motion is supported by good cause,

IT IS ORDERED that Francisco J. Caycedo and the law firm of Adams and Reese, LLP are granted leave to withdraw as attorney of record for Plaintiffs.

DATE

AMOS L. MAZZANT, III
CHIEF DISTRICT JUDGE