

A TRUE COPY I CERTIFY
DAVID A O'TOOLE, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
By: _____MichelleBaxter_____

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: RARE BREED TRIGGERS PATENT LITIGATION**

Atrius Development Group Corporation, Inc. v. ABC IP, LLC, et al.,    )
    W.D. Texas, C.A. No. 7:26-00211                                        )         MDL No. 3176

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the above listed action on June 26, 2026 (CTO-3). Prior to expiration of that order's 7-day stay of transmittal, plaintiff filed a notice of opposition to the proposed transfer. On July 16, 2026, plaintiff filed a withdrawal of the opposition to the proposed transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-3" filed on June 26, 2026, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Texas for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Amos L. Mazzant, III.

FOR THE PANEL:

_____
Jessica D. Birnbaum
Clerk of the Panel