**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM** <br> **MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MARS TRIGGER, LLC, and PETER BRENNEN, <br><br> Defendants. | Civil Action No. 2:26-cv-00030-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS, and MORDEKHAI HARROCH, <br><br> Defendants. | Civil Action No. 2:26-cv-00053-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PROSOURCE FIREARMS, LLC, <br><br> Defendant. | Civil Action No. 2:26-cv-00055-ALM |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>MISTER GUNS, LLC, THOMAS CARTER II, and BRANDI CARTER,<br><br>      Defendants. | Civil Action No. 2:26-cv-00056-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>SUPERIOR FIREARMS OF TEXAS, LLC,<br><br>      Defendant. | Civil Action No. 2:26-cv-00058-ALM |

**PLAINTIFFS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE THEIR REPLY IN SUPPORT OF THEIR
CONSOLIDATED MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. (together, "Plaintiffs") respectfully move, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule CV-7, for a seven-day extension of time to file their reply in support of their Consolidated Motion for Preliminary Injunction, No. 4:26-md-03176-ALM, Dkt. 7 (the "PI Motion") as to (i) Mister Guns, LLC, Thomas Carter II, Brandi Carter, PistolCap Limited Company d/b/a Frisco Guns, Mordekhai Harroch, ProSource Firearms, LLC, and Superior Firearms of Texas, LLC (collectively, the "Atrius Reseller Defendants"), and (ii) MaRs Trigger, LLC and Peter Brennen (together, "MaRs"). The deadline for Plaintiffs to file their reply is currently July 20, 2026. Plaintiffs respectfully request that the Court extend that deadline by seven days, up to and including July 27, 2026. The

1

Atrius Reseller Defendants and MaRs do not oppose the relief requested in this Motion. Plaintiffs' further request that Atrius Reseller Defendants and MaRs' Sur-Reply be due August 10, 2026.

On May 29, 2026, Plaintiffs filed their Consolidated Motion for Preliminary Injunction. The Atrius Reseller Defendants filed their response in opposition to the PI Motion on June 26, 2026. *See, e.g.*, *ABC IP, LLC et al. v. Mister Guns et al.*, No. 2:26-cv-00056-ALM, Dkt. 62. And MaRs filed its response in opposition to the PI Motion on June 29, 2026. *ABC IP, LLC et al. v. MaRs Trigger LLC et al.*, No. 2:26-cv-00030-ALM. Under Local Rule CV-7(f), Plaintiffs' reply in support of the PI Motion is currently due July 20, 2026.

Good cause supports the requested extension. The parties are continuing to meet and confer in good faith on several interrelated issues: the scope, sequencing, and timing of expedited PI-related discovery, if any; the sequencing of briefing and resolution of the PI Motion itself; and whether Plaintiffs might withdraw the PI Motion as to some or all of these Defendants. The requested extension will allow the parties to complete those discussions and, if they reach agreement, to present a proposed schedule to the Court—conserving the parties' and the Court's resources and avoiding, if possible, the need for Court intervention.

As set forth in the accompanying Certificate of Conference, counsel for Plaintiffs conferred with counsel for the Atrius Reseller Defendants and MaRs through email, and received those Defendants' consent to file this Motion unopposed on July 19 (MaRs) and July 20 (Atrius Reseller Defendants).

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this Motion and extend the deadline for Plaintiffs to file their reply in support of their Consolidated Motion for Preliminary Injunction, as to the Atrius Reseller Defendants and MaRs, up to and including July

27, 2026 and the Atrius Reseller Defendants and MaRs Sur-Reply, up to and including August 10, 2026. A proposed order is attached.

Dated: July 20, 2026                              Respectfully submitted,

                                                  */s/ Matthew A. Colvin*
                                                  Matthew A. Colvin
                                                  Texas Bar No. 24087331
                                                  Carl E. Bruce
                                                  Texas Bar No. 24036278
                                                  **FISH & RICHARDSON P.C.**
                                                  1717 Main Street, Suite 5000
                                                  Dallas, TX 75201
                                                  E-mail: colvin@fr.com
                                                          bruce@fr.com
                                                  Tel: (214) 747-5070
                                                  Fax: (214) 747-2091

                                                  Benjamin J. Christoff
                                                  DC Bar No. 1025635
                                                  **FISH & RICHARDSON P.C.**
                                                  1000 Maine Avenue SW, Suite 1000
                                                  Washington, DC 20024
                                                  E-mail: christoff@fr.com
                                                  Tel: (202) 783-5070
                                                  Fax: (202) 783-2331

                                                  *Glenn D. Bellamy (admitted pro hac vice)*
                                                  **WOOD HERRON & EVANS LLP**
                                                  600 Vine Street, Suite 2800
                                                  Cincinnati, OH 45202
                                                  E-mail: gbellamy@whe-law.com
                                                  Tel: (513) 707-0243
                                                  Fax: (513) 241-6234

                                                  Melissa R. Smith
                                                  Texas State Bar No. 24001351
                                                  **GILLAM & SMITH, LLP**
                                                  303 South Washington Avenue
                                                  Marshall, Texas 75670
                                                  Tel: (903) 934-8450
                                                  Fax: (903) 934-9257
                                                  E-mail: melissa@gillamsmithlaw.com

                                                  *Attorneys for Plaintiffs*
                                                  *ABC IP, LLC and Rare Breed Triggers, Inc.*

3

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), counsel for Plaintiffs conferred with counsel for the Atrius Reseller Defendants and MaRs through email, and received those Defendants' consent to file this Motion unopposed on July 19 (MaRs) and July 20 (Atrius Reseller Defendants).

*/s/ Matthew A. Colvin*
Matthew A. Colvin

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system on July 20, 2026.

*/s/ Matthew A. Colvin*
Matthew A. Colvin