**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MARS TRIGGER, LLC, and PETER BRENNEN,<br><br>Defendants. | Civil Action No. 2:26-cv-00030-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS, and MORDEKHAI HARROCH,<br><br>Defendants. | Civil Action No. 2:26-cv-00053-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PROSOURCE FIREARMS, LLC,<br><br>Defendant. | Civil Action No. 2:26-cv-00055-ALM |

| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>MISTER GUNS, LLC, THOMAS CARTER II, and BRANDI CARTER,<br><br>        Defendants. | Civil Action No. 2:26-cv-00056-ALM |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>SUPERIOR FIREARMS OF TEXAS, LLC,<br><br>        Defendant. | Civil Action No. 2:26-cv-00058-ALM |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY IN SUPPORT OF THEIR CONSOLIDATED MOTION 2FOR PRELIMINARY INJUNCTION**

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time to File Their Reply in Support of Their Consolidated Motion for Preliminary Injunction (the "Motion"). Having considered the Motion, and it being unopposed, the Court **GRANTS** the Motion and **ORDERS** as follows:

The deadline for Plaintiffs to file their reply in support of their Consolidated Motion for Preliminary Injunction is extended by seven days, up to and including July 27, 2026, and Defendants' Sur-Reply is due August 10, 2026, in the following cases

- *ABC IP, LLC v. MaRs Trigger, LLC*, No. 2:26-cv-00030-ALM;

- *ABC IP, LLC v. PistolCap Limited Company*, No. 2:26-cv-00053-ALM;

- *ABC IP, LLC v. ProSource Firearms, LLC*, No. 2:26-cv-00055-ALM;

- *ABC IP, LLC v. Mister Guns, LLC*, No. 2:26-cv-00056-ALM; and

- *ABC IP, LLC v. Superior Firearms of Texas, LLC*, No. 2:26-cv-00058-ALM.

**IT IS SO ORDERED.**