

A TRUE COPY I CERTIFY
DAVID A O'TOOLE, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

By: _____*MichelleBaxter*_____

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: RARE BREED TRIGGERS PATENT**
**LITIGATION**                                                        **MDL No. 3176**


(SEE ATTACHED SCHEDULE)


**CONDITIONAL TRANSFER ORDER (CTO –5)**


On April 2, 2026, the Panel transferred 6 civil action(s) to the United States District Court for the Eastern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* MDL No. 3176, ECF No. 44 (J.P.M.L. 2026). Since that time, 33 additional action(s) have been transferred to the Eastern District of Texas. With the consent of that court, all such actions have been assigned to the Honorable Amos L. Mazzant, III.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Texas and assigned to Judge Mazzant.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Texas for the reasons stated in the order of April 2, 2026, and, with the consent of that court, assigned to the Honorable Amos L. Mazzant, III.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Texas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.


Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 22, 2026

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Jessica D. Birnbaum*

Jessica D. Birnbaum
Clerk of the Panel

**IN RE: RARE BREED TRIGGERS PATENT
LITIGATION**                                            MDL No. 3176

### SCHEDULE CTO–5 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **CALIFORNIA EASTERN** | | | |
| CAE | 1 | 26–04425 | ABC IP, LLC et al v. Dirty Bird Industries, LLC et al |
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 26–01627 | ABC IP LLC et al v. Dunedin Holding LLC |
| **GEORGIA NORTHERN** | | | |
| GAN | 4 | 26–00153 | ABC IP, LLC. et al v. Eleanor Armory LLC et al |
| **IDAHO** | | | |
| ID | 1 | 26–00335 | ABC IP, LLC et al v. Inoculum–Group LLC et al |
| ID | 1 | 26–00343 | ABC IP, LLC, et al. v. Quick Response Firearms, LLC, et al. |
| **MARYLAND** | | | |
| MD | 1 | 26–02317 | ABC IP, LLC et al v. Atlantic Firearms LLC et al |
| **NEBRASKA** | | | |
| NE | 4 | 26–03171 | ABC IP, LLC et al v. HD Arms, LLC |
| **NEW YORK SOUTHERN** | | | |
| NYS | 7 | 26–04425 | ABC IP, LLC et al v. SKER Industries LLC |
| **TEXAS WESTERN** | | | |
| TXW | 1 | 26–01553 | ABC IP, LLC et al v. NSPEC Innovations LLC et al |
| **VIRGINIA EASTERN** | | | |
| VAE | 3 | 26–00533 | ABC IP, LLC et al v. Velocity Ammunition Sales, LLC et al |