**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: RARE BREED TRIGGERS PATENT LITIGATION**

Atrius Development Group Corporation, Inc. v. ABC IP, LLC, et al.,   )
E.D. Texas, C.A. No. 4:26-00448                                      )
(W.D. Texas, C.A. No. 7:26-00057)                                    )         MDL No. 3176

**ORDER DEEMING MOTION WITHDRAWN**
**AND VACATING THE JULY 30, 2026, HEARING SESSION ORDER**

Before the Panel is a motion by plaintiff seeking remand, pursuant to 28 U.S.C. §1407(a), of the above-captioned action from the Eastern District of Texas to the Western District of Texas. On July 24, 2026, plaintiff filed a withdrawal of the motion to remand.

IT IS THEREFORE ORDERED that plaintiff's motion for remand under 28 U.S.C. §1407(a) is DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 12, 2026, are VACATED insofar as they relate to this action.

FOR THE PANEL:

_____
Jessica D. Birnbaum
Clerk of the Panel