# EXHIBIT 5

**From:** Carl Bruce
**To:** AllDefsABCRBT@fr.com
**Cc:** [FR Service] ABC IP/Rare Breed; Carl Bruce
**Subject:** RB: Draft Discovery and ESI Orders and Joint Rule 16.1 Submission
**Date:** Wednesday, July 29, 2026 7:52:35 PM
**Attachments:** 2026-07-29 ABC-RBT DRAFT Initial Case Management Report.docx
2026-07-29 Discovery Order.docx
2026-07-29 ABC-RBT DRAFT eDiscovery Order.docx
2026-07-29 DRAFT Protective Order.docx

---

Counsel,

Attached please find draft Discovery and ESI Orders and a Joint Rule 16.1 Submission. Please provide us with Defendants' edits / positions to these. We anticipate being in a filing these and the previously circulated draft PO (reattached for ease of access) with the court by the middle of next week.

Best,
Carl

**Carl E. Bruce** :: Principal :: Fish & Richardson P.C.
1717 Main St. Suite 5000, Dallas, TX 75201
214 760 6134 direct :: 214 747 5070 main