# EXHIBIT 6

**From:** Ben Christoff
**To:** Conor Civins; chris.mierzejewski@bracewell.com; Michael.chibib@bracewell.com; Atrius-RareBreed@mckoolsmith.com; Atrius-RareBreed@mckoolsmith.com; afloyd@floydip.com; Randy Roeser; jshull@bannerwitcoff.com; gbeach; SBurow; abruening@bannerwitcoff.com; ted@polaseklaw.com; tari; Thepewmarket@gmail.com; Jeffrey Pope; Andrew Orr; Timothy Getzoff; Randy Roeser; Paul Swanson
**Cc:** [FR Service] ABC IP/Rare Breed; frank caycedo; Gbellamy@whe-Law.com; melissa@gillamsmithlaw.com
**Subject:** 4:26-md-3176 (E.D. Tex.) - Draft Protective Order
**Date:** Wednesday, July 1, 2026 2:57:17 PM
**Attachments:** 2026-07-01 DRAFT Protective Order.docx

---

Defendants' counsel,

Attached is a proposed protective order for the MDL. Please let us know by Wednesday, July 8 whether you agree with this draft or whether you have any proposed modifications.

Thanks,
Ben

**Benjamin J Christoff**
Principal ■ Fish & Richardson P.C.

**T:** 202 626 7724 **|** christoff@fr.com