# EXHIBIT 7

**From:** Paul D. Swanson
**To:** Ben Christoff; Conor Civins; chris.mierzejewski@bracewell.com; Michael.chibib@bracewell.com; Atrius-RareBreed@mckoolsmith.com; Atrius-RareBreed@mckoolsmith.com; afloyd@floydip.com; Randy Roeser; jshull@bannerwitcoff.com; gbeach; SBurow; abruening@bannerwitcoff.com; ted@polaseklaw.com; tari; Thepewmarket@gmail.com; Timothy Getzoff; Randy Roeser
**Cc:** [FR Service] ABC IP/Rare Breed; frank caycedo; Gbellamy@whe-Law.com; melissa@gillamsmithlaw.com
**Subject:** RE: 4:26-md-3176 (E.D. Tex.) - Draft Protective Order
**Date:** Tuesday, July 7, 2026 7:38:35 PM

[This email originated outside of F&R.]

Hi, Ben—

Thank you for reaching out about document protections. Before addressing the protective order, we ask that Rare Breed serve redacted copies of the Disruptor motions and exhibits, recently filed in the *Peak* action under seal, as soon as possible. Being unable to share the filed versions with our clients prevents our clients from assisting in preparing responses. We're also reviewing the "joinders" in the dealer cases, which don't seem to comply with Court orders, and we may circle back on that. But most immediately, we need PI papers from the *Peak* matter that the clients may review.

Regarding the broader protective order, we are currently discussing the proposed draft among defense counsel and have identified concerns about the scope of protections, expert permissions, party-exclusion rights, sealing, GenAI, and claw backs. Given the number of defendant parties involved, these issues will require additional time for us to consider and address. Given that there are plenty of issues already before the Court and discovery has not commenced, we see no need to resolve those issues now. However, we will work towards getting you our proposed revisions in the coming weeks, or by any deadline set by the Court.

Best,
Paul

**Paul D. Swanson**

He / Him (What's this?)
Partner, Holland & Hart LLP

pdswanson@hollandhart.com | **T:** (303) 295-8578 | **M:** (925) 381-0457
CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**From:** Ben Christoff <christoff@fr.com>
**Sent:** Wednesday, July 1, 2026 12:57 PM
**To:** Conor Civins <conor.civins@bracewell.com>; chris.mierzejewski@bracewell.com; Michael.chibib@bracewell.com; Atrius-RareBreed@mckoolsmith.com; Atrius-RareBreed@mckoolsmith.com; afloyd@floydip.com; Randy Roeser <JRRoeser@hollandhart.com>; jshull@bannerwitcoff.com; gbeach <gbeach@bannerwitcoff.com>; SBurow <SBurow@bannerwitcoff.com>; abruening@bannerwitcoff.com; ted@polaseklaw.com; tari <tari@polaseklaw.com>; Thepewmarket@gmail.com; Jeffrey S. Pope <JSPope@hollandhart.com>;

Andrew C. Orr <ACOrr@hollandhart.com>; Timothy Getzoff <TGetzoff@hollandhart.com>; Randy Roeser <JRRoeser@hollandhart.com>; Paul D. Swanson <PDSwanson@hollandhart.com>
**Cc:** [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; frank caycedo <frank.caycedo@arlaw.com>; Gbellamy@whe-Law.com; melissa@gillamsmithlaw.com
**Subject:** 4:26-md-3176 (E.D. Tex.) - Draft Protective Order

**External Email**

Defendants' counsel,

Attached is a proposed protective order for the MDL. Please let us know by Wednesday, July 8 whether you agree with this draft or whether you have any proposed modifications.

Thanks,
Ben

**Benjamin J Christoff**
Principal ■ Fish & Richardson P.C.

**T:** 202 626 7724 | christoff@fr.com

****************************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
****************************************************************************************************************************