# EXHIBIT 8

**From:** Carl Bruce
**To:** [All Defs] ABC|RBT
**Cc:** [FR Service] ABC IP/Rare Breed; Carl Bruce
**Subject:** RE: RB: Draft Discovery and ESI Orders and Joint Rule 16.1 Submission
**Date:** Monday, August 3, 2026 3:40:04 PM
**Attachments:** 2026-07-29 ABC-RBT DRAFT Initial Case Management Report.docx
2026-07-29 Discovery Order.docx
2026-07-29 ABC-RBT DRAFT eDiscovery Order.docx
2026-07-29 DRAFT Protective Order.docx

---

Counsel,

When can we expect Defendants' input / edits to the attached? We anticipate filing these with the Court this week.

Best,
Carl

Carl Bruce :: Principal :: Fish & Richardson P.C. :: 214 760 6134 direct :: bruce@fr.com

---

**From:** Carl Bruce <Bruce@fr.com>
**Sent:** Wednesday, July 29, 2026 6:52 PM
**To:** AllDefsABCRBT@fr.com
**Cc:** [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; Carl Bruce <Bruce@fr.com>
**Subject:** RB: Draft Discovery and ESI Orders and Joint Rule 16.1 Submission

Counsel,

Attached please find draft Discovery and ESI Orders and a Joint Rule 16.1 Submission. Please provide us with Defendants' edits / positions to these. We anticipate being in a filing these and the previously circulated draft PO (reattached for ease of access) with the court by the middle of next week.

Best,
Carl

**Carl E. Bruce** :: Principal :: Fish & Richardson P.C.
1717 Main St. Suite 5000, Dallas, TX 75201
214 760 6134 direct :: 214 747 5070 main