**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| **This document pertains to:** | |
| *ABC IP, LLC, et al. v. 80MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, et al.* | **Civil Action No. 4:26-cv-00380-ALM** |
| *ABC IP, LLC, et al. v. 810VELOCITY et al.* | **Civil Action No. 4:26-cv-00954-ALM** |
| *ABC IP, LLC, et al. v. ADVANCED THREAT ASSESSMENT et al.* | **Civil Action No. 4:26-cv-00801-ALM** |
| *ABC IP, LLC, et al. v. AR-15 GUN OWNERS OF AMERICA, INC.* | **Civil Action No. 4:26-cv-00761-ALM** |
| *ABC IP, LLC, et al. v. AREA 43 LLC, et al.* | **Civil Action No. 4:26-cv-00609-ALM** |
| *ABC IP, LLC, et al. v. ARGENT WOLFZ, et al.* | **Civil Action No. 4:26-cv-01069-ALM** |
| *ABC IP, LLC, et al. v. AR-TT, LLC d/b/a TAKEDOWN TOOLS; et al.* | **Civil Action No. 4:26-cv-00693-ALM** |
| *ABC IP, LLC, et al. v. ANTONIO CHOUKAIR d/b/a ASTRO TACTICAL* | **Civil Action No. 4:26-cv-00755-ALM** |
| *ABC IP, LLC, et al. v. AS Designs et al.* | **Civil Action No. 4:26-cv-00370-ALM** |

| | |
|---|---|
| *ABC IP, LLC, et al. v. ATLANTIC FIREARMS et al.* | **Civil Action No. 4:26-cv-00926-ALM** |
| *ABC IP, LLC, et al. v. BARRICADE, LLC, d/b/a BARRICADE TACTICAL, et al.* | **Civil Action No. 4:26-cv-00320-ALM** |
| *ABC IP, LLC, et al. v. BRANDON HIATT d/b/a WICK DESIGNS* | **Civil Action No. 4:26-cv-01067-ALM** |
| *ABC IP, LLC, et al. v. BRANDON SMITH d/b/a SMOKEY POINT 2A, et al.* | **Civil Action No. 4:26-cv-01021-ALM** |
| *ABC IP, LLC, et al. v. BSSQUIRTS, et al.* | **Civil Action No. 4:26-cv-01070-ALM** |
| *ABC IP, LLC, et al. v. JACOB RUSTY BURSE d/b/a SHACKLEFORD'S FRT* | **Civil Action No. 4:26-cv-00833-ALM** |
| *ABC IP, LLC, et al. v. CACTUS AMMO LLC and GRANT WILLIAM BOURNE* | **Civil Action No. 4:26-cv-00998-ALM** |
| *ABC IP, LLC, et al. v. CANUCK TACTICAL LLC, d/b/a RANGESPORT AMERICA LLC* | **Civil Action No. 4:26-cv-00705-ALM** |
| *ABC IP, LLC et al v. CF TACTICAL INC.* | **Civil Action No. 4:26-cv-00757-ALM** |
| *ABC IP, LLC, et al. v. CLOAK INDUSTRIES, INC., et al.* | **Civil Action No. 4:26-cv-00608-ALM** |
| *ABC IP, LLC, et al. v. CHRISTOPHER COPE,* | **Civil Action No. 2:26-cv-00033-ALM** |
| *ABC IP, LLC et al v. DAIRYLAND DEFENSE SOLUTIONS, LLC* | **Civil Action No. 4:26-cv-00374-ALM** |

