**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br><br>v.<br><br>OPTICS PLANET, INC. d/b/a Ecentria<br><br>Defendant. | Civil Action No. 4:26-cv-521-ALM |

**UNOPPOSED MOTION TO WITHDRAW**

Counsel for Defendant OpticsPlanet, Inc. ("OpticsPlanet"), Banner & Witcoff, Ltd. ("Banner & Witcoff"), respectfully moves to withdraw as counsel for OpticsPlanet pursuant to Local Rule CV-11(c) of the Local Rules for the Eastern District of Texas. In support of this Motion, Banner & Witcoff states as follows:

1. OpticsPlanet has terminated Banner & Witcoff's representation in this matter and consents to Banner & Witcoff's withdrawal as counsel of record.

2. OpticsPlanet has already appeared through substitute counsel (Dkt. Nos. 118 and 119), who will continue to represent OpticsPlanet in this matter. Accordingly, Banner & Witcoff's withdrawal will not leave OpticsPlanet without counsel, will not disrupt the proceedings, and will not require any continuance or other delay.

3. Banner & Witcoff therefore respectfully submits that good cause exists for its withdrawal and that its withdrawal is consistent with Local Rule CV-11(c).

WHEREFORE, Banner & Witcoff, Ltd. respectfully requests that the Court grant this Motion and enter an order permitting Banner & Witcoff, Ltd. to withdraw as counsel of record for Defendant OpticsPlanet, Inc., with OpticsPlanet to remain represented by its other counsel of record.

Dated: August 25, 2026

Respectfully submitted,

*/s/ Scott A. Burow*

Scott A. Burow
Texas State Bar No. 24152884

Jason S. Shull
Grace E. Beach
sburow@bannerwitcoff.com
jshull@bannerwitcoff.com
gbeach@bannerwitcoff.com

**BANNER WITCOFF, LTD**

71 South Wacker Drive, Suite 3600
Chicago, IL 60606
Telephone: (312) 463-5000
Fax: (312) 463-5001

**Attorneys for Defendant**
**OpticsPlanet, Inc., d/b/a Ecentria**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served on all counsel of record via the Court's ECF system on August 25, 2026.

*/s/ Scott A. Burow*
Scott A. Burow

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules CV-7(h) and (i), counsel for OpticsPlanet conferred with counsel for Plaintiffs on August 20, 2026, regarding the relief requested in this Motion. Plaintiffs do not oppose the requested relief.

*/s/ Scott A. Burow*
Scott A. Burow