# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:26-md-3176<br>Judge Mazzant |

## ORDER

The Judicial Panel on Multidistrict Litigation ("JPML") has centralized a set of related cases in this district for consolidated pretrial proceedings (Dkt. #1).

This Pretrial Order is issued pursuant to Rule 16.1 of the Federal Rules of Civil Procedure to promote the just and efficient conduct of this consolidated proceeding, which involves a dispute over numerous patents directed at firearm technology known as forced reset triggers (FRTs). Accordingly, the Court hereby **ORDERS** as follows:

1. The parties shall meet and confer regarding the matters identified in Rule 16.1(b), the proposed discovery order, the proposed ESI order, and the proposed protective order attached to Plaintiffs' Notice of Readiness to Proceed Under Federal Rule of Civil Procedural 16.1 (Dkt. #37) by no later than **September 10, 2026**;
2. The Court will hold an initial case management conference in this matter on **October 15, 2026**, at **9:00 a.m.**, at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. Parties are not required to attend. Counsel for all parties must attend and be prepared to discuss the materials described above in Paragraph 1; and

3. At least **two weeks** before the initial case management conference in this matter, by **October 1, 2026**, the parties shall submit the Rule 16.1(b) report and related proposed orders described above in Paragraph 1.

**IT IS SO ORDERED.**

**SIGNED this 28th day of August, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE