**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **Case No. 4:26-md-03176-ALM**<br>**MDL 3176** |

**NOTICE OF APPEARANCE**

Please take notice that Walter W. Brown appears in this action as counsel for the United States of America.

August 31, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

SCOTT BOLDEN
Director

s/Walter W. Brown

WALTER W. BROWN
Senior Litigation Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0341
E-mail: walter.brown2@usdoj.gov

*Attorneys for the United States*