**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>OPTICS PLANET, INC., d/b/a ECENTRIA,<br>Defendant. | Civil Action No. 4:26-cv-00521-ALM |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW**

Before the Court is counsel for Defendant OpticsPlanet, Inc., Banner & Witcoff, Ltd.'s ("Banner & Witcoff"), unopposed motion to withdraw as counsel (Dkt. #40) for OpticsPlanet pursuant to Local Rule CV-11(c). Having considered the unopposed motion, Banner & Witcoff's motion to withdraw is hereby **GRANTED.** Banner & Witcoff, including its attorneys Jason S. Shull, Scott A. Burow, and Grace E. Beach, are hereby withdrawn as counsel of record for Defendant OpticsPlanet, Inc.

**IT IS SO ORDERED**.

**SIGNED this 4th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE