**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **ABC IP, LLC, a Delaware limited liability company,**<br><br>**and**<br><br>**RARE BREED TRIGGERS, INC., a Texas corporation,**<br><br>**Plaintiffs.**<br><br>**v.**<br><br>**Steven Thanh Nguyen, an individual, d/b/a Polymer Pew,**<br><br>**Defendant.** | ) | **CIVIL NO.: 4:26-MD-3176** |

**ORDER GRANTING MOTION TO WITHDRAW**

On this date, the Court considered the Motion to Withdraw (Dkt. #24) filed by Francisco J. Caycedo, and finding the Motion is supported by good cause,

IT IS ORDERED that Francisco J. Caycedo and the law firm of Adams and Reese, LLP are granted leave to withdraw as attorney of record for Plaintiffs.

**IT IS SO ORDERED.**

**SIGNED this 4th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE