A TRUE COPY I CERTIFY
DAVID A O'TOOLE, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
By: MichelleBaxter

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: RARE BREED TRIGGERS PATENT LITIGATION** **MDL No. 3176**

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −12)**

On April 2, 2026, the Panel transferred 6 civil action(s) to the United States District Court for the Eastern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* MDL No. 3176, ECF No. 44 (J.P.M.L. 2026). Since that time, 85 additional action(s) have been transferred to the Eastern District of Texas. With the consent of that court, all such actions have been assigned to the Honorable Amos L. Mazzant, III.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Texas and assigned to Judge Mazzant.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Texas for the reasons stated in the order of April 2, 2026, and, with the consent of that court, assigned to the Honorable Amos L. Mazzant, III.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Texas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 10, 2026

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jessica D. Birnbaum
Clerk of the Panel

**IN RE: RARE BREED TRIGGERS PATENT LITIGATION** MDL No. 3176

**SCHEDULE CTO−12 − TAG−ALONG ACTIONS**

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ARIZONA | | | |
| ~~AZ~~ | ~~2~~ | ~~26−04798~~ | ~~ABC IP LLC et al v. Winland~~ Opposed 9/9/2026 |
| ARKANSAS EASTERN | | | |
| ARE | 4 | 26−00702 | ABC IP LLC et al v. Mid South Arms LLC et al |
| FLORIDA NORTHERN | | | |
| FLN | 1 | 26−00165 | ABC IP LLC et al v. GERONIMO ARMS & AMMO LLC et al |
| GEORGIA MIDDLE | | | |
| GAM | 1 | 26−00071 | ABC IP LLC et al v. PAUL MICHAEL GUY DBA SOUTHERN CUSTOMS GUNS AND AMMO et al |
| MAINE | | | |
| ME | 1 | 26−00375 | ABC IP LLC et al v. AESIR LLC et al |
| MICHIGAN EASTERN | | | |
| MIE | 4 | 26−12546 | ABC IP, LLC et al v. 810Velocity L.L.C et al |
| MISSISSIPPI SOUTHERN | | | |
| MSS | 3 | 26−00541 | ABC IP, LLC et al v. Galactic Outfitters LLC et al |
| MISSOURI WESTERN | | | |
| MOW | 3 | 26−05045 | ABC IP, LLC et al v. Cornfire Arsenal LLC |
| MOW | 6 | 26−03431 | ABC IP, LLC et al v. WMI LLC et al |
| NEW HAMPSHIRE | | | |
| NH | 1 | 26−00613 | ABC IP, LLC et al v. Fudd Arms LLC |