**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ATRIUS DEVELOPMENT GROUP CORPORATION, INC.,<br><br>Plaintiffs,<br><br>v.<br>ABC IP, LLC, RARE BREED TRIGGERS, INC., RARE BREED FIREARMS LLC, LAWRENCE DEMONICO, KEVIN MAXWELL, and COLE LELEUX,<br><br>Defendants. | Civil Action Nos.<br>4:26-cv-00448-ALM<br>4:26-cv-00984-ALM |
| ABC IP, LLC, RARE BREED TRIGGERS, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ATRIUS DEVELOPMENT GROUP CORPORATION, INC., MALCOLM BROWN, GRANT SHAW, and RYAN SPADAFORE,<br><br>Counterclaim-Defendants. | |

**NOTICE OF APPEARANCE OF OLIVER J. RICHARDS**

Please take notice that the undersigned attorney is admitted to this Court and hereby enters his appearance of counsel on behalf of Defendants ABC IP, LLC, Rare Breed Triggers,

Inc., Rare Breed Firearms LLC, Lawrence DeMonico, Kevin Maxwell, and Cole LeLeux.

Counsel consents to electronic service of all papers in this action.

DATED: September 10, 2026

Respectfully submitted,

*/s/ Oliver J. Richards*

Oliver J. Richards
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130
E-mail: ojr@fr.com
Tel: (858) 678-5070
Fax: (858) 678-5099

***Attorneys for Defendants/Counterclaim-Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc.; and for Defendants Rare Breed Firearms LLC, Lawrence DeMonico, Kevin Maxwell, and Cole Leleux***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 10, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Oliver J. Richards*
Oliver J. Richards