**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **No. 4:26-md-03176-ALM** |
| ABC IP, LLC, *et al.*<br>v.<br>2A NINJA LLC, *et al.* | No. 4:26-cv-01106-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>80MILLS LLC, *et al.* | No. 4:26-cv-00380-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>ADVANCED THREAT ASSESSMENT AND TRAINING INC. | No. 4:26-cv-00801-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>AR-15 GUN OWNERS OF AMERICA, INC., *et al.* | No. 4:26-cv-00761-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>ARGENT WOLFZ LLC, *et al.* | No. 4:26-cv-01069-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>AR-TT, LLC, *et al.* | No. 4:26-cv-00693-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>AS DESIGNS, LLC, *et al.* | No. 4:26-cv-00370-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>ATLANTIC FIREARMS, LLC, *et al.* | No. 4:26-cv-00926-ALM |

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **No. 4:26-md-03176-ALM** |
| ATRIUS DEVELOPMENT GROUP CORPORATION, INC.,<br>v.<br>ABC IP, LLC, *et al* | No. 4:26-cv-00448-ALM<br>No. 4:26-cv-00984-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>CACTUS AMMO LLC, *et al.* | No. 4:26-cv-00998-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>CANUCK TACTICAL LLC | No. 4:26-cv-00705-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>ANTONIO CHOUKAIR | No. 4:26-cv-00755-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>CLOAK INDUSTRIES, INC., *et al.* | No. 4:26-cv-00608-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>COMBAT ARMORY | No. 4:26-cv-01129-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>DAIRYLAND DEFENSE SOLUTIONS, LLC, *et al.* | No. 4:26-cv-00374-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>DIRTY BIRD INDUSTRIES, LLC, *et al.* | No. 4:26-cv-01013-ALM |

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **No. 4:26-md-03176-ALM** |
| ABC IP, LLC, *et al.*<br>v.<br>DOGWOOD ARMORY LLC, *et al.* | No. 4:26-cv-00760-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>DNT LLC, *et al.* | No. 4:26-cv-00377-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>EAST COAST CERAKOTE LLC, *et al.* | No. 4:26-cv-00831-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>ELEANOR ARMORY LLC, *et al.* | No. 4:26-cv-00915-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>EYE CANDY CUSTOM FIREARMS LLC, *et al.* | No. 4:26-cv-01124-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>JON FAULKNER | No. 4:26-cv-00847-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>FIREARM SYSTEMS LLC, *et al.* | No. 4:26-cv-00695-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>DAVID FRESHWATER | No. 4:26-cv-00930-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>GRABAGUN LLC | No. 4:26-cv-00810-ALM |

| **In Re: Rare Breed Triggers Patent Litigation** | **No. 4:26-md-03176-ALM** |
|---|---|
| ABC IP, LLC, *et al.*<br>v.<br>GUN BUILDERS DEPOT LLC, *et al.* | No. 4:26-cv-00753-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>HANES TACTICAL LLC, *et al.* | No. 4:26-cv-00369-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>HARRISON GUNWORKS LLC, *et al.* | No. 4:26-cv-00379-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>HAWKPHIN SALES, LLC, *et al.* | No. 4:26-cv-00707-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>HK PARTS, INC. | No. 4:26-cv-01045-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>TIMOTHY HOFFMAN, *et al* | No. 4:26-cv-00378-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>INOCULUM-GROUP LLC, *et al.* | No. 4:26-cv-00945-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>JOSH JOURDAN | No. 4:26-cv-01127-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>JESSE T. KLINE | No. 4:26-cv-00958-ALM |

| **In Re: Rare Breed Triggers Patent Litigation** | **No. 4:26-md-03176-ALM** |
|---|---|
| ABC IP, LLC, *et al.*<br>v.<br>LAM SOLUTIONS, *et al.* | No. 4:26-cv-00997-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>MARS TRIGGER, LLC, *et al.* | No. 2:26-cv-00030-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>MERCIER AND SONS, LLC, *et al.* | No. 4:26-cv-01030-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>MGCC ENTERPRISES LLC, *et al.* | No. 4:26-cv-01068-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>MIDNIGHT ARSENAL BOX LLC, *et al.* | No. 4:26-cv-01130-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>MISTER GUNS, LLC, *et al.* | No. 2:26-cv-00056-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>STEVEN THANH NGUYEN | No. 4:26-cv-00425-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>NSPEC INNOVATIONS LLC, *et al.* | No. 4:26-cv-00948-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>ODIN WORKS, INC., *et al.* | No. 4:26-cv-01901-ALM |

