**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **No. 4:26-md-03176-ALM** |
| ABC IP, LLC, *et al.*<br>v.<br>2A NINJA LLC, *et al.* | No. 4:26-cv-01106-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>80MILLS LLC, *et al.* | No. 4:26-cv-00380-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>ADVANCED THREAT ASSESSMENT AND TRAINING INC. | No. 4:26-cv-00801-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>AR-15 GUN OWNERS OF AMERICA, INC., *et al.* | No. 4:26-cv-00761-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>ARGENT WOLFZ LLC, *et al.* | No. 4:26-cv-01069-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>AR-TT, LLC, *et al.* | No. 4:26-cv-00693-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>AS DESIGNS, LLC, *et al.* | No. 4:26-cv-00370-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>ATLANTIC FIREARMS, LLC, *et al.* | No. 4:26-cv-00926-ALM |

| **In Re: Rare Breed Triggers Patent Litigation** | **No. 4:26-md-03176-ALM** |
|---|---|
| ATRIUS DEVELOPMENT GROUP CORPORATION, INC.,<br>v.<br>ABC IP, LLC, *et al* | No. 4:26-cv-00448-ALM<br>No. 4:26-cv-00984-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>CACTUS AMMO LLC, *et al.* | No. 4:26-cv-00998-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>CANUCK TACTICAL LLC | No. 4:26-cv-00705-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>ANTONIO CHOUKAIR | No. 4:26-cv-00755-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>CLOAK INDUSTRIES, INC., *et al.* | No. 4:26-cv-00608-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>COMBAT ARMORY | No. 4:26-cv-01129-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>DAIRYLAND DEFENSE SOLUTIONS, LLC, *et al.* | No. 4:26-cv-00374-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>DIRTY BIRD INDUSTRIES, LLC, *et al.* | No. 4:26-cv-01013-ALM |

| **In Re: Rare Breed Triggers Patent Litigation** | **No. 4:26-md-03176-ALM** |
|---|---|
| ABC IP, LLC, *et al.*<br>v.<br>DOGWOOD ARMORY LLC, *et al.* | No. 4:26-cv-00760-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>DNT LLC, *et al.* | No. 4:26-cv-00377-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>EAST COAST CERAKOTE LLC, *et al.* | No. 4:26-cv-00831-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>ELEANOR ARMORY LLC, *et al.* | No. 4:26-cv-00915-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>EYE CANDY CUSTOM FIREARMS LLC, *et al.* | No. 4:26-cv-01124-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>JON FAULKNER | No. 4:26-cv-00847-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>FIREARM SYSTEMS LLC, *et al.* | No. 4:26-cv-00695-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>DAVID FRESHWATER | No. 4:26-cv-00930-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>GRABAGUN LLC | No. 4:26-cv-00810-ALM |

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **No. 4:26-md-03176-ALM** |
| ABC IP, LLC, *et al.*<br>v.<br>GUN BUILDERS DEPOT LLC, *et al.* | No. 4:26-cv-00753-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>HANES TACTICAL LLC, *et al.* | No. 4:26-cv-00369-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>HARRISON GUNWORKS LLC, *et al.* | No. 4:26-cv-00379-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>HAWKPHIN SALES, LLC, *et al.* | No. 4:26-cv-00707-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>HK PARTS, INC. | No. 4:26-cv-01045-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>TIMOTHY HOFFMAN, *et al* | No. 4:26-cv-00378-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>INOCULUM-GROUP LLC, *et al.* | No. 4:26-cv-00945-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>JOSH JOURDAN | No. 4:26-cv-01127-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>JESSE T. KLINE | No. 4:26-cv-00958-ALM |

