A TRUE COPY I CERTIFY
DAVID A O'TOOLE, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
By: *MichelleBaxter*

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: RARE BREED TRIGGERS PATENT LITIGATION**

ABC IP LLC, et al. v. Hayes Arms LLC, et al., )
N. D. Alabama, C.A. No. 5:26-01301 ) MDL No. 3176

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in the above listed action on August 25, 2026. Prior to expiration of that order's 7-day stay of transmittal, Pro Se defendant Jace D. Hayes filed a notice of opposition to the proposed transfer. Defendant subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-11" filed on August 25, 2026, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Texas for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Amos L. Mazzant, III.

FOR THE PANEL:

Jessica D. Birnbaum
Clerk of the Panel