# EXHIBIT 1

Defendants' Ex. 1

| Case Name | EDTX MDL Case # | Original Case # | Original Court | Original Filing Date | Complaint(s)* | Asserted Patents** '223 | '003 | '336 | '807 | '247 | '784 | '159 | '403 | '538 | Accused Product(s) Atrius FRS | Super Safety (SS) | Disruptor | FRT Trademarks | Misc. / Other Products | Defendants' Preliminary Position Regarding Reseller Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MDL CASES | | | | | | | | | | | | | | | | | | | | |
| Case Name | EDTX MDL Case # | Original Case # | Original Court | Original Filing Date | Complaint(s) | 223 | 003 | 336 | 807 | 247 | 784 | 159 | 403 | 538 | Atrius FRS | Super Safety (SS | Disruptor | FRT Trademarks | Misc. / Other Products | Reseller Status |
| **2A Ninja**<br>Ethan Alexander Cook | 4:26-cv-1106 | 4:26-cv-854 | E.D. Mo. | 5/29/2026 | OC: 5/29/2026 | X | X | X | X | | | | X | | | | X | | | Reseller |
| **80Mills** d/b/a Tactical Titan Supply<br>Pearson Gardner | 4:26-cv-380 | 1:25-cv-1262 | N.D. Ohio | 6/17/2025 | OC: 6/17/2025<br>1AC: 7/2/2025<br>2AC: 2/3/2026<br>3AC: 3/24/2026<br>4AC: 5/26/2026 | | | | | X | X | X | X | X | | X | | | | Reseller |
| **810 Velocity**<br>Andrew C. Carr | 4:26-cv-1255 | 4:26-cv-12546 | E.D. Mich | 7/24/2026 | OC: 7/24/2026 | | | | | X | X | X | X | X | | X | | | VxR FRD | Reseller |
| **Advanced Threat Assessment and Training** d/b/a War Hammer Armaments | 4:26-cv-801 | 2:26-cv-14198 | S.D. Fla. | 6/5/2026 | OC: 6/5/2026 | X | X | X | X | X | X | X | X | X | | X | X | | | |
| **AESIR** d/b/a Reset Ninja<br>William Barnett<br>Chad Garceau | 4:26-cv-1252 | 1:26-cv-375 | D. Me. | 7/22/2026 | OC: 7/22/2026 | | | | | X | X | X | X | X | | X | | X | Kabuto | Reseller |
| **AR-15 Gun Owners of America**<br>Chris Allen Waltz | 4:26-cv-761 | 5:26-cv-235 | M.D. Ga. | 6/10/2026 | OC: 6/10/2026 | X | X | X | X | X | X | X | X | | X | | X | | | Reseller |
| **AR-TT d/b/a Takedown Tools**<br>Clausen, Inc.<br>Jodi & Jonathan Clausen | 4:26-cv-693 | 2:26-cv-14 | E.D. Wash. | 1/13/2026 | OC: 1/13/2026<br>1AC: 5/27/2026 | X | X | X | X | X | X | X | X | X | X | X | X | X | ARC-Fire | Reseller |
| **Area 43**<br>Alex Keely | 4:26-cv-1092 | 1:26-cv-450 | D. Id. | 7/18/2026 | OC: 7/18/2026 | | | | | X | X | X | X | X | | X | | | Kabuto | Reseller |
| **Area 51 Products** d/b/a 3DP2A<br>Daniel Nicholson | 4:26-cv-1121 | 1:26-cv-609 | M.D. Ala. | 7/24/2026 | OC: 7/24/2026 | | | | | X | X | X | X | X | | X | | | Kabuto | Reseller |
| **Argent Wolfz**<br>Sean & Carrie Davis Tsao | 4:26-cv-1069 | 2:26-cv-5016 | D. Ariz. | 7/17/2026 | OC: 7/17/2026 | | | | | X | X | X | X | X | | X | | | | |
| **AS Designs**<br>Calvin Olson<br>Matthew S. Karlovic | 4:26-cv-370 | 1:25-cv-1192 | M.D.N.C. | 12/30/2025 | OC: 12/30/2025<br>1AC: 12/30/2025<br>2AC: 3/24/2026<br>3AC: 5/26/2026 | | | | | X | X | X | X | X | | X | | | ARC-Fire | |
| **Atlantic Firearms**<br>Blaine Bunting | 4:26-cv-926 | 1:26-cv-2317 | D. Md. | 6/9/2026 | OC: 6/9/2026 | X | X | X | X | X | X | X | X | X | | X | X | X | MARC Selector | Reseller |
