**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |

**NOTICE OF CORRECTION OF OMITTED SIGNATURE BLOCK IN JOINT INITIAL MANAGEMENT REPORT (ECF NO. 56)**

Defendants Timothy Hoffman and Hoffman Tactical LLC, through the undersigned counsel, give notice that the signature block of Blanchard Horton PLLC was inadvertently omitted from the Joint Initial Management Report filed October 5, 2026 (ECF No. 56).

Undersigned counsel authorized joinder in the Report on behalf of the above-named Defendants before its filing. The omitted signature block is supplied below to confirm that participation. This notice makes no substantive change to the Report, including its separately stated positions and reservations.

Respectfully submitted,

*/s/ Jacob G. Horton*
Jacob G. Horton
Tennessee Bar No. 025467
Blanchard Horton PLLC
P.O. Box 5657
Oak Ridge, TN 37831
Phone: (865) 269-2673
jhorton@blanchard-patent.com

*Attorney for Defendants Timothy Hoffman and Hoffman Tactical LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 6, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Jacob G. Horton
Jacob G. Horton