**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>MISTER GUNS, LLC, THOMAS CARTER II, and BRANDI CARTER, | **Case No.: 4:26-md-03176-ALM**<br><br>Civil No. 2:26-CV-00056<br><br>CHIEF JUDGE AMOS L. MAZZANT |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,* | Civil No. 2:26-CV-00053 |
| PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS, and MODEKHAI HARROCH,<br><br>*Defendant.* | CHIEF JUDGE AMOS L. MAZZANT |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,* | Civil No. 2:26-CV-00055 |
| PROSOURCE FIREARMS, LLC,<br><br>*Defendant.* | CHIEF JUDGE AMOS L. MAZZANT |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,* | |
| | Civil No. 2:26-CV-00058 |

| | |
|---|---|
| SUPERIOR FIREARMS OF TEXAS, LLC,<br><br>*Defendant.* | CHIEF JUDGE AMOS L. MAZZANT |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,* | Civil No. 4:26-CV-00380 |
| 80MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, and PEARSON GARDNER,<br><br>*Defendant.* | CHIEF JUDGE AMOS L. MAZZANT |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,* | Civil No. 2:26-CV-00033 |
| CHRISTOPHER COPE,<br><br>*Defendant.* | CHIEF JUDGE AMOS L. MAZZANT |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,* | Civil No. 4:26-CV-00377 |
| DNT LLC, d/b/a DEEZ NUTZ TACTICAL, and ZACH MORROW,<br><br>*Defendant.* | CHIEF JUDGE AMOS L. MAZZANT |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., | Civil No. 4:26-CV-00369 |

| | |
|---|---|
| Plaintiffs, | |
| HANES TACTICAL, LLC, and DAMION TERRELL BENNETT,<br><br>*Defendant.* | CHIEF JUDGE AMOS L. MAZZANT |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,* | Civil No. 4:26-CV-00379 |
| HARRISON GUNWORKS LLC, and TYLER HARRISON,<br><br>*Defendant.* | CHIEF JUDGE AMOS L. MAZZANT |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,* | Civil No. 2:26-CV-00030 |
| MARS TRIGGER, LLC, and PETER BRENNEN,<br><br>*Defendant.* | CHIEF JUDGE AMOS L. MAZZANT |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,* | Civil No. 4:26-CV-00425 |
| STEVEN THANH NGUYEN, d/b/a POLYMER PEW,<br><br>*Defendant.* | CHIEF JUDGE AMOS L. MAZZANT |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,* | Civil No. 4:26-CV-00521 |
| OPTICS PLANT, INC., d/b/a ECENTRIA,<br><br>*Defendant.* | CHIEF JUDGE AMOS L. MAZZANT |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,* | Civil No. 4:26-CV-00367 |
| Z3 PRODUCTIONS, LLC, d/b/a Z3PRO,<br><br>*Defendant.* | CHIEF JUDGE AMOS L. MAZZANT |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Andrew Thompson ("Tom") Gorham of Gillam & Smith LLP enters his appearance in this matter as additional counsel on behalf of Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc.

Andrew Thompson ("Tom") Gorham may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 7232 Crosswater Avenue, Tyler, Texas 75703; Telephone: (903) 934- 8450; Facsimile: (903) 934-9257; Email: tom@gillamsmithlaw.com.

Dated: October 13, 2026

Respectfully submitted,

*/s/ Andrew T. Gorham*

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
GILLAM & SMITH, L.L.P.
7232 Crosswater Avenue
Tyler, Texas 75703
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: tom@gillamsmithlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 13th day of October, 2026, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Andrew T. Gorham*
Andrew Thompson ("Tom") Gorham