# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Panel Litigation** | **4:26-md-03176**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>AR-TT, LLC d/b/a TAKEDOWN TOOLS; CLAUSEN INC.; JONATHAN CLAUSEN, and JODI CLAUSEN.,<br><br>*Defendants.* | Civil No. 4:26-cv-00693 |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>CANUCK TACTICAL LLC, d/b/a RANGESPORT AMERICA LLC<br><br>*Defendants.* | Civil No. 4:26-cv-00705 |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>CLOAK INDUSTRIES, INC. and WILLIAM C. KING JR.,<br><br>*Defendants.* | Civil No. 4:26-cv-00608 |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>DNT LLC, d/b/a DEEZ NUTZ TACTICAL, and ZACH MORROW,<br><br>*Defendants.* | Civil No. 4:26-cv-00377 |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>HAWKPHIN SALES, LLC, d/b/a BATTLE-HAWK ARMORY/ BATTLE OPTICS/ BATTLE SHOP/ BATTLE SHOPS/ LAKEFRONT ARMORY, and ADAM GERLEMAN.,<br><br>*Defendants.* | Civil No. 4:26-cv-00707 |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>FIREARM SYSTEMS LLC d/b/a FIREARM SYSTEMS, BRANDON DONATTO, and MICHAEL STAKES.,<br><br>*Defendants.* | Civil No. 4:26-cv-00695 |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v. | Civil No. 4:26-cv-00521 |

| | |
|---|---|
| OPTICS PLANET, INC., d/b/a ECENTRIA.,<br><br>*Defendants.* | |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>PEAK TACTICAL, LLC d/b/a PARTISAN TRIGGERS, a Wyoming limited liability company, and NICHOLAS NORTON.,<br><br>*Defendants.* | Civil No. 4:26-cv-00698 |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>SGC, LLC d/b/a SCOTTSDALE GUN CLUB, TERENCE D. SCHMIDT, and RONALD KENNEDY.,<br><br>*Defendants.* | Civil No. 4:26-cv-00694 |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>TGR SERVICES, LLC, d/b/a MISSION RIDGE LLC & MISSION RIDGE RANGE & ACADEMY LLC, f/k/a TEXAS GUN RANGE OPERATORS LLC, and TGR VENTURES, LP.,<br><br>*Defendants.* | Civil No. 4:26-cv-00680 |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>WEBCORP, INC. d/b/a TACTICAL SHIT/ LIBERAL TEARS/SIGGLOCKINCOLT.COM, and THOMAS KIRGIN, JR.,<br><br>*Defendants.* | Civil No. 4:26-cv-00768 |

**ORDER**

Pending before the Court is ABC IP, LLC and Rare Breed Triggers, Inc.'s Consolidated Motion for Expedited Discovery (the "Consolidated Motion") (Case No. 4:26-cv-698 Dkt. #80). Having considered the Consolidated Motion and the relevant pleadings, the Court finds that the Motion should be **GRANTED**.

The Court notes that both the Consolidated Motion and Rare Breeds' pending Second Consolidated Motion for Preliminary Injunction (the "Preliminary Injunction") seeks injunctive relief from eleven Defendants[1] but were filed in only one member action. *See* Case No. 4:26-cv-698, Dkt. #76; #80. In the member actions where Plaintiffs did not file the Consolidated Motion nor the Preliminary Injunction, Defendants filed notices with their positions which the Court considered in making its determination. *See e.g.,* 4:26-cv-768, Dkt. #53.

[1] The 11 Defendants include AR-TT, LLC d/b/a Takedown Tools; Clausen Inc.; Jonathan Clausen; Jodi Clausen; Canuck Tactical LLC, d/b/a RangeSport America LLC; Cloak Industries, Inc.; William C. King Jr.; Hawkphin Sales, LLC d/b/a BattleHawk Armory / Battle Optics / Battle Shop / Battle Shops / Lakefront Armory; Adam Gerleman; Firearm Systems LLC d/b/a Firearm Systems; Brandon Donatto; Michael Stakes; Peak Tactical, LLC; Nicholas Norton; SGC, LLC d/b/a Scottsdale Gun Club; Terence D. Schmidt; Ronald Kennedy; TGR Services, LLC d/b/a Mission Ridge LLC & Mission Ridge Range & Academy LLC, f/k/a Texas Gun Range Operators LLC; TGR Ventures, LP; Webcorp, Inc. d/b/a Tactical Shit / Liberal Tears / Sigglockincolt.com; Thomas Kirgin, Jr.; and Optics Planet Inc. d/b/a Ecentria.

It is therefore **ORDERED** that ABC IP, LLC and Rare Breed Triggers, Inc.'s Consolidated Motion for Expedited Discovery (the "Consolidated Motion") (Case No. 4:26-cv-698 Dkt. #80) is hereby **GRANTED**.

It is further **ORDERED** that the following discovery and briefing schedule is entered with respect to the Rare Breed's pending Second Consolidated Motion for Preliminary Injunction.

| **Event** | **Deadline** |
|---|---|
| Rare Breed serves written discovery on Defendants<br>*(3 interrogatories / 4 requests for production)* | 7 days after entry of this Order |
| Defendants serve written discovery on Rare Breed<br>*(3 interrogatories / 4 requests for production)* | 7 days after service of Rare Breed's written discovery |
| Responses and document production from Defendants due (objections stated in the responses) | 21 days after service of Rare Breed's written discovery |
| Responses and document production from Rare Breed due (objections stated in the responses) | 21 days after service of Defendant's written discovery |
| Depositions by Rare Breed (up to four hours per deponent) completed | Within 14 days after production from Defendants |
| Reciprocal Depositions by Defendants completed | Within 14 days after production from Rare Breed |
| Rare Breed's reply in support of its preliminary injunction due | 14 days after the close of discovery (production or depositions, whichever is later) |
| Defendants' sur-reply due | 14 days after the reply |
| Hearing on both motions | January 13, 2027 at 1:30 p.m. |

**IT IS SO ORDERED.**

**SIGNED this 15th day of October, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE