**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **ABC IP, LLC, a Delaware limited liability company,**<br><br>**RARE BREED TRIGGERS, INC., a Texas corporation,**<br><br>**and**<br><br>**RBTM LLC, a Wyoming limited liability company**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**Josh Jourdan, an individual, d/b/a Trigger Man**<br><br>**Defendant.** | **4:26-MD-03176-ALM**<br>**MDL 3176**<br><br>**Case No. 4:26-CV-01127-ALM**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF ATTORNEY APPEARANCE

Defendant Josh Jourdan files this Notice of Appearance, and hereby notifies the Court that Rex Mann, of the law firm King & Spalding, LLP, 2601 Olive St., Suite 2300, Dallas, Texas 75201, email: rmann@kslaw.com has entered his appearance in this action as counsel for Josh Jourdan. In connection with this notice, Mr. Mann requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the below address and contact information.

Rex A. Mann
2601 Olive St., Suite 2300
Dallas, Texas 75201
rmann@kslaw.com
Telephone: (214) 764-4600
Fax: (214) 764-4601

Mr. Mann respectfully requests service of pleadings and other papers filed in this action, and any orders and notices from this Court.

Dated: October 20, 2026

Respectfully submitted,

/s/ *Rex A. Mann*
Rex A. Mann
Texas Bar No. 24075509
**KING & SPALDING LLP**
2601 Olive St., Suite 2300
Dallas, Texas 75201
rmann@kslaw.com
Telephone: (214) 764-4600
Fax: (214) 764-4601

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed with the Clerk of the Court via the CM/ECF filing system on October 20, 2026, which provided notification of same on all counsel who are deemed to have consented to electronic service.

/s/ *Rex A. Mann*
Rex A. Mann