**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM** |
| ATRIUS DEVELOPMENT GROUP CORPORATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ABC IP, LLC, RARE BREED TRIGGERS, INC., and LAWRENCE DEMONICO<br><br>Defendants.<br><br>ABC IP, LLC and RARE BREED TRIGGERS, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ATRIUS DEVELOPMENT GROUP CORPORATION, INC., MALCOLM BROWN, GRANT SHAW, and RYAN SPADAFORE,<br><br>Counterclaim-Defendants. | Civil Action No. 4:26-cv-00448-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MISTER GUNS, LLC, THOMAS CARTER II, and BRANDI CARTER,<br><br>Defendants. | Civil Action No. 2:26-cv-00056-ALM |

| In Re: Rare Breed Triggers Patent Litigation | 4:26-md-03176-ALM |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS, and MORDEKHAI HARROCH,<br>Defendants. | Civil Action No. 2:26-cv-00053-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>PROSOURCE FIREARMS, LLC,<br>Defendant. | Civil Action No. 2:26-cv-00055-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>SUPERIOR FIREARMS OF TEXAS, LLC,<br>Defendant. | Civil Action No. 2:26-cv-00058-ALM |

**JOINT MOTION TO AMEND THE DISCOVERY AND BRIEFING SCHEDULE**

Atrius Development Group Corporation, Inc. ("Atrius") and ABC IP, LLC and Rare Breed Triggers, Inc. (collectively, "Rare Breed") (together, the "Parties") jointly move to amend the preliminary-injunction discovery and briefing schedule entered in the Court's September 18, 2026 Order (MDL Dkt. 54) arising from two related motions for preliminary injunctions filed by Rare Breed: (1) ABC IP, LLC and Rare Breed Triggers, Inc.'s Consolidated Motion for Preliminary Injunction (the "Atrius Reseller PI"); and (2) Counterclaim-Plaintiffs' Amended Motion for Preliminary Injunction (the "Atrius Development Group PI"). The Parties seek a one-week

extension of the deadline to complete Atrius's Rule 30(b)(6) deposition, with the reply and sur-reply deadlines continuing to run from the close of discovery as provided in the Order.

The Parties have exchanged written discovery and produced documents under the Order. The Parties have also supplemented their document productions since their respective deadlines for serving responses. To give Rare Breed time to review Atrius's supplemental production before the deposition, the Parties agreed to move the Atrius Rule 30(b)(6) deposition from October 20, 2026 to October 27, 2026.

Good cause exists for the one-week extension because it will permit Rare Breed to review Atrius's supplemental production before examining Atrius's designee. The requested amendment is not sought for delay and does not change the January 11, 2027 hearing date. The Parties therefore ask the Court to enter the following amended schedule:

| **Event** | **Deadline** |
|---|---|
| RBT serves written discovery on Atrius *(3 interrogatories / 5 requests for production)* | 7 days after entry of the Order<br><br>**Served: 9/22/2026** |
| Atrius serves written discovery on RBT *(3 interrogatories / 5 requests for production)* | 7 days after service of RBT's written discovery<br><br>**Served: 9/29/2026** |
| Responses and document production from Atrius due (objections stated in the responses) | 14 days after service of RBT's written discovery<br><br>**Responses Served: 10/6/2026** |
| Responses and document production from RBT due (objections stated in the responses) | 14 days after service of Atrius's written discovery<br><br>**Responses Served: 10/13/2026** |
| Rule 30(b)(6) deposition of the Atrius Group (up to four hours) completed | Within 14 days after production from the Atrius Group<br><br>**10/27/2026 (extended from 10/20/2026)** |
| Reciprocal Rule 30(b)(6) deposition of RBT completed | Within 14 days after production from RBT<br><br>**Completed: 09/16/2027** |
| RBT's reply to Atrius's and Atrius Resellers' PI oppositions | 14 days after the close of discovery (production or deposition, whichever is later) |
| Atrius's and Atrius Resellers' sur-replies | 14 days after the replies |
| Hearing on both motions | January 11, 2027 at 9:00 am |

The only discovery deadline modified by this motion is the deadline to complete Atrius's Rule 30(b)(6) deposition. All other provisions of the Order remain unaffected. A proposed order is submitted with this motion.

DATED: October 20, 2026

*/s/ Edward K. Chin*
Edward K. Chin
EChin@McKoolSmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000

*Counsel for Atrius Development Group Corporation, Inc.*

*/s/ Matthew A. Colvin*
Matthew A. Colvin
Colvin@fr.com
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-2091

*Counsel for ABC IP, LLC and Rare Breed Triggers, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on October 20, 2026.

Respectfully submitted,

*/s/ Edward K. Chin*
Edward K. Chin

**CERTIFICATE OF CONFERENCE**

I certify that on October 12, 2026, counsel for the Parties conferred via telephone concerning extending the deposition date. Counsel for the Parties confirmed their prior understanding via email between October 14 and 15, 2026. The Parties agree on the requested relief and jointly file this motion.

*/s/ Edward K. Chin*
Edward K. Chin