**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM** |
| ATRIUS DEVELOPMENT GROUP CORPORATION, INC.,<br>Plaintiff,<br>v.<br>ABC IP, LLC, RARE BREED TRIGGERS, INC., and LAWRENCE DEMONICO<br>Defendants. | Civil Action No. 4:26-cv-00448-ALM |
| ABC IP, LLC and RARE BREED TRIGGERS, INC.,<br>Counterclaim-Plaintiffs,<br>v.<br>ATRIUS DEVELOPMENT GROUP CORPORATION, INC., MALCOLM BROWN, GRANT SHAW, and RYAN SPADAFORE,<br>Counterclaim-Defendants. | |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>MISTER GUNS, LLC, THOMAS CARTER II, and BRANDI CARTER,<br>Defendants. | Civil Action No. 2:26-cv-00056-ALM |

| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM** |
| --- | --- |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS, and MORDEKHAI HARROCH,<br>Defendants. | Civil Action No. 2:26-cv-00053-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>PROSOURCE FIREARMS, LLC,<br>Defendant. | Civil Action No. 2:26-cv-00055-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>SUPERIOR FIREARMS OF TEXAS, LLC,<br>Defendant. | Civil Action No. 2:26-cv-00058-ALM |

**ORDER**

Before the Court is the Joint Motion to Amend the Discovery and Briefing Schedule (the ("Motion")[1] filed by Atrius Development Group Corporation, Inc. ("Atrius") and ABC IP, LLC and Rare Breed Triggers, Inc. (collectively, "Rare Breed") (together, the "Parties"). Having considered the Motion, and noting that it is joint, the Court finds that good cause exists and that the Motion should be **GRANTED**.

It is therefore **ORDERED** that the deadline to complete the Rule 30(b)(6) deposition of Atrius is extended from October 20, 2026 to October 27, 2026.

[1] The Motion was filed in 5 member actions (Case Nos. 4:26-cv-448, Dkt. #127; 2:26-cv-53, Dkt. #101; 2:26-cv-55, Dkt. #98, 2:26-cv-56, Dkt. #102; 2:26-cv-58, Dkt. #100). The Motion was also filed in the master docket (4:26-md-3176, Dkt. #77).

It is further **ORDERED** that the preliminary-injunction discovery and briefing schedule entered in the Court's September 18, 2026 Order (MDL Dkt. 54) is amended as follows:

| Event | Deadline |
|---|---|
| RBT serves written discovery on Atrius *(3 interrogatories / 5 requests for production)* | 7 days after entry of the Order<br><br>**Served: 9/22/2026** |
| Atrius serves written discovery on RBT *(3 interrogatories / 5 requests for production)* | 7 days after service of RBT's written discovery<br><br>**Served: 9/29/2026** |
| Responses and document production from Atrius due (objections stated in the responses) | 14 days after service of RBT's written discovery<br><br>**Responses Served: 10/6/2026** |
| Responses and document production from RBT due (objections stated in the responses) | 14 days after service of Atrius's written discovery<br><br>**Responses Served: 10/13/2026** |
| Rule 30(b)(6) deposition of the Atrius Group (up to four hours) completed | Within 14 days after production from the Atrius Group<br><br>**10/27/2026 (extended from 10/20/2026)** |
| Reciprocal Rule 30(b)(6) deposition of RBT completed | Within 14 days after production from RBT<br><br>**Completed: 09/16/2027** |
| RBT's reply to Atrius's and Atrius Resellers' PI oppositions | 14 days after the close of discovery (production or deposition, whichever is later) |
| Atrius's and Atrius Resellers' sur-replies | 14 days after the replies |
| Hearing on both motions | January 11, 2027 at 9:00 am |

All other provisions of the Court's September 18, 2026 Order remain unaffected.

**IT IS SO ORDERED.**

**SIGNED this 21st day of October, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE