AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| In Re: Rare Breed Triggers Patent Litigation | ) ) ) ) ) | Case No. 4:26-MD-3176 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ATLANTIC FIREARMS, LLC and BLAINE BUNTING .

Date: 10/23/2026

/s/ Corey Weinstein
*Attorney's signature*

Corey Weinstein (TX Bar No. 24037685)
*Printed name and bar number*

Wiley Rein LLP
2050 M St NW
Washington DC 20036

*Address*

cweinstein@wiley.law
*E-mail address*

(202) 719-7110
*Telephone number*

(202) 719-7049
*FAX number*