# EXHIBIT 1

**TRADEMARK ASSIGNMENT COVER SHEET**

Assignment ID: 1867613

Electronic Version v1.1
Stylesheet Version v1.2

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| ABC IP, LLC | | 05/26/2026 | Limited Liability Company: DELAWARE |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Name:** | RBTM LLC |
| **Street Address:** | 1309 Coffeen Ave, Ste 1200, |
| **City:** | Sheridan |
| **State/Country:** | WYOMING, UNITED STATES |
| **Postal Code:** | 82801 |
| **Entity Type:** | Limited Liability Company: WYOMING |

**PROPERTY NUMBERS Total: 5**

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 7004418 | FRT-15 |
| Registration Number: | 8187914 | FRT |
| Registration Number: | 8232405 | FRT-47 |
| Registration Number: | 8232406 | FRT-22 |
| Registration Number: | 8225451 | FRT-15L3 |

**CORRESPONDENCE DATA**

**Phone:** 5132412324
**Email:** gbellamy@whe-law.com,usptodock@whe-law.com
***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***
**Correspondent Name:** Glenn Bellamy
**Address Line 1:** 600 Vine Street, Suite 2800

**Address Line 4:** Cincinnati, OHIO 45202

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | RARETRG-1 |

| | |
|---|---|
| **NAME OF SUBMITTER:** | LINDA HAYES |
| **Signature:** | /LINDA HAYES/ |
| **Date:** | 06/11/2026 |

**TOTAL ATTACHMENTS: 1**

source= ABCtoRBTMTrademarkAssignmentExecuted5-26-2026.pdf

**RECEIPT INFORMATION**

| | |
|---|---|
| **Assignment ID:** | 1867613 |
| **Receipt Date:** | 06/11/2026 |
| **Fee Amount:** | $140.00 |

uspto UNITED STATES PATENT AND TRADEMARK OFFICE

Wed Oct 21 2026 16:50:26 GMT-0500 (Central Daylight Time)

Assignment trademark search for Reel/Frame: 9301/0033

---

**Reel/Frame**

9301/0033

**Pages**

4

**Conveyance**

ASSIGNS THE ENTIRE INTEREST

**Recorded**

Jun 11, 2026

**Assignors & execution date**

ABC IP, LLC

**Execution date:** May 26, 2026

**Entity type:** LIMITED LIABILITY COMPANY

**Citizenship:** DELAWARE

**Assignee**

RBTM LLC

1309 COFFEEN AVE, STE 1200

SHERIDAN

WYOMING, UNITED STATES

82801

**Entity type:** LIMITED LIABILITY COMPANY

**Citizenship:** WYOMING

**Correspondent**

Glenn Bellamy

600 Vine Street, Suite 2800

Cincinnati, OH 45202

**Attorney docket number**

RARETRG-1

**Domestic representative**

N/A

---

**Property 1**

| Mark | Serial number | Registration number | International number | Mark image |
|---|---|---|---|---|
| FRT-15 | 97245949 | 7004418 | N/A | FRT-15 |

**Registrant/Applicant**

ABC IP, LLC

| Filing date | Registration date |
|---|---|
| Jan 31, 2022 | Mar 21, 2023 |

## Property 2

| Mark | Serial number | Registration number | International number | Mark image |
|---|---|---|---|---|
| FRT | 97248519 | 8187914 | N/A | FRT |

| Registrant/Applicant | Filing date | Registration date |
|---|---|---|
| ABC IP, LLC | Feb 1, 2022 | Mar 24, 2026 |

## Property 3

| Mark | Serial number | Registration number | International number | Mark image |
|---|---|---|---|---|
| FRT-47 | 97248528 | 8232405 | N/A | FRT-47 |

| Registrant/Applicant | Filing date | Registration date |
|---|---|---|
| ABC IP, LLC | Feb 1, 2022 | Apr 28, 2026 |

## Property 4

| Mark | Serial number | Registration | International | Mark image |
|---|---|---|---|---|
| FRT-22 | | | | |

| | | | | |
|---|---|---|---|---|
| **Registrant / Applicant**<br>ABC IP, LLC | 97248530<br><br>**Filing date**<br>Feb 1, 2022 | **number**<br>8232406<br><br>**Registration date**<br>Apr 28, 2026 | **number**<br>N/A | FRT-22 |

