# APPENDIX A

# APPENDIX A

## Member Actions Asserting RBTM LLC's FRT® Trademark Claims

| No. | Member Action | Civil Action No. |
|---|---|---|
| 1 | *Cloak Industries* | 4:26-cv-00608 |
| 2 | *AR-TT* | 4:26-cv-00693 |
| 3 | *Firearm Systems* | 4:26-cv-00695 |
| 4 | *Canuck Tactical* | 4:26-cv-00705 |
| 5 | *Hawkphin Sales* | 4:26-cv-00707 |
| 6 | *Tactical Solutions Group* | 4:26-cv-00735 |
| 7 | *Choukair (Astro Tactical)* | 4:26-cv-00755 |
| 8 | *Dogwood Armory* | 4:26-cv-00760 |
| 9 | *Shooting Targets USA* | 4:26-cv-00799 |
| 10 | *GrabAGun* | 4:26-cv-00810 |
| 11 | *GDI-3D* | 4:26-cv-00822 |
| 12 | *East Coast Cerakote* | 4:26-cv-00831 |
| 13 | *Burse* | 4:26-cv-00833 |
| 14 | *Gen X Arms & Gunworks* | 4:26-cv-00845 |
| 15 | *Atlantic Firearms* | 4:26-cv-00926 |
| 16 | *Freshwater* | 4:26-cv-00930 |
| 17 | *Trinity Trigger* | 4:26-cv-00936 |
| 18 | *NSPEC Innovations* | 4:26-cv-00948 |
| 19 | *Velocity Ammunition* | 4:26-cv-00954 |
| 20 | *Pembleton and Sons'* | 4:26-cv-00992 |
| 21 | *East Valley Tactical* | 4:26-cv-00996 |
| 22 | *Vance Outdoors* | 4:26-cv-01009 |
| 23 | *Mist Distributors* | 4:26-cv-01011 |
| 24 | *Dirty Bird Industries* | 4:26-cv-01013 |
| 25 | *Stark80* | 4:26-cv-01018 |
| 26 | *MGCC Enterprises* | 4:26-cv-01068 |
| 27 | *BSSquirts* | 4:26-cv-01070 |
| 28 | *Freedom Unlimited* | 4:26-cv-01071 |
| 29 | *ODIN Works* | 4:26-cv-01091 |
| 30 | *Area 43* | 4:26-cv-01092 |
| 31 | *Firearms Direct Club* | 4:26-cv-01120 |
| 32 | *Davis (701 Boomsticks)* | 4:26-cv-01125 |
| 33 | *Midnight Machine* | 4:26-cv-01126 |

| No. | Member Action | Civil Action No. |
|---|---|---|
| 34 | *Jourdan (Trigger Man)* | 4:26-cv-01127 |
| 35 | *Bilson Arms* | 4:26-cv-01134 |
| 36 | *Bear Arms* | 4:26-cv-01191 |
| 37 | *Fast Forward Tactical* | 4:26-cv-01220 |
| 38 | *Vukanovich (Nocturnal Apparel)* | 4:26-cv-01235 |
| 39 | *AESIR* | 4:26-cv-01252 |
| 40 | *Muffintop Tactical* | 4:26-cv-01277 |
| 41 | *Cornfire Arsenal* | 4:26-cv-01370 |
| 42 | *WMI* | 4:26-cv-01372 |
| 43 | *Farrington (Myth Industries)* | 4:26-cv-01445 |
| 44 | *Wojtek* | 4:26-cv-01447 |
| 45 | *2A Optics* | 4:26-cv-01449 |
| 46 | *Redacted Industries* | 4:26-cv-01450 |
| 47 | *MAS Defense* | 4:26-cv-01455 |
| 48 | *URSA-SEC* | 4:26-cv-01482 |
| 49 | *ROKC (Rainier Arms)* | 4:26-cv-01498 |