**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| In Re: Rare Breed Triggers Patent Litigation | 4:26-md-03176-ALM<br>MDL 3176 |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>MARS TRIGGER, LLC, and PETER BRENNEN,<br>Defendants. | Civil Action No. 2:26-cv-00030-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>DNT LLC, d/b/a DEEZ NUTZ TACTICAL, and ZACH MORROW,<br>Defendants. | Civil Action No. 4:26-cv-00377-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>HARRISON GUNWORKS LLC, and TYLER HARRISON,<br>Defendants. | Civil Action No. 4:26-cv-00379-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>STEVEN THANH NGUYEN, d/b/a POLYMER PEW,<br>Defendant. | Civil Action No. 4:26-cv-00425-ALM |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OPTICS PLANET, INC., d/b/a ECENTRIA,<br><br>Defendant. | Civil Action No. 4:26-cv-00521-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PEAK TACTICAL, LLC d/b/a PARTISAN TRIGGERS, and NICHOLAS NORTON,<br><br>Defendants. | Civil Action No. 4:26-cv-00698-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PROSOURCE FIREARMS, LLC,<br><br>Defendant. | Civil Action No. 2:26-cv-00055-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERIOR FIREARMS OF TEXAS, LLC,<br><br>Defendant. | Civil Action No. 2:26-cv-00058-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WEBCORP, INC., d/b/a TACTICAL SHIT/LIBERAL TEARS/SIGGLOCKINCOLT.COM, and THOMAS KIRGIN, JR.,<br><br>Defendants. | Civil Action No. 4:26-cv-00768-ALM |

**ORDER**

Before the Court is Plaintiffs' Motion for Reconsideration of the Court's September 17, 2026 Orders on Plaintiffs' Motions for Leave to Amend (the "Motion") (Dkt. #__). Having considered the Motion and the relevant pleadings, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that the Court's September 17, 2026 orders listed below are VACATED to the extent they denied Plaintiffs' motions for leave to amend.

It is further ORDERED that Plaintiffs' motions for leave to amend listed below are GRANTED in full. In addition to the patents the Court allowed on September 17, 2026, Plaintiffs may add the parties and claims shown in the last column:

| Member Action | Motion for Leave and Amended Complaint | Sept. 17 Order | Leave Granted to Add |
|---|---|---|---|
| *ABC IP, LLC v. MaRs Trigger, LLC*, No. 2:26-cv-30 | Dkt. #27 Am. Compl.: Dkt. #28 | Dkt. #68 | RBTM LLC as a plaintiff; trademark infringement, false designation of origin, and unfair competition claims |
| *ABC IP, LLC v. DNT LLC*, No. 4:26-cv-377 | Dkt. #41 Am. Compl.: Dkt. #42 | Dkt. #90 | RBTM LLC as a plaintiff; trademark infringement, false designation of origin, and unfair competition claims; claims against the ARC Fire, Disruptor, and Super Selector (Atrius Forced Reset Selector) products |

| Member Action | Motion for Leave and Amended Complaint | Sept. 17 Order | Leave Granted to Add |
|---|---|---|---|
| *ABC IP, LLC v. Harrison Gunworks LLC*, No. 4:26-cv-379 | Dkt. #33<br>Am. Compl.: Dkt. #34 | Dkt. #74 | RBTM LLC as a plaintiff; trademark infringement, false designation of origin, and unfair competition claims; claims against the MARC Selector |
| *ABC IP, LLC v. Nguyen*, No. 4:26-cv-425 | Dkt. #26<br>Am. Compl.: Dkt. #27 | Dkt. #70 | RBTM LLC as a plaintiff; trademark infringement, false designation of origin, and unfair competition claims; claims against the ARC-Fire |
| *ABC IP, LLC v. Optics Planet, Inc.*, No. 4:26-cv-521 | Dkt. #49<br>Am. Compl.: Dkt. #50 | Dkt. #131 | RBTM LLC as a plaintiff; trademark infringement, false designation of origin, and unfair competition claims; claims against the ARC-Fire |
| *ABC IP, LLC v. Peak Tactical, LLC*, No. 4:26-cv-698 | Dkt. #72<br>Am. Compl.: Dkt. #73 | Dkt. #119 | Claims against Richard Seddon, QOX Consulting, LLC, and Jaws Tec LLC d/b/a JawsTec LLC |

It is further ORDERED that Plaintiffs' pending motions for leave to amend listed below are GRANTED. Plaintiffs may add U.S. Patent No. 12,636,403 in these actions:

| Member Action | Motion for Leave and Amended Complaint |
|---|---|
| *ABC IP, LLC v. ProSource Firearms, LLC*, No. 2:26-cv-55 | Dkt. #25<br>Am. Compl.: Dkt. #26 |

| Member Action | Motion for Leave and Amended Complaint |
|---|---|
| *ABC IP, LLC v. Superior Firearms of Texas, LLC*,<br>No. 2:26-cv-58 | Dkt. #27<br>Am. Compl.: Dkt. #28 |
| *ABC IP, LLC v. Webcorp, Inc.*,<br>No. 4:26-cv-768 | Dkt. #40<br>Am. Compl.: Dkt. #41-1 |

It is further ORDERED that the amended complaints listed above are deemed filed. Each Defendant shall answer or otherwise respond within fourteen (14) days of this Order. A defendant newly added by an amended complaint shall respond as provided by Federal Rule of Civil Procedure 12(a).

**IT IS SO ORDERED.**