**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **IN RE: RARE BREED TRIGGERS PATENT LITIGATION** | **4:26-md-03176-ALM**<br>**MDL 3176** |

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

The Moving Parties request a coordinated schedule to facilitate the orderly and efficient management of the above-captioned actions, reduce duplicative efforts, and provide a common framework for case proceedings. The proposed Scheduling Order sets forth the deadlines and procedures submitted for the Court's consideration, subject to any modifications the Court deems appropriate.

**CONCLUSION**

For these reasons, the Moving Parties respectfully request that the Court grant this Joint Motion and enter the proposed Scheduling Order, with any modifications the Court deems appropriate.

DATED: October 23, 2026

Respectfully submitted,

*/s/ Matthew A. Colvin*

Matthew A. Colvin
Texas Bar No. 24036278
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Paul D. Swanson
**HOLLAND & HART LLP**
555 17th Street, Suite 3200
Denver, CO 80202
E-mail: pdswanson@hollandhart.com
Tel: (303) 295-8578
Fax: (303) 416-8814

John Skeriotis
**EMERSON, THOMSON & BENNETT, LLC**
1914 Akron-Peninsula Road
Akron, Ohio 44313
E-mail: jms@etblaw.com
Tel: (330) 434-9999

Edward Chin
**MCKOOL SMITH P.C.**
300 Crescent Court, Suite 1200
Dallas, TX 75201
E-mail: echin@mckoolsmith.com
Tel: (214) 978-4000
Telecopier: (214) 978-4044

Jacob G. Horton
**BLANCHARD HORTON PLLC**
P.O. Box 5657
Oak Ridge, TN 37830
E-mail: jhorton@blanchard-patent.com
Tel: (865) 269-2673
Fax: (865) 674-5349

***LEADERSHIP COUNSEL FOR MDL 3176***

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules CV-7(h) and (i), counsel for the parties met and conferred telephonically on October 23, 2026. Matthew A. Colvin attended for Plaintiffs. Leadership Counsel attended for all Defendants. The parties discussed their positions on this motion.

*/s/ Matthew A. Colvin*
Matthew A. Colvin

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 23, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Matthew A. Colvin*
Matthew A. Colvin