**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **IN RE: RARE BREED TRIGERS PATENT LITIGATION** | **C.A. NO. 4:26-md-03176-ALM**<br>**MDL 3176**<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' NOTICE OF APPEARANCE OF MICHAEL J. PHIPPS**

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance as counsel of record for Defendants, Nocturnal Apparel & Co. LLC and Vincent Michael Vukanovich. Please direct and serve all notices, pleadings, papers, orders, and other material relevant to this action to Mr. Michael J. Phipps at the address listed below.

Dated: October 27, 2026

Respectfully submitted,

*/s/ Michael J. Phipps*
Shawn A. Latchford
State Bar No. 24066603
*Lead Attorney*
Michael J. Phipps
State Bar No. 24141174
**LARSON BRUSTER PLLC**
5001 LBJ Freeway, Suite 850
Dallas, Texas 75244
877.744.4084 (telephone)
shawn.latchford@larsonbruster.com
michael.phipps@larsonbruster.com

***Counsel for Defendants Nocturnal Apparel & Co LLC and Vincent Michael Vukanovich***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been delivered to all counsel of record through the Court's CM/ECF service on this 27th day of October, 2026.

*/s/ Michael J. Phipps*
Michael J. Phipps