**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| | § | |
| | § | |
| | § | |
| **IN RE: RARE BREED TRIGGERS PATENT LITIGATION** | § | **Civil Action No. 4:26-MD-3176** |
| | § | **Judge Mazzant** |
| | § | |
| | § | |
| | § | |

**NOTICE OF APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES**, Jorge Miguel Hernandez with Whitaker Chalk Swindle & Schwartz, PLLC and hereby gives notice of appearance on behalf of Plaintiffs, ABC IP, LLC and Rare Breed Triggers, Inc. It is requested that any and all notices required by applicable laws or order of this Court, whether written or oral, including, without limitation notices of any hearings, orders, motions, demands, complaints, petitions, pleadings, requests, application, and any other documents brought before this court in this case, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, that affect or seek to affect the above case be served upon:

Jorge Miguel Hernandez
Whitaker Chalk Swindle & Schwartz, PLLC
301 Commerce, Suite 3500
Fort Worth, Texas 76102
mhernandez@whitakerchalk.com
Telephone: 817-878-0588
Facsimile: 817-878-0501

*/s/ J. Miguel Hernandez* ___________
Miguel Hernandez
*ABC IP, LLC,*
*Rare Breed Triggers, Inc., and*
*RBTM, LLC*
WHITAKER, CHALK, SWINDLE
& SCHWARTZ, PLLC
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: (817) 878-0500
Facsimile: (817) 878-0501
Email: mhernandez@whitakerchalk.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 27, 2026, to all person(s) and/or counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ J. Miguel Hernandez* __________________
J. Miguel Hernandez