**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | 4:26-md-03176-ALM<br>MDL 3176 |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>WEBCORP, INC., d/b/a TACTICAL SHIT/LIBERAL TEARS/SIGGLOCKINCOLT.COM, and THOMAS KIRGIN, JR.,<br>Defendants. | Civil Action No. 4:26-cv-00768-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>OPTICS PLANET, INC., d/b/a ECENTRIA,<br>Defendant. | Civil Action No. 4:26-cv-00521-ALM |
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas Corporation,<br>Plaintiffs,<br>v.<br>PEAK TACTICAL, LLC d/b/a PARTISAN TRIGGERS, a Wyoming limited liability company, and NICHOLAS NORTON,<br>Defendants. | Civil Action No. 4:26-cv-00698-ALM |

**[PROPOSED] ORDER GRANTING-IN-PART AND DENYING-IN-PART**
**PLAINTIFFS' MOTION FOR RECONSIDERATION [MDL DKT. 81]**

Before the Court is Plaintiffs' Motion for Reconsideration of the Court's September 17, 2026, Orders on Plaintiffs' Motions for Leave to Amend [MDL Dkt. 81] ("Motion"). Being well-

advised that it is partially unopposed, and having fully considered the Motion and related briefing, the Court is of the opinion that the Motion is **GRANTED-IN-PART** and **DENIED-IN-PART**. It is therefore

**ORDERED** that Plaintiffs' Motion is **GRANTED** as to (1) Plaintiffs' amended complaint against Webcorp, Inc. in *ABC IP, LLC v. Webcorp, Inc.*, No. 4:26-cv-00768-ALM (Dkt. 40; Dkt. 41-1); (2) Plaintiffs' amended complaint against Optics Planet, Inc. in *ABC IP, LLC v. Optics Planet, Inc.*, No. 4:26-cv-00521-ALM (Dkt. 49; Dkt. 50); and (3) the addition of QOX Consulting, LLC as a defendant in *ABC IP, LLC v. Peak Tactical, LLC*, No. 4:26-cv-00698-ALM (Dkt. 72; Dkt. 73).

It is further **ORDERED** that Plaintiffs' Motion is **DENIED** as to the addition of Richard Seddon and Jaws Tec LLC d/b/a JawsTec LLC as defendants in *ABC IP, LLC v. Peak Tactical, LLC*, No. 4:26-cv-00698-ALM.