**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM |
| RARE BREED TRIGGERS, INC. et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DNT LLC d/b/a DEEZ NUTZ TACTICAL et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00377-ALM) |
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HARRISON GUNWORKS LLC et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00379-ALM) |

**PROPOSED ORDER DENYING**
**PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S SEPTEMBER 17, 2026 ORDERS ON PLAINTIFFS' MOTIONS FOR LEAVE TO AMEND**

Before the Court is Plaintiffs' Motion for Reconsideration of the Court's September 17, 2026 Orders on Plaintiffs' Motions for Leave to Amend (Dkt. #81 in No. 4:26-md-03176-ALM). Having considered the Motion for Reconsideration; the Opposition of DNT LLC, Zach Morrow, Harrison Gunworks LLC, and Tyler Harrison (collectively, "Defendants"); the arguments of counsel; the applicable law; and the record in this multidistrict litigation, the Court DENIES the Motion for Reconsideration as to Defendants' cases (No. 4:26-cv-00377-ALM and No. 4:26-cv-00379-ALM).

It is therefore **ORDERED** that Plaintiffs' Motion for Reconsideration is hereby **DENIED**.

**IT IS SO ORDERED.**