**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **IN RE: RARE BREED TRIGGERS PATENT LITIGATION** | **C.A. NO. 4:26-md-03176-ALM**<br>**MDL 3716**<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT'S NOTICE OF APPEARANCE OF BILL C. PANAGOS**

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance as counsel of record for Defendants 810Velocity L.L.C. and Andrew C. Carr. Please direct and serve all notices, pleadings, papers, orders, and other material relevant to this action to Bill C. Panagos at the address below.

Dated Nov. 5, 2026

Respectfully submitted,

*/s/ Bill C. Panagos*

Bill C. Panagos
Admitted Pro Hac Vice
**PANAGOS KENNEDY PLLC**
3155 W. Big Beaver. Ste 119
Troy, MI 48084
248.564.1635 (telephone)
bpanagos@paniplaw.com

***Counsel for Defendants 810Velocity L.L.C. and Andrew C. Carr***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been delivered to all counsel of record through the Court's CM/ECF service on this 5th day of November, 2026.

*/s/Bill C. Panagos*
Bill C. Panagos