# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>MARS TRIGGER, LLC, and PETER BRENNEN,<br>Defendants. | Civil Action No. 2:26-cv-00030-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>DNT LLC, d/b/a DEEZ NUTZ TACTICAL, and ZACH MORROW,<br>Defendants. | Civil Action No. 4:26-cv-00377-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>HARRISON GUNWORKS LLC, and TYLER HARRISON,<br>Defendants. | Civil Action No. 4:26-cv-00379-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>STEVEN THANH NGUYEN, d/b/a POLYMER PEW,<br>Defendant. | Civil Action No. 4:26-cv-00425-ALM |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>OPTICS PLANET, INC., d/b/a ECENTRIA,<br>Defendant. | Civil Action No. 4:26-cv-00521-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>PEAK TACTICAL, LLC d/b/a PARTISAN TRIGGERS, and NICHOLAS NORTON,<br>Defendants. | Civil Action No. 4:26-cv-00698-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>PROSOURCE FIREARMS, LLC,<br>Defendant. | Civil Action No. 2:26-cv-00055-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>SUPERIOR FIREARMS OF TEXAS, LLC,<br>Defendant. | Civil Action No. 2:26-cv-00058-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>WEBCORP, INC., d/b/a TACTICAL SHIT/LIBERAL TEARS/SIGGLOCKINCOLT.COM, and THOMAS KIRGIN, JR.,<br>Defendants. | Civil Action No. 4:26-cv-00768-ALM |

## ORDER

Pending before the Court is Plaintiffs' Motion for Reconsideration of the Court's September 17, 2026 Orders on Plaintiffs' Motions for Leave to Amend (Case No. 4:26-md-3176, Dkt. #81). Having considered the Motion and the relevant pleadings, the Court finds that the Motion should be **GRANTED in part** and otherwise **HELD IN ABEYANCE.**

The Court finds it appropriate to grant Plaintiffs' request to amend their complaints in the below member actions to add the newly accused products as identified in Table 1.

**Table 1.**

| Member Action | Newly Accused Products |
|---|---|
| **4:26-cv-377** | ARC Fire<br><br>Disruptor<br><br>Super Selector (Atrius Forced Reset Selector) |
| **4:26-cv-379** | MARC Selector |
| **4:26-cv-425** | ARC Fire |
| **4:26-cv-521** | ARC Fire |

The Court will address the arguments to reconsider its decision denying leave to amend various complaints to add trademark claims and new defendants in due course. The Court will hold the Motion in abeyance until it can rule on those additional issues.

It is therefore **ORDERED** that Plaintiffs' Motion for Reconsideration of the Court's September 17, 2026 Orders on Plaintiffs' Motions for Leave to Amend (Case No. 4:26-md-3176, Dkt. #81) is hereby **GRANTED in part** and otherwise **HELD IN ABEYANCE.**

It is further **ORDERED** that Plaintiffs may amend their complaints in the member actions identified in Table 1 to add newly accused products.

Further, this Court **HOLDS IN ABEYANCE** the remaining issues in Plaintiffs' Motion for Reconsideration of the Court's September 17, 2026 Orders on Plaintiffs' Motions for Leave to Amend (Case No. 4:26-md-3176, Dkt. #81).

**IT IS SO ORDERED.**

**SIGNED this 6th day of November, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE