**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| **This document pertains to:** | |
| *ABC IP, LLC, et al. v. 2NINJA LLC, et al.* | **Civil Action No. 4:26-cv-01106-ALM** |
| *ABC IP, LLC, et al. v. 2A Optics LLC, et al.* | **Civil Action No. 4:26-cv-01449-ALM** |
| *ABC IP, LLC, et al. v. 80MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, et al.* | **Civil Action No. 4:26-cv-00380-ALM** |
| *ABC IP, LLC, et al. v. 810VELOCITY et al.* | **Civil Action No. 4:26-cv-01255-ALM** |
| *ABC IP, LLC, et al. v. ADVANCED THREAT ASSESSMENT et al.* | **Civil Action No. 4:26-cv-00801-ALM** |
| *ABC IP, LLC, et al. v. AESIR LLC d/b/a RESET NINJA et al.* | **Civil Action No. 4:26-cv-01252-ALM** |
| *ABC IP, LLC, et al. v. AR-15 GUN OWNERS OF AMERICA, INC.* | **Civil Action No. 4:26-cv-00761-ALM** |
| *ABC IP, LLC, et al. v. AREA 43 LLC, et al.* | **Civil Action No. 4:26-cv-01092-ALM** |
| *ABC IP LLC, et al. v. AREA 51 PRODUCTS LLC et al.* | **Civil Action No. 4:26-cv-01121-ALM** |
| *ABC IP, LLC, et al. v. ARGENT WOLFZ, et al.* | **Civil Action No. 4:26-cv-01069-ALM** |
| *ABC IP, LLC, et al. v. AR-TT, LLC d/b/a TAKEDOWN TOOLS; et al.* | **Civil Action No. 4:26-cv-00693-ALM** |
| *ABC IP, LLC, et al. v. ANTONIO CHOUKAIR d/b/a ASTRO TACTICAL* | **Civil Action No. 4:26-cv-00755-ALM** |

| | |
|---|---|
| *ABC IP, LLC, et al. v. AS DESIGNS et al.* | **Civil Action No. 4:26-cv-00370-ALM** |
| *ABC IP, LLC, et al. v. ATLANTIC FIREARMS et al.* | **Civil Action No. 4:26-cv-00926-ALM** |
| *ATRIUS DEVELOPMENT GROUP CORPORATION, INC. v. ABC IP, LLC et al.* | **Civil Action No. 4:26-cv-00448-ALM** |
| *ATRIUS DEVELOPMENT GROUP CORPORATION, INC. v. ABC IP, LLC et al.* | **Civil Action No. 4:26-cv-00984-ALM** |
| *ABC IP, LLC, et al. v. BARRICADE, LLC, d/b/a BARRICADE TACTICAL, et al.* | **Civil Action No. 6:26-cv-00320-ALM** |
| *ABC IP, LLC, et al. v. BEAR ARMS, et al.* | **Civil Action No. 4:26-cv-01191-ALM** |
| *ABC IP, LLC, et al. v. BILSON ARMS LLC, et al.* | **Civil Action No. 4:26-cv-01134-ALM** |
| *ABC IP, LLC, et al. v. BRANDON HIATT d/b/a WICK DESIGNS* | **Civil Action No. 4:26-cv-01067-ALM** |
| *ABC IP, LLC, et al. v. BRANDON SMITH d/b/a SMOKEY POINT 2A, et al.* | **Civil Action No. 4:26-cv-01021-ALM** |
| *ABC IP, LLC, et al. v. BSSQUIRTS, et al.* | **Civil Action No. 4:26-cv-01070-ALM** |
| *ABC IP, LLC, et al. v. JACOB RUSTY BURSE d/b/a SHACKLEFORD'S FRT* | **Civil Action No. 4:26-cv-00833-ALM** |
| *ABC IP, LLC, et al. v. CACTUS AMMO LLC AND GRANT WILLIAM BOURNE* | **Civil Action No. 4:26-cv-00998-ALM** |
| *ABC IP, LLC, et al. v. CANUCK TACTICAL LLC, d/b/a RANGESPORT AMERICA LLC* | **Civil Action No. 4:26-cv-00705-ALM** |
| *ABC IP, LLC et al v. CF TACTICAL INC..* | **Civil Action No. 4:26-cv-00757-ALM** |
| *ABC IP, LLC, et al. v. CLOAK INDUSTRIES, INC., et al.* | **Civil Action No. 4:26-cv-00608-ALM** |
| *ABC IP, LLC, et al. v. COMBAT ARMORY, et al.* | **Civil Action No. 4:26-cv-01129-ALM** |
| *ABC IP, LLC, et al. v. CORNFIRE ARSENAL LLC* | **Civil Action No. 4:26-cv-01370-ALM** |

