# Exhibit 1

**Table 1 – Allegations of Residence, Ownership, and/or Controlling and Directing Entity**

| Summary Case Name | MDL Case No. (all end in -ALM) | Operative Compl. Docket Number | Defendants | Allegations Against Individual Defendant(s) | Plaintiffs' Claims |
|---|---|---|---|---|---|
| ABC IP, LLC et al. v. Dirty Bird Industries, LLC et al. | 4:26-cv-01013 | ECF No. 1 | Dirty Bird Industries, LLC<br>Jay Pitcher<br>Dustin Pitcher<br>Lori Pitcher | "Upon information and belief, Defendants Jay Pitcher, Dustin Pitcher, and Lori Pitcher are individuals with an address of . . . Bakersfield, California 93308." Dirty Bird Compl. at 3. | Infringement of the '247 patent;<br>Infringement of the '784 patent;<br>Infringement of the '159 patent;<br>Infringement of the '233 patent;<br>Infringement of the '003 patent;<br>Infringement of the '336 patent;<br>Infringement of the '807 patent;<br>Infringement of the '403 patent;<br>Federal trademark infringement under 15 U.S.C. § 1114;<br>False designation of origin under 15 U.S.C. § 1125(a); and<br>Common law trademark infringement and unfair competition. |
| ABC IP, LLC et al. v. Cloak Industries, Inc. et al. | 4:26-cv-00608 | ECF No. 22 | Cloak Industries, Inc.<br>William C. King Jr. | "Upon information and belief, William C. King Jr., is an individual residing in Nampa, Idaho." Cloak Compl. at 2. | Infringement of the '223 patent;<br>Infringement of the '003 patent;<br>Infringement of the '336 patent;<br>Infringement of the '807 patent;<br>Infringement of the '403 patent;<br>Federal trademark infringement under 15 U.S.C. § 1114;<br>False designation of origin under 15 U.S.C. § 1125(a); and<br>Common law trademark infringement and unfair competition. |

| Summary Case Name | MDL Case No. (all end in -ALM) | Operative Compl. Docket Number | Defendants | Allegations Against Individual Defendant(s) | Plaintiffs' Claims |
|---|---|---|---|---|---|
| ABC IP, LLC et al. v. AR-TT, LLC et al. | 4:26-cv-00693 | ECF No. 22 | AR-TT, LLC d/b/a Takedown Tools<br>Clausen Inc.<br>Jonathan Clausen<br>Jodi Clausen | "Upon information and belief, Defendant Jonathan is an individual residing in Spokane, Washington, who operates and directs the complained-of activities of Takedown Tools." AR-TT Compl. at 2.<br><br>"Upon information and belief, Defendant Jodi is an individual residing in Spokane, Washington, who operates and directs the complained of activities of Takedown Tools." *Id.* at 2. | Infringement of the '247 patent;<br>Infringement of the '784 patent;<br>Infringement of the '538 patent;<br>Infringement of the '159 patent;<br>Infringement of the '223 patent;<br>Infringement of the '003 patent;<br>Infringement of the '336 patent;<br>Infringement of the '807 patent;<br>Infringement of the '403 patent;<br>Federal trademark infringement under 15 U.S.C. § 1114;<br>False designation of origin under 15 U.S.C. § 1125(a); and<br>Common law trademark infringement and unfair competition. |
| ABC IP, LLC et al. v. 2A Optics LLC et al. | 4:26-cv-01449 | ECF No. 22 | 2A Optics LLC<br>Christopher Ingram | "Upon information and belief, Ingram is an individual with an address of . . . Lincoln County, MS 39662." 2A Optics Compl. at 2.<br><br>"On information and belief, Ingram personally participates in, directs, and benefits from 2A Optics's making, selling, promotion, and support of the Accused Products." *Id.* at 16. | Infringement of the '247 patent;<br>Infringement of the '784 patent;<br>Infringement of the '159 patent;<br>Infringement of the '223 patent;<br>Infringement of the '003 patent;<br>Infringement of the '336 patent;<br>Infringement of the '807 patent;<br>Infringement of the '403 patent;<br>Federal trademark infringement under 15 U.S.C. § 1114;<br>False designation of origin under 15 U.S.C. § 1125(a); and<br>Common law trademark infringement and unfair competition. |

