**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM** |
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PEAK TACTICAL, LLC d/b/a PARTISAN TRIGGERS, a Wyoming limited liability company, and NICHOLAS NORTON,<br><br>Defendants. | Civil Action No. 4:26-cv-00698-ALM |
| ABC IP, LLC, a Delaware limited liability company, RARE BREED TRIGGERS, INC., a Texas corporation, and RBTM LLC, a Wyoming limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CLOAK INDUSTRIES, INC., an Idaho corporation, and WILLIAM C. KING JR., an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-00608-ALM |

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, RARE BREED TRIGGERS, INC., a Texas corporation, and RBTM LLC, a Wyoming limited liability company<br><br>Plaintiffs,<br><br>vs.<br><br>AR-TT, LLC, a Washington limited liability company, d/b/a TAKEDOWN TOOLS; CLAUSEN INC., a Washington corporation; JONATHAN CLAUSEN, an individual; and JODI CLAUSEN, an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-00693-ALM |
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SGC, LLC, an Arizona limited liability company, d/b/a Scottsdale Gun Club, and TERENCE D SCHMIDT, an individual, and RONALD KENNEDY, an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-00694-ALM |
| RARE BREED TRIGGERS, INC., a Texas Corporation, ABC IP, LLC, a Delaware limited liability company, and RBTM LLC, a Wyoming limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>FIREARM SYSTEMS LLC d/b/a FIREARM SYSTEMS, an Arizona limited liability company, and BRANDON DONATTO, an individual, and MICHAEL STAKES, an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-00695-ALM |

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company; and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HAWKPHIN SALES, LLC, an Iowa limited liability company; and ADAM GERLEMAN, an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-00707-ALM |
| ABC IP, LLC, a Delaware limited liability company; and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>AR-15 GUN OWNERS OF AMERICA, INC., a Georgia corporation; and CHRIS ALLEN WALTZ, an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-00761-ALM |
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WEBCORP, INC. d/b/a TACTICAL SHIT/ LIBERAL TEARS/SIGGLOCKINCOLT.COM, and THOMAS KIRGIN, JR.,<br><br>Defendants. | Civil Action No. 4:26-cv-00768-ALM |

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company; RARE BREED TRIGGERS, INC., a Texas corporation; and RBTM LLC, a Wyoming limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>SHOOTING TARGETS USA, LLC, a North Carolina limited liability company d/b/a OUTPOST GEAR; and MICHAEL JOSEPH SPEENEY, an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-00799-ALM |
| ABC IP, LLC, a Delaware limited liability company; RARE BREED TRIGGERS, INC., a Texas corporation; and RBTM LLC, a Wyoming limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>EAST COAST CERAKOTE LLC, a South Carolina limited liability company; and GAVIN LUZIER, an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-00831-ALM |
| ABC IP, LLC, a Delaware limited liability company; and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SKER INDUSTRIES, LLC, a New York limited liability company; and JORDAN LINSKER, an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-00928-ALM |

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company; and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>QUICK RESPONSE FIREARMS, LLC, an Idaho limited liability company; DANIEL CORSINI, an individual; and JERRIED “JERRY” BROWN, an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-00944-ALM |
| ABC IP, LLC, a Delaware limited liability company; and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INOCULUM-GROUP LLC, an Idaho limited liability company; and RYAN K. JACOBSON, an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-00945-ALM |
| ABC IP, LLC, a Delaware limited liability company; RARE BREED TRIGGERS, INC., a Texas corporation; and RBTM LLC, a Wyoming limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>VELOCITY AMMUNITION SALES, LLC, a Virginia limited liability company; and DAVID ALLEN HAZLETT, an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-00954-ALM |

