**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | 4:26-md-03176-ALM<br>MDL 3176 |

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

**PLAINTIFFS' RESPONSE TO**
**DEFENDANTS' CASE CHART (DKT. 56-1)**

Plaintiffs ABC IP, LLC, Rare Breed Triggers, Inc., and RBTM LLC (collectively, "Plaintiffs") submit the attached case chart in response to the case chart Defendants filed on October 5, 2026. Dkt. 56-1. Plaintiffs' chart is attached as Exhibit A and is current as of November 23, 2026.

Plaintiffs' chart lists the actions the Judicial Panel on Multidistrict Litigation has transferred to this MDL (the "Member Actions"), the other actions before the Court that are coordinated with the MDL, the actions not yet transferred, and the dismissed actions. For each action, the chart identifies the operative complaint, the named Defendants, the asserted patents, exemplary accused product families, any trademark claims, and the status of the action. A summary lists the pending motions, dismissals, and defaults.

The chart's Exemplary Accused Product Families column lists exemplary accused products named in the operative complaint or infringement contentions. It is not a complete list of accused products and does not limit Plaintiffs' infringement contentions or discovery, including as to later product versions or variants.

DATED: November 25, 2026

Respectfully submitted,

*/s/ Matthew A. Colvin*

Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
Bret T. Winterle
Texas Bar No. 24084249
Brandon S. Avers
Texas Bar No. 24135660
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
bruce@fr.com
winterle@fr.com
avers@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff
DC Bar No. 1025635
FISH & RICHARDSON P.C.
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Oliver J. Richards
CA Bar No. 310972
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
E-mail: ojr@fr.com
Tel: (858) 678-5070
Fax: (858) 678-5099

Glenn D. Bellamy (admitted pro hac vice)
WOOD HERRON & EVANS LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

***Attorneys for Plaintiffs***
***ABC IP, LLC, Rare Breed Triggers, Inc.,***
***and RBTM LLC***

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was served on November 25, 2026, on all counsel of record who are deemed to have consented to electronic service through the Court's CM/ECF system.

*/s/ Matthew A. Colvin*
Matthew A. Colvin