| | |
|---|---|
| *ABC IP, LLC, et al. v. DIRTY BIRD INDUSTRIES, et al.* | **Civil Action No. 4:26-cv-01013-ALM** |
| *ABC IP, LLC et al v. DNT LLC, d/b/a Deez Nutz Tactical,* | **Civil Action No. 4:26-cv-00377-ALM** |
| *ABC IP, LLC et al v. DOGWOOD ARMORY et al.* | **Civil Action No. 4:26-cv-00760-ALM** |
| *ABC IP, LLC et al v. DUNEDIN HOLDING LLC d/b/a MID-TIER DEFENSE* | **Civil Action No. 4:26-cv-00940-ALM** |
| *ABC IP, LLC, et al. v. EAST COAST CERAKOTE, et al.* | **Civil Action No. 4:26-cv-00831-ALM** |
| *ABC IP, LLC et al. v. EAST VALLEY TACTICAL et al.* | **Civil Action No. 4:26-cv-00996-ALM** |
| *ABC IP, LLC et al v. ELEANOR ARMORY, LLC, et al.* | **Civil Action No. 4:26-cv-00915-ALM** |
| *ABC IP, LLC et al v. JOHN FAULKNER d/b/a FIREARMS DEPOT* | **Civil Action No. 4:26-cv-00847-ALM** |
| *ABC IP, LLC, et al v. FIREARM SYSTEMS LLC d/b/a FIREARM SYSTEMS, et al.* | **Civil Action No. 4:26-cv-00695-ALM** |
| *ABC IP, LLC, et al v. FREEDOM UNLIMITED GROUP, et al.* | **Civil Action No. 4:26-cv-01071-ALM** |
| *ABC IP, LLC et al v. DAVID FRESHWATER d/b/a IDAHO ARMS & AMMO* | **Civil Action No. 4:26-cv-00930-ALM** |
| *ABC IP, LLC et al. v. GDI-3D LLC* | **Civil Action No. 4:26-cv-00822-ALM** |

| | |
|---|---|
| *ABC IP, LLC et al v. GEN X ARMS & GUNWORK'S LLC et al.* | **Civil Action No. 4:26-cv-00845-ALM** |
| *ABC IP, LLC et al. v. GRABAGUN LLC* | **Civil Action No. 4:26-cv-00810-ALM** |
| *ABC IP, LLC et al. v. GUN BUILDERS DEPOT, LLC, et al.* | **Civil Action No. 4:26-cv-00753-ALM** |
| *ABC IP, LLC, et al. v. HANES TACTICAL, LLC,* | **Civil Action No. 4:26-cv-00369-ALM** |
| *ABC IP, LLC, et al. v. HARRISON GUNWORKS LLC, et al.* | **Civil Action No. 4:26-cv-00379-ALM** |
| *ABC IP, LLC, et al. v. HAWKPHIN SALES, LLC, d/b/a BATTLEHAWK ARMORY/ BATTLE OPTICS/ BATTLE SHOP/ BATTLE SHOPS/ LAKEFRONT ARMORY, et al.* | **Civil Action No. 4:26-cv-00707-ALM** |
| *ABC IP, LLC et al. v. HD ARMS* | **Civil Action No. 4:26-cv-00941-ALM** |
| *ABC IP, LLC, et al. v. HK PARTS* | **Civil Action No. 4:26-cv-01045-ALM** |
| *ABC IP, LLC, et al. v. HOFFMAN* | **Civil Action No. 4:26-cv-00378-ALM** |
| *ABC IP, LLC et al. v. INOCULUM GROUP et al.* | **Civil Action No. 4:26-cv-00945-ALM** |
| *ABC IP, LLC et al. v. JESSE T. KLINE* | **Civil Action No. 4:26-cv-00958-ALM** |
| *ABC IP, LLC et al. v. LAM SOLUTIONS, MATTHEW LAM and NATE LAM* | **Civil Action No. 4:26-cv-00997-ALM** |

| | |
|---|---|
| *ABC IP, LLC et al. v. MAD RIVER FIREARM CO et al.* | **Civil Action No. 4:26-cv-00736-ALM** |
| *ABC IP, LLC, et al v. MARS TRIGGER, LLC et al.* | **Civil Action No. 2:26-cv-00030-ALM** |
| *ABC IP, LLC, et al. v. MERCIER & SONS LLC, et al.* | **Civil Action No. 4:26-cv-01030-ALM** |
| *ABC IP, LLC, et al. v. MGCC ENTERPRISES* | **Civil Action No. 4:26-cv-01068-ALM** |
| *ABC IP, LLC et al. v. MIST DISTRIBUTORS LLC, et al.* | **Civil Action No. 4:26-cv-01011-ALM** |
| *ABC IP, LLC, et al. v. MISTER GUNS, LLC, et al.* | **Civil Action No. 2:26-cv-00056-ALM** |
| *ABC IP, LLC, et al. v. STEVEN THANH NGUYEN, d/b/a POLYMER PEW* | **Civil Action No. 4:26-cv-00425-ALM** |
| *ABC IP, LLC et al. v. NSPEC INNOVATIONS, LLC, et al.* | **Civil Action No. 4:26-cv-00948-ALM** |
| *ABC IP, LLC et al. v. ODIN WORKS, INC., et al.* | **Civil Action No. 4:26-cv-01091-ALM** |
| *ABC IP, LLC, et al. v. OLDE ENGLISH OUTFITTERS* | **Civil Action No. 4:26-cv-00932-ALM** |
| *ABC IP, LLC, et al. v. ONE HORSE, et al.* | **Civil Action No. 4:26-cv-01065-ALM** |
| *ABC IP, LLC, et al v. OPTICS PLANET, INC., d/b/a ECENTRIA* | **Civil Action No. 4:26-cv-00521-ALM** |