| **In Re: Rare Breed Triggers Patent Litigation** | **No. 4:26-md-03176-ALM** |
|---|---|
| ABC IP, LLC, *et al.*<br>v.<br>OLDE ENGLISH GUN SHOPPE INC., *et al.* | No. 4:26-cv-00932-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>ONE HORSE, LLC, *et al.* | No. 4:26-cv-01065-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>OPTICS PLANET, INC. | No. 4:26-cv-00521-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>ORION ARMS CORP. | No. 4:26-cv-01110-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>PARA BELLUM RESEARCH LAB LLC, *et al.* | No. 4:26-cv-01008-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>PEAK TACTICAL, LLC, *et al.* | No. 4:26-cv-00698-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>PISTOLCAP LIMITED COMPANY, *et al.* | No. 2:26-cv-00053-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>PROSOURCE FIREARMS, LLC | No. 2:26-cv-00055-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>QUICK RESPONSE FIREARMS LLC, *et al.* | No. 4:26-cv-00944-ALM |

| **In Re: Rare Breed Triggers Patent Litigation** | **No. 4:26-md-03176-ALM** |
|---|---|
| ABC IP, LLC, *et al.*<br>v.<br>REDACTED ARMS LLC | No. 4:26-cv-00754-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>SGC, LLC, *et al.* | No. 4:26-cv-00694-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>SHALO TEK, INC., *et al.* | No. 4:26-cv-01123-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>SHOOTING TARGETS USA, LLC, *et al.* | No. 4:26-cv-00799-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>SKER INDUSTRIES LLC, *et al.* | No. 4:26-cv-00928-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>SPORTS SOUTH LLC | No. 4:26-cv-01135-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>STARK80 LLC | No. 4:26-cv-01018-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>SUPERIOR FIREARMS OF TEXAS, LLC | No. 2:26-cv-00058-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>TGR SERVICES, LLC, *et al.* | No. 4:26-cv-00680-ALM |

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **No. 4:26-md-03176-ALM** |
| ABC IP, LLC, *et al.*<br>v.<br>VANCE OUTDOORS INC., *et al.* | No. 4:26-cv-01009-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>VELOCITY AMMUNITION SALES, LLC, *et al.* | No. 4:26-cv-00964-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>WEBCORP, INC., *et al.* | No. 4:26-cv-00768-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>Z3 PRODUCTIONS LLC | No. 4:26-cv-00367-ALM |

**CERTAIN DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE MEET AND CONFER**

Pursuant to Federal Rule of Civil Procedure 6(b), Atrius Development Group Corporation, Inc. ("Atrius") and certain MDL Defendants in the above-captioned actions (collectively, the "Moving Defendants") respectfully move, unopposed, for an extension of the parties' deadline to meet and confer under the Court's August 28, 2026 Order (Dkt. 42) from September 10, 2026 to September 14, 2026. The Rare Breed Plaintiffs do not oppose the relief requested in this Motion.

The Court's Order requires the parties to meet and confer regarding the matters identified in Rule 16.1(b), proposed discovery, ESI, and protective orders by September 10, 2026. The Rule 16.1(b) report and related proposed orders are due October 1, 2026, and the initial case management conference is set for October 15, 2026.

The Moving Defendants have good cause for this request. This consolidated MDL involves dozens of defendants represented by multiple law firms, and coordinating among the Moving Defendants' counsel on the proposed orders requires additional time. Further, counsel for Defendant Peak Tactical, LLC (and related defendants) is also unavailable on September 9 and 10, 2026 due to the Federal Circuit's scheduled oral argument in Case No. 2026-1527. This prior scheduling conflict further limits the parties' ability to meaningfully confer within the current timeframe.

If granted, the Moving Defendants will provide proposed redlines to Plaintiffs by Friday, September 11, 2026, and the parties will confer on Monday, September 14, 2026. This schedule will allow time for all parties to review each submission before the September 14 conference and accommodate participation by all affected counsel. The requested extension will not prejudice any party or affect the October 1 or October 15 deadlines.

Counsel for Plaintiffs indicated that they do not oppose the extension request.

For the foregoing reasons, the Moving Defendants respectfully request that the Court grant this Motion and extend the meet-and-confer deadline under the Court's August 28, 2026 Order from September 10, 2026 to September 14, 2026.