| **In Re: Rare Breed Triggers Patent Litigation** | **No. 4:26-md-03176-ALM** |
|---|---|
| ABC IP, LLC, *et al.*<br>v.<br>LAM SOLUTIONS, *et al.* | No. 4:26-cv-00997-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>MARS TRIGGER, LLC, *et al.* | No. 2:26-cv-00030-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>MERCIER AND SONS, LLC, *et al.* | No. 4:26-cv-01030-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>MGCC ENTERPRISES LLC, *et al.* | No. 4:26-cv-01068-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>MIDNIGHT ARSENAL BOX LLC, *et al.* | No. 4:26-cv-01130-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>MISTER GUNS, LLC, *et al.* | No. 2:26-cv-00056-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>STEVEN THANH NGUYEN | No. 4:26-cv-00425-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>NSPEC INNOVATIONS LLC, *et al.* | No. 4:26-cv-00948-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>ODIN WORKS, INC., *et al.* | No. 4:26-cv-01901-ALM |

| **In Re: Rare Breed Triggers Patent Litigation** | **No. 4:26-md-03176-ALM** |
| --- | --- |
| ABC IP, LLC, *et al.*<br>v.<br>OLDE ENGLISH GUN SHOPPE INC., *et al.* | No. 4:26-cv-00932-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>ONE HORSE, LLC, *et al.* | No. 4:26-cv-01065-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>OPTICS PLANET, INC. | No. 4:26-cv-00521-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>ORION ARMS CORP. | No. 4:26-cv-01110-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>PARA BELLUM RESEARCH LAB LLC, *et al.* | No. 4:26-cv-01008-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>PEAK TACTICAL, LLC, *et al.* | No. 4:26-cv-00698-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>PISTOLCAP LIMITED COMPANY, *et al.* | No. 2:26-cv-00053-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>PROSOURCE FIREARMS, LLC | No. 2:26-cv-00055-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>QUICK RESPONSE FIREARMS LLC, *et al.* | No. 4:26-cv-00944-ALM |

| **In Re: Rare Breed Triggers Patent Litigation** | **No. 4:26-md-03176-ALM** |
|---|---|
| ABC IP, LLC, *et al.*<br>v.<br>REDACTED ARMS LLC | No. 4:26-cv-00754-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>SGC, LLC, *et al.* | No. 4:26-cv-00694-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>SHALO TEK, INC., *et al.* | No. 4:26-cv-01123-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>SHOOTING TARGETS USA, LLC, *et al.* | No. 4:26-cv-00799-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>SKER INDUSTRIES LLC, *et al.* | No. 4:26-cv-00928-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>SPORTS SOUTH LLC | No. 4:26-cv-01135-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>STARK80 LLC | No. 4:26-cv-01018-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>SUPERIOR FIREARMS OF TEXAS, LLC | No. 2:26-cv-00058-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>TGR SERVICES, LLC, *et al.* | No. 4:26-cv-00680-ALM |

| **In Re: Rare Breed Triggers Patent Litigation** | **No. 4:26-md-03176-ALM** |
|---|---|
| ABC IP, LLC, *et al.*<br>v.<br>VANCE OUTDOORS INC., *et al.* | No. 4:26-cv-01009-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>VELOCITY AMMUNITION SALES, LLC, *et al.* | No. 4:26-cv-00964-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>WEBCORP, INC., *et al.* | No. 4:26-cv-00768-ALM |
| ABC IP, LLC, *et al.*<br>v.<br>Z3 PRODUCTIONS LLC | No. 4:26-cv-00367-ALM |

**PROPOSED ORDER GRANTING CERTAIN DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE MEET AND CONFER**

Before the Court is Atrius Development Group Corporation, Inc.'s and certain MDL Defendants' (collectively, the "Moving Defendants") Unopposed Motion for Extension of Time to Complete the Meet-and-Confer requirement set forth in the Court's August 28, 2026 Order (Dkt. 42) from September 10, 2026 to September 14, 2026. As articulated in the Moving Defendants' Motion, the Rare Breed Plaintiffs do not oppose the relief requested in the Motion. Having considered the Motion, the Court **GRANTS** the Motion and **ORDERS** as follows:

The deadline for the parties to meet and confer regarding the matters identified in the Court's August 28, 2026 Order is extended until September 14, 2026.

**IT IS SO ORDERED.**