| **Atrius Development Group**<br>Malcolm Brown<br>Grant Shaw<br>Ryan Spadafore | 4:26-cv-448 | 7:26-cv-57 | W.D. Tex. | 2/19/2026 | OC: 2/19/2026<br>1AC: 5/14/2026 | | | | | X | X | X | X | | X | | | | | |
| **Atrius Development Group**<br>Malcolm Brown<br>Grant Shaw<br>Ryan Spadafore | 4:26-cv-984 | 7:26-cv-211 | W.D. Tex. | 5/26/2026 | OC: 5/26/2026 | | | | | X | X | X | X | | X | | | | | |
| **Bear Arms**<br>Nathan Murrell | 4:26-cv-1191 | 6:26-cv-3338 | W.D. Mo. | 6/12/2026 | OC: 6/12/2026 | | | | | X | X | X | X | | X | | | | | Reseller |
| **Bilson Arms**<br>John W. Angers Jr. | 4:26-cv-1134 | 6:26-cv-2780 | W.D. La. | 7/29/2026 | OC: 7/29/2026 | X | X | X | X | | | | X | | | | X | X | | Reseller |
| **BSSquirts**<br>Samuel Hopson | 4:26-cv-1070 | 2:26-cv-4592 | D. Ariz. | 6/30/2026 | OC: 6/30/2026 | | | | | X | X | X | X | X | | X | | X | ARSS15 | |
| **Burse**, Jacob Rusty d/b/a Shacklefords FRT | 4:26-cv-833 | 1:26-cv-1118 | W.D. Tenn. | 5/29/2026 | OC: 5/29/2026 | | | | | X | X | X | X | X | | X | | X | | Reseller |
| **Cactus Ammo**<br>Grant William Bourne | 4:26-cv-998 | 2:26-cv-4873 | D. Ariz. | 7/13/2026 | OC: 7/13/2026 | | | | | X | X | X | X | | X | | | | | Reseller |
| **Canuck Tactical** d/b/a Rangesport America | 4:26-cv-705 | 2:26-cv-576 | S.D. La. | 3/17/2026 | OC: 3/17/2026<br>1AC: 5/27/2026 | X | X | X | X | | | | X | | | | X | X | | Reseller |
| **CF Tactical** | 4:26-cv-757 | 4:26-cv-4561 | S.D. Tex. | 6/9/2026 | OC: 6/9/2026 | | | | | X | X | X | X | | X | | | | | Reseller |
| **Choukair**, Antonio<br>Astro Tactical | 4:26-cv-755 | 4:26-cv-4309 | S.D. Tex. | 5/29/2026 | OC: 5/29/2026 | X | X | X | X | X | X | X | X | X | | X | X | X | ARC-Fire | Reseller |
| **Cloak Industries**<br>William C. King, Jr. | 4:26-cv-608 | 1:26-cv-1 | D. Id. | 1/5/2026 | OC: 1/5/2026<br>1AC: 5/27/2026 | X | X | X | X | | | | X | | | | X | X | | Reseller |
| **Combat Armory** | 4:26-cv-1129 | 2:26-cv-12541 | E.D. Mich | 7/23/2026 | OC: 7/23/2026 | X | X | X | X | X | X | X | X | X | X | X | X | X | ARC-Fire | Reseller |
| **Cope**, Christopher | 2:26-cv-33 | 2:26-cv-33 | E.D. Tex. | 1/13/2026 | OC: 1/13/2026<br>1AC: 5/23/2026<br>2AC: 5/26/2026 | X | | | | X | X | X | X | X | | X | | | 2/3-Position WOT | Reseller |
| **Cornfire Arsenal**<br>Corn Gunworks LLC<br>Patrick Andrew Corn | 4:26-cv-1370 | 3:26-cv-5045 | W.D. Mo. | 5/27/2026 | OC: 5/27/2026<br>1AC: 7/16/2026 | | | | | X | X | X | X | X | | X | | X | MARC | |
| **Dairyland Defense Solutions**<br>Gaven L. Poczekai | 4:26-cv-374 | 2:25-cv-852 | E.D. Wis. | 6/13/2025 | OC: 6/13/2025<br>1AC: 5/26/2026 | X | X | X | X | | | | X | | | | | | Dairyland Defender | |
| **Davis**, Ryan d/b/a 701 Boomsticks | 4:26-cv-1125 | 1:26-cv-232 | D.N.D. | 7/15/2026 | OC: 7/15/2026 | | | | | X | X | X | X | X | X | X | | X | Mini K | Reseller |
| **Dirty Bird Industries**<br>Dustin, Jay, Lori Pitcher | 4:26-cv-1013 | 1:26-cv-4425 | E.D. Cal. | 6/8/2026 | OC: 6/8/2026 | X | X | X | X | X | X | X | X | | X | | X | X | ARC-Fire | Reseller |