**Property 5**

| **Mark** | **Serial number** | **Registration number** | **International number** | **Mark image** |
|---|---|---|---|---|
| FRT-15L3<br><br>**Registrant / Applicant**<br>ABC IP, LLC | 98715335<br><br>**Filing date**<br>Aug 24, 2024 | 8225451<br><br>**Registration date**<br>Apr 21, 2026 | N/A | FRT-15L3 |

| TRADEMARK ASSIGNMENT COVER SHEET |
|---|

Assignment ID: 1867473

Electronic Version v1.1
Stylesheet Version v1.2

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| ABC IP, LLC | | 05/26/2026 | Limited Liability Company: DELAWARE |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Name:** | RBTM LLC |
| **Street Address:** | 1309 Coffeen Ave, Ste 1200, |
| **City:** | Sheridan |
| **State/Country:** | WYOMING, UNITED STATES |
| **Postal Code:** | 82801 |
| **Entity Type:** | Limited Liability Company: WYOMING |

**PROPERTY NUMBERS Total: 3**

| Property Type | Number | Word Mark |
|---|---|---|
| **Serial Number:** | 98715353 | FRT-15C3 |
| **Serial Number:** | 99714625 | FRT-MR3 |
| **Serial Number:** | 99714703 | FRT-RD3 |

**CORRESPONDENCE DATA**

**Phone:** 5132412324
**Email:** gbellamy@whe-law.com,usptodock@whe-law.com
***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***
**Correspondent Name:** Glenn Bellamy
**Address Line 1:** 600 Vine Street, Suite 2800
**Address Line 4:** Cincinnati, OHIO 45202

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | RARETRG-1 |

| | |
|---|---|
| **NAME OF SUBMITTER:** | LINDA HAYES |
| **Signature:** | /LINDA HAYES/ |
| **Date:** | 06/11/2026 |

**TOTAL ATTACHMENTS: 1**

source= ABCtoRBTMTrademarkAssignmentExecuted5-26-2026.pdf

**RECEIPT INFORMATION**

| | |
|---|---|
| **Assignment ID:** | 1867473 |
| **Receipt Date:** | 06/11/2026 |
| **Fee Amount:** | $90.00 |

uspto UNITED STATES PATENT AND TRADEMARK OFFICE

Wed Oct 21 2026 17:06:22 GMT-0500 (Central Daylight Time)

Assignment trademark search for Reel/Frame: 9300/0614

---

**Reel/Frame**

9300/0614

**Pages**

3

**Conveyance**

ASSIGNS THE ENTIRE INTEREST

**Recorded**

Jun 11, 2026

**Assignors & execution date**

ABC IP, LLC

**Execution date:** May 26, 2026

**Entity type:** LIMITED LIABILITY COMPANY

**Citizenship:** DELAWARE

**Assignee**

RBTM LLC

1309 COFFEEN AVE, STE 1200

SHERIDAN

WYOMING, UNITED STATES

82801

**Entity type:** LIMITED LIABILITY COMPANY

**Citizenship:** WYOMING

**Correspondent**

Glenn Bellamy

600 Vine Street, Suite 2800

Cincinnati, OH 45202

**Attorney docket number**

RARETRG-1

**Domestic representative**

N/A

---

**Property 1**

| Mark | Serial number | Registration number | International number | Mark image |
|---|---|---|---|---|
| FRT-15C3 | 98715353 | 8369662 | N/A |  |



**Registrant/Applicant**

| | | | | |
|---|---|---|---|---|
| ABC IP, LLC | **Filing date** Aug 24, 2024 | **Registration date** Jul 28, 2026 | | |

## Property 2

| Mark | Serial number | Registration number | International number | Mark image |
|---|---|---|---|---|
| FRT-MR3 | 99714625 | N/A | N/A | FRT-MR3 |
| **Registrant/Applicant** ABC IP, LLC | **Filing date** Mar 20, 2026 | **Registration date** N/A | | |

## Property 3

| Mark | Serial number | Registration number | International number | Mark image |
|---|---|---|---|---|
| FRT-RD3 | 99714703 | N/A | N/A | FRT-RD3 |
| **Registrant/Applicant** ABC IP, LLC | **Filing date** Mar 20, 2026 | **Registration date** N/A | | |