| | |
|---|---|
| *ABC IP, LLC et al v. DAIRYLAND DEFENSE SOLUTIONS, LLC* | **Civil Action No. 4:26-cv-00374-ALM** |
| *ABC IP, LLC, et al. v. RYAN DAVIS d/b/a 701 BOOMSTICKS* | **Civil Action No. 4:26-cv-01125-ALM** |
| *ABC IP, LLC, et al. v. DIRTY BIRD INDUSTRIES, et al.* | **Civil Action No. 4:26-cv-01013-ALM** |
| *ABC IP, LLC et al v. DNT LLC, d/b/a DEEZ NUTZ TACTICAL,* | **Civil Action No. 4:26-cv-00377-ALM** |
| *ABC IP, LLC et al v. DOGWOOD ARMORY et al.* | **Civil Action No. 4:26-cv-00760-ALM** |
| *ABC IP, LLC et al v. DUNEDIN HOLDING LLC d/b/a/ Mid-TIER DEFENSE* | **Civil Action No. 4:26-cv-00940-ALM** |
| *ABC IP, LLC, et al. v. EAST COAST CERAKOTE, et al.* | **Civil Action No. 4:26-cv-00831-ALM** |
| *ABC IP, LLC et al. v. EAST VALLEY TACTICAL et al.* | **Civil Action No. 4:26-cv-00996-ALM** |
| *ABC IP, LLC et al v. ELEANOR ARMORY, LLC, et al.* | **Civil Action No. 4:26-cv-00915-ALM** |
| *ABC IP, LLC, et al. v. EYE CANDY, et al.* | **Civil Action No. 4:26-cv-01124-ALM** |
| *ABC IP, LLC, et al. v. CLIFF FARRINGTON d/b/a MYTH INDUSTRIES* | **Civil Action No. 4:26-cv-01445-ALM** |
| *ABC IP, LLC et al v. JOHN FAULKNER dba FIREARMS DEPOT* | **Civil Action No. 4:26-cv-00847-ALM** |
| *ABC IP, LLC, et al. v. FAST FORWARD TACTICAL LLC, et al.* | **Civil Action No. 4:26-cv-01220-ALM** |
| *ABC IP, LLC, et al. v. FIREARMS DIRECT CLUB LLC, et al.* | **Civil Action No. 4:26-cv-01120-ALM** |
| *ABC IP, LLC, et al v. FIREARM SYSTEMS LLC d/b/a FIREARM SYSTEMS, et al.* | **Civil Action No. 4:26-cv-00695-ALM** |