**Exhibit 1 to Certain Individual Defendants' Motion to Dismiss (Nov. 19, 2026)**

| | | | | | |
|---|---|---|---|---|---|
| ABC IP, LLC et al. v. David Freshwater et al. | 4:26-cv-00930 | ECF No. 24 | David Freshwater<br>Idaho Arms and Ammo, LLC | "Upon information and belief, Freshwater is an individual residing at . . . Meridian, Idaho 83646. Upon information and belief, Freshwater owns and operates Idaho Arms & Ammo." Freshwater Compl. at 2.<br><br>"Freshwater is advertising his product as "FRT" on his website, as shown at https://www.idahoarmsammo.com/product/partisan-trigger-frt/. An exemplary image is shown below:"<br><br>*Id.* at 17.<br><br>"Despite Freshwater's marketing, Freshwater's product is not one of Plaintiffs' FRT products." *Id.*<br><br>"Freshwater's unauthorized use of the FRT® marks to identify and promote his products is likely to mislead consumers into falsely believing that Freshwater's products are in fact Plaintiffs' products, or are endorsed by or associated with Plaintiffs." *Id.*<br><br>"The only reason Freshwater would use the FRT® marks in connection with his products is to trade on the goodwill Plaintiffs have developed in the FRT® marks, and thus Freshwater's conduct is willful." *Id.* | Infringement of the '247 patent;<br>Infringement of the '784 patent;<br>Infringement of the '538 patent;<br>Infringement of the '159 patent;<br>Infringement of the '223 patent;<br>Infringement of the '003 patent;<br>Infringement of the '336 patent;<br>Infringement of the '807 patent;<br>Infringement of the '403 patent;<br>Federal trademark infringement under 15 U.S.C. § 1114;<br>False designation of origin under 15 U.S.C. § 1125(a); and<br>Common law trademark infringement and unfair competition. |

| Summary Case Name | MDL Case No. (all end in -ALM) | Operative Compl. Docket Number | Defendants | Allegations Against Individual Defendant(s) | Plaintiffs' Claims |
|---|---|---|---|---|---|
| ABC IP, LLC et al. v. SGC, LLC et al. | 4:26-cv-00694 | ECF No. 31 | SGC, LLC d/b/a Scottsdale Gun Club<br>Terence D. Schmidt<br>Ronald Kennedy | "Upon information and belief, Defendant Scmidt [sic] is an individual residing at . . . Scottsdale, AZ 85266, who solely operates and directs the complained-of activities at his regular and established place of business at 14860 N Northsight Blvd. Scottsdale, AZ 852604110 North Service Road, Saint Peters, MO 63376." SGC Compl. at 2-3.<br><br>"Upon information and belief, Defendant Kennedy is an individual residing in the District, who solely operates and directs the complained-of activities at his regular and established place of business at 14860 N Northsight Blvd. Scottsdale, AZ 852604110 North Service Road, Saint Peters, MO 63376." *Id.* at 3. | Infringement of the '223 patent;<br>Infringement of the '003 patent;<br>Infringement of the '336 patent;<br>Infringement of the '807 patent; and<br>Infringement of the '403 patent. |
| ABC IP, LLC et al. v. AR-15 Gun Owners of America, Inc. et al. | 4:26-cv-00761 | ECF No. 2 | AR-15 Gun Owners Of America, Inc.<br>Chris Allen Waltz | "Upon information and belief, Chris Allen Waltz ("Waltz") is an individual residing at . . . Kathleen, Georgia 31047." AR-15 Gun Owners Compl. at 2.<br><br>"Upon information and belief, Waltz owns and operates AR15GOA." *Id.* at 2. | Infringement of the '247 patent;<br>Infringement of the '784 patent;<br>Infringement of the '159 patent;<br>Infringement of the '223 patent;<br>Infringement of the '003 patent;<br>Infringement of the '336 patent;<br>Infringement of the '807 patent; and<br>Infringement of the '403 patent. |