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company; RARE BREED TRIGGERS, INC., a Texas corporation; and RBTM LLC, a Wyoming limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRTY BIRD INDUSTRIES, LLC, a California limited liability company; JAY PITCHER, an individual; DUSTIN PITCHER, an individual; and LORI PITCHER, an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-01013-ALM |
| ABC IP, LLC, a Delaware limited liability company; RARE BREED TRIGGERS, INC., a Texas corporation; and RBTM LLC, a Wyoming limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ODIN WORKS, INC., an Idaho corporation; and THOMAS HINES, an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-01091-ALM |
| ABC IP, LLC, a Delaware limited liability company; and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>2A NINJA LLC, a Missouri limited liability company; and ETHAN ALEXANDER COOK, an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-01106-ALM |

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company; RARE BREED TRIGGERS, INC., a Texas corporation; and RBTM LLC, a Wyoming limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>FIREARMS DIRECT CLUB LLC, a Florida limited liability company; KIMBERLY SMITH, an individual; and TAYLOR SPEARS, an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-01120-ALM |
| ABC IP, LLC, a Delaware limited liability company; RARE BREED TRIGGERS, INC., a Texas corporation; and RBTM LLC, a Wyoming limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>BILSON ARMS, LLC, a Louisiana limited liability company; and JOHN W. ANGERS JR., an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-01134-ALM |
| ABC IP, LLC, a Delaware limited liability company; and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>STAR DEVELOPMENT, LLC, a Wyoming limited liability company, d/b/a STAR DEV LLC; and SARAH STOKES, an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-01136-ALM |

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company; RARE BREED TRIGGERS, INC., a Texas corporation; and RBTM LLC, a Wyoming limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>MUFFINTOP TACTICAL LLC, a Texas limited liability company; and JASON RAMSDEN, an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-01277-ALM |
| ABC IP, LLC, a Delaware limited liability company; RARE BREED TRIGGERS, INC., a Texas corporation; and RBTM LLC, a Wyoming limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>WOJTEK LLC, a New Hampshire limited liability company, d/b/a WOJTEK WEAPONRY; and NATHAN WOLANYK, an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-01447-ALM |
| ABC IP, LLC, a Delaware limited liability company; RARE BREED TRIGGERS, INC., a Texas corporation; and RBTM LLC, a Wyoming limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>BARRICADE, LLC, d/b/a BARRICADE TACTICAL, a Texas limited liability company; and KIERAN BALBAG, an individual,<br><br>Defendants. | Civil Action No. 6:26-cv-00320-ALM |

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company; and RARE BREED TRIGGERS, INC., a Texas corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID FRESHWATER, an individual, and IDAHO ARMS & AMMO, LLC,<br><br>Defendant. | Civil Action No. 4:26-cv-00930-ALM |
| ABC IP, LLC, a Delaware limited liability company; RARE BREED TRIGGERS, INC., a Texas corporation; and RBTM LLC, a Wyoming limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>2A OPTICS LLC, a Mississippi limited liability company; and CHRISTOPHER INGRAM, an individual,<br><br>Defendants. | Civil Action No. 4:26-cv-01449-ALM |

**[PROPOSED] ORDER GRANTING CERTAIN INDIVIDUAL DEFENDANTS' MOTION TO DISMISS**

Before the Court is Certain Individual Defendants' Motion to Dismiss ("Motion"). Being well-advised, and having fully considered the Motion, the Court is of the opinion that the Motion should be **GRANTED**. It is therefore

**ORDERED** that all claims against Nicholas Norton, William C. King, Jr., Jonathan Clausen, Jodi Clausen, Terence D. Schmidt, Ronald Kennedy, Brandon Donatto, Michael Stakes, Adam Gerleman, Chris Allen Waltz, Thomas Kirgin, Jr., Michael Joseph Speeney, Gavin Luzier, Jordan Linsker, Daniel Corsini, Jerried "Jerry" Brown, Ryan K. Jacobson, David Allen Hazlett, Jay Pitcher, Dustin Pitcher, Lori Pitcher, Thomas Hines, Ethan Alexander Cook, Kimberly Smith, Taylor Spears, John W. Angers, Jr., Sarah Stokes, Jason Ramsden, Nathan Wolanyk, Kieran

Balbag, David Freshwater, and Christopher Ingram in the above-captioned cases shall be dismissed.