| | |
|---|---|
| *ABC IP, LLC, et al. v. PARA BELLUM RESEARCH LAB LLC, et al.* | **Civil Action No. 4:26-cv-01008-ALM** |
| *ABC IP, LLC, et al v. PEAK TACTICAL, LLC d/b/a PARTISAN TRIGGERS, et al.* | **Civil Action No. 4:26-cv-00698-ALM** |
| *ABC IP, LLC et al. v. PEMBLETON AND SONS' LLC* | **Civil Action No. 4:26-cv-00992-ALM** |
| *ABC IP, LLC, et al. v. PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS, et al.* | **Civil Action No. 2:26-cv-00053-ALM** |
| *ABC IP, LLC, et al. v. PROSOURCE FIREARMS, LLC* | **Civil Action No. 2:26-cv-00055-ALM** |
| *ABC IP, LLC, et al. v. QUICK RESPONSE FIREARMS et al.* | **Civil Action No. 4:26-cv-00944-ALM** |
| *ABC IP, LLC, et al. v. REDACTED ARMS, LLC* | **Civil Action No. 4:26-cv-00754-ALM** |
| *ABC IP, LLC, et al. v. SGC, LLC d/b/a SCOTTSDALE GUN CLUB, et al.* | **Civil Action No. 4:26-cv-00694-ALM** |
| *ABC IP, LLC et al. v. SHOOTING TARGETS USA, LLC et al.* | **Civil Action No. 4:26-cv-00799-ALM** |
| *ABC IP, LLC et al. v. SKER INDUSTRIES* | **Civil Action No. 4:26-cv-00928-ALM** |
| *ABC IP, LLC, et al. v. STARK80, et al.* | **Civil Action No. 4:26-cv-01018-ALM** |
| *ABC IP, LLC, et al. v. STRYKE GUNWORKS, LLC* | **Civil Action No. 4:26-cv-01001-ALM** |

| | |
|---|---|
| *ABC IP, LLC, et al. v. SUPER SAFE SOLUTIONS, LLC, et al.* | **Civil Action No. 4:26-cv-01086-ALM** |
| *ABC IP, LLC, et al. v. SUPERIOR FIREARMS OF TEXAS, LLC* | **Civil Action No. 2:26-cv-00058-ALM** |
| *ABC IP, LLC, et al. v. TACTICAL SOLUTIONS GROUP, LLC, et al.* | **Civil Action No. 4:26-cv-00735-ALM** |
| *ABC IP, LLC, et al. v. TGR SERVICES, LLC, d/b/a MISSION RIDGE LLC & MISSION RIDGE RANGE & ACADEMY LLC, f/k/a TEXAS GUN RANGE OPERATORS LLC, et al.* | **Civil Action No. 4:26-cv-00680-ALM** |
| *ABC IP LLC et al. v. TRINITY TRIGGER LLC* | **Civil Action No. 4:26-cv-00936-ALM** |
| *ABC IP, LLC, et al. v. VANCE OUTDOORS INC., d/b/a SPORTSMAN OUTDOOR SUPERSTORE, et al.* | **Civil Action No. 4:26-cv-01009-ALM** |
| *ABC IP, LLC, et al. v. VELOCITY AMMUNITION SALES LLC, et al.* | **Civil Action No. 4:26-cv-00954-ALM** |
| *ABC IP, LLC, et al. v. WEBCORP, INC. d/b/a TACTICAL SHIT/LIBERAL TEARS/SIGGLOCKINCOLT.COM, et al.* | **Civil Action No. 4:26-cv-00768-ALM** |
| *ABC IP, LLC, et al. v. Z3 PRODUCTIONS, LLC, d/b/a Z3PRO* | **Civil Action No. 4:26-cv-00367-ALM** |
| *ATRIUS DEVELOPMENT GROUP CORPORATION, INC. v. ABC IP, LLC et al.* | **Civil Action No. 4:26-cv-00448-ALM** |
| *ATRIUS DEVELOPMENT GROUP CORPORATION, INC. v. ABC IP, LLC et al.* | **Civil Action No. 4:26-cv-00984-ALM** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document PLAINTIFFS' NOTICE OF READINESS TO PROCEED UNDER FEDERAL RULE OF CIVIL PROCEDURE 16.1 and EXHIBITS 1-15 was served on August 21, 2026 via U.S. Mail and/or electronic mail to below-listed Defendants and/or Counsel who have not yet made an appearance in this action.