Dated: September 10, 2026

Respectfully submitted,

*/s/ Brandon Merrill*
Robert Manley
Texas Bar No. 787955
Edward K. Chin
Texas State Bar No. 50511688
Alex Chern
Texas Bar No. 24109718
Brandon Merrill
Texas Bar No. 24144769
Gregory Saltz
Texas Bar No. 24131641
RManley@McKoolSmith.com
CHurt@McKoolSmith.com
EChin@McKoolSmith.com
AChern@McKoolSmith.com
BMerrill@McKoolSmith.com
GSaltz@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000

Ryan B. McBeth
Texas Bar No. 24078955
Elliot Clay
Texas Bar No. 24148889
RMcBeth@McKoolSmith.com
EClay@McKoolSmith.com
**MCKOOL SMITH, P.C.**
600 Travis Street, Suite 7000
Houston, TX 77002
Tel: (713) 485-7300

Steven J. Pollinger
Texas Bar No. 24011919
SPollinger@McKoolSmith.com
**MCKOOL SMITH, P.C.**

303 Colorado Street, Suite 2100
Austin, TX 78701
Tel: (512) 692-8702

Adam V. Floyd (Texas Bar No. 00790699)
AFloyd@FloydIP.com
**FLOYD IP**
3203 Bluffs Lane
Parker, Texas 75002
Tel: (512) 497-7500

**Counsel for Atrius Development Group Corporation, Inc., Malcolm Brown, Grant Shaw, and Ryan Spadafore, Mister Guns, LLC, Thomas Carter II, Brandi Carter, PistolCap Limited Company, Mordekhai Harroch, ProSource Firearms, LLC, Superior Firearms of Texas, LLC**

Matthew J. Cavanaugh (Ohio Bar No. 0079522)
MCavanagh@McDonaldHopkins.com
**MCDONALD HOPKINS LLC**
600 Superior Ave., East, Suite 2100
Cleveland, Ohio 44144
Tel: (216) 348-5400

**Counsel for Vance Outdoors Inc., Vance Retail LLC, Michael Todd Vance, Douglas Vance, and Kevin Chandler**

John T. Polasek (Texas Bar No. 16088590)
Ted@PolasekLaw.com
**THE POLASEK LAW FIRM, PLLC**
2401 Fountain View Dr., Suite 316
Houston, TX 77057
Tel: (832) 485-3580

**Counsel for MaRs Trigger, LLC and Peter Brennen**

Wesley E. Weeks
Scott A. Felder
Corey Weinstein
WWeeks@Wiley.law
SFelder@Wiley.law
CWeinstein@Wiley.law
**WILEY REIN LLP**

2050 M Street, N.W.
Washington, DC 20036
Tel: (202) 719-7000

**Counsel for Atlantic Firearms LLC and Blaine Bunting**

J. Tyler Boyce
Texas Bar No. 24127214
TBoyce@KSLaw.com
**KING & SPALDING LLP**
1100 Louisiana, Suite 4100
Houston, TX 77002
Tel: (713) 751-3290

**Counsel for Argent Wolfz LLC, Carrie Davis Tsao, Sean Tsao, and Josh Jourdan d/b/a Trigger Man**

Jacob G. Horton
Tennessee Bar No. 025,467
(admitted *pro hac vice*)
JHorton@Blanchard-Patent.com
**BLANCHARD HORTON PLLC**
PO Box 5657
Oak Ridge, TN 37830
Tel: (865) 269-2673

**Counsel for Timothy Hoffman and Hoffman Tactical, LLC**

John M. Skeriotis (Ohio Bar No. 0069263)
Sergey Vernyuk (Ohio Bar No. 0089101)
jms@ETBLaw.com
sv@ETBLaw.com
**EMERSON, THOMSON & BENNETT, LLC**
1914 Akron-Peninsula Rd.
Akron, OH 44313
Tel: (330) 434-9999

**Counsel for 80Mills LLC d/b/a Tactical Titan Supply, Pearson Gardner, Advanced Threat Assessment and Training, Inc. d/b/a War Hammer Armaments; AS Designs, LLC, Matthew S. Karlovic, Calvin Olson, Dairyland Defense Solutions, LLC; Gaven L. Poczekaj, Sr., DNT LLC d/b/a Deez Nutz Tactical, Zach**

**Morrow, Dogwood Armory LLC; Jeremy Dale Beeson, Alyssa Lea Beeson, Eye Candy Custom Firearms LLC, Paul Zonghetti, Jon Faulkner d/b/a Firearms Depot, Hanes Tactical LLC, Damion Terrell Bennett, Harrison Gunworks LLC, Tyler Harrison, Jesse T. Kline, Lam Solutions, Matthew Lam, Nate Lam, Mercier and Sons, LLC, Wayne Mercier d/b/a 144.1 Recoil Systems, Samantha Mercier, Steven Thanh Nguyen d/b/a Polymer Pew, NSPEC Innovations LLC, Colin McMillen, Olde English Gun Shoppe Inc. d/b/a Olde English Outfitters , Evan English, Redacted Arms LLC, Stark80 LLC, Z3 Productions LLC d/b/a Z3Pro**