| **DNT**<br>Zach Morrow | 4:26-cv-377 | 4:25-cv-298 | D. Id. | 6/6/2025 | OC: 6/6/2025<br>1AC: 6/9/2025<br>2AC: 7/3/2025<br>3AC: 10/17/2025<br>4AC: 1/9/2026<br>5AC: 3/24/2026<br>6AC: [illegible] | X | X | X | X | X | X | X | X | X | | X | X | X | ARC-Fire<br>Super Selector | |
| **Dogwood Armory**<br>Jeremy Dale<br>Alyssa Lea Beeson | 4:26-cv-760 | 1:26-cv-498 | M.D.N.C. | 5/28/2026 | OC: 5/28/2026 | | | | | X | X | X | X | X | | X | | | | Reseller |
| **Dunedin Holding** d/b/a Mid-Tier Defense | 4:26-cv-940 | 8:26-cv-1627 | M.D. Fla. | 6/1/2026 | OC: 6/1/2026 | | | | | X | X | X | X | X | | X | | | | Reseller |
| **East Coast Cerakote**<br>Gavin Luzier | 4:26-cv-831 | 3:26-cv-2196 | D.S.C. | 6/4/2026 | OC: 6/4/2026 | X | X | X | X | X | X | X | X | X | | X | X | X | ARC-Fire | Reseller |
| **East Valley Tactical**<br>Eric Anderson | 4:26-cv-996 | 2:26-cv-4164 | D. Ariz. | 6/12/2026 | OC: 6/12/2026 | X | X | X | X | X | X | X | X | X | X | X | X | X | ARC-Fire | Reseller |
| **Eleanor Armory**<br>Nathanial Lee Espy | 4:26-cv-915 | 4:26-cv-153 | N.D. Ga. | 6/12/2026 | OC: 6/12/2026 | | | | | X | X | X | X | X | X | X | | | | Reseller |
| **Eye Candy Custom Firearms**<br>Paul Zonghetti | 4:26-cv-1124 | 6:26-cv-1558 | M.D. Fla. | 7/17/2026 | OC: 7/17/2026<br>1AC: 8/3/2026 | | | | | X | X | X | X | X | X | X | | | Kabuto | Reseller |
| **Fast Forward Tactical**<br>Zach Mulcahy | 4:26-cv-1220 | 4:26-cv-42 | E.D. Tenn. | 723/2026 | OC: 7/23/2026 | | | | | X | X | X | X | X | | X | | X | | Reseller |
| **Faulkner**, John d/b/a Firearms Depot | 4:26-cv-847 | 2:26-cv-126 | N.D. Fla. | 5/27/2026 | OC: 5/27/2026 | | | | | X | X | X | X | X | | X | | | | Reseller |

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Firearm Systems**<br>Brandon Donatto<br>Michael Stakes | 4:26-cv-695 | 2:25-cv-4938 | D. Ariz. | 12/23/2025 | OC: 12/23/2025<br>1AC: 5/27/2026 | X | X | X | X | | | | X | | | | X | X | | Reseller |
| **Firearms Direct Club**<br>Kimberly Smith<br>Taylor Spears | 4:26-cv-1120 | 3:26-cv-4717 | N.D. Fla. | 7/21/2026 | OC: 7/21/2026 | X | X | X | X | X | X | X | X | X | X | X | X | X | ARC-Fire | Reseller |
| **Freedom Unlimited Group**<br>Hendrix & Megan DeLeon | 4:26-cv-1071 | 3:26-cv-8162 | D. Ariz. | 7/9/2026 | OC: 7/9/2026 | | | | | X | X | X | X | X | | X | | X | | Reseller |
| **Freshwater**, David d/b/a Idaho Arms & Ammo | 4:26-cv-930 | 1:26-cv-348 | D. Id. | 6/2/2026 | OC: 6/2/2026 | X | X | X | X | X | X | X | X | X | | X | X | X | | Reseller |
| **Fudd Arms** | 4:26-cv-1394 | 1:26-cv-613 | D.N.H. | 7/27/2026 | OC: 7/27/2026 | X | X | X | X | X | X | X | X | X | | X | X | | | Reseller |
| **Galactic Outfitters**<br>Daniel Fisher | 4:26-cv-1254 | 3:26-cv-541 | S.D. Miss. | 7/23/2025 | OC: 7/23/2025 | | | | | X | X | X | X | X | | X | | | | Reseller |
| **GDI-3D** | 4:26-cv-822 | 1:26-cv-3010 | N.D. Ga. | 5/29/2026 | OC: 5/29/2026 | | | | | X | X | X | X | X | | X | | X | | Reseller |
| **Ammo A-Z**<br>Veerachart D. Murphy | 4:26-cv-1137 | 2:26-cv-5059 | D. Ariz. | 7/17/2026 | OC: 7/17/2026 | | | | | X | X | X | X | X | | X | | | | Reseller |