Generated on:
This page was generated by TSDR on 2026-10-21 17:45:10 EDT
Mark:
FRT
Trademark image
US Serial Number:
97248519
Application Filing Date:
Feb. 01, 2022
US Registration Number:
8187914
Registration Date:
Mar. 24, 2026
Filed as TEAS Plus:
Yes
Currently TEAS Plus:
Yes
Register:
Principal
Mark Type:
Trademark
TM5 Common Status
Descriptor:
LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

Status:
Registered. The registration date is used to determine when post-registration maintenance documents are due.
Status Date:
Mar. 24, 2026
Publication Date:
Dec. 20, 2022
Notice of Allowance Date:
Feb. 14, 2023

# Mark Information

Mark Literal Elements:
FRT
Standard Character Claim:
Yes. The mark consists of standard characters without claim to any particular font style, size, or color.
Mark Drawing Type:
4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For:
Triggers for firearms
International Class(es):
013 - Primary Class
U.S Class(es):
002, 009
Class Status:
ACTIVE
First Use:
Aug. 08, 2025
Use in Commerce:
Aug. 08, 2025

## Basis Information (Case Level)

Filed Use:
No
Currently Use:
Yes
Filed ITU:
Yes
Currently ITU:
No
Filed 44D:
No
Currently 44D:
No
Filed 44E:
No
Currently 44E:
No
Filed 66A:
No
Currently 66A:
No
Filed No Basis:
No
Currently No Basis:
No

## Current Owner(s) Information

Owner Name:
RBTM LLC

Owner Address:
1309 COFFEEN AVE, STE 1200
SHERIDAN, WYOMING UNITED STATES 82801
Legal Entity Type:
LIMITED LIABILITY COMPANY
State or Country Where Organized:
WYOMING

## Attorney/Correspondence Information

Attorney of Record
Attorney Name:
Glenn D. Bellamy
Docket Number:
RARETRG-101
Attorney Primary Email Address:
usptodock@whe-law.com
Attorney Email Authorized:
Yes
Correspondent
Correspondent Name/Address:
Glenn D. Bellamy
Wood, Herron & Evans, LLP
600 Vine St.
Suite 2800
Cincinnati, OHIO United States 45202
Phone:
513-241-2324
Fax:
513-241-6234
Correspondent e-mail:
usptodock@whe-law.com gbellamy@whe-law.com jwalker@whe-law.com
Correspondent e-mail Authorized:
Yes
Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 23, 2026 | NOTICE OF SUIT | |
| Sep. 02, 2026 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Sep. 01, 2026 | NOTICE OF SUIT | |
| Mar. 24, 2026 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |

| | | |
|---|---|---|
| Mar. 24, 2026 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 27, 2026 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Feb. 27, 2026 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Feb. 17, 2026 | STATEMENT OF USE PROCESSING COMPLETE | |
| Aug. 11, 2025 | USE AMENDMENT FILED | |
| Feb. 16, 2026 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 70458 |
| Aug. 11, 2025 | TEAS STATEMENT OF USE RECEIVED | |
| Feb. 04, 2025 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Feb. 04, 2025 | SOU EXTENSION 4 GRANTED | |
| Feb. 04, 2025 | SOU EXTENSION 4 FILED | |
| Feb. 04, 2025 | SOU TEAS EXTENSION RECEIVED | |
| Aug. 09, 2024 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 09, 2024 | SOU EXTENSION 3 GRANTED | |
| Aug. 09, 2024 | SOU EXTENSION 3 FILED | |
| Aug. 09, 2024 | SOU TEAS EXTENSION RECEIVED | |
| Feb. 10, 2024 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Feb. 09, 2024 | SOU EXTENSION 2 GRANTED | |
| Feb. 09, 2024 | SOU EXTENSION 2 FILED | |
| Feb. 09, 2024 | SOU TEAS EXTENSION RECEIVED | |
| Aug. 11, 2023 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 09, 2023 | SOU EXTENSION 1 GRANTED | |
| Aug. 09, 2023 | SOU EXTENSION 1 FILED | |

| | |
|---|---|
| Aug. 09, 2023 | SOU TEAS EXTENSION RECEIVED |
| Feb. 14, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| Dec. 20, 2022 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Dec. 20, 2022 | PUBLISHED FOR OPPOSITION |
| Nov. 30, 2022 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Nov. 13, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Nov. 13, 2022 | ASSIGNED TO EXAMINER |
| Oct. 14, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Oct. 14, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Oct. 14, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Feb. 07, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Feb. 04, 2022 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