| | |
|---|---|
| *ABC IP, LLC, et al v. FREEDOM UNLIMITED GROUP, et al.* | **Civil Action No. 4:26-cv-01071-ALM** |
| *ABC IP, LLC et al v. DAVID FRESHWATER d/b/a IDAHO ARMS & AMMO* | **Civil Action No. 4:26-cv-00930-ALM** |
| *ABC IP, LLC, et al. v. FUDD ARMS LLC* | **Civil Action No. 4:26-cv-01394-ALM** |
| *ABC IP, LLC et al v. GALACTIC OUTFITTERS et al.* | **Civil Action No. 4:26-cv-01254-ALM** |
| *ABC IP, LLC, et al. v. GEARFIRE LLC, et al.* | **Civil Action No. 4:26-cv-01137-ALM** |
| *ABC IP, LLC et al v. GEN X ARMS & GUNWORK'S LLC et al.* | **Civil Action No. 4:26-cv-00845-ALM** |
| *ABC IP, LLC et al v. GERONIMO ARMS et al.* | **Civil Action No. 4:26-cv-01253-ALM** |
| *ABC IP, LLC et al. v. GRABAGUN LLC* | **Civil Action No. 4:26-cv-00810-ALM** |
| *ABC IP, LLC, et al. v. GREY MARKET RESEARCH* | **Civil Action No. 4:26-cv-01448-ALM** |
| *ABC IP, LLC et al. v. GUN BUILDERS DEPOT, LLC, et al.* | **Civil Action No. 4:26-cv-00753-ALM** |
| *ABC IP, LLC, et al. v. HANES TACTICAL, LLC,* | **Civil Action No. 4:26-cv-00369-ALM** |
| *ABC IP, LLC, et al. v. HARRISON GUNWORKS LLC, et al.* | **Civil Action No. 4:26-cv-00379-ALM** |
| *ABC IP, LLC et al. v. HAWKPHIN SALES, LLC et al.* | **Civil Action No. 4:26-cv-00707-ALM** |
| *ABC IP, LLC, et al. v. HAYES ARMS LLC, et al.* | **Civil Action No. 4:26-cv-01411-ALM** |
| *ABC IP, LLC, et al. v. HK PARTS* | **Civil Action No. 4:26-cv-01045-ALM** |
| *ABC IP, LLC, et al. v. HOFFMAN* | **Civil Action No 4:26-cv-00378-ALM** |
| *ABC IP, LLC et al. v. INOCULUM GROUP et al.* | **Civil Action No. 4:26-cv-00945-ALM** |

| | |
|---|---|
| *ABC IP, LLC, et al. v. JOSH JOURDAN d/b/a TRIGGER MAN* | **Civil Action No. 4:26-cv-01127-ALM** |
| *ABC IP, LLC et al. v. JESSE T. KLINE* | **Civil Action No. 4:26-cv-00958-ALM** |
| *ABC IP, LLC et al. v. LAM SOLUTIONS, MATTHEW LAM AND NATE LAM* | **Civil Action No. 4:26-cv-00997-ALM** |
| *ABC IP, LLC et al. v. MAD RIVER FIREARM CO et al.* | **Civil Action No. 4:26-cv-00736-ALM** |
| *ABC IP, LLC, et al v. MARS TRIGGER, LLC et al.* | **Civil Action No. 2:26-cv-00030-ALM** |
| *ABC IP, LLC, et al. v. MAS DEFENSE LLC, et al.* | **Civil Action No. 4:26-cv-01455-ALM** |
| *ABC IP, LLC, et al. v. MERCIER & SONS LLC, et al.* | **Civil Action No. 4:26-cv-01030-ALM** |
| *ABC IP, LLC, et al. v. MGCC ENTERPRISES* | **Civil Action No. 4:26-cv-01068-ALM** |
| *ABC IP, LLC et al. v. MID SOUTH ARMS et al.* | **Civil Action No. 4:26-cv-01251-ALM** |
| *ABC IP, LLC, et al. v. MIDNIGHT ARSENAL BOX LLC, et al.* | **Civil Action No. 4:26-cv-01130-ALM** |
| *ABC IP, LLC, et al. v. MIDNIGHT MACHINE LLC, et al.* | **Civil Action No. 4:26-cv-01126-ALM** |
| *ABC IP, LLC et al. v. MIST DISTRIBUTORS LLC, et al.* | **Civil Action No. 4:26-cv-01011-ALM** |
| *ABC IP, LLC, et al. v. MISTER GUNS, LLC, et al.* | **Civil Action No. 2:26-cv-00056-ALM** |
| *ABC IP, LLC, et al. v. MUFFINTOP TACTICAL* | **Civil Action No. 4:26-cv-01277-ALM** |
| *ABC IP, LLC, et al. v. STEVEN THANH NGUYEN, d/b/a POLYMER PEW* | **Civil Action No. 4:26-cv-00425-ALM** |
| *ABC IP, LLC, et al. v. NOCTURNAL APPAREL-VUKANOVICH* | **Civil Action No. 4:26-cv-01235-ALM** |