| Summary Case Name | MDL Case No. (all end in -ALM) | Operative Compl. Docket Number | Defendants | Allegations Against Individual Defendant(s) | Plaintiffs' Claims |
|---|---|---|---|---|---|
| ABC IP, LLC et al. v. Odin Works, Inc. et al. | 4:26-cv-01091 | ECF No. 1 | Odin Works, Inc.<br>Thomas Hines | "Upon information and belief, Thomas Hines is an individual residing at . . . Kuna, ID 83634, who is the owner or an owner of ODIN Works, Inc. and directs its operations, including directing ODIN Works, Inc. to sell products in violation of the Asserted Patents." ODIN Works Compl. at 2. | Infringement of the '247 patent;<br>Infringement of the '784 patent;<br>Infringement of the '159 patent;<br>Infringement of the '223 patent;<br>Infringement of the '003 patent;<br>Infringement of the '336 patent;<br>Infringement of the '807 patent;<br>Infringement of the '403 patent;<br>Federal trademark infringement under 15 U.S.C. § 1114;<br>False designation of origin under 15 U.S.C. § 1125(a); and<br>Common law trademark infringement and unfair competition. |
| ABC IP, LLC et al. v. Bilson Arms, LLC et al. | 4:26-cv-01134 | ECF No. 1 | Bilson Arms, LLC<br>John Angers, Jr. | "Upon information and belief, John W. Angers Jr. is an individual residing at . . . Youngsville, LA 70592, who is the owner or an owner of Bilson Arms, LLC and directs its operations, including directing Bilson Arms, LLC to sell products in violation of the Asserted Patents." Bilson Arms Compl. at 2. | Infringement of the '223 patent;<br>Infringement of the '003 patent;<br>Infringement of the '336 patent;<br>Infringement of the '807 patent;<br>Infringement of the '403 patent;<br>Federal trademark infringement under 15 U.S.C. § 1114;<br>False designation of origin under 15 U.S.C. § 1125(a); and<br>Common law trademark infringement and unfair competition. |

**Exhibit 1 to Certain Individual Defendants' Motion to Dismiss (Nov. 19, 2026)**

| Summary Case Name | MDL Case No. (all end in -ALM) | Operative Compl. Docket Number | Defendants | Allegations Against Individual Defendant(s) | Plaintiffs' Claims |
|---|---|---|---|---|---|
| ABC IP, LLC et al. v. Star Development, LLC et al. | 4:26-cv-01136 | ECF No. 1 | Star Development, LLC<br>Sarah Stokes [Sara Stakes] | "Upon information and belief, Sarah Stokes is an individual residing in Phoenix, AZ 85016, who is an owner of Star Dev LLC and directs its operations, including directing Star Dev LLC to sell products in violation of the Asserted Patents." Star Dev Compl. at 2. | Infringement of the '223 patent;<br>Infringement of the '003 patent;<br>Infringement of the '336 patent;<br>Infringement of the '807 patent; and<br>Infringement of the '403 patent. |
| ABC IP, LLC et al. v. Muffintop Tactical LLC et al. | 4:26-cv-01277 | ECF No. 1 | Muffintop Tactical LLC<br>Jason Ramsden | "Upon information and belief, Jason Ramsden is an individual residing at . . . Jarrell, TX 76537, who is the owner or an owner of Muffintop Tactical LLC and directs its operations, including directing Muffintop Tactical LLC to sell products in violation of the Asserted Patents and FRT Marks." Muffintop Compl. at 2. | Infringement of the '247 patent;<br>Infringement of the '784 patent;<br>Infringement of the '159 patent;<br>Infringement of the '223 patent;<br>Infringement of the '003 patent;<br>Infringement of the '336 patent;<br>Infringement of the '807 patent;<br>Infringement of the '403 patent;<br>Federal trademark infringement under 15 U.S.C. § 1114;<br>False designation of origin under 15 U.S.C. § 1125(a); and<br>Common law trademark infringement and unfair competition. |