| | |
|---|---|
| Andrew Carr<br>810 Velocity LLC<br>124 North East Street,<br>Vassar, MI 48768 | |
| Alex Keely<br>Area 43 LLC<br>1920 North Todd Way<br>Meridian, ID 83646 | |
| Sean Tsao<br>Carrie Davis Tsao<br>Argent Wolfz LLC d/b/a T91 Tactical d/b/a Retro Motif d/b/a IBORUSA<br>2761 W. Bonnie Ln.<br>Queen Creek, AZ 85142 | |
| Kelran Balbag<br>Registered Agent<br>c/o Barricade, LLC d/b/a Barricade Tactical<br>299 North Bois D Arcade Street<br>Van, TX 75790 | |
| Brandon Hiatt d/b/a Wick Designs<br>317 Citrus Ave.<br>Arcadia, FL 34266 | |
| Samuel Hopson<br>BSSquirts LLC<br>4539 N 22nd St, STE N,<br>Phoenix, AZ 85016 | |

| | |
|---|---|
| Jacob Rusty Burse d/b/a Shackleford's FRT<br>1101 Barney St.<br>Dyersburg, TN 38024 | |
| CF Tactical Inc.<br>12235 Will Clayton Pkwy., Suite 9<br>Humble, TX 77346 | |
| Dunedin Holding, LLC, d/b/a Mid-Tier Defense 240 NW 76th Dr, Ste D<br>Gainesville, FL 32607 | |
| Hendrix DeLeon<br>Megan DeLeon<br>Freedom Unlimited Group Inc.<br>1021 Desert View Dr<br>Lake Havasu City, AZ 86404-1535 | |
| GDI-3D LLC<br>1580 Flat Shoals Road SE, Suite C-D #10311<br>Atlanta, GA 30316 | |
| James Juo<br>THOMAS P. HOWARD, LLC<br>842 W. South Boulder Rd., #100<br>Louisville, CO 80027<br><br>thoward@thowardlaw.com | Counsel for Defendants Gen X Arms & Gunwork's LLC et al. |
| Chad Myers<br>GUN BUILDERS DEPOT, LLC<br>9339 Castlegate Dr,<br>Indianapolis, IN 46256 | |
| HD Arms, LLC<br>311 Road D<br>Henderson, Nebraska 68371 | |
| Lane Boggs<br>Mad River Firearm Co. LLC<br>1015 S Detroit St.<br>Bellefontaine, OH 43311-1645<br><br>Lane Boggs<br>Mad River Firearm Co. LLC<br>307 Pickrelltown Rd.<br>West Liberty, OH 43357-9305 | |

| | |
|---|---|
| MGCC Enterprises LLC d/b/a Flip Ammo<br>8384a Terminal Rd.<br>Lorton, VA 22079 | |
| Thomas Hines<br>Odin Works, Inc.<br>11350 W Executive Dr.<br>Boise, ID 83713-8963 | |
| Pembleton and Son’s LLC<br>17350 State HWY 249, STE 220<br>Houston, TX 77064 | |
| Redacted Industries, LLC<br>30 N Gould Street, Suite R<br>Sheridan, Wyoming 82801 | |
| Stryke Gunworks LLC<br>6650 Rivers Ave, Ste 100<br>Charleston, SC 29406 | |
| Darlene Whitlock<br>Super Safe Solutions, LLC, et al.<br>2162 Cove Circle<br>Gadsden, AL 35903 | |
| Ivan Burke<br>Michelle Burke<br>TACTICAL SOLUTIONS GROUP, LLC<br>5703 Webster Street, Suite D<br>Dayton, OH 45414 | |
| Matthew J. Cavanagh<br>McDonald Hopkins LLC<br>600 Superior Ave., East, Ste. 2100<br>Cleveland, OH 44114<br><br>mcavanagh@mcdonaldhopkins.com; | Counsel for Defendants Vance Outdoors Inc., d/b/a Sportsman Outdoor Superstore, et al. |

*/s/ Matthew A. Colvin*
Matthew A. Colvin