Timothy P. Swanson
J. Randy Roeser (Texas Bar No. 24089377)
TGetzoff@HollandHart.com
JRRoeser@HollandHart.com
**HOLLAND & HART LLP**
1800 Broadway, Suite 300
Boulder, CO 80302
Tel: (303) 473-2700

Paul Swanson (*pro hac vice* forthcoming)
PDSwanson@HollandHart.com
**HOLLAND & HART LLP**
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Tel: (303) 295-8000

**Counsel for 2A Ninja LLC, Ethan Alexander Cook, 2A Optics LLC, Brian Ingram, AR-15 Gun Owners of America, Inc., Chris Allen Waltz, AR-TT, LLC d/b/a Takedown Tools, Clausen Inc., Jonathan Clausen, Jodi Clausen, Canuck Tactical LLC d/b/a RangeSport America LLC, Antonio Choukair d/b/a Astro Tactical, Cloak Industries, Inc., William C. King Jr., Combat Armory, Dirty Bird Industries, LLC, Jay Pitcher, Dustin Pitcher, Lori Pitcher, East Coast Cerakote LLC, Gavin Luzier, Firearm Systems LLC d/b/a Firearm Systems, Brandon Donatto, Michael Stakes, John Doe, David Freshwater d/b/a Idaho Arms & Ammo, Hawkphin Sales, LLC d/b/a Battlehawk Armory / Battle Optics / Battle Shop / Battle Shops /**

**Lakefront Armory, Adam Gerleman, Inoculum-Group LLC, Ryan K. Jacobson, MGCC Enterprises LLC d/b/a Flip Ammo, Muffintop Tactical LLC, Jason Ramsden, Odin Works, Inc., Thomas Hines, Optics Planet, Inc. d/b/a OpticsPlanet, Peak Tactical, LLC d/b/a Partisan Triggers, Nicholas Norton, Quick Response Firearms LLC, Daniel Corsini, Jerried "Jerry" Brown, SGC, LLC d/b/a Scottsdale Gun Club, Terence D. Schmidt, Ronald Kennedy, Shooting Targets USA, LLC d/b/a Outpost Gear, Michael Joseph Speeney III, SKER Industries LLC, Jordan Linsker, TGR Services, LLC, TGR Ventures, LP, Velocity Ammunition Sales, LLC, David Allen Hazlett, Webcorp, Inc. d/b/a Tactical Shit / Liberal Tears / SIGGLOCKINCOLT.COM. Thomas Kirgin Jr., Wojtek LLC d/b/a Wojtek Weaponry, Nathan Wolanyk**

Conor M. Civins (Texas Bar No. 24040693)
Michael Chibib (Texas Bar No. 00793497)
Conor.Civins@Bracewell.com
Michael.Chibib@Bracewell.com
**BRACEWELL LLP**
111 Congress Avenue, Suite 2300
Austin, TX 78701
Tel: (512) 472-7800

**Counsel for Cactus Ammo LLC, Grant William Bourne, Eleanor Armory LLC, Nathanial Lee Espy, GrabAGun LLC, Gun Builders Depot LLC, Chad Myers, HK Parts, Inc., Midnight Arsenal Box LLC, Zack Rosenquest, Mister Guns, LLC, Thomas Carter II, Brandi Carter, One Horse, LLC, Jeremy Hammons, Orion Arms Corp. d/b/a Orion Wholesale, Para Bellum Research Lab LLC, James T. Radke, PistolCap Limited Company, Mordekhai Harroch, ProSource Firearms, LLC, Shalo Tek, Inc., Travis Michael Brewer, Megan Ryan Brewer, Sports South LLC, Superior Firearms of Texas, LLC, WebCorp, Inc., Thomas Kirgin Jr.**

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), counsel for Atrius, on behalf of the Moving Defendants, conferred with Plaintiffs' counsel via email between September 8 and 9, 2026. Counsel for the Rare Breed Plaintiffs indicated that they do not oppose this extension request.

/s/ *Brandon Merrill*
Brandon Merrill

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, a true and correct copy of the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

/s/ *Brandon Merrill*
Brandon Merrill