| **Gen X Arms & Gunwork's**<br>Sean Stewart | 4:26-cv-845 | 1:26-cv-2400 | D. Colo. | 5/29/2026 | OC: 5/29/2026 | | | | | X | X | X | X | | X | | | | | Reseller |
| **Geronimo Arms & Ammo**<br>Michael Goldberg | 4:26-cv-1253 | 1:26-cv-165 | N.D. Fla. | 7/17/2026 | OC: 7/17/2026 | X | | | | | | | | | | | | | WOT | Reseller |
| **GrabAGun** | 4:26-cv-810 | 3:26-cv-1903 | N.D. Tex. | 6/9/2026 | OC: 6/9/2026 | X | X | X | X | X | X | X | X | | X | | X | X | | Reseller |
| **Gun Builders Depot**<br>Chad Myers | 4:26-cv-753 | 1:26-cv-1221 | S.D. Ind. | 6/9/2026 | OC: 6/9/2026 | | | | | X | X | X | X | X | X | X | | | | Reseller |
| **Guy**, Paul Michael d/b/a Southern Customs Guns and Ammo | 4:26-cv-1250 | 1:26-cv-71 | M.D. Ga. | 5/28/2026 | OC: 5/28/2026 | | | | | X | X | X | X | X | | X | | | | Reseller |
| **Hanes Tactical**<br>Damion Terrell Bennett | 4:26-cv-369 | 3:25-cv-201 | W.D. Tex. | 6/6/2025 | OC: 6/6/2025<br>1AC: 10/29/2025<br>2AC: 1/26/2026<br>3AC: 3/24/2026<br>4AC: 5/26/2026 | | | | | X | X | X | X | X | | X | | | | Reseller |
| **Harrison Gunworks**<br>Tyler Harrison | 4:26-cv-379 | 4:25-cv-299 | D. Id. | 6/6/2025 | OC: 6/6/2025<br>1AC: 1/9/2025<br>2AC: 3/24/2026<br>3AC: 5/27/2026 | X | X | X | X | X | X | X | X | X | | X | | X | Defender<br>MARC Selector | Reseller |
| **Hawkphin**<br>Adam Gerleman | 4:26-cv-707 | 4:26-cv-15 | S.D. Iowa | 1/7/2026 | OC: 1/7/2026<br>1AC: 3/24/2026<br>2AC: 6/5/2026 | X | X | X | X | X | X | X | X | X | X | X | X | X | | Reseller |
| **Hiatt**, Brandon d/b/a Wick Designs<br>Larry Croft | 4:26-cv-1067 | 2:26-cv-2217 | M.D. Fla. | 7/21/2026 | OC: 7/21/2026 | | | | | X | X | X | X | | | | | | Kabuto | Reseller |
| **HK Parts** | 4:26-cv-1045 | 2:26-cv-90 | D. Utah | 2/4/2026 | OC: 2/4/2026<br>1AC: 3/24/2026 | | | | | X | X | X | X | | X | | | | | Reseller |
| **Hoffman Tactical**<br>Timothy Hoffman | 4:26-cv-378 | 1:25-cv-389 | E.D. Tenn. | 6/23/2025 | OC: 6/23/2025<br>1AC: 2/16/2026 | | | | | X | X | X | X | X | | X | | | | Reseller |
| **Inoculum-Group**<br>Ryan K. Jacobson | 4:26-cv-945 | 1:26-cv-335 | D. Id. | 5/29/2026 | OC: 5/29/2026 | X | X | X | X | | | | X | | | | X | | | Reseller |
| **Jourdan**, Josh d/b/a Trigger Man | 4:26-cv-1127 | 0:26-cv-113 | E.D. Ky. | 7/23/2026 | OC: 7/23/2026 | | | | | X | X | X | X | X | | X | | X | | Reseller |
| **Kline**, Jesse T. | 4:26-cv-958 | 3:25-cv-454 | S.D. Miss. | 6/23/2025 | OC: 6/23/2025<br>1AC: 1/26/2026<br>2AC: 3/24/2026<br>3AC: 5/27/2026<br>4AC: 7/21/2026 | | | | | X | X | X | X | X | | X | | | | Reseller |
| **Lam Solutions**<br>Matthew & Nate Lam | 4:26-cv-997 | 4:26-cv-49 | N.D. Ind. | 5/27/2026 | OC: 5/27/2026 | | | | | X | X | X | X | X | | X | | | | Reseller |
| **Mad River Firearm**<br>Lane Boggs | 4:26-cv-736 | 2:26-cv-664 | S.D. Ohio. | 6/3/2026 | OC: 6/3/2026 | | | | | X | X | X | X | X | X | X | | | | Reseller |
| **MaRs Trigger**<br>Peter Brennen | 2:26-cv-30 | 2:26-cv-30 | E.D. Tex. | 1/12/2026 | OC: 1/12/2026<br>1AC: 3/23/2026<br>2AC: 5/26/2026 | | | | | X | X | X | X | X | | X | | X | | Reseller |