TM Staff Information - None
File Location
Current Location:
PUBLICATION AND ISSUE SECTION
Date in Location:
Feb. 27, 2026

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Generated on:
This page was generated by TSDR on 2026-10-21 17:45:16 EDT
Mark:
FRT-15
Trademark image
US Serial Number:
97245949
Application Filing Date:
Jan. 31, 2022
US Registration Number:
7004418
Registration Date:
Mar. 21, 2023
Filed as TEAS Plus:
Yes
Currently TEAS Plus:
Yes
Register:
Principal
Mark Type:
Trademark
TM5 Common Status
Descriptor:
LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

Status:
Registered. The registration date is used to determine when post-registration maintenance documents are due.
Status Date:
Mar. 21, 2023
Publication Date:
Jan. 03, 2023

## Mark Information

Mark Literal Elements:
FRT-15
Standard Character Claim:
Yes. The mark consists of standard characters without claim to any particular font style, size, or color.
Mark Drawing Type:
4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For:
Triggers for firearms
International Class(es):
013 - Primary Class
U.S Class(es):
002, 009
Class Status:
ACTIVE
First Use:
Dec. 31, 2020
Use in Commerce:
Dec. 31, 2020

## Basis Information (Case Level)

Filed Use:
Yes
Currently Use:
Yes
Filed ITU:
No
Currently ITU:
No
Filed 44D:
No
Currently 44D:
No
Filed 44E:
No
Currently 44E:
No
Filed 66A:
No
Currently 66A:
No
Filed No Basis:
No
Currently No Basis:
No

## Current Owner(s) Information

Owner Name:
RBTM LLC
Owner Address:
1309 COFFEEN AVE, STE 1200

SHERIDAN, WYOMING UNITED STATES 82801
Legal Entity Type:
LIMITED LIABILITY COMPANY
State or Country Where Organized:
WYOMING

## Attorney/Correspondence Information

Attorney of Record
Attorney Name:
Glenn D. Bellamy
Docket Number:
RARETRG-100
Attorney Primary Email Address:
usptodock@whe-law.com
Attorney Email Authorized:
Yes
Correspondent
Correspondent Name/Address:
Glenn D. Bellamy
Wood, Herron & Evans, LLP
600 Vine St.
Suite 2800
Cincinnati, OHIO UNITED STATES 45202
Phone:
513-241-2324
Fax:
513-241-6234
Correspondent e-mail:
usptodock@whe-law.com gbellamy@whe-law.com jwalker@whe-law.com
Correspondent e-mail Authorized:
Yes
Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 23, 2026 | NOTICE OF SUIT | |
| Sep. 02, 2026 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Sep. 01, 2026 | NOTICE OF SUIT | |
| Mar. 21, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Mar. 21, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| Jan. 03, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |

| | |
|---|---|
| Jan. 03, 2023 | PUBLISHED FOR OPPOSITION |
| Dec. 14, 2022 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Nov. 23, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Nov. 22, 2022 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Nov. 22, 2022 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Nov. 22, 2022 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Nov. 13, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Nov. 13, 2022 | NON-FINAL ACTION E-MAILED |
| Nov. 13, 2022 | NON-FINAL ACTION WRITTEN |
| Nov. 13, 2022 | ASSIGNED TO EXAMINER |
| Oct. 14, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Oct. 14, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Oct. 14, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Feb. 04, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Feb. 03, 2022 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

TM Staff Information - None
File Location
Current Location:
PUBLICATION AND ISSUE SECTION
Date in Location:
Mar. 21, 2023

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Generated on:
This page was generated by TSDR on 2026-10-21 17:45:21 EDT
Mark:
FRT-47
Trademark image
US Serial Number:
97248528
Application Filing Date:
Feb. 01, 2022
US Registration Number:
8232405
Registration Date:
Apr. 28, 2026
Filed as TEAS Plus:
Yes
Currently TEAS Plus:
Yes
Register:
Principal
Mark Type:
Trademark
TM5 Common Status
Descriptor:
LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

Status:
Registered. The registration date is used to determine when post-registration maintenance documents are due.
Status Date:
Apr. 28, 2026
Publication Date:
Feb. 07, 2023
Notice of Allowance Date:
Apr. 04, 2023