| | |
|---|---|
| *ABC IP, LLC et al. v. NSPEC INNOVATIONS, LLC, et al.* | **Civil Action No. 4:26-cv-00948-ALM** |
| *ABC IP, LLC et al. v. ODIN WORKS, INC., et al.* | **Civil Action No. 4:26-cv-01091-ALM** |
| *ABC IP, LLC, et al. v. OLDE ENGLISH OUTFITTERS* | **Civil Action No. 4:26-cv-00932-ALM** |
| *ABC IP, LLC, et al. v. ONE HORSE, et al.* | **Civil Action No. 4:26-cv-01065-ALM** |
| *ABC IP, LLC, et al v. OPTICS PLANET, INC., d/b/a ECENTRIA* | **Civil Action No. 4:26-cv-00521-ALM** |
| *ABC IP, LLC, et al. v. ORION ARMS CORP. d/b/a ORION WHOLESALE* | **Civil Action No. 4:26-cv-01110-ALM** |
| *ABC IP, LLC, et al. v. PARA BELLUM RESEARCH LAB LLC, et al.* | **Civil Action No. 4:26-cv-01008-ALM** |
| *ABC IP, LLC, et al v. PEAK TACTICAL, LLC d/b/a PARTISAN TRIGGERS, et al.* | **Civil Action No. 4:26-cv-00698-ALM** |
| *ABC IP, LLC et al. v. PEMBLETON AND SONS' LLC* | **Civil Action No. 4:26-cv-00992-ALM** |
| *ABC IP, LLC, et al. v. PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS, et al.* | **Civil Action No. 2:26-cv-00053-ALM** |
| *ABC IP, LLC, et al. v. PROSOURCE FIREARMS, LLC* | **Civil Action No. 2:26-cv-00055-ALM** |
| *ABC IP, LLC, et al. v. QUICK RESPONSE FIREARMS et al.* | **Civil Action No. 4:26-cv-00944-ALM** |
| *ABC IP, LLC, et al. v. REDACTED ARMS, LLC* | **Civil Action No. 4:26-cv-00754-ALM** |
| *ABC IP, LLC, et al. v. REDACTED INDUSTRIES LLC* | **Civil Action No. 4:26-cv-01450-ALM** |
| *ABC IP, LLC, et al. v. ROKC LLC d/b/a RAINIER ARMS* | **Civil Action No. 4:26-cv-01498-ALM** |