| Summary Case Name | MDL Case No. (all end in -ALM) | Operative Compl. Docket Number | Defendants | Allegations Against Individual Defendant(s) | Plaintiffs' Claims |
|---|---|---|---|---|---|
| ABC IP, LLC et al. v. Wojtek LLC d/b/a Wojtek Weaponry et al. | 4:26-cv-1447 | ECF No. 1 | Wojtek LLC, a New Hampshire limited liability company, d/b/a Wojtek Weaponry,<br>Nathan Wolanyk | "Upon information and belief, Nathan Wolanyk is an individual residing at . . . Manchester, NH 03103, who is the owner or an owner of Wojtek LLC and directs its operations, including directing Wojtek LLC to sell products in violation of the Asserted Patents." Wojtek Compl. at 2. | Infringement of the '247 patent;<br>Infringement of the '784 patent;<br>Infringement of the '538 patent;<br>Infringement of the '159 patent;<br>Infringement of the '223 patent;<br>Infringement of the '003 patent;<br>Infringement of the '336 patent;<br>Infringement of the '807 patent;<br>Infringement of the '403 patent;<br>Federal trademark infringement under 15 U.S.C. § 1114;<br>False designation of origin under 15 U.S.C. § 1125(a); and<br>Common law trademark infringement and unfair competition. |

| Summary Case Name | MDL Case No. (all end in -ALM) | Operative Compl. Docket Number | Defendants | Allegations Against Individual Defendant(s) | Plaintiffs' Claims |
|---|---|---|---|---|---|
| ABC IP, LLC et al. v. Firearms Direct Club LLC et al. | 4:26-cv-01120 | ECF No. 1 | Firearms Direct Club LLC<br>Kimberly Smith<br>Taylor Spears | "Upon information and belief, Kimberly Smith is an individual residing at . . . Gulf Breeze, FL 32563, who is the owner or an owner of Firearms Direct Club LLC and directs its operations, including directing Firearms Direct Club LLC to sell products in violation of the Asserted Patents." Firearms Direct Club Compl. at 2.<br><br>"Upon information and belief, Taylor Spears is an individual residing at . . . Milton, FL 32583, who is the owner or an owner of Firearms Direct Club LLC and directs its operations, including directing Firearms Direct Club LLC to sell products in violation of the Asserted Patents." *Id.* at 2. | Infringement of the '247 patent;<br>Infringement of the '784 patent;<br>Infringement of the '538 patent;<br>Infringement of the '159 patent;<br>Infringement of the '223 patent;<br>Infringement of the '003 patent;<br>Infringement of the '336 patent;<br>Infringement of the '807 patent;<br>Infringement of the '403 patent;<br>Federal trademark infringement under 15 U.S.C. § 1114;<br>False designation of origin under 15 U.S.C. § 1125(a); and<br>Common law trademark infringement and unfair competition. |
| ABC IP, LLC et al. v. SKER Industries LLC | 4:26-cv-00928 | ECF No. 8 | Sker Industries LLC<br>Jordan Linsker | "Upon information and belief, Linsker is an individual residing at . . . Brook, NY 10573-1421." SKER Compl. at 2.<br><br>"Upon information and belief, Linsker is the founder, owner, and operator of SKER, and directs its infringing activities." *Id.* at 2. | Infringement of the '247 patent;<br>Infringement of the '784 patent;<br>Infringement of the '538 patent;<br>Infringement of the '159 patent;<br>Infringement of the '223 patent;<br>Infringement of the '003 patent;<br>Infringement of the '336 patent;<br>Infringement of the '807 patent; and<br>Infringement of the '403 patent. |

| Summary Case Name | MDL Case No. (all end in -ALM) | Operative Compl. Docket Number | Defendants | Allegations Against Individual Defendant(s) | Plaintiffs' Claims |
|---|---|---|---|---|---|
| ABC IP, LLC et al. v. SHOOTING TARGETS USA, LLC et al. | 4:26-cv-00799 | ECF No. 1 | Shooting Targets USA, LLC d/b/a Outpost Gear<br>Michael Joseph Speeney III | "Upon information and belief, Speeney is a principal or the sole principal of STUSA and had knowledge of Plaintiffs' patent rights at least by his access to and knowledge of the FRT Legal Library on Partisan Triggers' website. Upon information and belief, Speeney directed STUSA to infringe the Plaintiffs' patent rights." Shooting Targets Compl. at 11. | Infringement of the '223 patent;<br>Infringement of the '003 patent;<br>Infringement of the '336 patent;<br>Infringement of the '807 patent;<br>Infringement of the '403 patent;<br>Federal trademark infringement under 15 U.S.C. § 1114;<br>False designation of origin under 15 U.S.C. § 1125(a); and<br>Common law trademark infringement and unfair competition. |
| ABC IP, LLC et al. v. East Coast Cerakote LLC et al. | 4:26-cv-00831 | ECF No. 1 | East Coast Cerakote LLC<br>Gavin Luzier | "Upon information and belief, Luzier is a principal of ECC and had knowledge or should have had knowledge of Plaintiffs' patent rights at least by his access to and knowledge of the FRT Legal Library on Partisan Triggers' website. Upon information and belief, Luzier directed ECC to infringe the Plaintiffs' patent rights." East Coast Cerakote Compl. at 12. | Infringement of the '247 patent;<br>Infringement of the '784 patent;<br>Infringement of the '538 patent;<br>Infringement of the '159 patent;<br>Infringement of the '223 patent;<br>Infringement of the '003 patent;<br>Infringement of the '336 patent;<br>Infringement of the '807 patent;<br>Infringement of the '403 patent;<br>Federal trademark infringement under 15 U.S.C. § 1114;<br>False designation of origin under 15 U.S.C. § 1125(a); and<br>Common law trademark infringement and unfair competition. |