| **Mercier & Sons**<br>Wayne & Samantha Mercier | 4:26-cv-1030 | 5:26-cv-156 | N.D. Fla. | 6/9/2026 | OC: 6/9/2026<br>1AC: 6/16/2026 | | | | | X | X | X | X | X | | X | | | ARC-Fire<br>Kabuto | |
| **MGCC Enterprises** d/b/a Flip Ammo | 4:26-cv-1068 | 1:26-cv-776 | E.D. Va. | 7/22/2026 | OC: 7/22/2026 | X | X | X | X | X | X | X | X | | X | | X | X | | Reseller |
| **Midnight Arsenal Box**<br>Zack Rosenquest | 4:26-cv-1130 | 2:26-cv-190 | D. Wyo. | 6/17/2026 | OC: 6/17/2026 | | | | | X | X | X | X | | X | | | | | Reseller |
| **Midnight Machine**<br>Jacob Atwood<br>Tallon Orion Derossett | 4:26-cv-1126 | 1:26-cv-1504 | S.D. Ind. | 7/17/2026 | OC: 7/17/2026 | | | | | X | X | X | X | | | | | | Kabuto | |
| **Mist Distributors**<br>Arthur R. Thomson | 4:26-cv-1011 | 1:26-cv-658 | S.D. Ohio | 7/7/2026 | OC: 7/7/2026<br>1AC: 7/8/2026 | | | | | X | X | X | X | | | | | | FRB | Reseller |
| **Mister Guns**<br>Thomas ("Ro") & Brandi Carter | 2:26-cv-56 | | E.D. Tex. | 1/22/2026 | OC: 1/22/2026<br>1AC: 3/23/2026<br>2AC: 5/26/2026 | | | | | X | X | X | X | | X | | | | | Reseller |
| **Muffintop Tactical**<br>Jason Ramsden | 4:26-cv-1277 | 1:26-cv-2010 | W.D. Tex. | 7/21/2026 | OC: 7/21/2026 | X | X | X | X | X | X | X | X | | | | X | X | ARC-Fire | Reseller |
| **Nguyen**, Steven Thanh d/b/a Polymer Pew | 4:26-cv-425 | 4:25-cv-2961 | S.D. Tex. | 6/26/2025 | OC: 6/26/2025<br>1AC: 1/13/2026<br>2AC: 5/27/2026 | | | | | X | X | X | X | X | | X | | X | ARC-Fire | |
| **Nocturnal Apparel & Co**<br>Vincent Michael Vukanovich | 4:26-cv-1235 | 3:26-cv-2341 | N.D. Tex. | 7/15/2026 | OC: 7/15/2026 | | | | | X | X | X | X | | | | | X | MARC<br>ARC-Fire | Reseller |
| **NSPEC Innovations**<br>Collin McMillan | 4:26-cv-948 | 1:26-cv-1553 | W.D. Tex. | 6//2026 | OC: 6/9/2026 | | | | | X | X | X | X | X | X | X | | X | ARC-Fire | |
| **Odin Works**<br>Thomas Hines | 4:26-cv-1091 | 1:26-cv-432 | D. Id. | 7/13/2026 | OC: 7/13/2026 | X | X | X | X | X | X | X | X | | | | X | X | Arizona Regulator | Reseller |
| **Olde English Gun Shoppe**<br>Evan English | 4:26-cv-932 | 1:26-cv-523 | S.D. Ohio | 5/27/2026 | OC: 5/27/2026 | | | | | X | X | X | X | X | | X | | | | Reseller |
| **One Horse**<br>Jeremy Hammons | 4:26-cv-1065 | 4:26-cv-162 | S.D. Ind. | 6/23/2026 | OC: 6/23/2026 | | | | | X | X | X | X | | X | | | | | Reseller |
| **Optics Planet** | 4:26-cv-521 | 1:26-cv-1072 | N.D. Ill. | 1/29/2026 | OC: 1/29/2026<br>1AC: 3/30/2026<br>2AC: 5/27/2026 | X | X | X | X | X | X | X | X | X | X | X | X | X | | Reseller |
| **Orion Arms** | 4:26-cv-1110 | 4:26-cv-32 | S.D. Ind. | 2/4/2026 | OC: 2/4/2026<br>1AC: 3/24/2026 | | | | | X | X | X | X | | X | | | | | Reseller |
| **Para Bellum Research Lab**<br>James T. Radke | 4:26-cv-1008 | 3:26-cv-581 | W.D. Wis. | 6/23/2026 | OC: 6/23/2026 | | | | | X | X | X | X | | X | | | | | Reseller |
| **Peak Tactical** d/b/a Partisan Triggers<br>Jaws Tec LLC<br>Nicholas Norton<br>QOX Consulting, LLC<br>Richard Seddon | 4:26-cv-698 | 2:26-cv-18 | D. Wyo. | 1/15/2026 | OC: 1/15/2026<br>1AC: 6/26/2026 | X | X | X | X | | | | X | | | | X | | | |