# Mark Information

Mark Literal Elements:
FRT-47
Standard Character Claim:
Yes. The mark consists of standard characters without claim to any particular font style, size, or color.
Mark Drawing Type:
4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For:
Triggers for firearms
International Class(es):
013 - Primary Class
U.S Class(es):
002, 009
Class Status:
ACTIVE
First Use:
Apr. 02, 2026
Use in Commerce:
Apr. 02, 2026

## Basis Information (Case Level)

Filed Use:
No
Currently Use:
Yes
Filed ITU:
Yes
Currently ITU:
No
Filed 44D:
No
Currently 44D:
No
Filed 44E:
No
Currently 44E:
No
Filed 66A:
No
Currently 66A:
No
Filed No Basis:
No
Currently No Basis:
No

## Current Owner(s) Information

Owner Name:
RBTM LLC

Owner Address:
1309 COFFEEN AVE, STE 1200
SHERIDAN, WYOMING UNITED STATES 82801
Legal Entity Type:
LIMITED LIABILITY COMPANY
State or Country Where Organized:
WYOMING

## Attorney/Correspondence Information

Attorney of Record
Attorney Name:
Glenn D. Bellamy
Docket Number:
RARETRG-104
Attorney Primary Email Address:
usptodock@whe-law.com
Attorney Email Authorized:
Yes
Correspondent
Correspondent Name/Address:
Glenn D. Bellamy
Wood, Herron & Evans, LLP
600 Vine St.
Suite 2800
Cincinnati, OHIO United States 45202
Phone:
513-241-2324
Fax:
513-241-6234
Correspondent e-mail:
usptodock@whe-law.com gbellamy@whe-law.com athomasr@whe-law.com
Correspondent e-mail Authorized:
Yes
Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 23, 2026 | NOTICE OF SUIT | |
| Sep. 02, 2026 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Sep. 01, 2026 | NOTICE OF SUIT | |
| Apr. 28, 2026 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |

| | | |
|---|---|---|
| Apr. 28, 2026 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 05, 2026 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Apr. 05, 2026 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Apr. 04, 2026 | STATEMENT OF USE PROCESSING COMPLETE | |
| Apr. 03, 2026 | USE AMENDMENT FILED | |
| Apr. 03, 2026 | TEAS STATEMENT OF USE RECEIVED | |
| Feb. 13, 2026 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Feb. 12, 2026 | SOU EXTENSION 5 GRANTED | |
| Sep. 25, 2025 | SOU EXTENSION 5 FILED | |
| Feb. 11, 2026 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 74055 |
| Sep. 26, 2025 | SOU TEAS EXTENSION RECEIVED | |
| Mar. 26, 2025 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 25, 2025 | SOU EXTENSION 4 GRANTED | |
| Mar. 25, 2025 | SOU EXTENSION 4 FILED | |
| Mar. 25, 2025 | SOU TEAS EXTENSION RECEIVED | |
| Oct. 03, 2024 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Oct. 03, 2024 | SOU EXTENSION 3 GRANTED | |
| Oct. 03, 2024 | SOU EXTENSION 3 FILED | |
| Oct. 03, 2024 | SOU TEAS EXTENSION RECEIVED | |
| Mar. 27, 2024 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 26, 2024 | SOU EXTENSION 2 GRANTED | |
| Mar. 26, 2024 | SOU EXTENSION 2 FILED | |

| | |
|---|---|
| Mar. 26, 2024 | SOU TEAS EXTENSION RECEIVED |
| Sep. 22, 2023 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
| Sep. 20, 2023 | SOU EXTENSION 1 GRANTED |
| Sep. 20, 2023 | SOU EXTENSION 1 FILED |
| Sep. 20, 2023 | SOU TEAS EXTENSION RECEIVED |
| Apr. 04, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| Feb. 07, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Feb. 07, 2023 | PUBLISHED FOR OPPOSITION |
| Jan. 18, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Jan. 02, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Nov. 30, 2022 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Nov. 30, 2022 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Nov. 30, 2022 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Nov. 13, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Nov. 13, 2022 | NON-FINAL ACTION E-MAILED |
| Nov. 13, 2022 | NON-FINAL ACTION WRITTEN |
| Nov. 13, 2022 | ASSIGNED TO EXAMINER |
| Oct. 14, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Oct. 14, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Oct. 14, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Feb. 07, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Feb. 04, 2022 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

TM Staff Information - None
File Location
Current Location:
PUBLICATION AND ISSUE SECTION
Date in Location:
Apr. 05, 2026