| | |
|---|---|
| *ABC IP, LLC, et al. v. SGC, LLC d/b/a SCOTTSDALE GUN CLUB, et al.* | **Civil Action No. 4:26-cv-00694-ALM** |
| *ABC IP, LLC, et al. v. SHALO TEK, INC., et al.* | **Civil Action No. 4:26-cv-01123-ALM** |
| *ABC IP, LLC et al. v. SHOOTING TARGETS USA, LLC et al.* | **Civil Action No. 4:26-cv-00799-ALM** |
| *ABC IP, LLC et al. v. SKER INDUSTRIES* | **Civil Action No. 4:26-cv-00928-ALM** |
| *ABC IP, LLC et al. v. PAUL MICHAEL GUY d/b/a/ SOUTHERN CUSTOMS GUNS & AMMO* | **Civil Action No. 4:26-cv-01250-ALM** |
| *ABC IP, LLC et al. v. SOUTHERN KENTUCKY KY OUTDOORSMAN* | **Civil Action No. 4:26-cv-01122-ALM** |
| *ABC IP, LLC, et al. v. SPORTS SOUTH LLC, et al.* | **Civil Action No. 4:26-cv-01135-ALM** |
| *ABC IP, LLC, et al. v. STAR DEVELOPMENT LLC, et al.* | **Civil Action No. 4:26-cv-01136-ALM** |
| *ABC IP, LLC, et al. v. STARK80, et al.* | **Civil Action No. 4:26-cv-01018-ALM** |
| *ABC IP, LLC, et al. v. STRYKE GUNWORKS, LLC* | **Civil Action No. 4:26-cv-01001-ALM** |
| *ABC IP, LLC, et al. v. SUPER SAFE SOLUTIONS, LLC, et al.* | **Civil Action No. 4:26-cv-01086-ALM** |
| *ABC IP, LLC, et al. v. SUPERIOR FIREARMS OF TEXAS, LLC* | **Civil Action No. 2:26-cv-00058-ALM** |
| *ABC IP, LLC, et al. v. TACTICAL GEAR HEADS d/b/a 80-LOWERS.COM AND 80% LOWERS* | **Civil Action No. 4:26-cv-01446-ALM** |
| *ABC IP, LLC, et al. v. TACTICAL SOLUTIONS GROUP, LLC, et al.* | **Civil Action No. 4:26-cv-00735-ALM** |
| *ABC IP, LLC, et al. v. TGR SERVICES, LLC, d/b/a MISSION RIDGE LLC & MISSION RIDGE RANGE & ACADEMY LLC, f/k/a TEXAS GUN RANGE OPERATORS LLC, et al.* | **Civil Action No. 4:26-cv-00680-ALM** |

| | |
|---|---|
| *ABC IP LLC et al. v. TRINITY TRIGGER LLC* | **Civil Action No. 4:26-cv-00936-ALM** |
| *ABC IP LLC et al. v. URSA-SEC LLC et al.* | **Civil Action No. 4:26-cv-01482-ALM** |
| *ABC IP, LLC, et al. v. VANCE OUTDOORS INC., d/b/a SPORTSMAN OUTDOOR SUPERSTORE, et al.* | **Civil Action No. 4:26-cv-01009-ALM** |
| *ABC IP, LLC, et al. v. VELOCITY AMMUNITION SALES LLC, et al.* | **Civil Action No. 4:26-cv-00954-ALM** |
| *ABC IP, LLC, et al. v. WEBCORP, INC. d/b/a TACTICAL SHIT/ LIBERAL TEARS/SIGGLOCKINCOLT.COM, et al.* | **Civil Action No. 4:26-cv-00768-ALM** |
| *ABC IP, LLC, et al. v. WMI LLC, et al.* | **Civil Action No. 4:26-cv-01372-ALM** |
| *ABC IP, LLC, et al. v. WOTJEK LLC d/b/a WOJTEK WEAPONRY, et al.* | **Civil Action No. 4:26-cv-01447-ALM** |
| *ABC IP, LLC, et al. v. Z3 PRODUCTIONS, LLC, d/b/a Z3PRO* | **Civil Action No. 4:26-cv-00367-ALM** |

**NOTICE OF APPEARANCE OF BRANDON S. AVERS**

Please take notice that the undersigned attorney is admitted to this Court and hereby enters his appearance of counsel on behalf of Plaintiffs and Counterclaim-Defendants ABC IP, LLC, Rare Breed Triggers, Inc., and RBTM LLC; and Defendants and Counterclaim-Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc., and Defendant Lawrence DeMonico. Counsel consents to electronic service of all papers in this action.

DATED: November 18, 2026

Respectfully submitted,

*/s/ Brandon S. Avers*

Brandon S. Avers
Texas Bar No. 24135660
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: avers@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

***Attorneys for Plaintiffs/Counterclaim-Defendants ABC IP, LLC, Rare Breed Triggers, Inc., and RBTM LLC; and Defendants/Counterclaim-Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc., and Defendant Lawrence DeMonico***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on November 18, 2026, and was served via CM/ECF on all counsel of record.

*/s/ Brandon S. Avers*
Brandon S. Avers