| Summary Case Name | MDL Case No. (all end in -ALM) | Operative Compl. Docket Number | Defendants | Allegations Against Individual Defendant(s) | Plaintiffs' Claims |
|---|---|---|---|---|---|
| ABC IP, LLC et al. v. Quick Response Firearms LLC et al. | 4:26-cv-00944 | ECF No. 29 | Quick Response Firearms LLC<br>Daniel Corsini<br>Jerried "Jerry" Brown | "Upon information and belief, Corsini is an individual residing in Twin Falls, Idaho, and is a principal of QRF." Quick Response Compl. at 2.<br><br>"Upon information and belief, Brown is an individual having a place of business in Twin Falls, Idaho, and is a principal of QRF." *Id.*<br><br>"On information and belief, Corsini and Brown are principals of QRF, and each directed QRF to infringe Plaintiffs' patent rights." *Id.* at 12.<br><br>"On information and belief, Corsini and Brown, as principals of QRF, have known of Plaintiffs' patent rights at least through their access to and knowledge of the FRT Legal Library on the Partisan Triggers (now The Triggered Company) website." *Id.* | Direct infringement of the '223 patent;<br>Direct infringement of the '003 patent;<br>Direct infringement of the '336 patent;<br>Direct infringement of the '807 patent;<br>Infringement of the '403 patent;<br>Federal trademark infringement under 15 U.S.C. § 1114;<br>False designation of origin under 15 U.S.C. § 1125(a); and<br>Common law trademark infringement and unfair competition. |
| ABC IP, LLC et al. v. Inoculum-Group LLC et al. | 4:26-cv-00945 | ECF No. 1 | Inoculum-Group LLC<br>Ryan K. Jacobson | "Upon information and belief, Jacobson is a principal or the sole principal of Inoculum and had knowledge of Plaintiffs' patent rights at least by his access to and knowledge of the FRT Legal Library on Partisan Triggers' (now The Triggered Company's) website. Upon information and belief, Jacobson directed Inoculum to infringe the Plaintiffs' patent rights." Inoculum Compl. at 10. | Direct infringement of the '223 patent;<br>Direct infringement of the '003 patent;<br>Direct infringement of the '336 patent;<br>Direct infringement of the '807 patent; and<br>Infringement of the '403 patent. |

| Summary Case Name | MDL Case No. (all end in -ALM) | Operative Compl. Docket Number | Defendants | Allegations Against Individual Defendant(s) | Plaintiffs' Claims |
|---|---|---|---|---|---|
| ABC IP, LLC et al. v. Velocity Ammunition Sales, LLC et al. | 4:26-cv-00954 | ECF No. 1 | Velocity Ammunition Sales, LLC<br>David Allen Hazlett | "Upon information and belief, Hazlett is a principal or one of the principals of Velocity and had knowledge of Plaintiffs' patent rights at least by his access to and knowledge of the FRT Legal Library on Peak's website. Upon information and belief, Hazlett directed Velocity to infringe the Plaintiffs' patent rights." Velocity Compl. at 10. | Infringement of the '223 patent;<br>Infringement of the '003 patent;<br>Infringement of the '336 patent;<br>Infringement of the '807 patent;<br>Infringement of the '403 patent;<br>Federal trademark infringement under 15 U.S.C. § 1114;<br>False designation of origin under 15 U.S.C. § 1125(a); and<br>Common law trademark infringement and unfair competition. |
| ABC IP, LLC et al. v. 2A Ninja LLC et al. | 4:26-cv-01106 | ECF No. 1 | 2A Ninja LLC<br>Ethan Alexander Cook | "Upon information and belief, Cook is a principal of 2A Ninja and had knowledge of Plaintiffs' patent rights at least by his access to and knowledge of the FRT Legal Library on Partisan Triggers' (now The Triggered Company's) website. Upon information and belief, Cook directed 2A Ninja to infringe the Plaintiffs' patent rights." 2A Ninja Compl. at 8. | Infringement of the '223 patent;<br>Infringement of the '003 patent;<br>Infringement of the '336 patent;<br>Infringement of the '807 patent; and<br>Infringement of the '403 patent. |