| **Pembleton and Sons** | 4:26-cv-992 | 4:26-cv-4216 | S.D. Tex. | 5/27/2026 | OC: 5/27/2026 | | | | | X | X | X | X | X | | X | | X | | Reseller |

| Case Name | EDTX MDL Case # | Original Case # | Original Court | Original Filing Date | Complaint(s) | 223 | 003 | 336 | 807 | 247 | 784 | 159 | 403 | 538 | Atrius FRS | Super Safety (SS | Disruptor | FRT Trademarks | Misc. / Other Products | Reseller Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PistolCap**<br>Mordekhai Harroch | 2:26-cv-53 | | E.D. Tex. | 1/22/2026 | OC: 1/22/2026<br>1AC: 3/23/2026<br>2AC: 5/26/2026 | | | | | X | X | X | X | | X | | | | | Reseller |
| **ProSource Firearms** | 2:26-cv-55 | | E.D. Tex. | 1/22/2026 | OC: 1/22/2026<br>1AC: 3/23/2026<br>2AC: 5/26/2026 | | | | | X | X | X | X | X | X | X | | | | Reseller |
| **Quick Response Firearms**<br>Daniel Corsini<br>Jerried Brown | 4:26-cv-944 | 1:26-cv-343 | D. Id. | 6/1/2026 | OC: 6/1/2026 | X | X | X | X | | | | X | | | | X | | | Reseller |
| **Redacted Arms** | 4:26-cv-754 | 5:26-cv-3669 | E.D. Pa. | 5/28/2026 | OC: 5/28/2026 | | | | | X | X | X | X | X | | X | | | | Reseller |
| **SGC**<br>Terence D. Schmidt<br>Ronald Kennedy | 4:26-cv-694 | 2:26-cv-85 | D. Ariz. | 1/7/2026 | OC: 1/7/2026<br>1AC: 1/13/2026<br>2AC: 5/26/2026 | X | X | X | X | | | | X | | | | X | | | Reseller |
| **Shalo Tek**<br>Travis Michael Brewer<br>Matthew E. Genton<br>Adam Petrey | 4:26-cv-1123 | 6:26-cv-43 | S.D. Ga. | 8/6/2026 | OC: 8/6/2026<br>1AC: 9/25/2026 | | | | | X | X | X | X | | X | | | | | Reseller |
| **Shooting Targets USA**<br>Michael Joseph Speeney, III | 4:26-cv-799 | 1:26-cv-527 | M.D.N.C. | 6/5/2026 | OC: 6/5/2026 | X | X | X | X | | | | X | | | | X | X | | Reseller |
| **Sker Industries**<br>Jordan Linsker | 4:26-cv-928 | 7:26-cv-4425 | S.D.N.Y. | 5/28/2026 | OC: 5/28/2026<br>1AC: 6/16/2026 | X | X | X | X | X | X | X | X | X | | X | X | | ARC-Fire<br>Kabuto | |
| **Smith**, Brandon d/b/a Smokey Point 2A<br>Alpha Team Tactical | 4:26-cv-1021 | 3:26-cv-65 | S.D. Iowa | 7/23/2026 | OC: 7/23/2026 | | | | | X | X | X | X | X | | X | | X | Kabuto | Reseller |
| **Southern KY Outdoorsman**<br>Ashley Carrier | 4:26-cv-1122 | 6:26-cv-218 | E.D. Ky. | 7/16/2026 | OC: 7/16/2026 | | | | | X | X | X | X | X | | X | | | | Reseller |
| **Sports South** | 4:26-cv-1135 | 5:26-cv-2881 | W.D. La. | 8/4/2026 | OC: 8/4/2026 | | | | | X | X | X | X | | X | | | | | Reseller |
| **Star Dev**<br>Sarah Stokes | 4:26-cv-1136 | 2:26-cv-4939 | D. Ariz. | 7/14/2026 | OC: 7/14/2026 | X | X | X | X | | | | X | | | | X | | | |
| **Stark80**<br>Jeremiah Williamson | 4:26-cv-1018 | 2:26-cv-38 | M.D. Tenn. | 6/13/2026 | OC: 6/13/2026 | X | X | X | X | X | X | X | X | X | | X | X | X | MARC Selector<br>ARC-Fire<br>Kabuto | Reseller |
| **Stryke Gunworks** | 4:26-cv-1001 | 2:26-cv-2358 | D.S.C. | 6/17/2026 | OC: 6/17/2026 | | | | | X | X | X | X | | | | | | Kabuto | Reseller |
| **Super Safe Solutions**<br>Darlene D. Whitlock | 4:26-cv-1086 | 1:26-cv-926 | N.D. Ala. | 5/29/2026 | OC: 5/29/2026 | | | | | X | X | X | X | X | | X | | | | Reseller |