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Generated on:
This page was generated by TSDR on 2026-10-21 17:45:26 EDT
Mark:
FRT-22
Trademark image
US Serial Number:
97248530
Application Filing Date:
Feb. 01, 2022
US Registration Number:
8232406
Registration Date:
Apr. 28, 2026
Filed as TEAS Plus:
Yes
Currently TEAS Plus:
Yes
Register:
Principal
Mark Type:
Trademark
TM5 Common Status Descriptor:

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

Status:
Registered. The registration date is used to determine when post-registration maintenance documents are due.
Status Date:
Apr. 28, 2026
Publication Date:
Feb. 07, 2023
Notice of Allowance Date:
Apr. 04, 2023

# Mark Information

Mark Literal Elements:
FRT-22
Standard Character Claim:
Yes. The mark consists of standard characters without claim to any particular font style, size, or color.
Mark Drawing Type:
4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For:
Triggers for firearms
International Class(es):
013 - Primary Class
U.S Class(es):
002, 009
Class Status:
ACTIVE
First Use:
Apr. 02, 2026
Use in Commerce:
Apr. 02, 2026

# Basis Information (Case Level)

Filed Use:
No
Currently Use:
Yes
Filed ITU:
Yes
Currently ITU:
No
Filed 44D:
No
Currently 44D:
No
Filed 44E:
No
Currently 44E:
No
Filed 66A:
No
Currently 66A:
No
Filed No Basis:
No
Currently No Basis:
No

# Current Owner(s) Information

Owner Name:
RBTM LLC

Owner Address:
1309 COFFEEN AVE, STE 1200
SHERIDAN, WYOMING UNITED STATES 82801
Legal Entity Type:
LIMITED LIABILITY COMPANY
State or Country Where Organized:
WYOMING

## Attorney/Correspondence Information

Attorney of Record
Attorney Name:
Glenn D. Bellamy
Docket Number:
RARETRG-105
Attorney Primary Email Address:
usptodock@whe-law.com
Attorney Email Authorized:
Yes
Correspondent
Correspondent Name/Address:
Glenn D. Bellamy
Wood, Herron & Evans, LLP
600 Vine St.
Suite 2800
Cincinnati, OHIO United States 45202
Phone:
513-241-2324
Fax:
513-241-6234
Correspondent e-mail:
usptodock@whe-law.com athomas@whe-law.com gbellamy@whe-law.com
Correspondent e-mail Authorized:
Yes
Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 23, 2026 | NOTICE OF SUIT | |
| Sep. 02, 2026 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Sep. 01, 2026 | NOTICE OF SUIT | |
| Apr. 28, 2026 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |

| | | |
|---|---|---|
| Apr. 28, 2026 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 05, 2026 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Apr. 05, 2026 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Apr. 04, 2026 | STATEMENT OF USE PROCESSING COMPLETE | |
| Apr. 03, 2026 | USE AMENDMENT FILED | |
| Apr. 03, 2026 | TEAS STATEMENT OF USE RECEIVED | |
| Feb. 13, 2026 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Feb. 12, 2026 | SOU EXTENSION 5 GRANTED | |
| Sep. 25, 2025 | SOU EXTENSION 5 FILED | |
| Feb. 11, 2026 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 74055 |
| Sep. 26, 2025 | SOU TEAS EXTENSION RECEIVED | |
| Mar. 26, 2025 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 25, 2025 | SOU EXTENSION 4 GRANTED | |
| Mar. 25, 2025 | SOU EXTENSION 4 FILED | |
| Mar. 25, 2025 | SOU TEAS EXTENSION RECEIVED | |
| Oct. 03, 2024 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Oct. 03, 2024 | SOU EXTENSION 3 GRANTED | |
| Oct. 03, 2024 | SOU EXTENSION 3 FILED | |
| Oct. 03, 2024 | SOU TEAS EXTENSION RECEIVED | |
| Mar. 27, 2024 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 26, 2024 | SOU EXTENSION 2 GRANTED | |
| Mar. 26, 2024 | SOU EXTENSION 2 FILED | |