| Summary Case Name | MDL Case No. (all end in -ALM) | Operative Compl. Docket Number | Defendants | Allegations Against Individual Defendant(s) | Plaintiffs' Claims |
|---|---|---|---|---|---|
| ABC IP, LLC et al. v. Hawkphin Sales, LLC et al. | 4:26-cv-00707 | ECF No. 30 | Hawkphin Sales, LLC d/b/a Battlehawk Armory/ Battle Optics/ Battle Shop/ Battle Shops/ Lakefront Armory<br>Adam Gerleman | "Upon information and belief, Defendant Adam Gerleman ('Gerleman') is an individual residing at . . . Grimes, IA 50111, who solely operates and directs the complained-of activities at his regular and established place of business at 3060 SE Grimes Blvd Suite 600, Grimes, IA 50111." Hawkphin Compl. at 2.<br><br>"On August 9, 2025, a cease and desist demand letter was delivered to Battle Hawk and Adam Gerleman, informing them of the '247 Patent and expressly accusing its 'Super Safety,' and other similar products sold via the website at www.battlehawkarmory.com of patent infringement." *Id.* at 5. | Infringement of the '247 patent;<br>Infringement of the '784 patent;<br>Infringement of the '538 patent;<br>Infringement of the '159 patent;<br>Infringement of the '223 patent;<br>Infringement of the '003 patent;<br>Infringement of the '336 patent;<br>Infringement of the '807 patent;<br>Infringement of the '403 patent;<br>Federal trademark infringement under 15 U.S.C. § 1114;<br>False designation of origin under 15 U.S.C. § 1125(a); and<br>Common law trademark infringement and unfair competition. |

| Summary Case Name | MDL Case No. (all end in -ALM) | Operative Compl. Docket Number | Defendants | Allegations Against Individual Defendant(s) | Plaintiffs' Claims |
|---|---|---|---|---|---|
| ABC IP, LLC et al. v. Webcorp, Inc. et al. | 4:26-cv-00768 | ECF No. 41-1 | Webcorp, Inc. d/b/a Tactical Shit / Liberal Tears / sigglockincolt.com<br>Thomas Kirgin Jr. | "Upon information and belief, Webcorp, Inc. is a Missouri corporation, operating under the d/b/a 'Tactical Shit,' having a principal office at 4110 N Service Rd., Saint Peters, MO 63376, whose registered agent is 'THOMAS J KIRGIN JR' at the same address." Webcorp Compl. at 2.<br><br>"Upon information and belief, Defendant Kirgin is an individual residing at . . . St Paul, MO 63366, who solely operates and directs the complained-of activities at his regular and established place of business at 4110 North Service Road, Saint Peters, MO 63376." *Id.* at 2.<br><br>"On information and belief, Liberal Tears is a registered tradename owned by Kirgin and having a business address at 4110 N Service Rd., Saint Peters, MO 63376." *Id.* at 2.<br><br>"In 2024, principals of Plaintiff ABC spoke with Kirgin about providing testimony in another litigation unrelated to the present action. In that conversation, ABC's principals discussed with Kirgin the Asserted Patents and what those patents covered. Therefore, Defendants' acts were with knowledge of the Asserted Patents and that such acts would be infringing. Accordingly, the infringement should be considered willful." *Id.* at 4-5. | Infringement of the '247 patent;<br>Infringement of the '784 patent;<br>Infringement of the '159 patent;<br>Infringement of the '223 patent;<br>Infringement of the '003 patent;<br>Infringement of the '336 patent;<br>Infringement of the '807 patent; and<br>Infringement of the '403 patent. |