| **Superior Firearms of Texas** | 2:26-cv-58 | | E.D. Tex. | 1/22/2026 | OC: 1/22/2026<br>1AC: 3/23/2026<br>2AC: 5/26/2026 | | | | | X | X | X | X | | X | | | | | Reseller |
| **Tactical Solutions Group**<br>Ivan & Christina Michelle Burke | 4:26-cv-735 | 3:26-cv-165 | S.D. Ohio | 6/3/2026 | OC: 6/3/2026<br>1AC: 7/7/2026 | | | | | X | X | X | X | X | X | X | | X | Kabuto | Reseller |
| **Trinity Trigger** | 4:26-cv-932 | 1:26-cv-1414 | W.D. Tex. | 5/27/2026 | OC: 5/27/2026<br>1AC: 5/27/2026 | | | | | X | X | X | X | X | | X | | X | | Reseller |
| **Vance Outdoors**<br>Douglas & Michael Todd Vance<br>Kevin Chandler | 4:26-cv-1009 | 2:26-cv-645 | S.D. Ohio | 5/28/2026 | OC: 5/28/2026 | X | X | X | X | X | X | X | X | | X | | X | X | | Reseller |
| **Velocity Ammunition Sales**<br>David Allen Hazlett | 4:26-cv-954 | 3:26-cv-533 | E.D. Va. | 6/9/2026 | OC: 6/9/2026 | X | X | X | X | | | | X | | | | X | X | | Reseller |
| **WebCorp** d/b/a Tactical Shit<br>TJ Kirgin | 4:26-cv-768 | 4:26-cv-18 | E.D. Mo. | 1/7/2026 | OC: 1/7/2026<br>1AC: 3/24/2026 | X | X | X | X | X | X | X | X | | X | | X | | | Reseller |
| **WMI**<br>Dreyden Brooks | 4:26-cv-1372 | 6:26-cv-3431 | W.D. Mo. | 7/22/2026 | OC: 7/22/2026 | | | | | X | X | X | X | X | X | X | | X | | Reseller |
| **Z3 Productions** d/b/a Z3 PRO | 4:26-cv-367 | 5:25-cv-695 | W.D. Okla. | 6/23/2025 | OC: 6/23/2025<br>1AC: 2/11/2026<br>2AC: 3/24/2026<br>3AC: 5/26/2025 | | | | | X | X | X | X | X | | X | | | | Reseller |

**FLAGGED FOR TRANSFER**

| Case Name | EDTX MDL Case # | Original Case # | Original Court | Original Filing Date | Complaint(s) | 223 | 003 | 336 | 807 | 247 | 784 | 159 | 403 | 538 | Atrius FRS | Super Safety (SS | Disruptor | FRT Trademarks | Misc. / Other Products | Reseller Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Mid South Arms**<br>David Ray Erwin | CTO-12 | 4:26-cv-702 | E.D. Ark. | 7/13/2026 | OC: 7/13/2026 | | | | | X | X | X | X | X | | X | | | | Reseller |
| **Winland**, Jeremy David | CTO-12 | 2:26-cv-4798 | D. Ariz. | 7/9/2026 | OC: 7/9/2026 | | | | | X | X | X | X | | | | | | Arizona Regulator | Reseller |
| **2A Optics**<br>Brian Ingram | CTO-13 | 5:26-cv-539 | S.D. Miss. | 6/15/2026 | OC: 6/15/2026 | X | X | X | X | X | X | X | X | X | X | X | X | X | ARC-Fire | Reseller |
| **Farrington**, Clifford d/b/a Myth Industries | CTO-13 | 5:26-cv-279 | E.D. Ky. | 7/23/2026 | OC: 7/23/2026 | X | X | X | X | X | X | X | X | X | X | X | X | X | | Reseller |
| **MAS Defense**<br>Ghost Gun Jigs<br>Mario Sbardella, Sr. | CTO-13 | 3:26-cv-592 | W.D.N.C. | 7/22/2026 | OC: 7/22/2026 | X | X | X | X | X | X | X | X | | X | | X | X | | Reseller |
| **ROKC** d/b/a Rainier Arms | CTO-13 | 5:26-cv-1876 | W.D. Okla. | 7/23/2026 | OC: 7/23/2026 | | | | | X | X | X | X | X | X | X | | X | | Reseller |
| **Tactical Gear Heads** d/b/a 80% Lowers<br>Chad Myers | CTO-13 | 1:26-cv-1170 | S.D. Ind. | 6/2/2026 | OC: 6/2/2026<br>1AC: 8/24/2026 | | | | | X | X | X | X | X | X | X | | | | Reseller |