| | |
|---|---|
| Mar. 26, 2024 | SOU TEAS EXTENSION RECEIVED |
| Sep. 22, 2023 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
| Sep. 20, 2023 | SOU EXTENSION 1 GRANTED |
| Sep. 20, 2023 | SOU EXTENSION 1 FILED |
| Sep. 20, 2023 | SOU TEAS EXTENSION RECEIVED |
| Apr. 04, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| Feb. 07, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Feb. 07, 2023 | PUBLISHED FOR OPPOSITION |
| Jan. 18, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Jan. 02, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Nov. 30, 2022 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Nov. 30, 2022 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Nov. 30, 2022 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Nov. 13, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Nov. 13, 2022 | NON-FINAL ACTION E-MAILED |
| Nov. 13, 2022 | NON-FINAL ACTION WRITTEN |
| Nov. 13, 2022 | ASSIGNED TO EXAMINER |
| Oct. 14, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Oct. 14, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Oct. 14, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Feb. 07, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Feb. 04, 2022 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

TM Staff Information - None
File Location
Current Location:
PUBLICATION AND ISSUE SECTION
Date in Location:
Apr. 05, 2026

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Generated on:
This page was generated by TSDR on 2026-10-21 17:45:32 EDT
Mark:
FRT-15L3
Trademark image
US Serial Number:
98715335
Application Filing Date:
Aug. 24, 2024
US Registration Number:
8225451
Registration Date:
Apr. 21, 2026
Filed as TEAS Plus:
Yes
Currently TEAS Plus:
Yes
Register:
Principal
Mark Type:
Trademark
TM5 Common Status Descriptor:

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

Status:
Registered. The registration date is used to determine when post-registration maintenance documents are due.
Status Date:
Apr. 21, 2026
Publication Date:
Apr. 15, 2025
Notice of Allowance Date:
Jun. 10, 2025

# Mark Information

Mark Literal Elements:
FRT-15L3
Standard Character Claim:
Yes. The mark consists of standard characters without claim to any particular font style, size, or color.
Mark Drawing Type:
4 - STANDARD CHARACTER MARK

# Related Properties Information

Claimed Ownership of US Registrations:
7004418

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For:
Triggers for firearms
International Class(es):
013 - Primary Class
U.S Class(es):
002, 009
Class Status:
ACTIVE
First Use:
May 22, 2025
Use in Commerce:
May 22, 2025

## Basis Information (Case Level)

Filed Use:
No
Currently Use:
Yes
Filed ITU:
Yes
Currently ITU:
No
Filed 44D:
No
Currently 44D:
No
Filed 44E:
No
Currently 44E:
No
Filed 66A:
No
Currently 66A:
No
Filed No Basis:
No
Currently No Basis:
No

# Current Owner(s) Information

Owner Name:
RBTM LLC
Owner Address:
1309 COFFEEN AVE, STE 1200
SHERIDAN, WYOMING UNITED STATES 82801
Legal Entity Type:
LIMITED LIABILITY COMPANY
State or Country Where Organized:
WYOMING

# Attorney/Correspondence Information

Attorney of Record
Attorney Name:
Glenn D. Bellamy
Docket Number:
RARETRG106
Attorney Primary Email Address:
Usptodoc@whe-law.com
Attorney Email Authorized:
Yes
Correspondent
Correspondent Name/Address:
Glenn D. Bellamy
Wood Herron & Evans LLP
600 Vine Street
Suite 2800
Cincinnati, OHIO United States 45202
Phone:
513-707-0243
Correspondent e-mail:
Usptodoc@whe-law.com Gbellamy@whe-law.com jwalker@whe-law.com
Correspondent e-mail Authorized:
Yes
Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 02, 2026 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Sep. 01, 2026 | NOTICE OF SUIT | |
| Apr. 21, 2026 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Apr. 21, 2026 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 29, 2026 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Mar. 29, 2026 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |

| | | |
|---|---|---|
| Feb. 17, 2026 | STATEMENT OF USE PROCESSING COMPLETE | |
| Aug. 11, 2025 | USE AMENDMENT FILED | |
| Feb. 16, 2026 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 70458 |
| Aug. 11, 2025 | TEAS STATEMENT OF USE RECEIVED | |
| Jun. 10, 2025 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Apr. 15, 2025 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 15, 2025 | PUBLISHED FOR OPPOSITION | |
| Apr. 09, 2025 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 17, 2025 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 08, 2025 | ASSIGNED TO EXAMINER | 93970 |
| Mar. 07, 2025 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Aug. 24, 2024 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

TM Staff Information - None
File Location
Current Location:
PUBLICATION AND ISSUE SECTION
Date in Location:
Mar. 29, 2026

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load