**Table 2 – Allegations Against Balbag, Norton, Donatto, and Stakes**

| Summary Case Name | MDL Case No. (all end in -ALM) | Operative Compl. Docket Number | Defendants | Allegations Against Individual Defendant(s) | Plaintiffs' Claims |
|---|---|---|---|---|---|
| ABC IP, LLC et al. v. Barricade, LLC et al. | 6:26-cv-00320 | ECF No. 1 | Barricade, LLC<br>Kieren Balbag [Keiren Balbag] | "Upon information and belief, Balbag is an individual residing at . . . Van, TX 75790-3007." Barricade Compl. at 2.<br><br>"On information and belief, Defendants are making, using, selling, and/or offering for sale the Disruptor via at least the 'Super Safety Hoffman Tactical and FRT' Facebook group. Exemplary photographs are shown below:" The pleaded screenshot shows a post by 'Keiran Balbag,' including a picture of a Disruptor. *Id.* at 12.<br><br>The complaint shows similar screenshots of Facebook posts in which Balbag posts pictures of the Super Safety, the Atrius Selector and the ARC-Fire in the same Facebook group. *Id.* at 9-11, 14-15. | Infringement of the '247 patent;<br>Infringement of the '784 patent;<br>Infringement of the '538 patent;<br>Infringement of the '159 patent;<br>Infringement of the '223 patent;<br>Infringement of the '003 patent;<br>Infringement of the '336 patent;<br>Infringement of the '807 patent;<br>Infringement of the '403 patent;<br>Federal trademark infringement under 15 U.S.C. § 1114;<br>False designation of origin under 15 U.S.C. § 1125(a); and<br>Common law trademark infringement and unfair competition. |
| ABC IP, LLC et al. v. Peak Tactical, LLC et al. | 4:26-cv-00698 | ECF No. 73 | Peak Tactical, LLC d/b/a Partisan Triggers<br>Nicholas Norton | "Upon information and belief, Nicholas Norton is an individual residing in Wyoming or North Carolina, and working in Wyoming, and is the 49% owner of Peak Tactical, LLC." Peak Compl. at 2.<br><br>"For example, personal jurisdiction and venue over Defendant Nicholas Norton is proper in this district at least because he has availed himself of Wyoming's laws by owning a business in Wyoming with a principal address in Wyoming. Additionally, on information and belief Mr. Norton commits and directs infringing activities from Peak Tactical, LLC's principal place of business in Wyoming." | Infringement of the '223 patent;<br>Infringement of the '003 patent;<br>Infringement of the '336 patent;<br>Infringement of the '807 patent;<br>False patent marking;<br>False advertising under the Lanham Act; and<br>Infringement of the '403 patent. |

| Summary Case Name | MDL Case No. (all end in -ALM) | Operative Compl. Docket Number | Defendants | Allegations Against Individual Defendant(s) | Plaintiffs' Claims |
|---|---|---|---|---|---|
| | | | | *Id.* at 3.<br><br>"On information and belief, Nicholas Norton is and/or has been and is working in concert with Douglas Rios ("Rios") on the development, manufacture, and/or import of the Disruptor." *Id.* at 13.<br><br>"Existence of the injunction was well known among those who manufacture rate enhancing devices for firearms, including assisted reset and "forced reset" triggers, including, on information and belief, Nicholas Norton." *Id.* at 14.<br><br>"On information and belief, Rios gave actual notice of the injunction for the Prior Litigation to Nicholas Norton. In any event, Nicholas Norton has actual notice of the injunction no later than the service of this Complaint. Because Nicholas Norton is acting in active concert or participation with Rios with respect to the Disruptor, he is bound by the injunction's terms." *Id.* at 14.<br><br>Screenshots of the FRT Legal Library include document captions with Norton's name, such as "TRO Hearing Transcript — ABC IP & Rare Breed v. Peak Tactical & Norton." *Id.* Ex. I. | |
| Rare Breed Triggers, Inc. et al. v. Firearm Systems LLC et al. | 4:26-cv-00695 | ECF No. 23 | Firearm Systems LLC d/b/a Firearm Systems<br>Brandon Donatto<br>Michael Stakes | "Upon information and belief, Brandon Donatto is an individual residing in Arizona, who is an owner and directs the operations of Firearm Systems, LLC." Firearm Systems Compl. at 1. | Infringement of the '223 patent;<br>Infringement of the '003 patent;<br>Infringement of the '336 patent;<br>Infringement of the '807 patent; |