| **URSA-SEC**<br>Loren J. Ransome | CTO-13 | 3:26-cv-571 | D. Nv. | 7/27/2026 | OC: 7/27/2026 | | | | | X | X | X | X | X | | X | | X | Kabuto | Reseller |
| **Wojtek** d/b/a Wojtek Weaponry<br>Nathan Wolanyk | CTO-13 | 1:26-cv-678 | D.N.H. | 8/19/2026 | OC: 8/19/2026 | X | X | X | X | X | X | X | X | X | X | X | X | X | ARC-Fire | Reseller |
| **Barricade Tactical**<br>Kieran Balbag | Tag-Along | 6:26-cv-320 | E.D. Tex. (Tyler) | 6/30/2026 | OC: 6/30/2026 | X | X | X | X | X | X | X | X | X | X | X | X | X | ARC-Fire | Reseller |
| **Grey Market R&D** | CTO-14 | 2:26-cv-189 | D. Wyo. | 6/17/2026 | OC: 6/17/2026 | | | | | X | X | X | X | X | | X | | | | |
| **Hayes Arms**<br>Jace D. Hayes | Tag-Along | 5:26-cv-1301 | N.D. Ala. | 7/23/2026 | OC: 7/23/2026 | | | | | X | X | X | X | | | | | | Kabuto | Reseller |
| **Redacted Industries** | Tag-Along | 2:26-cv-191 | D. Wyo. | 6/17/2026 | OC: 6/17/2026 | | | | | X | X | X | X | X | | X | | X | | Reseller |
| **TGR Services**<br>TGR Ventures | Tag-Along | 4:26-cv-680 | E.D. Tex. | 6/18/2026 | OC: 6/18/2026 | X | X | X | X | X | X | X | X | | X | | X | | | Reseller |

**NOT YET FLAGGED FOR TRANSFER**

| Case Name | EDTX MDL Case # | Original Case # | Original Court | Original Filing Date | Complaint(s) | 223 | 003 | 336 | 807 | 247 | 784 | 159 | 403 | 538 | Atrius FRS | Super Safety (SS | Disruptor | FRT Trademarks | Misc. / Other Products | Reseller Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DMR Reset Systems**<br>Christopher Sollie | | 1:26-cv-139 | N.D. Miss. | 7/28/2026 | OC: 7/28/2026 | X | X | X | X | X | X | X | X | X | | X | X | X | ARC-Fire; Kabuto | Reseller |
| **Gross**, Edward<br>Tactical Supply Depot & BamaLaser | | 3:26-cv-5070 | W.D. Mo. | 8/5/2026 | OC: 8/5/2026 | X | X | X | X | X | X | X | X | X | | X | | X | Kabuto<br>Selektor | Reseller |
| **GSG MFG** d/b/a Grey Summit Gear<br>Cheese Finger Tactical | | 2:26-cv-3290 | W.D. Wash. | 9/14/2026 | OC: 9/14/2026 | | | | | X | X | X | X | X | | X | | X | Kabuto | Reseller |
| **Sko Prints**<br>Steven A. Vidal | | 2:26-cv-2147 | W.D. Ark. | 9/11/2026 | OC: 9/11/2026 | | | | | X | X | X | X | X | | X | | | | Reseller |

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Upstate Triggers**<br>Jackson Rolison<br>Cherokee Outfitters<br>City Arsenal<br>CLB Guns | | 6:26-cv-03955 | D.S.C. | 9/8/2026 | OC: 9/8/2026 | | | | | X | X | X | X | | | | | X | Drop-In FRD | Reseller |

*The spreadsheet reflects the most recent claim details alleged by Plaintiffs on each case docket, irrespective of whether those claims were asserted as of right or subject to Court leave, and it may reflect claims and parties as to which leave was denied if Plaintiffs have not since filed an updated pleading reflecting permitted claims. The spreadsheet is intended to illustrate the scope of the cases in this MDL, not the operative claims or parties in each case. The parties reserve all rights.

**Plaintiffs have also occassionally asserted patent 7,398,723 (*see* DNT, Hanes Tactical, and Hoffman Tactical).