| Summary Case Name | MDL Case No. (all end in -ALM) | Operative Compl. Docket Number | Defendants | Allegations Against Individual Defendant(s) | Plaintiffs' Claims |
|---|---|---|---|---|---|
| | | | | "On information and belief, Defendants Firearm Systems and Brandon Donatto sold, sell. offer for sale, and/or offered for sale the Infringing Device via the website https://firearmsystems.net/shop." *Id.* at 5.<br><br>"Upon information and belief, Michael Stakes is an individual residing in Arizona, who directs the operations of Peak Tactical, LLC d/b/a Partisan Triggers and/or The Triggered Company and is an owner of U.S. Patent No. 9,146,067." *Id.* at 1.<br><br>"On information and belief, Defendant Michael Stakes promotes the sale of the Infringing Device via the website: https://triggeredcompany.com…" *Id.* at 6.<br><br>"On information and belief, Stakes is an owner of Peak Tactical, LLC." *Id.* at 8.<br><br>"On information and belief, Stakes is an owner of U.S. Patent No. 9,146,067, which relates to an assisted reset trigger made and sold by Tac-Con. On information and belief, Stakes is an owner of Tac-Con, whose rate-of-fire enhancing products precede Plaintiffs' creation of the FRT market." *Id.* at 8.<br><br>"On information and belief, Stakes and Firearm Systems are alter egos and have intermingled funds." *Id.* at 8. | Infringement of the '403 patent;<br>False patent marking (against Stakes only);<br>Federal trademark infringement under 15 U.S.C. § 1114;<br>False designation of origin under 15 U.S.C. § 1125(a); and<br>Common law trademark infringement and unfair competition. |

| Summary Case Name | MDL Case No. (all end in -ALM) | Operative Compl. Docket Number | Defendants | Allegations Against Individual Defendant(s) | Plaintiffs' Claims |
|---|---|---|---|---|---|
| | | | | "On information and belief, Stakes is and/or has been and is working in concert with Douglas Rios ("Rios") on the development, manufacture, and/or import of the Infringing Device." *Id.* at 9.<br><br>"Existence of the injunction was well known among those who manufacture rate enhancing devices for firearms, including assisted reset and 'forced reset' triggers, including Tac-Con, maker of the 3MR assisted rest trigger, and its principal, Stakes." *Id.* at 10.<br><br>"On information and belief, Rios gave actual notice of the injunction for the Prior Litigation to Stakes. In any event, Stakes has actual notice of the injunction no later than the service of this Complaint. Because Stakes is acting in active concert or participation with Rios with respect to the Infringing Device, he is bound by the injunction's terms." *Id.* at 10.<br><br>"On information and belief, Stakes the inventor and is an owner of U.S. Patent No. 9,146,067, which relates to a three-position assisted reset trigger made and sold by Tac-Con. On information and belief, Stakes is an owner of Tac-Con, whose rate-of-fire enhancing products precede Plaintiffs' creation of the market for "forced reset" triggers." *Id.* at 13, 69.<br><br>"On information and belief, Stakes knows that the Partisan Triggers "Disruptor" is a "forced reset" trigger and that the | |

| Summary Case Name | MDL Case No. (all end in -ALM) | Operative Compl. Docket Number | Defendants | Allegations Against Individual Defendant(s) | Plaintiffs' Claims |
|---|---|---|---|---|---|
| | | | | claims of U.S. Patent No. 9,146,067 do not cover that product." *Id.* at 14, 69.<br><br>"Defendant Stakes falsely promotes the Disruptor as not being a "forced reset" trigger." *Id.* at 14, 69.<br><br>The complaints seeks a judgment that Stakes violated 35 U.S.C. 292 (including damages) and preliminary and permanent injunctions against Stakes specifically. *Id.* at 75-76. | |

40245226